# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Bison Land & Minerals, LLC**

Debtor(s)

Case No.
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: May 12, 2023

Geary Trigleth/Managing Member
Signer/Title

Basin Service Company, Inc.
9926 Highway 83
Westhope, ND 58793

Boudes Field Service, LLC
5743 137th Avenue NW
Williston, ND 58801

Boudes Field Service, LLC
P.O. Box 10215
Williston, ND 58803-0006

C & C Welding, LLC
10246 County Road 49
Bottineau, ND 58318-7114

Crazy Cowboy Trucking, Inc.
7330 35th Avenue NW
Berthold, ND 58718-9406

Farden Construction, Inc.
9035 County Road 17B
Maxbass, ND 58760-9736

G-Style Transport, LLC
5033 Jackson Street
Williston, ND 58801

G-Style Transport, LLC
P.O. Box 2104
Willston, ND 58802-2104

Halliburton Energy Services, Inc.
P.O. Box 2388
Williston, ND 58802-2388

Halliburton Energy Services, Inc.
c/o Capital Corporate Services, Inc.
1213 NP Avenue
Suite 301
Fargo, ND 58102

Halliburton Manufacturing & Leasing Company, LLC
c/o Capital Corporate Services, Inc.
1213 NP Avenue

Suite 301
Fargo, ND 58102

Hefty Seed Company
47504 252nd Street
Baltic, SD 57003

Hunter Logistics
c/o Dalton Petersen
9215 55th Avenue NW
Kenmare, ND 58746-9653

Knight Oil Tools
c/o VeriCore
10115 Kincey Avenue
Suite 100
Huntersville, NC 28078

Mesa West Directional
Corporate
361 S Camino Del Rio #164
Durango, CO 81303

Mesa West Directional
Operations
4925 Ridge Drive, Unit A
Williston, ND 38801

Mountain Mud of North Dakota, LLC
1301 E Lincoln Street
Gillette, WY 82716-3017

Mountain Mud of North Dakota, LLC
c/o Legalinc Corporate Services, Inc.
1709 N 19th Street
Suite 3
Bismarck, ND 58501

ND&T Services, Inc.
302 Main Street E
Mohall, ND 58761-4079

ND&T Services, Inc.
P.O. Box 335
Mohall, ND 58761-0335

Neset Consulting Service, Inc.
6844 Highway 40
Tioga, ND 58852-9403

Neset Repair & Sales, Inc.
15372 2nd Street NE
Mayville, ND 58257-0342

North Country Oil Inc.
7258 38th Street NW
Parshall, ND 58770-9406

North Dakota Workforce Safety & Insurance
1600 E. Century Avenue
Suite 1
Bismarck, ND 58503

Northwell Rentals (Lloydminster), Inc.
6401 - 63 Avenue
Lloydminster, AB T9V 3A4
Canada

O-Keeffe Oil Company
603 Main Street E
P.O. Box 130
Mohall, ND 58761

Propane Services
101 West Main Street
P.O. Box 339
Mohall, ND 58761

Recon Oilfield Services, Inc.
1803 Clara Drive
Conway, AR 72034

Recon Oilfield Services, Inc.
P.O. Box 2101
Conway, AR 72033-2101

Smith Bits
200 - 125 9 Avenue SE
Calgary, AB T2E 0P6
Canada

Smith International
P.O. Box 732136
Dallas, TX 75373

Stallion Oilfield Services Ltd.
d/b/a Stallion Oilfield Services LP
950 Corbindale Road
Suite 400
Houston, TX 77024-2849

Stallion Oilfield Services Ltd.
d/b/a Stallion Oilfield Services LP
c/o Corporation Service Company
600 S 2nd Street, Suite 155
Bismarck, ND 58504

Stevens Welding and Machine, LLC
502 County Road South
P.O. Box 8
Glenburn, ND 58740

Stevens Welding and Machine, LLC
9035 County Road 17B
Maxbass, ND 58760-9736

Tuffy's Pump Shop and Repair, Inc.
P.O. Box 352
215 County Road 9
Mohall, ND 58761

United Rentals, Inc.
c/o Corporation Service Company
600 S 2nd Street, Suite 155
Bismarck, ND 58504

Warren Transport, Inc.
c/o The Prentice-Hall Corporation System, Inc.
600 S 2nd Street
Suite 155
Bismarck, ND 58504

Wyoming Casing Service, Inc.
198 40th Street E
Dickinson, ND 58601

Wyoming Casing Service, Inc.
P.O. Box 1153
Dickinson, ND 58602-1153