Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Bison Land & Minerals, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Basin Service Company, 9926 Highway 83 Westhope, ND 58793 | | | Contingent Unliquidated Disputed | | | $7,353.75 |
| C & C Welding, LLC 10246 County Road 49 Bottineau, ND 58318-7114 | | | Contingent Unliquidated Disputed | | | $9,753.75 |
| G-Style Transport, LLC 5033 Jackson Street Williston, ND 58801 | | | Contingent Unliquidated Disputed | | | $100,303.07 |
| Halliburton Manufactur c/o Capital Corporate 1213 NP Avenue, Suite Fargo, ND 58102 | | | Contingent Unliquidated Disputed | | | $50,000.00 |
| Hunter Logistics c/o Dalton Petersen 9215 55th Avenue NW Kenmare, ND 58746-9653 | | | Contingent Unliquidated Disputed | | | $17,090.00 |
| Knight Oil Tools c/o VeriCore 10115 Kincey Avenue, S Huntersville, NC 28078 | | | Contingent Unliquidated Disputed | | | $33,654.05 |
| Mesa West Directional Corporate 361 S Camino Del Rio # Durango, CO 81303 | | | Contingent Unliquidated Disputed | | | $192,725.00 |

Debtor   **Bison Land & Minerals, LLC**　　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mountain Mud of North 1301 E Lincoln Street Gillette, WY 82716-3017 | | | Contingent Unliquidated Disputed | | | $150,839.47 |
| Neset Consulting Servi 6844 Highway 40 Tioga, ND 58852-9403 | | | Contingent Unliquidated Disputed | | | $18,150.00 |
| North Dakota Workforce 1600 E. Century Avenue Suite 1 Bismarck, ND 58503 | | | Contingent Unliquidated Disputed | | | $7,313.53 |
| Northwell Rentals (Llo 6401 - 63 Avenue Lloydminster, AB T9V3A CANADA | | | Contingent Unliquidated Disputed | | | $41,300.21 |
| O-Keeffe Oil Company 603 Main Street E P.O. Box 130 Mohall, ND 58761 | | | Contingent Unliquidated Disputed | | | $155,224.83 |
| Recon Oilfield Service 1803 Clara Drive Conway, AR 72034 | | | Contingent Unliquidated Disputed | | | $6,580.00 |
| Smith Bits 200 - 125 9 Avenue SE Calgary, AB T2E0P6 CANADA | | | Contingent Unliquidated Disputed | | | $61,275.20 |
| Stallion Oilfield Serv 950 Corbindale Road Suite 400 Houston, TX 77024-2849 | | | Contingent Unliquidated Disputed | | | $39,314.00 |
| Stevens Welding and Ma 502 County Road South P.O. Box 8 Glenburn, ND 58740 | | | Contingent Unliquidated Disputed | | | $45,228.09 |

Debtor    **Bison Land & Minerals, LLC**                                  Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tuffy's Pump Shop and<br>P.O. Box 352<br>215 County Road 9<br>Mohall, ND 58761 | | | | | | $53,000.00 |
| United Rentals, Inc.<br>c/o Corporation Servic<br>600 S 2nd Street, Suit<br>Bismarck, ND 58504 | | | Contingent<br>Unliquidated<br>Disputed | | | $42,643.51 |
| Warren Transport, Inc.<br>c/o The Prentice-Hall<br>600 S 2nd Street, Suit<br>Bismarck, ND 58504 | | | Contingent<br>Unliquidated<br>Disputed | | | $6,290.00 |
| Wyoming Casing Service<br>198 40th Street E<br>Dickinson, ND 58601 | | | Contingent<br>Unliquidated<br>Disputed | | | $31,658.00 |