# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| **BISON LAND & MINERALS, LLC,** | **CASE NO. 23-01140-JAW** |
| **DEBTOR.** | **CHAPTER 11** |

## Notice of Deficiency

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the items(s) described below be filed **immediately**.

- **Corporate Ownership Statement** *(If the Debtor is a corporation)*

In the event the above documents are not filed on or before **May 18, 2023**, the Court may dismiss this case without further notice or hearing.

Dated: May 16, 2023

Danny L. Miller, Clerk of Court
By:   /s/  Beth Harkins
501 E. Court St., Ste. 2.300
Jackson, MS 39201
601-608-4600