# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BISON LAND & MINERALS, LLC,             CASE NO. 23-01140-JAW

DEBTOR.             CHAPTER 11

## Notice of Deficiency

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the items described below be filed **immediately**.[1]

- Balance Sheet
- Statement of Operations
- Cash-Flow Statement
- Federal Income Tax Return

**or**

- A statement *(under penalty of perjury)* that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

In the event, the Debtor fails to comply with this notice on or before **May 23, 2023** the Court may dismiss this case without further notice or hearing.

Dated:  May 16, 2023             Danny L. Miller, Clerk of Court  
                                      By: /s/Beth Harkins  
                                        501 E. Court St., Ste 2.300  
                                        Jackson, MS 39201  
                                        601-608-4600

---

[1] *See* 11. U.S.C. §1116(1) and 11. U.S.C. §1187 if the Debtor elected to proceed under Subchapter V.