**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

BISON LAND & MINERALS, LLC,    CASE NO. 23-001140-JAW

DEBTOR.    CHAPTER 11

## Notice of Deficiency

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the item(s) described below be filed **immediately**.

- **List of Equity Security Holders**
- **Schedules A/B, D, E/F, G, & H** *(Official Forms: 206 A/B, 206 D, 206 E/F, 206 G, & 206 H)*
- **Summary of Assets and Liabilities** *(Official Form 206Sum)*
- **Statement of Your Financial Affairs**: *(Official Form 207)*
- **Declaration Under Penalty of Perjury for Non-Individuals**: *(Official Form 202)*
- **Attorney Disclosure Statement**: *(Official Form 2030)*

In the event the above documents are not filed on or before **May 30, 2023** the Court may dismiss this case without further notice or hearing.

Dated:  May 16, 2023

Danny L. Miller, Clerk of Court
By: /s/ Beth Harkins
501 E. Court St., Ste. 2.300
Jackson, MS 39201
601-608-4600