## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| IN RE: | BISON LAND & MINERALS, LLC | CASE NO. | 23-01140-JAW |
| | DEBTOR(S) | CHAPTER | 11 |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

PURSUANT to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Robert A. Byrd**
**Byrd & Wiser**
**PO Drawer 1939**
**Biloxi, MS  39533**
**Phone: (228) 432-8123**
**Fax: (228) 432-7029**
**Email: rab@byrdwiser.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

DATED, this the 16th day of May, 2023.

                                              DAVID W. ASBACH
                                              Acting United States Trustee
                                              Region 5, Judicial Districts of
                                              Louisiana and Mississippi

                                 By:   */s/Christopher J. Steiskal, Sr.*
                                          CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL: (601) 965-5241 / FAX: (601) 965-5226
EMAIL: christopher.j.steiskal@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

BISON LAND & MINERALS, LLC           CASE NO. 23-01140 JAW

Debtor(s)           CHAPTER 11

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $275.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2023.

Dated: 05/16/2023

/S/ROBERT ALAN BYRD
MSB#7651
BYRD & WISER
PO DRAWER 1939
BILOXI, MS 39533
228-432-8123
228-432-7029 (FAX)
EMAIL: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

2