UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BISON LAND & MINERALS, LLC,           CASE NO. 23-01140-JAW

DEBTOR.                                CHAPTER 11

NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND
DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)

YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V Reorganization case will be held on July 11, 2023, at 2:00 p.m., in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

ON OR BEFORE June 27, 2023, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

DATE:  May 16, 2023                    Danny L. Miller, Clerk of Court
                                       501 E. Court St., Ste 2.300
                                       Jackson, MS 39201
                                       601-608-4600

Courtroom Deputy
601-608-4693