# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Bison Land & Minerals, LLC**        Case No. __23-01140-JAW__

Debtor(s)      Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Bison Land & Minerals, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date: 5/17/23

*/s/ Craig M. Geno*
Craig M. Geno 4793
Signature of Attorney or Litigant
Counsel for  Bison Land & Minerals, LLC
**Law Offices of Craig M. Geno, PLLC**
**587 Highland Colony Parkway**
**Ridgeland, MS 39157**
**601-427-0048 Fax:601-427-0050**