United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-01140-JAW
Bison Land & Minerals, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: May 16, 2023      Form ID: pdf012      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Bison Land & Minerals, LLC, 240 Buckhead Drive, Madison, MS 39110-6616 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5232622 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2023 19:36:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5232624 | + Email/Text: karlotta.banks@usdoj.gov | May 16 2023 19:36:00 | Internal Revenue Service, c/o United States Attorney, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5232623 | Email/Text: BANKRUPTCY@DOR.MS.GOV | May 16 2023 19:36:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig M. Geno | on behalf of Debtor In Possession Bison Land & Minerals LLC cmgeno@cmgenolaw.com, spurvis@cmgenolaw.com,kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com,cleal@cmgenolaw.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 16, 2023 | Form ID: pdf012 | Total Noticed: 4 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 2

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 16, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **BISON LAND & MINERALS, LLC,**                   **CASE NO. 23-01140-JAW**

    **DEBTOR.**                                                            **CHAPTER 11**

### ORDER

    To ensure that the debtor makes deposits of all monies withheld from employees or collected from others for taxes due under any law of the United States or under any law of the State of Mississippi, and to ensure timely payment of all post-petition taxes to the United States and the State of Mississippi,

    **IT IS ORDERED:** That the debtor, or such fiduciary as may be appointed, is directed and required to segregate and hold separate and apart from all other funds all monies withheld from employees or collected from others for taxes under any law of the United States or any law of the State of Mississippi during the pendency of this proceeding.

    **IT IS FURTHER ORDERED:** That the debtor deposit into a separate federally insured checking account all monies withheld from wages of employees, or collected from others as sales taxes, and for taxes under the law of the State of Mississippi and the United States and/or any other lawfully established taxing authorities; that the debtor open such an account, including "Tax Account" in the account name, within fourteen (14) days from the date of this order; that the debtor file notice with the Office of the U.S. Trustee and the Clerk of the Bankruptcy Court within fourteen (14) days from the date of this order disclosing the name and address of the financial institution, account number, date of account opening, and opening balance; that the debtor timely file tax returns for and pay over withheld or collected post-petition taxes as and when due under the laws of the State of Mississippi and the United States and/or any other lawfully established taxing authorities.

**IT IS FURTHER ORDERED:** That the debtor is required to pay to the District Director of Internal Revenue withheld or collected taxes in the form of a Federal Tax Deposit within three (3) workdays after each regular payroll period; that within five (5) workdays after each payroll period on the form furnished by the District Director of the Internal Revenue Service, the debtor shall give notice of the Federal Tax Deposits and the payroll amount to the District Director of the Internal Revenue, Attn: Special Procedures Division, 100 West Capitol Street, Suite 504, Jackson, Mississippi 39269; that the debtor shall mail all federal tax returns and remittances to the District Director at the above address and that the debtor is required to pay to the District Director of Internal Revenue the Federal Unemployment Tax in the form of a Federal Tax Deposit within three (3) workdays after each regular quarterly period.

**IT IS FURTHER ORDERED:** That the debtor shall include in each regular verified report to this Court a summary of the information furnished to the District Director of Internal Revenue and to the Mississippi State Tax Commission pursuant to this order.

A copy of this order shall be served on the debtor by United States mail. The debtor shall stand responsible to the Court for compliance with the order.

##END OF ORDER##