United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-01140-JAW
Bison Land & Minerals, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 1
Date Rcvd: May 16, 2023      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Bison Land & Minerals, LLC, 240 Buckhead Drive, Madison, MS 39110-6616 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov sarita.dukes@usdoj.gov |
| Craig M. Geno | on behalf of Debtor In Possession Bison Land & Minerals LLC cmgeno@cmgenolaw.com, spurvis@cmgenolaw.com,kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com,cleal@cmgenolaw.com |
| Robert A. Byrd | rab@byrdwiser.com rbyrd@ecf.axosfs.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    BISON LAND & MINERALS, LLC,           CASE NO. 23-01140-JAW

    DEBTOR.                                                            CHAPTER 11

## NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND
## DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)

    YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V Reorganization case will be held on July 11, 2023, at 2:00 p.m., in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

    ON OR BEFORE June 27, 2023, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

DATE:  May 16, 2023                                       Danny L. Miller, Clerk of Court
                                                                        501 E. Court St., Ste 2.300
                                                                        Jackson, MS 39201
                                                                        601-608-4600

Courtroom Deputy
601-608-4693