IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

BISON LAND & MINERALS, LLC   CASE NO. 23-01140 JAW

NOTICE

TO ALL CREDITORS AND PARTIES-IN-INTEREST:

  **NOTICE IS HEREBY GIVEN** that Robert Alan Byrd, the Subchapter V Trustee, in the above styled and numbered cause, has filed with this Court a Motion to Require Escrowed Subchapter V Trustee Payments.

  Any response to said Motion must be filed via ECF if you are registered with the Electronic Case Filing system, or in the alternative by mail to the Thad Cochran United States Courthouse, 501 E. Court Street, Suite 2.300, Jackson, MS 39201 no later than twenty one (21) days from the date of this Notice. A copy of any such Response shall also be served upon Robert Byrd, Subchapter V Trustee, at the address shown below.

  In the absence of responses, the Court will rule on the Motion, ex parte. Copies of said application may be obtained by written request to Robert Byrd, Subchapter V Trustee, upon payment of copying and mailing expenses. Said Motion is also on file with the United States Bankruptcy Court and is available for review by creditors.

DATED: 05/22/2023      BY: /S/ROBERT ALAN BYRD
                SUBCHAPTER V TRUSTEE
                MSB#7651
                BYRD & WISER
                PO DRAWER 1939
                BILOXI, MS 39533
                (228) 432-8123
                EMAIL: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

## CERTIFICATE

I, ROBERT ALAN BYRD, Subchapter V Trustee, do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

**ALL PARTIES LISTED ON THE SERVICE LIST ATTACHED HERETO**

U.S. Trustee via the Court's ECF system at **USTPRegion05.JA.ECF@usdoj.gov**

This the 22nd day of May, 2023.

/S/Robert Alan Byrd
ROBERT ALAN BYRD#7651

Prepared by:
Robert Alan Byrd, MSB No. 7651
BYRD & WISER
Attorneys at Law
145 Main Street -39530
P O Box 1939
Biloxi MS 39533
Tel: 228.432.8123
Fax: 228.432.7029
Email: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 23-01140-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Fri May 19 15:06:37 CDT 2023 | Bison Land & Minerals, LLC<br>240 Buckhead Drive<br>Madison, MS 39110-6616 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 |
| Basin Service Company, Inc.<br>9926 Highway 83<br>Westhope, ND 58793-9708 | Boudes Field Service, LLC<br>5743 137th Avenue NW<br>Williston, ND 58801-8911 | Boudes Field Service, LLC<br>P.O. Box 10215<br>Williston, ND 58803-0006 |
| C & C Welding, LLC<br>10246 County Road 49<br>Bottineau, ND 58318-7114 | Crazy Cowboy Trucking, Inc.<br>7330 35th Avenue NW<br>Berthold, ND 58718-9406 | Farden Construction, Inc.<br>9035 County Road 17B<br>Maxbass, ND 58760-9736 |
| G-Style Transport, LLC<br>5033 Jackson Street<br>Williston, ND 58801-4021 | G-Style Transport, LLC<br>P.O. Box 2104<br>Willston, ND 58802-2104 | Halliburton Energy Services, Inc.<br>P.O. Box 2388<br>Williston, ND 58802-2388 |
| Halliburton Energy Services, Inc.<br>c/o Capital Corporate Services, Inc.<br>1213 NP Avenue<br>Suite 301<br>Fargo, ND 58102-4798 | Halliburton Manufacturing & Leasing Company,<br>c/o Capital Corporate Services, Inc.<br>1213 NP Avenue<br>Suite 301<br>Fargo, ND 58102-4798 | Hefty Seed Company<br>47504 252nd Street<br>Baltic, SD 57003-5961 |
| Hunter Logistics<br>c/o Dalton Petersen<br>9215 55th Avenue NW<br>Kenmare, ND 58746-9653 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 |
| Knight Oil Tools<br>c/o VeriCore<br>10115 Kincey Avenue<br>Suite 100<br>Huntersville, NC 28078-6482 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | Mesa West Directional<br>Corporate<br>361 S Camino Del Rio #164<br>Durango, CO 81303-7997 |
| Mesa West Directional<br>Operations<br>4925 Ridge Drive, Unit A<br>Williston, ND 58801-5047 | Mountain Mud of North Dakota, LLC<br>1301 E Lincoln Street<br>Gillette, WY 82716-3017 | Mountain Mud of North Dakota, LLC<br>c/o Legalinc Corporate Services, Inc.<br>1709 N 19th Street<br>Suite 3<br>Bismarck, ND 58501-2121 |
| ND&T Services, Inc.<br>302 Main Street E<br>Mohall, ND 58761-4079 | ND&T Services, Inc.<br>P.O. Box 335<br>Mohall, ND 58761-0335 | Neset Consulting Service, Inc.<br>6844 Highway 40<br>Tioga, ND 58852-9403 |
| Neset Repair & Sales, Inc.<br>15372 2nd Street NE<br>Mayville, ND 58257-9041 | North Country Oil Inc.<br>7258 38th Street NW<br>Parshall, ND 58770-9406 | North Dakota Workforce Safety & Insurance<br>1600 E. Century Avenue<br>Suite 1<br>Bismarck, ND 58503-0649 |

