**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**  **BISON LAND & MINERALS, LLC**   **CHAPTER 11**
Debtor   **CASE NO. 23-01140-JAW**

**AFFIDAVIT OF DEBTOR AS TO**
**NON-COMPLIANCE WITH SMALL BUSINESS DOCUMENTS**

COMES NOW Geary Trigleth ("Mr. Trigleth"), managing member of Bison Land & Minerals, LLC (the "Debtor"), and files this Affidavit on behalf of the Debtor as to Non-Compliance with Small Business Documents, and in support thereof, would respectfully show as follows, to-wit:

1.      Mr. Trigleth is fully apprised of the facts and circumstances in connection with this Affidavit, and he makes this Affidavit upon its personal knowledge, information and belief.

2.      The Debtor herein does not have any statements of operations, cash-flow statements or financial statements and related information that would allow it to fulfill the "small business requirements" of 11 U.S.C. § 1116, other than a balance sheet.

3.      In addition, the tax return for 2022 has not been filed with the Internal Revenue Service but is in the process of being prepared.  Once the 2022 tax return is filed, the Debtor will file a copy of it with the Clerk of the Court.

4.      The Debtor attaches, incorporates by reference and marks as **Exhibit "A"** its most recent Balance Sheet as of December 31, 2022.

Further, the Debtor says nothing.

THIS, the _23rd_ day of May, 2023.

Respectfully submitted,

BISON LAND & MINERALS, LLC

By: _____
Geary Trigleth, Managing Member

STATE OF MISSISSIPPI

COUNTY OF _Madison_

PERSONALLY appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Geary Trigleth, managing member of Bison Land & Minerals, LLC, the Debtor, who after being duly sworn, stated on oath that the above and foregoing matters, statements and allegations are true and correct to the best of its knowledge, information and belief.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 23 day of May, 2023.

_____
NOTARY PUBLIC

(SEAL)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 335427
ALORA D. TAYLOR
Commission Expires
Aug. 9, 2026
MADISON COUNTY

7/26/2022
10:03 AM

Client: **1014000.T08 - Bison Land & Minerals, LLC**
Engagement: **2022 Tax - Bison Land & Minerals, LLC**
Period Ending: **12/31/2022**
Trial Balance: **3300-01 - Trial Balance**
Workpaper: **3100-01 - Trial Balance Bison Exploration**

| Account | Description | UNADJ 05/31/2022 | JE Ref # | AJE 05/31/2022 | FINAL 05/31/2022 |
|---|---|---|---|---|---|
| **Group : [L01]** | **Cash** | | | | |
| **Subgroup : None** | | | | | |
| 1001-01 | Operating Account | 169,337.53 | | 0.00 | 169,337.53 |
| **Subtotal : None** | | 169,337.53 | | 0.00 | 169,337.53 |
| **Total [L01]** | **Cash** | 169,337.53 | | 0.00 | 169,337.53 |
| | **Current Assets** | 169,337.53 | | 0.00 | 169,337.53 |
| **Group : [L10A]** | **Depletable assets** | | | | |
| **Subgroup : None** | | | | | |
| 2500-00 | Leasehold costs | 80,662.47 | | 0.00 | 80,662.47 |
| 2500-01 | Lease contributions _ Smith Project | 400,000.00 | | 0.00 | 400,000.00 |
| 2500-02 | Lease contributions_ Eocene Project | 517,500.00 | | 0.00 | 517,500.00 |
| 2500-03 | Lease contributions _ Flora Field Unit | 410,000.00 | | 0.00 | 410,000.00 |
| 2500-04 | Lease contributions _ Renville Co_ND | 268,000.00 | | 0.00 | 268,000.00 |
| 2510-00 | Lease contributions | 250,000.00 | | 0.00 | 250,000.00 |
| **Subtotal : None** | | 1,926,162.47 | | 0.00 | 1,926,162.47 |
| **Total [L10A]** | **Depletable assets** | 1,926,162.47 | | 0.00 | 1,926,162.47 |
| | **Non-Current Assets** | 1,926,162.47 | | 0.00 | 1,926,162.47 |
| | **TOTAL ASSET** | 2,095,500.00 | | 0.00 | 2,095,500.00 |
| | **Current Liabilities** | 0.00 | | 0.00 | 0.00 |
| | **Non-Current Liabilities** | 0.00 | | 0.00 | 0.00 |
| | **TOTAL LIABILITY** | 0.00 | | 0.00 | 0.00 |
| **Group : [L21]** | **Partners' capital accounts** | | | | |
| **Subgroup : None** | | | | | |
| 3000-01 | Capital - Trigleth | (1,595,500.00) | | 0.00 | (1,595,500.00) |
| 3000-02 | Capital - Pollard | (250,000.00) | | 0.00 | (250,000.00) |
| 3000-03 | Capital - Goh | (250,000.00) | | 0.00 | (250,000.00) |
| **Subtotal : None** | | (2,095,500.00) | | 0.00 | (2,095,500.00) |
| **Total [L21]** | **Partners' capital accounts** | (2,095,500.00) | | 0.00 | (2,095,500.00) |
| | **Equity** | (2,095,500.00) | | 0.00 | (2,095,500.00) |
| | **NET (INCOME) LOSS** | 0.00 | | 0.00 | 0.00 |
| | **TOTAL EQUITY** | (2,095,500.00) | | 0.00 | (2,095,500.00) |
| | **TOTAL LIABILITY AND EQUITY** | (2,095,500.00) | | 0.00 | (2,095,500.00) |
| | **Revenues** | 0.00 | | 0.00 | 0.00 |
| | **Other Income** | 0.00 | | 0.00 | 0.00 |
| | **TOTAL REVENUE** | 0.00 | | 0.00 | 0.00 |
| | **Cost of Sales** | 0.00 | | 0.00 | 0.00 |

# EXHIBIT "A"

7/26/2022
10:03 AM

| | | | |
|---|---|---|---|
| **Operating Expenses** | 0.00 | 0.00 | 0.00 |
| **Other Expenses** | 0.00 | 0.00 | 0.00 |
| **TOTAL EXPENSE** | 0.00 | 0.00 | 0.00 |
| **NET (INCOME) LOSS** | 0.00 | 0.00 | 0.00 |
| **Sum of Account Groups*** | 0.00 | 0.00 | 0.00 |

* The Sum of Account Groups total does not include any groups assigned to the MEM classification.