United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-01140-JAW
Bison Land & Minerals, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: May 22, 2023      Form ID: 309F2      Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Bison Land & Minerals, LLC, 240 Buckhead Drive, Madison, MS 39110-6616 |
| aty | + | Abigail M. Marbury, Office of the U.S. Trustee, 501 E Court Street Suite 6-430, Jackson, MS 39201-5022 |
| 5232471 | + | Basin Service Company, Inc., 9926 Highway 83, Westhope, ND 58793-9708 |
| 5232472 | + | Boudes Field Service, LLC, 5743 137th Avenue NW, Williston, ND 58801-8911 |
| 5232473 | | Boudes Field Service, LLC, P.O. Box 10215, Williston, ND 58803-0006 |
| 5232474 | | C & C Welding, LLC, 10246 County Road 49, Bottineau, ND 58318-7114 |
| 5232475 | | Crazy Cowboy Trucking, Inc., 7330 35th Avenue NW, Berthold, ND 58718-9406 |
| 5232476 | | Farden Construction, Inc., 9035 County Road 17B, Maxbass, ND 58760-9736 |
| 5232477 | + | G-Style Transport, LLC, 5033 Jackson Street, Williston, ND 58801-4021 |
| 5232478 | | G-Style Transport, LLC, P.O. Box 2104, Willston, ND 58802-2104 |
| 5232480 | + | Halliburton Energy Services, Inc., c/o Capital Corporate Services, Inc., 1213 NP Avenue, Suite 301, Fargo, ND 58102-4798 |
| 5232479 | | Halliburton Energy Services, Inc., P.O. Box 2388, Williston, ND 58802-2388 |
| 5232481 | + | Halliburton Manufacturing & Leasing Company, LLC, c/o Capital Corporate Services, Inc., 1213 NP Avenue, Suite 301, Fargo, ND 58102-4798 |
| 5232482 | + | Hefty Seed Company, 47504 252nd Street, Baltic, SD 57003-5961 |
| 5232483 | | Hunter Logistics, c/o Dalton Petersen, 9215 55th Avenue NW, Kenmare, ND 58746-9653 |
| 5232484 | + | Knight Oil Tools, c/o VeriCore, 10115 Kincey Avenue, Suite 100, Huntersville, NC 28078-6482 |
| 5232485 | + | Mesa West Directional, Corporate, 361 S Camino Del Rio #164, Durango, CO 81303-7997 |
| 5232488 | + | Mountain Mud of North Dakota, LLC, c/o Legalinc Corporate Services, Inc., 1709 N 19th Street, Suite 3, Bismarck, ND 58501-2121 |
| 5232487 | | Mountain Mud of North Dakota, LLC, 1301 E Lincoln Street, Gillette, WY 82716-3017 |
| 5232489 | | ND&T Services, Inc., 302 Main Street E, Mohall, ND 58761-4079 |
| 5232490 | | ND&T Services, Inc., P.O. Box 335, Mohall, ND 58761-0335 |
| 5232491 | | Neset Consulting Service, Inc., 6844 Highway 40, Tioga, ND 58852-9403 |
| 5232492 | + | Neset Repair & Sales, Inc., 15372 2nd Street NE, Mayville, ND 58257-9041 |
| 5232493 | | North Country Oil Inc., 7258 38th Street NW, Parshall, ND 58770-9406 |
| 5232494 | + | North Dakota Workforce Safety & Insurance, 1600 E. Century Avenue, Suite 1, Bismarck, ND 58503-0649 |
| 5232495 | | Northwell Rentals (Lloydminster), Inc., 6401 - 63 Avenue, Lloydminster, AB T9V 3A4, Canada |
| 5232496 | + | O-Keeffe Oil Company, 603 Main Street E, P.O. Box 130, Mohall, ND 58761-0130 |
| 5232497 | + | Propane Services, 101 West Main Street, P.O. Box 339, Mohall, ND 58761-0339 |
| 5232499 | | Recon Oilfield Services, Inc., P.O. Box 2101, Conway, AR 72033-2101 |
| 5232498 | + | Recon Oilfield Services, Inc., 1803 Clara Drive, Conway, AR 72034-7740 |
| 5232500 | | Smith Bits, 200 - 125 9 Avenue SE, Calgary, AB T2E 0P6, Canada |
| 5232501 | + | Smith International, P.O. Box 732136, Dallas, TX 75373-2136 |
| 5232503 | + | Stallion Oilfield Services Ltd., d/b/a Stallion Oilfield Services LP, c/o Corporation Service Company, 600 S 2nd Street, Suite 155, Bismarck, ND 58504-5729 |
| 5232502 | | Stallion Oilfield Services Ltd., d/b/a Stallion Oilfield Services LP, 950 Corbindale Road, Suite 400, Houston, TX 77024-2849 |
| 5232504 | + | Stevens Welding and Machine, LLC, 502 County Road South, P.O. Box 8, Glenburn, ND 58740-0008 |
| 5232505 | | Stevens Welding and Machine, LLC, 9035 County Road 17B, Maxbass, ND 58760-9736 |
| 5232506 | + | Tuffy's Pump Shop and Repair, Inc., P.O. Box 352, 215 County Road 9, Mohall, ND 58761-4002 |
| 5232507 | + | United Rentals, Inc., c/o Corporation Service Company, 600 S 2nd Street, Suite 155, Bismarck, ND 58504-5729 |
| 5232508 | + | Warren Transport, Inc., c/o The Prentice-Hall Corporation System, 600 S 2nd Street, Suite 155, Bismarck, ND 58504-5729 |
| 5232509 | + | Wyoming Casing Service, Inc., 198 40th Street E, Dickinson, ND 58601-7818 |
| 5232510 | | Wyoming Casing Service, Inc., P.O. Box 1153, Dickinson, ND 58602-1153 |

