## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **BISON LAND & MINERALS, LLC**          **CHAPTER 11**
             **Debtor**          **CASE NO. 23-01140-JAW**

### CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Amended Application to Employ Attorneys, and Disclosure of Compensation* and the *Notice* in connection with same (copies of which are attached hereto as collective Exhibit "A") to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B")

THIS, the 30th day of May, 2023.

_____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\Pleadings\Employ\CMG\Amended Certificate 5-22-23.wpd

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **BISON LAND & MINERALS, LLC**          **CHAPTER 11**
        Debtor                                   **CASE NO. 23-01140-JAW**

### NOTICE

NOTICE IS HEREBY GIVEN that the Debtor herein has filed its *Amended Application to Employ Attorneys, and Disclosure of Compensation* (the "Application"), a copy of which Application is attached hereto as Exhibit "A".

PLEASE TAKE FURTHER NOTICE that all creditors and parties-in-interest wishing to object to the Application must file a written objection or other responsive pleading within twenty-one (21) days from and after the date of this Notice, with the Clerk of the Court, Mr. Danny L. Miller, the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, and a copy of any objection must be served upon Craig M. Geno, Esq., Law Offices of Craig M. Geno, PLLC, counsel for the Debtors, at 587 Highland Colony Parkway, Ridgeland, MS 39157. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. In the event an objection to the Application is filed, it will be scheduled for hearing in due course.

DATED, this the 30th day of May, 2023.

Respectfully submitted,

BISON LAND & MINERALS, LLC

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
        Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\Pleadings\Employ\CMG\Amended Notice 5-22-23.wpd

## EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **BISON LAND & MINERALS, LLC**                    **CHAPTER 11**
           Debtor                                    **CASE NO. 23-01140-JAW**

### AMENDED APPLICATION TO EMPLOY ATTORNEYS,
### AND DISCLOSURE OF COMPENSATION

COMES NOW Bison Land & Minerals, LLC (the "Debtor"), and files this its *Amended Application to Employ Attorneys, and Disclosure of Compensation* (the "Application"), and in support thereof, would show unto the Court the following, to-wit:

1.     On May 15, 2023, the Debtor herein filed with this Court its original Petition for reorganization under Chapter 11 of the Bankruptcy Code.

2.     In order to facilitate the prudent performance of its duties and the successful operation of its business under this reorganization proceeding, it is necessary for the Debtor-in-possession to employ legal counsel. The professional services for which said attorneys will be retained to render shall include the following:

a.     To advise and consult with the Debtor-in-possession regarding questions arising from certain contract negotiations which will occur during the operation of business by the Debtor-in-possession;

b.     To evaluate and attack claims of various creditors who may assert security interests in the assets and who may seek to disturb the continued operation of the business.

c.     To appear in, prosecute, or defend suits and proceedings, and to take all necessary and proper steps and other matters and things involved in or connected with the affairs of the estate of the Debtor;

d.     To represent the Debtor in court hearings and to assist in the preparation of contracts, reports, accounts, petitions, applications, orders and other papers and documents as

### EXHIBIT "A"

may be necessary in this proceeding;

e.     To advise and consult with Debtor in connection with any reorganization plan which may be proposed in this proceeding and any matters concerning Debtor which arise out of or follow the acceptance or consummation of such reorganization or its rejection; and

f.     To perform such other legal services on behalf of Debtor as they become necessary in this proceeding.

3.     The Debtor desires to employ the Law Offices of Craig M. Geno, PLLC (the "Law Firm") for the performance of these legal services. The Law Firm, whose offices are in Ridgeland, Mississippi, are fully competent to advise the Debtor-in-possession on all matters which are anticipated to arise in the functioning of this case and to protect and preserve all rights of the Debtor and the interests of creditors. The Debtor desires to employ the Law Firm at the following hourly rates: Craig M. Geno at $450 per hour, plus expenses; Associates at $275 per hour, plus expenses; and Paralegals at $200 - $225 per hour, plus expenses; and have caused to be paid to the Law Firm a retainer of $12,000, which includes the $1,738 filing fee, less pre-petition time, to be applied to fees and expenses in this case. The Law Firm will bill at the rates set forth herein and, if necessary, submit requests for compensation to the Court for approval. The hourly rates are subject to adjustment annually following the end of the Law Firm's fiscal year.

4.     The Law Firm is now counsel for the Debtor, and as represented in the Affidavit attached hereto as **Exhibit "A"**, it represents no interests adverse to the Debtor or its estate and matters upon which it is to be engaged and its employment would be in the best interest of this estate. To the best of the Debtor's knowledge, the Law Firm has no connection with the creditors herein or any other party-in-interest or their respective attorneys and accountants, or with the Office

of the United States Trustee, or any employees of the Office of the United States Trustee, which are prohibited, which would interfere with or hinder the performance of its duties herein, or which need to be described herein, except that the Law Firm also represents EnTec Services, LLC, in its related Chapter 11 case, Case No. 23-01141-JAW.

WHEREFORE, the Debtor requests that it be authorized to employ and appoint the Law Firm as its attorneys and legal counsel, effective May 15, 2023. The Debtor prays for general relief.

THIS, the ___30th___ day of May, 2023.

Respectfully submitted,

BISON LAND & MINERALS, LLC

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
        Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\Pleadings\Employ\CMG\Amended Application 5-22-23.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to:

Christopher J. Steiskal, Esq.
Office of the United States Trustee
christopher.j.steiskal@usdoj.gov

Robert A. Byrd
Subchapter V Trustee
rab@byrdwiser.com

THIS, the _3 6 th_ day of May, 2023.

_____
Craig M. Geno

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        BISON LAND & MINERALS, LLC                    CHAPTER 11
              Debtor                                  CASE NO. 23-01140-JAW

# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **BISON LAND & MINERALS, LLC**             **CHAPTER 11**
             **Debtor**                                 **CASE NO. 23-01140-JAW**

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno (the "Affiant") of the Law Offices of Craig M. Geno, PLLC (the "Law Firm"), attorneys for the Debtor, who after having been by me first duly sworn, stated on oath that this Affidavit is filed herein in support of the *Amended Application to Employ Attorneys, and Disclosure of Compensation* (the"Application"), that the Law Firm now represents the Debtor, it represents no interests adverse to the Debtor or its estate and matters upon which it is to be engaged, and the Law Firm's employment would be in the best interest of this estate. To the best of the Affiant's knowledge, the Law Firm has no connections with the creditors herein or any other party-in-interest or their respective attorneys and accountants, or with the Office of the U. S. Trustee, or any employees thereof, which are prohibited, which would interfere with or hinder the performance of its duties herein, or which need to be described herein, except that the Law Firm also represents EnTec Services, LLC, in its related Chapter 11 case, Case No. 23-01141-JAW. The Affiant hereby makes application for the employment of the Law Firm as attorneys and legal counsel for the Debtor.

_____
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF Madison

SWORN TO AND SUBSCRIBED BEFORE ME, this the 30th day of May, 2023.

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 120626
KATHRYN LAWSON CARTER
Commission Expires
June 21, 2025
MADISON COUNTY

Label Matrix for local noticing
0538-3
Case 23-01140-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Mon May 22 12:34:59 CDT 2023

Basin Service Company, Inc.
9926 Highway 83
Westhope, ND 58793-9708

Bison Land & Minerals, LLC
240 Buckhead Drive
Madison, MS 39110-6616

Boudes Field Service, LLC
5743 137th Avenue NW
Williston, ND 58801-8911

Boudes Field Service, LLC
P.O. Box 10215
Williston, ND 58803-0006

Robert A. Byrd
Byrd & Wiser
P O Box 1939
Biloxi, MS 39533-1939

C & C Welding, LLC
10246 County Road 49
Bottineau, ND 58318-7114

Crazy Cowboy Trucking, Inc.
7330 35th Avenue NW
Berthold, ND 58718-9406

Farden Construction, Inc.
9035 County Road 17B
Maxbass, ND 58760-9736

G-Style Transport, LLC
5033 Jackson Street
Williston, ND 58801-4021

G-Style Transport, LLC
P.O. Box 2104
Willston, ND 58802-2104

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Pkwy.
Ridgeland, MS 39157-8784

Halliburton Energy Services, Inc.
P.O. Box 2388
Williston, ND 58802-2388

Halliburton Energy Services, Inc.
c/o Capital Corporate Services, Inc.
1213 NP Avenue
Suite 301
Fargo, ND 58102-4798

Halliburton Manufacturing & Leasing Company,
c/o Capital Corporate Services, Inc.
1213 NP Avenue
Suite 301
Fargo, ND 58102-4798

Hefty Seed Company
47504 252nd Street
Baltic, SD 57003-5961

Hunter Logistics
c/o Dalton Petersen
9215 55th Avenue NW
Kenmare, ND 58746-9653

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

Knight Oil Tools
c/o VeriCore
10115 Kincey Avenue
Suite 100
Huntersville, NC 28078-6482

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

Abigail M. Marbury
Office of the U.S. Trustee
501 E Court Street Suite 6-430
Jackson, MS 39201-5022

Mesa West Directional
Corporate
361 S Camino Del Rio #164
Durango, CO 81303-7997

Mesa West Directional
Operations
4925 Ridge Drive, Unit A
Williston, ND 58801-5047

Mountain Mud of North Dakota, LLC
1301 E Lincoln Street
Gillette, WY 82716-3017

Mountain Mud of North Dakota, LLC
c/o Legalinc Corporate Services, Inc.
1709 N 19th Street
Suite 3
Bismarck, ND 58501-2121

ND&T Services, Inc.
302 Main Street E
Mohall, ND 58761-4079

ND&T Services, Inc.
P.O. Box 335
Mohall, ND 58761-0335

Neset Consulting Service, Inc.
6844 Highway 40
Tioga, ND 58852-9403

Neset Repair & Sales, Inc.
15372 2nd Street NE
Mayville, ND 58257-9041

# EXHIBIT "B"

North Country Oil Inc.
7258 38th Street NW
Parshall, ND 58770-9406

North Dakota Workforce Safety & Insurance
1600 E. Century Avenue
Suite 1
Bismarck, ND 58503-0649

Northwell Rentals (Lloydminster), Inc.
6401 - 63 Avenue
Lloydminster, AB T9V 3A4
Canada

O-Keeffe Oil Company
603 Main Street E
P.O. Box 130
Mohall, ND 58761-0130

Propane Services
101 West Main Street
P.O. Box 339
Mohall, ND 58761-0339

Recon Oilfield Services, Inc.
1803 Clara Drive
Conway, AR 72034-7740

Recon Oilfield Services, Inc.
P.O. Box 2101
Conway, AR 72033-2101

Smith Bits
200 - 125 9 Avenue SE
Calgary, AB T2E 0P6
Canada

Smith International
P.O. Box 732136
Dallas, TX 75373-2136

Stallion Oilfield Services Ltd.
d/b/a Stallion Oilfield Services LP
950 Corbindale Road
Suite 400
Houston, TX 77024-2849

Stallion Oilfield Services Ltd.
d/b/a Stallion Oilfield Services LP
c/o Corporation Service Company
600 S 2nd Street, Suite 155
Bismarck, ND 58504-5729

Christopher J. Steiskal Sr.
United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

Stevens Welding and Machine, LLC
502 County Road South
P.O. Box 8
Glenburn, ND 58740-0008

Stevens Welding and Machine, LLC
9035 County Road 17B
Maxbass, ND 58760-9736

Tuffy's Pump Shop and Repair, Inc.
P.O. Box 352
215 County Road 9
Mohall, ND 58761-4002

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Securities and Exchange Commission
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

United Rentals, Inc.
c/o Corporation Service Company
600 S 2nd Street, Suite 155
Bismarck, ND 58504-5729

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Warren Transport, Inc.
c/o The Prentice-Hall Corporation System
600 S 2nd Street
Suite 155
Bismarck, ND 58504-5729

Wyoming Casing Service, Inc.
198 40th Street E
Dickinson, ND 58601-7818

Wyoming Casing Service, Inc.
P.O. Box 1153
Dickinson, ND 58602-1153

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225

End of Label Matrix
Mailable recipients     51
Bypassed recipients      0
Total                   51