# United States Bankruptcy Court
## Southern District of Mississippi

In re **Bison Land & Minerals, LLC**
Debtor(s)

Case No. **23-01140-JAW**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Geary Trigleth<br>240 Buckhead Drive<br>Madison, MS 39110 | | 54.45% | |
| Geir Rorstad<br>182 Tummotley Drive<br>Loudon, TN 37774 | | 2% | |
| Greg Pollard<br>7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | | 20.275% | |
| Kiat Tze "Kenny" Goh<br>5549 Falls Road<br>Dallas, TX 75220 | | 22.275% | |
| Linda Correll<br>6927 Alpha Road<br>Dallas, TX 75240 | | 1% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  May 25TH 2023

Signature  *Geary Trigleth* MM
Geary Trigleth

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders