| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bison Land & Minerals, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | **23-01140-JAW** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *May 25th 2023*      x  *Geary Trigleth mm*
Signature of individual signing on behalf of debtor

**Geary Trigleth**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  **23-01140-JAW**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $ 400,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ 253,573.10

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $ 653,573.10

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 1,090,714.62

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b
   $ 1,090,714.62

**Fill in this information to identify the case:**

Debtor name   **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **23-01140-JAW**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Plains Capital Bank** | **Checking** | **5302** | $12.35 |
| 3.2. | **Plains Capital Bank** | **Checking** | **9302** | $60.75 |
| 3.3. | **Plains Capital Bank** | **Escrow** | **0401** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $73.10 |

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

Debtor    **Bison Land & Minerals, LLC**                                    Case number *(If known)*  **23-01140-JAW**
          Name

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Computer & Software | $0.00 | | $3,500.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $3,500.00 |
|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor  **Bison Land & Minerals, LLC**
Name

Case number *(if known)* **23-01140-JAW**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **WDC 1-H Well located in Renville County, North Dakota - Incomplete** | **Operator 39% Working Interest** | **$0.00** | **Market** | **$400,000.00** |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$400,000.00**

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Debtor    **Bison Land & Minerals, LLC**
_____
Name

Case number *(If known)*  **23-01140-JAW**

| | | |
|---|---|---|
| **NOLs** | Tax year **2022** | **Unknown** |
| **NOLs** | Tax year **2023** | **Unknown** |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claims against Sparrow Oil & Gas, Greg Pollard, Kenny Goh for breach of contract, tortious interference, etc.**

**Unknown**

Nature of claim
_____
Amount requested                                **$3,000,000.00**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**South Basile, Louisiana & Smith Employment North Dakota Leases - See Attachment**

**$250,000.00**

78.    **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$250,000.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Bison Land & Minerals, LLC**                     Case number *(If known)*  **23-01140-JAW**
          Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $73.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................> | | $400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $250,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $253,573.10 | + 91b. $400,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $653,573.10 |

**Fill in this information to identify the case:**

Debtor name     **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)     **23-01140-JAW**

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **23-01140-JAW**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,353.75 |
|---|---|---|---|
| | **Basin Service Company,**<br>**9926 Highway 83**<br>**Westhope, ND 58793** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|
| | **Boudes Field Service,**<br>**5743 137th Avenue NW**<br>**Williston, ND 58801** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,753.75 |
|---|---|---|---|
| | **C & C Welding, LLC**<br>**10246 County Road 49**<br>**Bottineau, ND 58318-7114** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,181.25 |
|---|---|---|---|
| | **Crazy Cowboy Trucking,**<br>**7330 35th Avenue NW**<br>**Berthold, ND 58718-9406** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor   **Bison Land & Minerals, LLC**

Case number (if known)   **23-01140-JAW**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,260.00 |
|---|---|---|---|
| | **Farden Construction, I** | ■ Contingent | |
| | **9035 County Road 17B** | ■ Unliquidated | |
| | **Maxbass, ND 58760-9736** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,303.07 |
|---|---|---|---|
| | **G-Style Transport, LLC** | ■ Contingent | |
| | **5033 Jackson Street** | ■ Unliquidated | |
| | **Williston, ND 58801** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Halliburton Energy Ser** | ■ Contingent | |
| | **P.O. Box 2388** | ■ Unliquidated | |
| | **Williston, ND 58802-2388** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|
| | **Halliburton Manufactur** | ■ Contingent | |
| | **c/o Capital Corporate** | ■ Unliquidated | |
| | **1213 NP Avenue, Suite** | ■ Disputed | |
| | **Fargo, ND 58102** | | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|
| | **Hefty Seed Company** | ■ Contingent | |
| | **47504 252nd Street** | ■ Unliquidated | |
| | **Baltic, SD 57003** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,090.00 |
|---|---|---|---|
| | **Hunter Logistics** | ■ Contingent | |
| | **c/o Dalton Petersen** | ■ Unliquidated | |
| | **9215 55th Avenue NW** | ■ Disputed | |
| | **Kenmare, ND 58746-9653** | | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,654.05 |
|---|---|---|---|
| | **Knight Oil Tools** | ■ Contingent | |
| | **c/o VeriCore** | ■ Unliquidated | |
| | **10115 Kincey Avenue, S** | ■ Disputed | |
| | **Huntersville, NC 28078** | | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Bison Land & Minerals, LLC**     Case number (if known) **23-01140-JAW**
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,725.00 |
|---|---|---|---|

**Mesa West Directional Corporate**
361 S Camino Del Rio #
Durango, CO 81303

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,839.47 |
|---|---|---|---|

**Mountain Mud of North**
1301 E Lincoln Street
Gillette, WY 82716-3017

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,501.75 |
|---|---|---|---|

**ND&T Services, Inc.**
302 Main Street E
Mohall, ND 58761-4079

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,150.00 |
|---|---|---|---|

**Neset Consulting Servi**
6844 Highway 40
Tioga, ND 58852-9403

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Neset Repair & Sales,**
15372 2nd Street NE
Mayville, ND 58257-0342

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,045.00 |
|---|---|---|---|

**North Country Oil Inc.**
7258 38th Street NW
Parshall, ND 58770-9406

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,313.53 |
|---|---|---|---|

**North Dakota Workforce**
1600 E. Century Avenue
Suite 1
Bismarck, ND 58503

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Bison Land & Minerals, LLC** | Case number (if known) | **23-01140-JAW** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
Northwell Rentals (Llo
6401 - 63 Avenue
Lloydminster, AB T9V3A
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$41,300.21**

---

**3.20** | Nonpriority creditor's name and mailing address
O-Keeffe Oil Company
603 Main Street E
P.O. Box 130
Mohall, ND 58761

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$155,224.83**

---

**3.21** | Nonpriority creditor's name and mailing address
Propane Services
101 West Main Street
P.O. Box 339
Mohall, ND 58761

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$4,333.73**

---

**3.22** | Nonpriority creditor's name and mailing address
Recon Oilfield Service
1803 Clara Drive
Conway, AR 72034

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$6,580.00**

---

**3.23** | Nonpriority creditor's name and mailing address
Smith Bits
200 - 125 9 Avenue SE
Calgary, AB T2E0P6
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$61,275.20**

---

**3.24** | Nonpriority creditor's name and mailing address
Stallion Oilfield Serv
950 Corbindale Road
Suite 400
Houston, TX 77024-2849

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$39,314.00**

---

**3.25** | Nonpriority creditor's name and mailing address
Stevens Welding and Ma
502 County Road South
P.O. Box 8
Glenburn, ND 58740

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$45,228.09**

---

| Debtor | **Bison Land & Minerals, LLC** | Case number (if known) | **23-01140-JAW** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,000.00** |
|---|---|---|---|

**Tuffy's Pump Shop and**
**P.O. Box 352**
**215 County Road 9**
**Mohall, ND 58761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,496.43** |
|---|---|---|---|

**Tuffy's Pump Shop and**
**P.O. Box 352**
**215 County Road 9**
**Mohall, ND 58761**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,643.51** |
|---|---|---|---|

**United Rentals, Inc.**
**c/o Corporation Servic**
**600 S 2nd Street, Suit**
**Bismarck, ND 58504**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,290.00** |
|---|---|---|---|

**Warren Transport, Inc.**
**c/o The Prentice-Hall**
**600 S 2nd Street, Suit**
**Bismarck, ND 58504**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,658.00** |
|---|---|---|---|

**Wyoming Casing Service**
**198 40th Street E**
**Dickinson, ND 58601**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,090,714.62 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,090,714.62 |

Debtor    **Bison Land & Minerals, LLC**          Case number (*if known*)    **23-01140-JAW**
          Name

**Fill in this information to identify the case:**

Debtor name **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **23-01140-JAW**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **South Basile, Louisiana & Smith Employment North Dakota Leases - See Attachment** | |
| State the term remaining | |
| List the contract number of any government contract | **Leases** |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 1

| Fill in this information to identify the case: |
| --- |

Debtor name    **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **23-01140-JAW**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **EnTec Services, LLC** | **240 Buckhead Drive Madison, MS 39110** | **Basin Service Company,** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | **EnTec Services, LLC** | **240 Buckhead Drive Madison, MS 39110** | **Boudes Field Service,** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.3 | **EnTec Services, LLC** | **240 Buckhead Drive Madison, MS 39110** | **C & C Welding, LLC** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.4 | **EnTec Services, LLC** | **240 Buckhead Drive Madison, MS 39110** | **Crazy Cowboy Trucking,** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.5 | **EnTec Services, LLC** | **240 Buckhead Drive Madison, MS 39110** | **Farden Construction, I** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

Debtor   **Bison Land & Minerals, LLC**                             Case number *(if known)*   **23-01140-JAW**

███   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.6 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | G-Style Transport, LLC | ☐ D ____ ■ E/F __**3.6**__ ☐ G ____ |
| 2.7 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Halliburton Energy Ser | ☐ D ____ ■ E/F __**3.7**__ ☐ G ____ |
| 2.8 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Halliburton Manufactur | ☐ D ____ ■ E/F __**3.8**__ ☐ G ____ |
| 2.9 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Hefty Seed Company | ☐ D ____ ■ E/F __**3.9**__ ☐ G ____ |
| 2.10 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Hunter Logistics | ☐ D ____ ■ E/F __**3.10**__ ☐ G ____ |
| 2.11 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Knight Oil Tools | ☐ D ____ ■ E/F __**3.11**__ ☐ G ____ |
| 2.12 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Mesa West Directional | ☐ D ____ ■ E/F __**3.12**__ ☐ G ____ |
| 2.13 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Mountain Mud of North | ☐ D ____ ■ E/F __**3.13**__ ☐ G ____ |

Debtor   **Bison Land & Minerals, LLC**                    Case number *(if known)*   **23-01140-JAW**

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | ND&T Services, Inc. | ☐ D _____ ■ E/F  __3.14__ ☐ G _____ |
| 2.15  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Neset Consulting Servi | ☐ D _____ ■ E/F  __3.15__ ☐ G _____ |
| 2.16  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Neset Repair & Sales, | ☐ D _____ ■ E/F  __3.16__ ☐ G _____ |
| 2.17  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | North Country Oil Inc. | ☐ D _____ ■ E/F  __3.17__ ☐ G _____ |
| 2.18  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | North Dakota Workforce | ☐ D _____ ■ E/F  __3.18__ ☐ G _____ |
| 2.19  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Northwell Rentals (Llo | ☐ D _____ ■ E/F  __3.19__ ☐ G _____ |
| 2.20  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | O-Keeffe Oil Company | ☐ D _____ ■ E/F  __3.20__ ☐ G _____ |
| 2.21  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Recon Oilfield Service | ☐ D _____ ■ E/F  __3.22__ ☐ G _____ |

Debtor  **Bison Land & Minerals, LLC**                    Case number *(if known)*  **23-01140-JAW**

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                    Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.22 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Smith Bits |
| | | | ☐ D _____  ■ E/F __3.23__  ☐ G _____ |

| 2.23 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Stallion Oilfield Serv |
|---|---|---|---|
| | | | ☐ D _____  ■ E/F __3.24__  ☐ G _____ |

| 2.24 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Stevens Welding and Ma |
|---|---|---|---|
| | | | ☐ D _____  ■ E/F __3.25__  ☐ G _____ |

| 2.25 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Tuffy's Pump Shop and |
|---|---|---|---|
| | | | ☐ D _____  ■ E/F __3.27__  ☐ G _____ |

| 2.26 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | United Rentals, Inc. |
|---|---|---|---|
| | | | ☐ D _____  ■ E/F __3.28__  ☐ G _____ |

| 2.27 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Warren Transport, Inc. |
|---|---|---|---|
| | | | ☐ D _____  ■ E/F __3.29__  ☐ G _____ |

| 2.28 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Wyoming Casing Service |
|---|---|---|---|
| | | | ☐ D _____  ■ E/F __3.30__  ☐ G _____ |

| 2.29 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Propane Services |
|---|---|---|---|
| | | | ☐ D _____  ■ E/F __3.21__  ☐ G _____ |

---

Debtor   **Bison Land & Minerals, LLC**                              Case number *(if known)*   **23-01140-JAW**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **Basin Service Company,** | ☐ D _____  ■ E/F __3.1__  ☐ G _____ |
| 2.31 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **Boudes Field Service,** | ☐ D _____  ■ E/F __3.2__  ☐ G _____ |
| 2.32 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **C & C Welding, LLC** | ☐ D _____  ■ E/F __3.3__  ☐ G _____ |
| 2.33 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **Crazy Cowboy Trucking,** | ☐ D _____  ■ E/F __3.4__  ☐ G _____ |
| 2.34 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **Farden Construction, I** | ☐ D _____  ■ E/F __3.5__  ☐ G _____ |
| 2.35 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **G-Style Transport, LLC** | ☐ D _____  ■ E/F __3.6__  ☐ G _____ |
| 2.36 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **Halliburton Energy Ser** | ☐ D _____  ■ E/F __3.7__  ☐ G _____ |

Debtor  **Bison Land & Minerals, LLC**                          Case number *(if known)*  **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                              Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.37 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Halliburton Manufactur** | ☐ D ____<br>■ E/F  **3.8**<br>☐ G ____ |
| 2.38 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Hefty Seed Company** | ☐ D ____<br>■ E/F  **3.9**<br>☐ G ____ |
| 2.39 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Hunter Logistics** | ☐ D ____<br>■ E/F  **3.10**<br>☐ G ____ |
| 2.40 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Knight Oil Tools** | ☐ D ____<br>■ E/F  **3.11**<br>☐ G ____ |
| 2.41 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Mesa West Directional** | ☐ D ____<br>■ E/F  **3.12**<br>☐ G ____ |
| 2.42 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Mountain Mud of North** | ☐ D ____<br>■ E/F  **3.13**<br>☐ G ____ |
| 2.43 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **ND&T Services, Inc.** | ☐ D ____<br>■ E/F  **3.14**<br>☐ G ____ |

Debtor   **Bison Land & Minerals, LLC**                     Case number *(if known)*   **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.44  **Greg Pollard** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Neset Consulting Servi** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.45  **Greg Pollard** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Neset Repair & Sales,** | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.46  **Greg Pollard** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **North Country Oil Inc.** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.47  **Greg Pollard** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **North Dakota Workforce** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.48  **Greg Pollard** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Northwell Rentals (Llo** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.49  **Greg Pollard** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **O-Keeffe Oil Company** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.50  **Greg Pollard** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Propane Services** | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |

Debtor    **Bison Land & Minerals, LLC**                                    Case number *(if known)*    **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.51 | **Greg Pollard** 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Recon Oilfield Service** | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |
| 2.52 | **Greg Pollard** 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Smith Bits** | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.53 | **Greg Pollard** 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Stallion Oilfield Serv** | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |
| 2.54 | **Greg Pollard** 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Stevens Welding and Ma** | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.55 | **Greg Pollard** 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Tuffy's Pump Shop and** | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.56 | **Greg Pollard** 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Tuffy's Pump Shop and** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.57 | **Greg Pollard** 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **United Rentals, Inc.** | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |

Debtor  **Bison Land & Minerals, LLC**                                    Case number *(if known)*   **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.58  **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Warren Transport, Inc.** | ☐ D _____<br>■ E/F  **3.29**<br>☐ G _____ |
| 2.59  **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Wyoming Casing Service** | ☐ D _____<br>■ E/F  **3.30**<br>☐ G _____ |
| 2.60  **Kiat Tze "Kenny" Goh** | 5549 Falls Road<br>Dallas, TX 75220 | **Basin Service Company,** | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ |
| 2.61  **Kiat Tze "Kenny" Goh** | 5549 Falls Road<br>Dallas, TX 75220 | **Boudes Field Service,** | ☐ D _____<br>■ E/F  **3.2**<br>☐ G _____ |
| 2.62  **Kiat Tze "Kenny" Goh** | 5549 Falls Road<br>Dallas, TX 75220 | **C & C Welding, LLC** | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.63  **Kiat Tze "Kenny" Goh** | 5549 Falls Road<br>Dallas, TX 75220 | **Crazy Cowboy Trucking,** | ☐ D _____<br>■ E/F  **3.4**<br>☐ G _____ |
| 2.64  **Kiat Tze "Kenny" Goh** | 5549 Falls Road<br>Dallas, TX 75220 | **Farden Construction, I** | ☐ D _____<br>■ E/F  **3.5**<br>☐ G _____ |

Debtor   **Bison Land & Minerals, LLC**      Case number *(if known)*   **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.65 | **Kiat Tze "Kenny" Goh**   **5549 Falls Road Dallas, TX 75220** | **G-Style Transport, LLC** | ☐ D _____ ■ E/F ___**3.6**___ ☐ G _____ |
| 2.66 | **Kiat Tze "Kenny" Goh**   **5549 Falls Road Dallas, TX 75220** | **Halliburton Energy Ser** | ☐ D _____ ■ E/F ___**3.7**___ ☐ G _____ |
| 2.67 | **Kiat Tze "Kenny" Goh**   **5549 Falls Road Dallas, TX 75220** | **Halliburton Manufactur** | ☐ D _____ ■ E/F ___**3.8**___ ☐ G _____ |
| 2.68 | **Kiat Tze "Kenny" Goh**   **5549 Falls Road Dallas, TX 75220** | **Hefty Seed Company** | ☐ D _____ ■ E/F ___**3.9**___ ☐ G _____ |
| 2.69 | **Kiat Tze "Kenny" Goh**   **5549 Falls Road Dallas, TX 75220** | **Hunter Logistics** | ☐ D _____ ■ E/F ___**3.10**___ ☐ G _____ |
| 2.70 | **Kiat Tze "Kenny" Goh**   **5549 Falls Road Dallas, TX 75220** | **Knight Oil Tools** | ☐ D _____ ■ E/F ___**3.11**___ ☐ G _____ |
| 2.71 | **Kiat Tze "Kenny" Goh**   **5549 Falls Road Dallas, TX 75220** | **Mesa West Directional** | ☐ D _____ ■ E/F ___**3.12**___ ☐ G _____ |
| 2.72 | **Kiat Tze "Kenny" Goh**   **5549 Falls Road Dallas, TX 75220** | **Mountain Mud of North** | ☐ D _____ ■ E/F ___**3.13**___ ☐ G _____ |

Debtor    **Bison Land & Minerals, LLC**        Case number *(if known)*    **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.73 | **Kiat Tze "Kenny" Goh** | **5549 Falls Road** <br> **Dallas, TX 75220** | **ND&T Services, Inc.** | ☐ D ____ <br> ■ E/F ___**3.14**___ <br> ☐ G ____ |
| 2.74 | **Kiat Tze "Kenny" Goh** | **5549 Falls Road** <br> **Dallas, TX 75220** | **Neset Consulting Servi** | ☐ D ____ <br> ■ E/F ___**3.15**___ <br> ☐ G ____ |
| 2.75 | **Kiat Tze "Kenny" Goh** | **5549 Falls Road** <br> **Dallas, TX 75220** | **Neset Repair & Sales,** | ☐ D ____ <br> ■ E/F ___**3.16**___ <br> ☐ G ____ |
| 2.76 | **Kiat Tze "Kenny" Goh** | **5549 Falls Road** <br> **Dallas, TX 75220** | **North Country Oil Inc.** | ☐ D ____ <br> ■ E/F ___**3.17**___ <br> ☐ G ____ |
| 2.77 | **Kiat Tze "Kenny" Goh** | **5549 Falls Road** <br> **Dallas, TX 75220** | **North Dakota Workforce** | ☐ D ____ <br> ■ E/F ___**3.18**___ <br> ☐ G ____ |
| 2.78 | **Kiat Tze "Kenny" Goh** | **5549 Falls Road** <br> **Dallas, TX 75220** | **Northwell Rentals (Llo** | ☐ D ____ <br> ■ E/F ___**3.19**___ <br> ☐ G ____ |
| 2.79 | **Kiat Tze "Kenny" Goh** | **5549 Falls Road** <br> **Dallas, TX 75220** | **O-Keeffe Oil Company** | ☐ D ____ <br> ■ E/F ___**3.20**___ <br> ☐ G ____ |
| 2.80 | **Kiat Tze "Kenny" Goh** | **5549 Falls Road** <br> **Dallas, TX 75220** | **Propane Services** | ☐ D ____ <br> ■ E/F ___**3.21**___ <br> ☐ G ____ |

Debtor    **Bison Land & Minerals, LLC**          Case number *(if known)*    **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| 2.81  Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Recon Oilfield Service | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |
| 2.82  Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Smith Bits | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.83  Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Stallion Oilfield Serv | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |
| 2.84  Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Stevens Welding and Ma | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.85  Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Tuffy's Pump Shop and | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.86  Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Tuffy's Pump Shop and | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.87  Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | United Rentals, Inc. | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.88  Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Warren Transport, Inc. | ☐ D _____ ■ E/F __3.29__ ☐ G _____ |

Debtor    **Bison Land & Minerals, LLC**                                              Case number *(if known)*    **23-01140-JAW**

███████    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.89 | **Kiat Tze "Kenny" Goh** | **5549 Falls Road**<br>**Dallas, TX 75220** | **Wyoming Casing Service** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.90 | **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Basin Service Company,** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.91 | **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Boudes Field Service,** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.92 | **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **C & C Welding, LLC** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.93 | **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Crazy Cowboy Trucking,** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.94 | **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Farden Construction, I** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.95 | **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **G-Style Transport, LLC** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |

Debtor   **Bison Land & Minerals, LLC**                                      Case number *(if known)*   **23-01140-JAW**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.96 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Halliburton Energy Ser** | ☐ D ____ ■ E/F  **3.7** ☐ G ____ |
| 2.97 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Halliburton Manufactur** | ☐ D ____ ■ E/F  **3.8** ☐ G ____ |
| 2.98 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Hefty Seed Company** | ☐ D ____ ■ E/F  **3.9** ☐ G ____ |
| 2.99 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Hunter Logistics** | ☐ D ____ ■ E/F  **3.10** ☐ G ____ |
| 2.100 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Knight Oil Tools** | ☐ D ____ ■ E/F  **3.11** ☐ G ____ |
| 2.101 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Mesa West Directional** | ☐ D ____ ■ E/F  **3.12** ☐ G ____ |
| 2.102 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Mountain Mud of North** | ☐ D ____ ■ E/F  **3.13** ☐ G ____ |

Debtor   **Bison Land & Minerals, LLC**                          Case number *(if known)*   **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                          Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.10 3 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **ND&T Services, Inc.** |

☐ D _____
■ E/F ___3.14___
☐ G _____

| 2.10 4 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Neset Consulting Servi** |

☐ D _____
■ E/F ___3.15___
☐ G _____

| 2.10 5 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Neset Repair & Sales,** |

☐ D _____
■ E/F ___3.16___
☐ G _____

| 2.10 6 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **North Country Oil Inc.** |

☐ D _____
■ E/F ___3.17___
☐ G _____

| 2.10 7 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **North Dakota Workforce** |

☐ D _____
■ E/F ___3.18___
☐ G _____

| 2.10 8 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Northwell Rentals (Llo** |

☐ D _____
■ E/F ___3.19___
☐ G _____

| 2.10 9 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **O-Keeffe Oil Company** |

☐ D _____
■ E/F ___3.20___
☐ G _____

Debtor   **Bison Land & Minerals, LLC**                         Case number *(if known)*   **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                               Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.110 | **Sparrow Oil & Gas** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Propane Services** |
| | | | ☐ D _____<br>■ E/F   **3.21**<br>☐ G _____ |

| | | | |
|---|---|---|---|
| 2.111 | **Sparrow Oil & Gas** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Recon Oilfield Service** |
| | | | ☐ D _____<br>■ E/F   **3.22**<br>☐ G _____ |

| | | | |
|---|---|---|---|
| 2.112 | **Sparrow Oil & Gas** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Smith Bits** |
| | | | ☐ D _____<br>■ E/F   **3.23**<br>☐ G _____ |

| | | | |
|---|---|---|---|
| 2.113 | **Sparrow Oil & Gas** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Stallion Oilfield Serv** |
| | | | ☐ D _____<br>■ E/F   **3.24**<br>☐ G _____ |

| | | | |
|---|---|---|---|
| 2.114 | **Sparrow Oil & Gas** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Stevens Welding and Ma** |
| | | | ☐ D _____<br>■ E/F   **3.25**<br>☐ G _____ |

| | | | |
|---|---|---|---|
| 2.115 | **Sparrow Oil & Gas** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Tuffy's Pump Shop and** |
| | | | ☐ D _____<br>■ E/F   **3.26**<br>☐ G _____ |

| | | | |
|---|---|---|---|
| 2.116 | **Sparrow Oil & Gas** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Tuffy's Pump Shop and** |
| | | | ☐ D _____<br>■ E/F   **3.27**<br>☐ G _____ |

Debtor **Bison Land & Minerals, LLC**                    Case number *(if known)* **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.117 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **United Rentals, Inc.** | ☐ D _____ ■ E/F   **3.28** ☐ G _____ |
| 2.118 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Warren Transport, Inc.** | ☐ D _____ ■ E/F   **3.29** ☐ G _____ |
| 2.119 | **Sparrow Oil & Gas** | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | **Wyoming Casing Service** | ☐ D _____ ■ E/F   **3.30** ☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 17 of 17

*South Basile LA*   *3 yr. paid up leases. (one lease is one year w/ two year option)*

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres |
|---|---|---|---|---|
| 0200100250; 0200100400; 0200100200; 0200100500; 0200100530; 0200100350 | 6/9/22 | John Austin Young | 555.3000 | 555.3000 |
| 0700137200 | 5/22/22 | RSD-MSS, LLC | 63.7600 | 63.7600 |
| 0700137200E | 5/22/22 | Kendi Brooks Williams, et ux | 2.0100 | 2.0100 |
| 0700037100 0700137200B | 5/22/22 | Rebecca Sonnier Duhon, et vir | 1.4500 | 1.4500 |
| 0700137200 (tract in SE corner of RSD-MSS - error on assessor map) 0700137200D | 5/22/22 | Jerod Paul Doucet, et ux | 2.9500 | 2.9500 |
| 0700133020 | 5/22/22 | Melissa Sonnier Seilhan | 1.0000 | 1.0000 |
| 070043680A | 5/11/22 | Larry Paul Lejeune, et ux | 20.0000 | 20.0000 |
| 070043680B 070043680 | 5/18/22 | Chad Eric Lejeune, et ux | 20.0000 | 20.0000 |
| 0700138810C 0700077050 | 10/13/22 | Reginald J. Sonnier | 24.6100 | 24.6100 |
| 0700158800 | 9/9/22 | Frank Dale Zaunbrecher, et ux | 11.1710 | 11.1710 |
| 0700159450 0700159861 0700159481 | 9/9/22 | Reginald W. Zaunbrecher, et al | 395.2600 | 395.2600 |

*one yr. lease*

| | | | | |
|---|---|---|---|---|
| 0700160000<br>0700159900 | 9/9/22 | Stephen C. Zaunbrecher | 90.0000 | 90.0000 |
| 0700116630 | 6/13/22 | Ortego Brother Farms, LLC | 101.4800 | 101.4800 |
| 0700077250<br>0700119230E<br>0200053750 (E) | 9/16/22 | K.C. Enterprises of Basile, Louisiana, Inc. | 417.4900 | 417.4900 |
| 0700119200 | 10/5/22 | J. Earl Toups Farms, LLC | 65.2600 | 32.6300 |
| 0700119200 | 10/17/22 | Stephen K. Perrodin | 65.2600 | 8.1570 |
| 0700119200 | 10/17/22 | Mark Perrodin | 65.2600 | 8.1570 |
| 0700119200 | 10/17/22 | Guy Perrodin | 65.2600 | 8.1570 |
| 0700119200 | 10/17/22 | Nadja Hays | 65.2600 | 8.1570 |
| 0700119230F<br>0700119230I | 10/20/22 | Thomas Jude Klumpp, et ux | 111.4000 | 111.4000 |
| 0700119300 | 7/9/22 | Noble Person, et al | 13.8000 | 13.8000 |
| 0700080450 | 6/6/22 | Dianne Lundgren Kron | 108.0000 | 108.0000 |
| 0700037468 | 9/17/22 | Darrel J. Duplechin, et al | 68.7400 | 60.1450 |
| 0700119250 | 7/9/22 | Jed Person, et ux | 39.6300 | 39.6300 |
| 0700110160A | 9/16/22 | Mark Sidney Denette, et ux | 13.3300 | 13.3300 |
| 0700119250A | 7/12/22 | Rhea Faye Person | 1.0100 | 1.0100 |

| | | | | |
|---|---|---|---|---|
| 0700117385A 0700156100 | 11/7/22 | Lucinda Young Feucht | 96.6300 | 48.3150 |
| 0700117385A 0700156100 | 11/7/22 | Lynette Young Feucht | 96.6300 | 48.3150 |
| | | | **TOTAL** | **2,215.6840** |

*Smith Embayment ND    3 yr. primary term period up leases*

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres |
|---|---|---|---|---|
| 14000002919000 | 8/22/22 | Barbara Jane Mancuso, et vir | 160.0000 | 60.0000 |
| 14000002919000 | 8/22/22 | Daniel Gribbon, et ux | 160.0000 | 20.0000 |
| 14000002919000 15000003136000 | 8/8/22 | Nancy Jermundson-Buttke | 231.2400 | 9.6350000 |
| 14000002919000 15000003136000 | 8/8/22 | Barb Besse | 231.2400 | 9.6350000 |
| 14000002919000 15000003136000 | 8/8/22 | Mary Carter | 231.2400 | 9.6350000 |
| 14000002919000 15000003136000 | 8/8/22 | Kathy Keonig | 231.2400 | 9.6350000 |
| 14000002919000 15000003136000 | 8/8/22 | Patricia Hrichena | 231.2400 | 9.6350000 |

| | | | | |
|---|---|---|---|---|
| 14000002919000<br>15000003136000 | 8/8/22 | Priscilla May | 231.2400 | 9.6350000 |
| 14000002919000<br>15000003136000 | 8/11/22 | Doglas R. Schwartz | 231.2400 | 57.8100000 |
| 14000002918000 | 9/22/22 | Linda L. Robbins | 160.0000 | 40.0000000 |
| 14000002918000 | 9/30/22 | Dale C. Whited | 160.0000 | 40.0000000 |
| 14000002918000 | 8/11/22 | Curtis Undlin, et ux | 160.0000 | 80.0000000 |
| 14000002921000<br>14000002920000 | | Red Crown Royalties, LLC | 320.0000 | 80.0000000 |
| 14000002921000<br>14000002920000 | 9/15/22 | Stewart E. Bowers, Trustee of the 1989 Inter Vivos Trust dated June 23, 1989 | 320.0000 | 48.0000000 |
| | | | **TOTAL** | **483.6200** |