Form dn020 (Rev. 12/2021)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**     Bison Land & Minerals, LLC                                        **Case No.:** 23–01140–JAW
                                                                                                      **Chapter** 11

**To:**     Craig M. Geno, Esq.
            Law Offices of Craig M. Geno, PLLC
            587 Highland Colony Pkwy.
            Ridgeland, MS 39157
            cmgeno@cmgenolaw.com

### Notice of Deficiency

Upon review of the list of creditors (Mailing Matrix) and Schedules G and H (Dkt. # 3, # 32), the following issue(s)/deficiency(ies) requires immediate action:

☑ Entity listed on the above schedule(s), but omitted from the Mailing Matrix.

☑ Entity listed on the above schedule(s) with incomplete information.

☐ Entity listed on the Mailing Matrix with incomplete information.

☐

**Therefore**, you must:

☑ File an Amended Mailing Matrix to:

    ☑ Add the entity listed on the schedule, that was omitted from the Mailing Matrix.

    ☐ Add the complete address for the entity listed on the Mailing Matrix with incomplete information.

    Docket Event: [Bankruptcy > Other > Amended List of Creditors (Fee)]

☑ Pay the required $ 32.00 amendment fee.

☐ File an Amended Schedule G adding a complete address for the entity listed on the schedule.

Additionally, you must:

1.  Serve a copy of the Notice of Chapter 11 Case (Official Form 309F) (the "Notice") providing the debtor's full social security number to the affected entity.

2.  File a Certificate of Service ("COS") that includes a redacted copy of the Notice and a record of the parties served.

    Docket Event: [Bankruptcy > Other > Certificate of Service].

Failure to comply with the above deficiency, on or before **June 15, 2023**, may result in a show cause hearing or an order striking the above–referenced schedule(s) without further notice.

Dated: June 1, 2023                                        Danny L. Miller, Clerk of Court
                                                           Thad Cochran U.S. Courthouse
                                                           501 E. Court Street
                                                           Suite 2.300
                                                           Jackson, MS 39201
                                                           601–608–4600