**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: BISON LAND & MINERALS, LLC** | **NO. 23-01140-JAW** |
| **DEBTOR** | **CHAPTER 11** |
| | |
| **IN RE: ENTEC SERVICES, LLC** | **NO. 23-01141-JAW** |
| **DEBTOR** | **CHAPTER 11** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR ALL COPIES AND PLEADINGS**

**NOTICE IS HEREBY GIVEN** that Christopher H. Meredith of Copeland, Cook, Taylor & Bush, P.A., P.O. Box 6020, Ridgeland, Mississippi 39158-6020, has entered his appearance on behalf of Farden Construction, Inc., which requests that its undersigned attorney be given and served with a true and complete copy of all notices, papers, pleadings, or other filing served or required to be served in this case.

**THIS** the 6th day of June, 2023.

       Respectfully submitted,

       **FARDEN CONSTRUCTION, INC.**

       By: /s/ Christopher H. Meredith
        Christopher H. Meredith, MSB No. 7548
        Copeland, Cook, Taylor & Bush, P.A.
        600 Concourse, Suite 200
        1076 Highland Colony Parkway [Zip—39157]
        P.O. Box 6020
        Ridgeland, MS  39158-6020
        Phone: 601-856-7200
        Facsimile: 601-856-7626
        cmeredith@cctb.com
        *Its Attorney*

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 6th day of June, 2023.

                                            /s/ Christopher H. Meredith
                                            Of Counsel