**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: BISON LAND & MINERALS, LLC** | **NO. 23-01140-JAW** |
| **DEBTOR** | **CHAPTER 11** |

| | |
|---|---|
| **IN RE: ENTEC SERVICES, LLC** | **NO. 23-01141-JAW** |
| **DEBTOR** | **CHAPTER 11** |

**VERIFIED STATEMENT OF MULTIPLE REPRESENTATION**

The law firm of Copeland, Cook, Taylor & Bush, P.A. ("CCTB") of Ridgeland, Mississippi, files this *Verified Statement of Multiple Representation* under Federal Rule of Bankruptcy Procedure 2019, as follows:

1. CCTB has been asked to represent the following parties-in-interest in the above-captioned chapter 11 bankruptcy cases: (1) Farden Construction, Inc. ("Farden Construction"); and (2) Stevens Welding and Machine LLC ("Stevens Welding").

2. CCTB's address is 1076 Highland Colony Parkway, 600 Concourse, Suite 200, Ridgeland, MS 39157. CCTB holds no disclosable economic interest in relation to either of the above-referenced debtors.

3. Farden Construction's address is 9035 County Road 17B, Maxbass, ND 58760. CCTB's representation of Farden Construction in these cases began in June 2023. The nature and amount of any disclosable economic interest Farden Construction may have in relation to any of the above-referenced debtors will be set forth in one or more Proofs of Claim filed in one or more of the above-referenced cases.

4. Stevens Welding's address is 502 County Road South, Glenburn, ND 58740. CCTB's representation of Stevens Welding in these cases began in June 2023. The nature and amount of any disclosable economic interest Stevens Welding may have in relation to any of

the above-referenced debtors will be set forth in one or more Proofs of Claim filed in one or more of the above-referenced cases.

    5.    CCTB is acting as counsel for Farden Construction and Stevens Welding, which are affiliated entities. Each party was informed of the multiple representation by CCTB and has consented thereto.

**THIS** the 6th day of June, 2023.

        Respectfully submitted,

        **COPELAND, COOK, TAYLOR & BUSH, P.A.**

        By: /s/ Christopher H. Meredith
            Christopher H. Meredith, MSB No. 103656
            Copeland, Cook, Taylor & Bush, P.A.
            600 Concourse, Suite 200
            1076 Highland Colony Parkway [Zip—39157]
            P.O. Box 6020
            Ridgeland, MS  39158-6020
            Phone: 601-856-7200
            Facsimile: 601-856-7626
            cmeredith@cctb.com

## **VERIFICATION UNDER 28 U.S.C. § 1746**

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

**EXECUTED** on this the 6th day of June, 2023.

        /s/ Christopher H. Meredith

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 6th day of June, 2023.

/s/ Christopher H. Meredith
*Of Counsel*