### Fill in this information to identify the case:

Debtor name: **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known): **23-01140-JAW**

■ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the Individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ■ Amended Schedule    G
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 13, 2023       X  /s/ Geary Trigleth
                                     Signature of individual signing on behalf of debtor

                                     **Geary Trigleth**
                                     Printed name

                                     **Managing Member**
                                     Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bison Land & Minerals, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | 23-01140-JAW |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................................... $ _____ 400,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................... $ _____ 253,573.10

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................... $ _____ 653,573.10

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ _____ 1,090,714.62

4. **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b                                                                                                                         $ _____ 1,090,714.62

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bison Land & Minerals, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | **23-01140-JAW** |

■ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **South Basile, Louisiana & Smith Employment North Dakota Leases - See Attachment** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Leases |

| | | | SMITH EMBAYMENT LEASE SUMMARY | | | | |
|---|---|---|---|---|---|---|---|
| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
| 14000002919000 | 8/22/2022 | Barbara Jane Mancuso, et vir<br><br>11413 Ash Creek Drive<br>Houston, TX 77043 | 160.0000 | 60.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000 | 8/22/2022 | Daniel Gribbon, et ux<br><br>461 Hunters Trophy<br>New Braunfels, TX 78132 | 160.0000 | 20.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Nancy Jermundson-Buttke<br><br>3700 Lone Mountain Road<br>Hereford AZ, 85615 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Barb Besse<br><br>1401 3rd St NE, Apt G<br>Devils Lake, ND 58301 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Mary Carter<br><br>3209 Crimson St, NW<br>Mandan, ND 58554 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Kathy Keonig<br><br>805 S Dixie Drive#56<br>St. George, UT 84770 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Patricia Hrichena<br><br>1508 18th Ave SW<br>Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Priscilla May<br><br>830 3rd St. SW Apt D<br>Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/11/2022 | Douglas R. Schwartz<br><br>PO Box 97<br>Mohall, ND 58761 | 231.2400 | 57.8100000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002918000 | 9/22/2022 | Linda L. Robbins<br><br>187 Arroyo<br>Richland, WA 99352 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 9/30/2022 | Dale C. Whited<br><br>8131 West Montana Street #14<br>Rathburn, ID 83815 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 8/11/2022 | Curtis Undlin, et ux<br><br>8741 29th Ave. NW<br>Lansford, ND 58750 | 160.0000 | 80.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |

| SMITH EMBAYMENT LEASE SUMMARY ||||||||
|---|---|---|---|---|---|---|---|
| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
| 14000002921000<br>14000002920000 |  | Red Crown Royalties, LLC<br><br>1490 W. Canal Court<br>STE 3000<br>Littleton CO 80120 | 320.0000 | 80.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002921000<br>14000002920000 | 9/15/2022 | Stewart E. Bowers, Trustee of the 1989 Inter Vivos Trust dated June 23, 1989<br><br>3186 Lucas Circle, Lafayette, CA 94563 | 320.0000 | 48.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
|  |  |  | TOTAL | 483.6200 |  |  |  |

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
|---|---|---|---|---|---|---|---|
| | | **SMITH EMBAYMENT LEASE SUMMARY** | | | | | |
| 14000002919000 | 8/22/2022 | Barbara Jane Mancuso, et vir<br><br>11413 Ash Creek Drive<br>Houston, TX 77043 | 160.0000 | 60.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000 | 8/22/2022 | Daniel Gribbon, et ux<br><br>461 Hunters Trophy<br>New Braunfels, TX 78132 | 160.0000 | 20.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Nancy Jermundson-Buttke<br><br>3700 Lone Mountain Road<br>Hereford AZ, 85615 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Barb Besse<br><br>1401 3rd St NE, Apt G<br>Devils Lake, ND 58301 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Mary Carter<br><br>3209 Crimson St, NW<br>Mandan, ND 58554 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Kathy Keonig<br><br>805 S Dixie Drive#56<br>St. George, UT 84770 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Patricia Hrichena<br><br>1508 18th Ave SW<br>Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Priscilla May<br><br>830 3rd St. SW Apt D<br>Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/11/2022 | Douglas R. Schwartz<br><br>PO Box 97<br>Mohall, ND 58761 | 231.2400 | 57.8100000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002918000 | 9/22/2022 | Linda L. Robbins<br><br>187 Arroyo<br>Richland, WA 99352 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 9/30/2022 | Dale C. Whited<br><br>8131 West Montana Street #14<br>Rathburn, ID 83815 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 8/11/2022 | Curtis Undlin, et ux<br><br>8741 29th Ave. NW<br>Lansford, ND 58750 | 160.0000 | 80.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |

| SMITH EMBAYMENT LEASE SUMMARY |
|---|---|---|---|---|---|---|---|

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
|---|---|---|---|---|---|---|---|
| 14000002921000<br>14000002920000 |  | Red Crown Royalties, LLC<br><br>1490 W. Canal Court<br>STE 3000<br>Littleton CO 80120 | 320.0000 | 80.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002921000<br>14000002920000 | 9/15/2022 | Stewart E. Bowers, Trustee of the 1989 Inter Vivos Trust dated June 23, 1989<br><br>3186 Lucas Circle, Lafayette, CA 94563 | 320.0000 | 48.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
|  |  |  | TOTAL | 483.6200 |  |  |  |

## ACADIA/EVANGELINE PARISH LEASE SUMMARY

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | Parish | Location | Terms | Lease Status |
|---|---|---|---|---|---|---|---|---|
| 0200100250; 0200100400; 0200100200; 0200100500; 0200100530; 0200100350 | 6/9/2022 | John Austin Young | 555.3000 | 555.3000 | Evangeline | Sec. 35 & 36-T6S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700137200 | 5/22/2022 | RSD-MSS, LLC | 63.7600 | 63.7600 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700137200E | 5/22/2022 | Kendi Brooks Williams, et ux | 2.0100 | 2.0100 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700037100 0700137200B | 5/22/2022 | Rebecca Sonnier Duhon, et vir | 1.4500 | 1.4500 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700137200 (tract in SE corner of RSD-MSS - error on assessor map) 0700137200D | 5/22/2022 | Jerod Paul Doucet, et ux | 2.9500 | 2.9500 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700133020 | 5/22/2022 | Melissa Sonnier Seilhan | 1.0000 | 1.0000 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700436680A | 5/11/2022 | Larry Paul Lejeune, et ux | 20.0000 | 20.0000 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700436680B 0700436680 | 5/18/2022 | Chad Eric Lejeune, et ux | 20.0000 | 20.0000 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |

ACADIA/EVANGELINE PARISH LEASE SUMMARY

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | Parish | Location | Terms | Lease Status |
|---|---|---|---|---|---|---|---|---|
| 0700138810C 0700077050 | 10/13/2022 | Reginald J. Sonnier | 24.6100 | 24.6100 | Acadia | Sec. 1 and/or Sec. 2-T7S-R2W | 2 Yr. Paid Up | Recorded |
| 0700158800 | 9/9/2022 | Frank Dale Zaunbrecher, et ux | 11.1710 | 11.1710 | Acadia | Sec. 2-T7S-R2W | 1 Yr. Paid Up 4 Yr. Rentals | Recorded |
| 0700159450 0700159861 0700159481 | 9/9/2022 | Reginald W. Zaunbrecher, et al | 395.2600 | 395.2600 | Acadia | Sec. 2 and Sec. 3-T7S-R2W | 1 Yr. Paid Up 4 Yr. Rentals | Recorded |
| 0700160000 0700159900 | 9/9/2022 | Stephen C. Zaunbrecher | 90.0000 | 90.0000 | Acadia | Sec. 2 and Sec. 11-T7S-R2W | 1 Yr. Paid Up 4 Yr. Rentals | Recorded |
| 0700116630 | 6/13/2022 | Ortego Brother Farms, LLC | 101.4800 | 101.4800 | Acadia | Sec. 2 and Sec. 11-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700077250 0700119230E 0200053750 (E) | 9/16/2022 | K.C. Enterprises of Basile, Louisiana, Inc. | 417.4900 | 417.4900 | Acadia Evangeline | Sec-3-T7S-R2W Sec. 34-T6S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/5/2022 | J. Earl Toups Farms, LLC | 65.2600 | 32.6300 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/17/2022 | Stephen K. Perrodin | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/17/2022 | Mark Perrodin | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/17/2022 | Guy Perrodin | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |

ACADIA/EVANGELINE PARISH LEASE SUMMARY

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | Parish | Location | Terms | Lease Status |
|---|---|---|---|---|---|---|---|---|
| 0700119200 | 10/17/2022 | Nadja Hays | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119230F 0700119230I | 10/20/2022 | Thomas Jude Klumpp, et ux | 111.4000 | 111.4000 | Acadia | Sec. 3 and Sec. 4-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119300 | 7/9/2022 | Noble Person, et al | 13.8000 | 13.8000 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700080450 | 6/6/2022 | Dianne Lundgren Kron | 108.0000 | 108.0000 | Acadia | Sec. 3 and Sec. 4-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700037468 | 9/17/2022 | Darrel J. Duplechin, et al | 68.7400 | 60.1450 | Acadia | Sec. 3 and Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119250 | 7/9/2022 | Jed Person, et ux | 39.6300 | 39.6300 | Acadia | Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700110160A | 9/16/2022 | Mark Sidney Denette, et ux | 13.3300 | 13.3300 | Acadia | Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119250A | 7/12/2022 | Rhea Faye Person | 1.0100 | 1.0100 | Acadia | Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700117385A 0700156100 | 11/7/2022 | Lucinda Young Feucht | 96.6300 | 48.3150 | Acadia | Sec. 2-T7S-R2W | 2 Yr. Paid Up | Recorded |
| 0700117385A 0700156100 | 11/7/2022 | Lynette Young Feucht | 96.6300 | 48.3150 | Acadia | Sec. 2-T7S-R2W | 2 Yr. Paid Up | Recorded |
| TOTAL | | | | 2,215.6840 | | | | |