IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  BISON LAND & MINERALS, LLC                      CHAPTER 11
        Debtor                                          CASE NO. 23-01140-JAW

## NOTICE OF AMENDMENT OF SCHEDULE G

TO:  Christopher J. Steiskal, Esq.
     christopher.j.steiskal@usdoj.gov

Robert A. Byrd, Esq.
Subchapter V Trustee
rab@byrdwiser.com

Barbara Jane Mancuso, et vir.
11413 Ash Creek Drive
Houston, TX 77043

Barb Besse
1401 3rd Street NE
Apt. G
Devils Lake, ND 58301

Chad Eric Lejeune, et ux.
135 Unatex Road
Eunice, LA 70535

Curtis Undlin, et ux.
8741 29th Avenue NW
Lansford, ND 58750

Dale C. Whited
8131 West Montana Street #14
Rathburn, ID 83815

Daniel Gribbon, et ux.
461 Hunters Trophy
New Braunfels, TX 78132

Darrel J. Duplechin, et al.
287 Buggy Road
Eunice, LA 70535

Dianne Lundgren Kron
114 Mason Avenue
Gretna, LA 70053

Douglas R. Schwartz
P.O. Box 97
Mohall, ND 58761

Frank Dale Zaunbrecher, et ux.
207 Alaska Lane
Eunice, LA 70535

Guy Perrodin
3957 Basile Eunice Hwy
Basile, LA 70515

J. Earl Toups Farms, LLC
P.O. Box 396
Basile, LA 70515

Jed Person, et ux.
7020 Shadow Lane
Lake Charles, LA 70605

Jerod Paul Doucett, et ux.
345 Unatex Road
Eunice, LA 70535

John Austin Young
P.O. Drawer 100
Basile, LA 70515

K.C. Enterprises of Basile, Louisiana, Inc.
180 Wings Lane
Basile, LA 70515

Kathy Keonig
805 S Dixie Drive #56
St. George, UT 84770

Kendi Brooks Williams, et ux.
4417 Kent Drive
Lake Charles, LA 70506

Larry Paul Lejeune, et ux.
165 Unatex Road
Eunice, LA 70535

Linda L. Robbins
187 Arroyo
Richland, WA 99352

Lucinda Young Feucht
154 Feucht Lane
Eunice, LA 70535

Lynette Young Feucht
430 South Fifth Street
Eunice, LA 70535

Mark Perrodin
5000 Leon Drive
Lot #20
Lake Charles, LA 70605

Mark Sidney Denette, et ux.
P.O. Box 538
Basile, LA 70515

Mary Carter
3209 Crimson Street NW
Mandan, ND 58554

Melissa Sonnier Seilhan
429 Unatex Road
Eunice, LA 70535

Nadja Hays
428 Marina Oaks Drive
Mandeville, LA 70471

Nancy Jermundson-Buttke
3700 Lone Mountain Road
Hereford, AZ 85615

Noble Person, et al.
1145 Clay Road
Basile, LA 70515

Ortega Brother Farms, LLC
1688 Tepetate Road
Basile, LA 70515

Patricia Hrichena
1508 18th Avenue SW
Minot, ND 58701

Priscilla May
830 3rd Street SW
Apt. D
Minot, ND 58701

Rebecca Sonnier Duhon, et vir.
469 Unatex Road
Eunice, LA 70535

Red Crown Royalties, LLC
1490 W Canal Court
Suite 3000
Littleton, CO 80120

Reginald J. Sonnier
4441 George Soileau Road
Eunice, LA 70535

Reginald W. Zaunbrecher, et al.
1330 Hazel Street
Eunice, LA 70535

Rhea Faye Person
645 Allie Young Lane
Eunice, LA 70535

RSD-MSS, LLC
469 Unatex Road
Eunice, LA 70535

Stephen C. Zaunbrecher
29398 Hwy 26
Elton, LA 70532

Stephen K. Perrodin
300 Steeplechase Drive
Lafayette, LA 70506

Stewart E. Bowers, Trustee of the
1989 Inter Vivos Trust dated June
23, 1989
3186 Lucas Circle
Lafayette, CA 94563

Thomas Jude Klumpp, et ux.
2605 Alfa Romeo Road
Basile, LA 70515

**You are hereby notified** the above named Debtor has filed with the U.S. Bankruptcy Court an *Amended Schedule G: Executory Contracts and Unexpired Leases* (see attached amended schedule).

**You are further notified** that the Debtor's bankruptcy case was filed on May 15, 2023. Documents filed in the case may be inspected at either location of the Clerk's office:

Clerk, U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

Clerk, U.S. Bankruptcy Court
United States Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201

THIS, the 14th day of June, 2023.

Respectfully submitted,

BISON LAND & MINERALS, LLC

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
Craig M. Geno

-3-

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\Pleadings\Notice of Amendment of Schedule G 6-1-23.wpd

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the above referenced Debtor, do hereby certify that I have this date served a true and correct copy of the *Notice of Amendment* and *Amended Schedule G: Executory Contracts and Unexpired Leases* to affected parties via First Class U.S. Mail and the case trustee and U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system.

THIS, the 14th day of June, 2023.

_____
Craig M. Geno

**Fill in this information to identify the case:**

Debtor name     **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **23-01140-JAW**

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    G
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 13, 2023      X _____
                                           Signature of individual signing on behalf of debtor

                                                     **Geary Trigleth**
                                                       Printed name

                                                       **Managing Member**
                                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) 23-01140-JAW

■ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*............................................................................................ $ 400,000.00

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*.......................................................................................... $ 253,573.10

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*............................................................................................ $ 653,573.10

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ 0.00

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................ +$ 1,090,714.62

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b
   $ 1,090,714.62

**Fill in this information to identify the case:**

Debtor name: **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known): **23-01140-JAW**

■ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | South Basile, Louisiana & Smith Employment North Dakota Leases - See Attachment |
| State the term remaining | |
| List the contract number of any government contract | Leases |

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
|---|---|---|---|---|---|---|---|
| | | SMITH EMBAYMENT LEASE SUMMARY | | | | | |
| 14000002919000 | 8/22/2022 | Barbara Jane Mancuso, et vir<br><br>11413 Ash Creek Drive Houston, TX 77043 | 160.0000 | 60.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000 | 8/22/2022 | Daniel Gribbon, et ux<br><br>461 Hunters Trophy New Braunfels, TX 78132 | 160.0000 | 20.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Nancy Jermundson-Buttke<br><br>3700 Lone Mountain Road<br>Hereford AZ, 85615 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Barb Besse<br><br>1401 3rd St NE, Apt G Devils Lake, ND 58301 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Mary Carter<br><br>3209 Crimson St, NW Mandan, ND 58554 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Kathy Keonig<br><br>805 S Dixie Drive#56 St. George, UT 84770 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Patricia Hrichena<br><br>1508 18th Ave SW Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Priscilla May<br><br>830 3rd St. SW Apt D Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/11/2022 | Douglas R. Schwartz<br><br>PO Box 97 Mohall, ND 58761 | 231.2400 | 57.8100000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002918000 | 9/22/2022 | Linda L. Robbins<br><br>187 Arroyo Richland, WA 99352 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 9/30/2022 | Dale C. Whited<br><br>8131 West Montana Street #14<br>Rathburn, ID 83815 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 8/11/2022 | Curtis Undlin, et ux<br><br>8741 29th Ave. NW Lansford, ND 58750 | 160.0000 | 80.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |

| SMITH EMBAYMENT LEASE SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
| 14000002921000<br>14000002920000 | | Red Crown Royalties, LLC<br><br>1490 W. Canal Court<br>STE 3000<br>Littleton CO 80120 | 320.0000 | 80.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002921000<br>14000002920000 | 9/15/2022 | Stewart E. Bowers, Trustee of the 1989 Inter Vivos Trust dated June 23, 1989<br><br>3186 Lucas Circle, Lafayette, CA 94563 | 320.0000 | 48.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| | | | TOTAL | 483.6200 | | | |

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
|---|---|---|---|---|---|---|---|
| | | SMITH EMBAYMENT LEASE SUMMARY | | | | | |
| 14000002919000 | 8/22/2022 | Barbara Jane Mancuso, et vir<br><br>11413 Ash Creek Drive Houston, TX 77043 | 160.0000 | 60.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000 | 8/22/2022 | Daniel Gribbon, et ux<br><br>461 Hunters Trophy New Braunfels, TX 78132 | 160.0000 | 20.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Nancy Jermundson-Buttke<br><br>3700 Lone Mountain Road<br>Hereford AZ, 85615 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Barb Besse<br><br>1401 3rd St NE, Apt G Devils Lake, ND 58301 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Mary Carter<br><br>3209 Crimson St, NW Mandan, ND 58554 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Kathy Keonig<br><br>805 S Dixie Drive#56 St. George, UT 84770 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Patricia Hrichena<br><br>1508 18th Ave SW Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Priscilla May<br><br>830 3rd St. SW Apt D Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/11/2022 | Douglas R. Schwartz<br><br>PO Box 97<br>Mohall, ND 58761 | 231.2400 | 57.8100000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002918000 | 9/22/2022 | Linda L. Robbins<br><br>187 Arroyo<br>Richland, WA 99352 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 9/30/2022 | Dale C. Whited<br><br>8131 West Montana Street #14<br>Rathburn, ID 83815 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 8/11/2022 | Curtis Undlin, et ux<br><br>8741 29th Ave. NW Lansford, ND 58750 | 160.0000 | 80.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |

| SMITH EMBAYMENT LEASE SUMMARY |
|---|---|---|---|---|---|---|---|

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
|---|---|---|---|---|---|---|---|
| 14000002921000<br>14000002920000 | | Red Crown Royalties, LLC<br><br>1490 W. Canal Court<br>STE 3000<br>Littleton CO 80120 | 320.0000 | 80.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002921000<br>14000002920000 | 9/15/2022 | Stewart E. Bowers, Trustee of the 1989 Inter Vivos Trust dated June 23, 1989<br><br>3186 Lucas Circle, Lafayette, CA 94563 | 320.0000 | 48.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| | | | TOTAL | 483.6200 | | | |

ACADIA/EVANGELINE PARISH LEASE SUMMARY

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | Parish | Location | Terms | Lease Status |
|---|---|---|---|---|---|---|---|---|
| 0200100250; 0200100400; 0200100200; 0200100500; 0200100530; 0200100350 | 6/9/2022 | John Austin Young | 555.3000 | 555.3000 | Evangeline | Sec. 35 & 36-T6S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700137200 | 5/22/2022 | RSD-MSS, LLC | 63.7600 | 63.7600 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700137200E | 5/22/2022 | Kendi Brooks Williams, et ux | 2.0100 | 2.0100 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700037100 0700137200B | 5/22/2022 | Rebecca Sonnier Duhon, et vir | 1.4500 | 1.4500 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700137200 (tract in SE corner of RSD-MSS - error on assessor map) 0700137200D | 5/22/2022 | Jerod Paul Doucet, et ux | 2.9500 | 2.9500 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700133020 | 5/22/2022 | Melissa Sonnier Seilhan | 1.0000 | 1.0000 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700436680A | 5/11/2022 | Larry Paul Lejeune, et ux | 20.0000 | 20.0000 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700436680B 0700436680 | 5/18/2022 | Chad Eric Lejeune, et ux | 20.0000 | 20.0000 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |

## ACADIA/EVANGELINE PARISH LEASE SUMMARY

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | Parish | Location | Terms | Lease Status |
|---|---|---|---|---|---|---|---|---|
| 0700138810C 0700077050 | 10/13/2022 | Reginald J. Sonnier | 24.6100 | 24.6100 | Acadia | Sec. 1 and/or Sec. 2-T7S-R2W | 2 Yr. Paid Up | Recorded |
| 0700158800 | 9/9/2022 | Frank Dale Zaunbrecher, et ux | 11.1710 | 11.1710 | Acadia | Sec. 2-T7S-R2W | 1 Yr. Paid Up 4 Yr. Rentals | Recorded |
| 0700159450 0700159861 0700159481 | 9/9/2022 | Reginald W. Zaunbrecher, et al | 395.2600 | 395.2600 | Acadia | Sec. 2 and Sec. 3-T7S-R2W | 1 Yr. Paid Up 4 Yr. Rentals | Recorded |
| 0700160000 0700159900 | 9/9/2022 | Stephen C. Zaunbrecher | 90.0000 | 90.0000 | Acadia | Sec. 2 and Sec. 11-T7S-R2W | 1 Yr. Paid Up 4 Yr. Rentals | Recorded |
| 0700116630 | 6/13/2022 | Ortego Brother Farms, LLC | 101.4800 | 101.4800 | Acadia | Sec. 2 and Sec. 11-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700077250 0700119230E 020005375O (E) | 9/16/2022 | K.C. Enterprises of Basile, Louisiana, Inc. | 417.4900 | 417.4900 | Acadia Evangeline | Sec. 3-T7S-R2W Sec. 34-T6S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/5/2022 | J. Earl Toups Farms, LLC | 65.2600 | 32.6300 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/17/2022 | Stephen K. Perrodin | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/17/2022 | Mark Perrodin | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/17/2022 | Guy Perrodin | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |

## ACADIA/EVANGELINE PARISH LEASE SUMMARY

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | Parish | Location | Terms | Lease Status |
|---|---|---|---|---|---|---|---|---|
| 0700119200 | 10/17/2022 | Nadja Hays | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119230F 0700119230I | 10/20/2022 | Thomas Jude Klumpp, et ux | 111.4000 | 111.4000 | Acadia | Sec. 3 and Sec. 4- T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119300 | 7/9/2022 | Noble Person, et al | 13.8000 | 13.8000 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700080450 | 6/6/2022 | Dianne Lundgren Kron | 108.0000 | 108.0000 | Acadia | Sec. 3 and Sec. 4- T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700037468 | 9/17/2022 | Darrel J. Duplechin, et al | 68.7400 | 60.1450 | Acadia | Sec. 3 and Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119250 | 7/9/2022 | Jed Person, et ux | 39.6300 | 39.6300 | Acadia | Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700101060A | 9/16/2022 | Mark Sidney Denette, et ux | 13.3300 | 13.3300 | Acadia | Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119250A | 7/12/2022 | Rhea Faye Person | 1.0100 | 1.0100 | Acadia | Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700117385A 0700156100 | 11/7/2022 | Lucinda Young Feucht | 96.6300 | 48.3150 | Acadia | Sec. 2-T7S-R2W | 2 Yr. Paid Up | Recorded |
| 0700117385A 0700156100 | 11/7/2022 | Lynette Young Feucht | 96.6300 | 48.3150 | Acadia | Sec. 2-T7S-R2W | 2 Yr. Paid Up | Recorded |
| | | TOTAL | | 2,215.6840 | | | | |