**United States Bankruptcy Court**
**Southern District of Mississippi**

In re   Bison Land & Minerals, LLC                                      Case No.   23-01140-JAW
                                        Debtor(s)                       Chapter    11

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   June 13, 2023                    Geary Trigleth  mm
                                         Geary Trigleth/Managing Member
                                         Signer/Title

AMENDED MATRIX

Label Matrix for local noticing
0538-3
Case 23-01140-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Mon Jun 12 14:09:09 CDT 2023

Basin Service Company, Inc.
9926 Highway 83
Westhope, ND 58793-9708

Bison Land & Minerals, LLC
240 Buckhead Drive
Madison, MS 39110-6616

Boudes Field Service, LLC
5743 137th Avenue NW
Williston, ND 58801-8911

Boudes Field Service, LLC
P.O. Box 10215
Williston, ND 58803-0006

Robert A. Byrd
Byrd & Wiser
P O Box 1939
Biloxi, MS 39533-1939

Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533-1939

C & C Welding, LLC
10246 County Road 49
Bottineau, ND 58318-7114

Christopher H. Meredith, Esq.
Copeland, Cook, Taylor & Bush, P.A.
Counsel for Farden Construction, Inc.
P.O. Box 6020
Ridgeland, MS 39158-6020

Christopher H. Meredith, Esq.
Copeland, Cook, Taylor & Bush, P.A.
Counsel for Stevens Welding and Machine
P.O. Box 6020
Ridgeland, MS 39158-6020

Crazy Cowboy Trucking, Inc.
7330 35th Avenue NW
Berthold, ND 58718-9406

Department of Treasury -
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Farden Construction, Inc.
9035 County Road 17B
Maxbass, ND 58760-9736

G-Style Transport, LLC
5033 Jackson Street
Williston, ND 58801-4021

G-Style Transport, LLC
P.O. Box 2104
Willston, ND 58802-2104

Geary Trigleth
240 Buckhead Drive
Madison, MS 39110-6616

Geir Rorstad
182 Tummotley Drive
Loudon, TN 37774-2120

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Pkwy.
Ridgeland, MS 39157-8784

Greg Pollard
7700 Cody Lane
Apt. 2911
Sachse, TX 75048-6683

Halliburton Energy Services, Inc.
P.O. Box 2388
Williston, ND 58802-2388

Halliburton Energy Services, Inc.
c/o Capital Corporate Services, Inc.
1213 NP Avenue
Suite 301
Fargo, ND 58102-4798

Halliburton Manufacturing & Leasing Company,
c/o Capital Corporate Services, Inc.
1213 NP Avenue
Suite 301
Fargo, ND 58102-4798

Hefty Seed Company
47504 252nd Street
Baltic, SD 57003-5961

Hunter Logistics
c/o Dalton Petersen
9215 55th Avenue NW
Kenmare, ND 58746-9653

Internal Revenue Service
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

Kiat Tze Kenny Goh
5549 Falls Road
Dallas, TX 75220-2111

Knight Oil Tools
c/o VeriCore
10115 Kincey Avenue
Suite 100
Huntersville, NC 28078-6482

Linda Correll
6927 Alpha Road
Dallas, TX 75240-3601

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

Abigail M. Marbury
Office of the U.S. Trustee
501 E Court Street Suite 6-430
Jackson, MS 39201-5022

Christopher H Meredith
Copeland Cook Taylor & Bush
PO Box 6020
Ridgeland, MS 39158-6020

Mesa West Directional
Corporate
361 S Camino Del Rio #164
Durango, CO 81303-7997

Mesa West Directional
Operations
4925 Ridge Drive, Unit A
Williston, ND 58801-5047

Mountain Mud of North Dakota, LLC
1301 E Lincoln Street
Gillette, WY 82716-3017

Mountain Mud of North Dakota, LLC
c/o Legalinc Corporate Services, Inc.
1709 N 19th Street
Suite 3
Bismarck, ND 58501-2121

ND&T Services, Inc.
302 Main Street E
Mohall, ND 58761-4079

ND&T Services, Inc.
P.O. Box 335
Mohall, ND 58761-0335

Neset Consulting Service, Inc.
6844 Highway 40
Tioga, ND 58852-9403

Neset Repair & Sales, Inc.
15372 2nd Street NE
Mayville, ND 58257-9041

North Country Oil Inc.
7258 38th Street NW
Parshall, ND 58770-9406

North Dakota Workforce Safety & Insurance
1600 E. Century Avenue
Suite 1
Bismarck, ND 58503-0649

Northwell Rentals (Lloydminster), Inc.
6401 - 63 Avenue
Lloydminster, AB T9V 3A4
Canada

O-Keeffe Oil Company
603 Main Street E
P.O. Box 130
Mohall, ND 58761-0130

Propane Services
101 West Main Street
P.O. Box 339
Mohall, ND 58761-0339

Recon Oilfield Services, Inc.
1803 Clara Drive
Conway, AR 72034-7740

Recon Oilfield Services, Inc.
P.O. Box 2101
Conway, AR 72033-2101

Smith Bits
200 - 125 9 Avenue SE
Calgary, AB T2E 0P6
Canada

Smith International
P.O. Box 732136
Dallas, TX 75373-2136

Stallion Oilfield Services Ltd.
d/b/a Stallion Oilfield Services LP
950 Corbindale Road
Suite 400
Houston, TX 77024-2849

Stallion Oilfield Services Ltd.
d/b/a Stallion Oilfield Services LP
c/o Corporation Service Company
600 S 2nd Street, Suite 155
Bismarck, ND 58504-5729

Christopher J. Steiskal Sr.
United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

Stevens Welding and Machine, LLC
502 County Road South
P.O. Box 8
Glenburn, ND 58740-0008

Stevens Welding and Machine, LLC
9035 County Road 17B
Maxbass, ND 58760-9736

Tuffy's Pump Shop and Repair, Inc.
P.O. Box 352
215 County Road 9
Mohall, ND 58761-4002

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Securities and Exchange Commission
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

United Rentals, Inc.
c/o Corporation Service Company
600 S 2nd Street, Suite 155
Bismarck, ND 58504-5729

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Warren Transport, Inc.
c/o The Prentice-Hall Corporation System
600 S 2nd Street
Suite 155
Bismarck, ND 58504-5729

Wyoming Casing Service, Inc.
198 40th Street E
Dickinson, ND 58601-7818

```
Wyoming Casing Service, Inc.
P.O. Box 1153
Dickinson, ND 58602-1153
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Copeland, Cook, Taylor & Bush, P.A.        (u)Farden Construction, Inc.        (u)Stevens Welding and Machine LLC

```
End of Label Matrix
Mailable recipients    60
Bypassed recipients     3
Total                  63
```

*****

| | | |
|---|---|---|
| Barbara Jane Mancuso, et vir.<br>11413 Ash Creek Drive<br>Houston, TX 77043 | Barb Besse<br>1401 3rd Street NE<br>Apt. G<br>Devils Lake, ND 58301 | Chad Eric Lejeune, et ux.<br>135 Unatex Road<br>Eunice, LA 70535 |
| Curtis Undlin, et ux.<br>8741 29th Avenue NW<br>Lansford, ND 58750 | Dale C. Whited<br>8131 West Montana Street #14<br>Rathburn, ID 83815 | Daniel Gribbon, et ux.<br>461 Hunters Trophy<br>New Braunfels, TX 78132 |
| Darrel J. Duplechin, et al.<br>287 Buggy Road<br>Eunice, LA 70535 | Dianne Lundgren Kron<br>114 Mason Avenue<br>Gretna, LA 70053 | Douglas R. Schwartz<br>P.O. Box 97<br>Mohall, ND 58761 |

EnTec Services, LLC
240 Buckhead Drive
Madison, MS 39110

Frank Dale Zaunbrecher, et ux.
207 Alaska Lane
Eunice, LA 70535

Greg Pollard
7700 Cody Lane
Apt. 2911
Sachse, TX 75048

Guy Perrodin
3957 Basile Eunice Hwy
Basile, LA 70515

J. Earl Toups Farms, LLC
P.O. Box 396
Basile, LA 70515

Jed Person, et ux.
7020 Shadow Lane
Lake Charles, LA 70605

Jerod Paul Doucett, et ux.
345 Unatex Road
Eunice, LA 70535

John Austin Young
P.O. Drawer 100
Basile, LA 70515

K.C. Enterprises of Basile,
Louisiana, Inc.
180 Wings Lane
Basile, LA 70515

Kathy Keonig
805 S Dixie Drive #56
St. George, UT 84770

Kendi Brooks Williams, et ux.
4417 Kent Drive
Lake Charles, LA 70506

Kiat Tze "Kenny" Goh
5549 Falls Road
Dallas, TX 75220

Larry Paul Lejeune, et ux.
165 Unatex Road
Eunice, LA 70535

Linda L. Robbins
187 Arroyo
Richland, WA 99352

Lucinda Young Feucht
154 Feucht Lane
Eunice, LA 70535

Lynette Young Feucht
430 South Fifth Street
Eunice, LA 70535

Mark Perrodin
5000 Leon Drive
Lot #20
Lake Charles, LA 70605

Mark Sidney Denette, et ux.
P.O. Box 538
Basile, LA 70515

Mary Carter
3209 Crimson Street NW
Mandan, ND 58554

Melissa Sonnier Seilhan
429 Unatex Road
Eunice, LA 70535

Nadja Hays
428 Marina Oaks Drive
Mandeville, LA 70471

Nancy Jermundson-Buttke
3700 Lone Mountain Road
Hereford, AZ 85615

Noble Person, et al.
1145 Clay Road
Basile, LA 70515

Ortega Brother Farms, LLC
1688 Tepetate Road
Basile, LA 70515

Patricia Hrichena
1508 18th Avenue SW
Minot, ND 58701

Priscilla May
830 3rd Street SW
Apt. D
Minot, ND 58701

Rebecca Sonnier Duhon, et vir.
469 Unatex Road
Eunice, LA 70535

Red Crown Royalties, LLC
1490 W Canal Court
Suite 3000
Littleton, CO 80120

Reginald J. Sonnier
4441 George Soileau Road
Eunice, LA 70535

Reginald W. Zaunbrecher, et al.
1330 Hazel Street
Eunice, LA 70535

Rhea Faye Person
645 Allie Young Lane
Eunice, LA 70535

RSD-MSS, LLC
469 Unatex Road
Eunice, LA 70535

Sparrow Oil & Gas
7700 Cody Lane
Apt. 2911
Sachse, TX 75048

Stephen C. Zaunbrecher
29398 Hwy 26
Elton, LA 70532

Stephen K. Perrodin
300 Steeplechase Drive
Lafayette, LA 70506

Stewart E. Bowers, Trustee of the
1989 Inter Vivos Trust dated June
23, 1989
3186 Lucas Circle
Lafayette, CA 94563

Thomas Jude Klumpp, et ux.
2605 Alfa Romeo Road
Basile, LA 70515