IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     BISON LAND & MINERALS, LLC     CHAPTER 11
            Debtor     CASE NO. 23-01140-JAW

**NOTICE OF AMENDMENT TO DEBTOR'S**
**LIST OF CREDITORS/MAILING MATRIX**

TO:
Christopher J. Steiskal, Esq.
Office of the United States Trustee
christopher.j.steiskal@usdoj.gov

Robert A. Byrd, Esq.
Subchapter V Trustee
rab@byrdwiser.com

Barbara Jane Mancuso, et vir.
11413 Ash Creek Drive
Houston, TX 77043

Barb Besse
1401 3rd Street NE
Apt. G
Devils Lake, ND 58301

Chad Eric Lejeune, et ux.
135 Unatex Road
Eunice, LA 70535

Curtis Undlin, et ux.
8741 29th Avenue NW
Lansford, ND 58750

Dale C. Whited
8131 West Montana Street #14
Rathburn, ID 83815

Daniel Gribbon, et ux.
461 Hunters Trophy
New Braunfels, TX 78132

Darrel J. Duplechin, et al.
287 Buggy Road
Eunice, LA 70535

Dianne Lundgren Kron
114 Mason Avenue
Gretna, LA 70053

Douglas R. Schwartz
P.O. Box 97
Mohall, ND 58761

EnTec Services, LLC
240 Buckhead Drive
Madison, MS 39110

Frank Dale Zaunbrecher, et ux.
207 Alaska Lane
Eunice, LA 70535

Greg Pollard
7700 Cody Lane
Apt. 2911
Sachse, TX 75048

Guy Perrodin
3957 Basile Eunice Hwy
Basile, LA 70515

J. Earl Toups Farms, LLC
P.O. Box 396
Basile, LA 70515

Jed Person, et ux.
7020 Shadow Lane
Lake Charles, LA 70605

Jerod Paul Doucett, et ux.
345 Unatex Road
Eunice, LA 70535

John Austin Young
P.O. Drawer 100
Basile, LA 70515

K.C. Enterprises of Basile, Louisiana, Inc.
180 Wings Lane
Basile, LA 70515

Kathy Keonig
805 S Dixie Drive #56
St. George, UT 84770

Kendi Brooks Williams, et ux.
4417 Kent Drive
Lake Charles, LA 70506

Kiat Tze "Kenny" Goh
5549 Falls Road
Dallas, TX 75220

Larry Paul Lejeune, et ux.
165 Unatex Road
Eunice, LA 70535

Linda L. Robbins
187 Arroyo
Richland, WA 99352

Lucinda Young Feucht
154 Feucht Lane
Eunice, LA 70535

Lynette Young Feucht
430 South Fifth Street
Eunice, LA 70535

Mark Perrodin
5000 Leon Drive
Lot #20
Lake Charles, LA 70605

Mark Sidney Denette, et ux.
P.O. Box 538
Basile, LA 70515

Mary Carter
3209 Crimson Street NW
Mandan, ND 58554

Melissa Sonnier Seilhan
429 Unatex Road
Eunice, LA 70535

Nadja Hays
428 Marina Oaks Drive
Mandeville, LA 70471

Nancy Jermundson-Buttke
3700 Lone Mountain Road
Hereford, AZ 85615

Noble Person, et al.
1145 Clay Road
Basile, LA 70515

Ortega Brother Farms, LLC
1688 Tepetate Road
Basile, LA 70515

Patricia Hrichena
1508 18th Avenue SW
Minot, ND 58701

Priscilla May
830 3rd Street SW
Apt. D
Minot, ND 58701

Rebecca Sonnier Duhon, et vir.
469 Unatex Road
Eunice, LA 70535

Red Crown Royalties, LLC
1490 W Canal Court
Suite 3000
Littleton, CO 80120

Reginald J. Sonnier
4441 George Soileau Road
Eunice, LA 70535

| | |
|---|---|
| Reginald W. Zaunbrecher, et al.<br>1330 Hazel Street<br>Eunice, LA 70535 | Stephen C. Zaunbrecher<br>29398 Hwy 26<br>Elton, LA 70532 |
| Rhea Faye Person<br>645 Allie Young Lane<br>Eunice, LA 70535 | Stephen K. Perrodin<br>300 Steeplechase Drive<br>Lafayette, LA 70506 |
| RSD-MSS, LLC<br>469 Unatex Road<br>Eunice, LA 70535 | Stewart E. Bowers, Trustee of the 1989<br>Inter Vivos Trust dated June 23, 1989<br>3186 Lucas Circle<br>Lafayette, CA 94563 |
| Sparrow Oil & Gas<br>7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | Thomas Jude Klumpp, et ux.<br>2605 Alfa Romeo Road<br>Basile, LA 70515 |

**PLEASE TAKE NOTICE** the debtor named above filed with the Bankruptcy Court an amended List of Creditors/Mailing Matrix adding one or more creditors.

If the Within **21 days** from the date of this notice, each added creditor has the right to request of the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201, an adjourned § 341(a) creditors' meeting if the added creditor wishes to examine the debtor under oath. (See copy of original § 341 meeting notice enclosed).

Each added creditor has **60 days** from the date of this notice to file a complaint objecting to the discharge of the debtor, or a complaint to determine the dischargeability of a debt, or to file a motion requesting an extension of time to file such a complaint, unless a longer period of time is provided by the Federal Rules of Bankruptcy Procedure.

If this is a **Chapter 7, 12 OR 13** case and the enclosed § 341 meeting notice contains a Proof of Claim deadline, as an added creditor you have **70 days** from the date of this notice to file a Proof of Claim. However, if this is a **Chapter 7** case and the notice contains language "Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So", then you do not need to file a claim at this time.

If this is a **Chapter 11** case, you have the right to file a proof of claim by the bar date indicated on the enclosed § 341 meeting notice or **30 days** from the date of this notice, whichever is later. A Proof of Claim form (Official Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

The address of the U.S. Bankruptcy Court is provided on the enclosed § 341 Meeting of Creditors Notice.

**PLEASE TAKE NOTICE ALSO** that the undersigned debtor and/or attorney for the debtor is required to send a copy of the amended List of Creditors/Mailing Matrix to each added creditor.

THIS, the _14th_ day of June, 2023.

Respectfully submitted,

BISON LAND & MINERALS, LLC

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _/s/ Craig M. Geno_
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\Matrix\Amended Matrix\Notice to Each Added Creditor 6-1-23.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, attorney for the above listed Debtor, do hereby certify that I have this date served a true and correct copy of the notice of amendment, the amended List of Creditors/Mailing Matrix, and the § 341 Meeting of Creditors Notice to the affected creditor(s) via First Class U.S. Mail and the case trustee and U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system.

THIS, the _14th_ day of June, 2023.

_/s/ Craig M. Geno_
Craig M. Geno

# Notice of Chapter 11 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Bison Land & Minerals, LLC** <br> Name | EIN | 84-2840113 |
| United States Bankruptcy Court of the Southern District of Mississippi <br> Case number: **23-01140-JAW** | | Date case filed for chapter **11**   **5/15/23** | |

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.

Do not file this notice with any proof of claim or other filing in the case.

| | | |
|---|---|---|
| 1. Debtor's full name | Bison Land & Minerals, LLC | |
| 2. All other names used in the last 8 years | | |
| 3. Address | 240 Buckhead Drive <br> Madison, MS 39110 | |
| 4. Debtor's attorney <br> Name and address | Craig M. Geno <br> Law Offices of Craig M. Geno, PLLC <br> 587 Highland Colony Pkwy. <br> Ridgeland, MS 39157 | Contact phone  601 427-0048 <br> Email cmgeno@cmgenolaw.com |
| 5. Bankruptcy trustee <br> Name and address | Robert A. Byrd <br> Byrd & Wiser <br> P O Box 1939 <br> Biloxi, MS 39533-1939 | Contact phone  228-432-8123 <br> Email rab@byrdwiser.com |
| 6. Bankruptcy clerk's office <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse <br> 501 E. Court Street <br> Suite 2.300 <br> Jackson, MS 39201 | Office Hours: <br> Monday - Friday 8:00 AM - 5:00PM <br><br> Contact phone  601-608-4600 <br><br> Date: 5/22/23 |

For more information, see page 2 >

Official Form 309F2 (Corporations or Partnerships under Subchapter V) (2/20)     **Notice of Chapter 11 Bankruptcy Case**     page 1

Debtor  **Bison Land & Minerals, LLC**                                  Case number  **23-01140-JAW**

| 7. **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath and provide original picture identification. Creditors may attend, but are not required to do so. | **June 19, 2023 at 08:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Meeting will be held telephonically, Call in number: 1-877-953-5629, Passcode: 6207868#** |
|---|---|---|
| 8. **Proof of claim deadline** | **Deadline for all creditors to file a proof of claim** (except governmental units): **7/24/23** **Deadline for governmental units to file a proof of claim: 11/13/23** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint: 8/18/23** | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re   Bison Land & Minerals, LLC                              Case No.   23-01140-JAW
                                    Debtor(s)                   Chapter    11

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 13, 2023                        Geary Trigleth   MM
                                             Geary Trigleth/Managing Member
                                             Signer/Title

## AMENDED MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 23-01140-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Mon Jun 12 14:09:09 CDT 2023 | Basin Service Company, Inc.<br>9926 Highway 83<br>Westhope, ND 58793-9708 | Bison Land & Minerals, LLC<br>240 Buckhead Drive<br>Madison, MS 39110-6616 |
| Boudes Field Service, LLC<br>5743 137th Avenue NW<br>Williston, ND 58801-8911 | Boudes Field Service, LLC<br>P.O. Box 10215<br>Williston, ND 58803-0006 | Robert A. Byrd<br>Byrd & Wiser<br>P O Box 1939<br>Biloxi, MS 39533-1939 |
| Robert Alan Byrd<br>P.O. Box 1939<br>Biloxi, MS 39533-1939 | C & C Welding, LLC<br>10246 County Road 49<br>Bottineau, ND 58318-7114 | Christopher H. Meredith, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>Counsel for Farden Construction, Inc.<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 |
| Christopher H. Meredith, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>Counsel for Stevens Welding and Machine<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | Crazy Cowboy Trucking, Inc.<br>7330 35th Avenue NW<br>Berthold, ND 58718-9406 | Department of Treasury -<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Farden Construction, Inc.<br>9035 County Road 17B<br>Maxbass, ND 58760-9736 | G-Style Transport, LLC<br>5033 Jackson Street<br>Williston, ND 58801-4021 | G-Style Transport, LLC<br>P.O. Box 2104<br>Willston, ND 58802-2104 |
| Geary Trigleth<br>240 Buckhead Drive<br>Madison, MS 39110-6616 | Geir Rorstad<br>182 Tummotley Drive<br>Loudon, TN 37774-2120 | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Pkwy.<br>Ridgeland, MS 39157-8784 |
| Greg Pollard<br>7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048-6683 | Halliburton Energy Services, Inc.<br>P.O. Box 2388<br>Williston, ND 58802-2388 | Halliburton Energy Services, Inc.<br>c/o Capital Corporate Services, Inc.<br>1213 NP Avenue<br>Suite 301<br>Fargo, ND 58102-4798 |
| Halliburton Manufacturing & Leasing Company,<br>c/o Capital Corporate Services, Inc.<br>1213 NP Avenue<br>Suite 301<br>Fargo, ND 58102-4798 | Hefty Seed Company<br>47504 252nd Street<br>Baltic, SD 57003-5961 | Hunter Logistics<br>c/o Dalton Petersen<br>9215 55th Avenue NW<br>Kenmare, ND 58746-9653 |
| Internal Revenue Service<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | Kiat Tze Kenny Goh<br>5549 Falls Road<br>Dallas, TX 75220-2111 | Knight Oil Tools<br>c/o VeriCore<br>10115 Kincey Avenue<br>Suite 100<br>Huntersville, NC 28078-6482 |
| Linda Correll<br>6927 Alpha Road<br>Dallas, TX 75240-3601 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | Abigail M. Marbury<br>Office of the U.S. Trustee<br>501 E Court Street Suite 6-430<br>Jackson, MS 39201-5022 |

```
Christopher H Meredith              Mesa West Directional              Mesa West Directional
Copeland Cook Taylor & Bush         Corporate                          Operations
PO Box 6020                         361 S Camino Del Rio #164          4925 Ridge Drive, Unit A
Ridgeland, MS 39158-6020            Durango, CO 81303-7997             Williston, ND 58801-5047


Mountain Mud of North Dakota, LLC   Mountain Mud of North Dakota, LLC  ND&T Services, Inc.
1301 E Lincoln Street               c/o Legalinc Corporate Services, Inc.  302 Main Street E
Gillette, WY 82716-3017             1709 N 19th Street                 Mohall, ND 58761-4079
                                    Suite 3
                                    Bismarck, ND 58501-2121


ND&T Services, Inc.                 Neset Consulting Service, Inc.     Neset Repair & Sales, Inc.
P.O. Box 335                        6844 Highway 40                    15372 2nd Street NE
Mohall, ND 58761-0335               Tioga, ND 58852-9403               Mayville, ND 58257-9041


North Country Oil Inc.              North Dakota Workforce Safety & Insurance  Northwell Rentals (Lloydminster), Inc.
7258 38th Street NW                 1600 E. Century Avenue             6401 - 63 Avenue
Parshall, ND 58770-9406             Suite 1                            Lloydminster, AB T9V 3A4
                                    Bismarck, ND 58503-0649            Canada


O-Keeffe Oil Company                Propane Services                   Recon Oilfield Services, Inc.
603 Main Street E                   101 West Main Street               1803 Clara Drive
P.O. Box 130                        P.O. Box 339                       Conway, AR 72034-7740
Mohall, ND 58761-0130               Mohall, ND 58761-0339


Recon Oilfield Services, Inc.       Smith Bits                         Smith International
P.O. Box 2101                       200 - 125 9 Avenue SE              P.O. Box 732136
Conway, AR 72033-2101               Calgary, AB T2E 0P6                Dallas, TX 75373-2136
                                    Canada


Stallion Oilfield Services Ltd.     Stallion Oilfield Services Ltd.    Christopher J. Steiskal Sr.
d/b/a Stallion Oilfield Services LP d/b/a Stallion Oilfield Services LP United States Trustee
950 Corbindale Road                 c/o Corporation Service Company    501 East Court Street, Suite 6-430
Suite 400                           600 S 2nd Street, Suite 155        Jackson, MS 39201-5022
Houston, TX 77024-2849              Bismarck, ND 58504-5729


Stevens Welding and Machine, LLC    Stevens Welding and Machine, LLC   Tuffy's Pump Shop and Repair, Inc.
502 County Road South               9035 County Road 17B               P.O. Box 352
P.O. Box 8                          Maxbass, ND 58760-9736             215 County Road 9
Glenburn, ND 58740-0008                                                Mohall, ND 58761-4002


U.S. Securities and Exchange Commission  U.S. Securities and Exchange Commission  United Rentals, Inc.
Office of Reorganization            c/o United States Attorney         c/o Corporation Service Company
950 East Paces Ferry Road, Suite 900  501 E. Court Street, Ste. 4.430  600 S 2nd Street, Suite 155
Atlanta, GA 30326-1382              Jackson, MS 39201-5025             Bismarck, ND 58504-5729


United States Trustee               Warren Transport, Inc.             Wyoming Casing Service, Inc.
501 East Court Street               c/o The Prentice-Hall Corporation System  198 40th Street E
Suite 6-430                         600 S 2nd Street                   Dickinson, ND 58601-7818
Jackson, MS 39201-5022              Suite 155
                                    Bismarck, ND 58504-5729
```

```
Wyoming Casing Service, Inc.
P.O. Box 1153
Dickinson, ND 58602-1153




                       The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                       by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225




                       The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Copeland, Cook, Taylor & Bush, P.A.         (u)Farden Construction, Inc.                      (u)Stevens Welding and Machine LLC




End of Label Matrix
Mailable recipients     60
Bypassed recipients      3
Total                   63
```

*****

| | | |
|---|---|---|
| Barbara Jane Mancuso, et vir.<br>11413 Ash Creek Drive<br>Houston, TX 77043 | Barb Besse<br>1401 3rd Street NE<br>Apt. G<br>Devils Lake, ND 58301 | Chad Eric Lejeune, et ux.<br>135 Unatex Road<br>Eunice, LA 70535 |
| Curtis Undlin, et ux.<br>8741 29th Avenue NW<br>Lansford, ND 58750 | Dale C. Whited<br>8131 West Montana Street #14<br>Rathburn, ID 83815 | Daniel Gribbon, et ux.<br>461 Hunters Trophy<br>New Braunfels, TX 78132 |
| Darrel J. Duplechin, et al.<br>287 Buggy Road<br>Eunice, LA 70535 | Dianne Lundgren Kron<br>114 Mason Avenue<br>Gretna, LA 70053 | Douglas R. Schwartz<br>P.O. Box 97<br>Mohall, ND 58761 |

EnTec Services, LLC
240 Buckhead Drive
Madison, MS 39110

Frank Dale Zaunbrecher, et ux.
207 Alaska Lane
Eunice, LA 70535

Greg Pollard
7700 Cody Lane
Apt. 2911
Sachse, TX 75048

Guy Perrodin
3957 Basile Eunice Hwy
Basile, LA 70515

J. Earl Toups Farms, LLC
P.O. Box 396
Basile, LA 70515

Jed Person, et ux.
7020 Shadow Lane
Lake Charles, LA 70605

Jerod Paul Doucett, et ux.
345 Unatex Road
Eunice, LA 70535

John Austin Young
P.O. Drawer 100
Basile, LA 70515

K.C. Enterprises of Basile,
Louisiana, Inc.
180 Wings Lane
Basile, LA 70515

Kathy Keonig
805 S Dixie Drive #56
St. George, UT 84770

Kendi Brooks Williams, et ux.
4417 Kent Drive
Lake Charles, LA 70506

Kiat Tze "Kenny" Goh
5549 Falls Road
Dallas, TX 75220

Larry Paul Lejeune, et ux.
165 Unatex Road
Eunice, LA 70535

Linda L. Robbins
187 Arroyo
Richland, WA 99352

Lucinda Young Feucht
154 Feucht Lane
Eunice, LA 70535

Lynette Young Feucht
430 South Fifth Street
Eunice, LA 70535

Mark Perrodin
5000 Leon Drive
Lot #20
Lake Charles, LA 70605

Mark Sidney Denette, et ux.
P.O. Box 538
Basile, LA 70515

Mary Carter
3209 Crimson Street NW
Mandan, ND 58554

Melissa Sonnier Seilhan
429 Unatex Road
Eunice, LA 70535

Nadja Hays
428 Marina Oaks Drive
Mandeville, LA 70471

Nancy Jermundson-Buttke
3700 Lone Mountain Road
Hereford, AZ 85615

Noble Person, et al.
1145 Clay Road
Basile, LA 70515

Ortega Brother Farms, LLC
1688 Tepetate Road
Basile, LA 70515

Patricia Hrichena
1508 18th Avenue SW
Minot, ND 58701

Priscilla May
830 3rd Street SW
Apt. D
Minot, ND 58701

Rebecca Sonnier Duhon, et vir.
469 Unatex Road
Eunice, LA 70535

Red Crown Royalties, LLC
1490 W Canal Court
Suite 3000
Littleton, CO 80120

Reginald J. Sonnier
4441 George Soileau Road
Eunice, LA 70535

Reginald W. Zaunbrecher, et al.
1330 Hazel Street
Eunice, LA 70535

Rhea Faye Person
645 Allie Young Lane
Eunice, LA 70535

RSD-MSS, LLC
469 Unatex Road
Eunice, LA 70535

Sparrow Oil & Gas
7700 Cody Lane
Apt. 2911
Sachse, TX 75048

Stephen C. Zaunbrecher
29398 Hwy 26
Elton, LA 70532

Stephen K. Perrodin
300 Steeplechase Drive
Lafayette, LA 70506

Stewart E. Bowers, Trustee of the
1989 Inter Vivos Trust dated June
23, 1989
3186 Lucas Circle
Lafayette, CA 94563

Thomas Jude Klumpp, et ux.
2605 Alfa Romeo Road
Basile, LA 70515