**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:         BISON LAND & MINERALS, LLC         CASE NO.    23-01140-JAW

               DEBTOR(S)                           CHAPTER    11

**CHAPTER 11 PROCEEDING MEMO**
**AND MINUTES OF § 341 MEETING**
**JUNE 19, 2023 – 8:30 A.M.**
**JACKSON, MS**

1. Name of Attorney(s) for Debtor(s):  <u>Law Offices of Craig M. Geno, PLLC</u>

2. Has Attorney(s) for Debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016?  **X** Yes ____ No.

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. § 1102? ____ Yes **X** No.

4. Appearances (**VIA TELEPHONE**):

    ( ) Debtor(s)

    (**X**) Debtor(s) representative(s) = <u>Geary Trigleth</u>

    (**X**) Attorney(s) for Debtor(s) = <u>Craig M. Geno</u>

    (**X**) Subchapter V Trustee = <u>Robert A. Byrd</u>

    (**X**) Creditor(s): (See attached appearance sheet)

5. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for Debtor(s)      ( ) Creditors
   (**X**) UST designee             ( ) Subchapter V Trustee
                                    ( ) Others (specify below)

6. **On or before July 3, 2023, the Debtor(s) shall**:

    (1) open at least one debtor-in-possession ("DIP") bank account at a UST authorized depository;

    (2) submit to the UST a copy of the signature card and an original voided check from each DIP bank account;

1

2

    <u>(3) submit to the UST an amended Declaration of Pre-Petition Account Closings (IDI Attachment V); and</u>

    <u>(4) submit to the UST proof of all Debtor insurance policies with the UST listed as a "party of notice" or "certificate holder."</u>

    <u>(5) Also, after they are filed, please submit to the UST copies of the Debtor's two most recently-filed federal income tax returns.</u>

7.    Do(es) the Debtor(s) pay a Domestic Support Obligation? \_\_\_\_ Yes \_\_\_\_ No **X** N/A.

8.    Fifth Amendment invoked by Debtor(s)? \_\_\_\_ Yes **X** No.

9.    Meeting adjourned (**X**) Yes ( ) No. If no, the meeting is continued to _____, in Jackson, Mississippi.

**Additional notes and/or comments**:

(Proceeding recorded)                                          */s/Christopher J. Steiskal, Sr.*
                                                                                   CHRISTOPHER J. STEISKAL, SR.
                                                                                   PRESIDING OFFICER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BISON LAND & MINERALS, LLC     CASE NO. 23-01140-JAW

DEBTOR(S)     CHAPTER 11

## § 341(a) APPEARANCE SHEET

**§ 341(a) LOCATION:** Jackson, MS - TELEPHONIC
**DATE:** June 19, 2023
**TIME:** 8:30 A.M.
**U.S. TRUSTEE REPRESENTATIVE:** Christopher J. Steiskal, Sr.
Trial Attorney

| Name and Address (Print Legibly) | Attorney, Debtor OR Representative of Creditor (Print Legibly) | Signature |
|---|---|---|

**The following individuals appeared via telephone:**

| | | |
|---|---|---|
| Geary Trigleth | Debtor Representative | |
| Craig M. Geno | Attorney for Debtor | |
| Robert A. Byrd | Subchapter V Trustee | |
| Tim Anzenberger | Sparrow Oil & Gas, LLC; Greg Pollard; Kenny Goh | |
| Chris Cooper | Basin Service Company | |