| | | |
|---|---|---|
| Northwell Rentals (Lloydminster), Inc.<br>6401 - 63 Avenue<br>Lloydminster, AB T9V 3A4<br>Canada | O-Keeffe Oil Company<br>603 Main Street E<br>P.O. Box 130<br>Mohall, ND 58761-0130 | Propane Services<br>101 West Main Street<br>P.O. Box 339<br>Mohall, ND 58761-0339 |
| Recon Oilfield Services, Inc.<br>1803 Clara Drive<br>Conway, AR 72034-7740 | Recon Oilfield Services, Inc.<br>P.O. Box 2101<br>Conway, AR 72033-2101 | Smith Bits<br>200 - 125 9 Avenue SE<br>Calgary, AB T2E 0P6<br>Canada |
| Smith International<br>P.O. Box 732136<br>Dallas, TX 75373-2136 | Stallion Oilfield Services Ltd.<br>d/b/a Stallion Oilfield Services LP<br>950 Corbindale Road<br>Suite 400<br>Houston, TX 77024-2849 | Stallion Oilfield Services Ltd.<br>d/b/a Stallion Oilfield Services LP<br>c/o Corporation Service Company<br>600 S 2nd Street, Suite 155<br>Bismarck, ND 58504-5729 |
| Stevens Welding and Machine, LLC<br>502 County Road South<br>P.O. Box 8<br>Glenburn, ND 58740-0008 | Stevens Welding and Machine, LLC<br>9035 County Road 17B<br>Maxbass, ND 58760-9736 | Tuffy's Pump Shop and Repair, Inc.<br>P.O. Box 352<br>215 County Road 9<br>Mohall, ND 58761-4002 |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Securities and Exchange Commission<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | United Rentals, Inc.<br>c/o Corporation Service Company<br>600 S 2nd Street, Suite 155<br>Bismarck, ND 58504-5729 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Warren Transport, Inc.<br>c/o The Prentice-Hall Corporation System<br>600 S 2nd Street<br>Suite 155<br>Bismarck, ND 58504-5729 | Wyoming Casing Service, Inc.<br>198 40th Street E<br>Dickinson, ND 58601-7818 |
| Wyoming Casing Service, Inc.<br>P.O. Box 1153<br>Dickinson, ND 58602-1153 | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Pkwy.<br>Ridgeland, MS 39157-8784 | Robert A. Byrd<br>Byrd & Wiser<br>P O Box 1939<br>Biloxi, MS 39533-1939 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 | End of Label Matrix<br>Mailable recipients    50<br>Bypassed recipients    0<br>Total    50 |