TOTAL: 41

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2023 | Form ID: 309F2 | Total Noticed: 50 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | May 22 2023 20:03:00 | Christopher J. Steiskal, Sr., United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| aty | | Email/Text: cmgeno@cmgenolaw.com | May 22 2023 20:03:00 | Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 587 Highland Colony Pkwy., Ridgeland, MS 39157 |
| tr | | Email/Text: rab@byrdwiser.com | May 22 2023 20:03:00 | Robert A. Byrd, Byrd & Wiser, P O Box 1939, Biloxi, MS 39533-1939 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | May 22 2023 20:03:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5232622 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2023 20:03:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5232624 | + | Email/Text: karlotta.banks@usdoj.gov | May 22 2023 20:03:00 | Internal Revenue Service, c/o United States Attorney, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5232623 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | May 22 2023 20:03:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5232621 | | Email/Text: atlreorg@sec.gov | May 22 2023 20:03:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 5232625 | + | Email/Text: karlotta.banks@usdoj.gov | May 22 2023 20:03:00 | U.S. Securities and Exchange Commission, c/o United States Attorney, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5232486 | ##+ | Mesa West Directional, Operations, 4925 Ridge Drive, Unit A, Williston, ND 58801-5047 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0538-3　　　　　　　　　　　　User: mssbad　　　　　　　　　　　　Page 3 of 3
Date Rcvd: May 22, 2023　　　　　　　　　　Form ID: 309F2　　　　　　　　　　　Total Noticed: 50

| | |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov anita.f.benson@usdoj.gov |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov sarita.dukes@usdoj.gov |
| Craig M. Geno | on behalf of Debtor In Possession Bison Land & Minerals LLC cmgeno@cmgenolaw.com, spurvis@cmgenolaw.com,kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com,cleal@cmgenolaw.com |
| Robert A. Byrd | rab@byrdwiser.com rbyrd@ecf.axosfs.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

# Notice of Chapter 11 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Bison Land & Minerals, LLC** <br> Name | EIN | **84–2840113** |
| United States Bankruptcy Court of the Southern District of Mississippi <br> Case number: **23–01140–JAW** | | Date case filed for chapter | **11  5/15/23** |

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Bison Land & Minerals, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 240 Buckhead Drive <br> Madison, MS 39110 | |
| 4. | **Debtor's attorney** <br> Name and address | Craig M. Geno <br> Law Offices of Craig M. Geno, PLLC <br> 587 Highland Colony Pkwy. <br> Ridgeland, MS 39157 | Contact phone  601 427–0048 <br> Email cmgeno@cmgenolaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Robert A. Byrd <br> Byrd & Wiser <br> P O Box 1939 <br> Biloxi, MS 39533–1939 | Contact phone  228–432–8123 <br> Email rab@byrdwiser.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse <br> 501 E. Court Street <br> Suite 2.300 <br> Jackson, MS 39201 | **Office Hours:** <br> **Monday – Friday 8:00 AM – 5:00PM** <br><br> **Contact phone  601–608–4600** <br><br> **Date: 5/22/23** |

For more information, see page 2 >

Official Form 309F2 (Corporations or Partnerships under Subchapter V) (2/20) **Notice of Chapter 11 Bankruptcy Case** page 1

Debtor **Bison Land & Minerals, LLC**  Case number **23–01140–JAW**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath and provide original picture identification. Creditors may attend, but are not required to do so. | **June 19, 2023 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Meeting will be held telephonically, Call in number: 1–877–953–5629, Passcode: 6207868#** |

| | |
|---|---|
| **8. Proof of claim deadline** | **Deadline for all creditors to file a proof of claim** (except governmental units)**: 7/24/23**<br>**Deadline for governmental units to file a proof of claim: 11/13/23**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **9. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint: 8/18/23** |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |