# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **BISON LAND & MINERALS, LLC**            **CHAPTER 11**
            **Debtor**                                           **CASE NO. 23-01140-JAW**

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *11 U.S.C. § 1188(c) Status Report* (a copy of which is attached hereto as Exhibit "A") to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the 27th day of June, 2023.

/s/ Craig M. Geno
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\Pleadings\COS - 1188(c) Status Report 6-27-23.wpd

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **BISON LAND & MINERALS, LLC**     **CHAPTER 11**
           Debtor     **CASE NO. 23-01140-JAW**

### 11 U.S.C. § 1188(c) STATUS REPORT

COMES NOW Bison Land & Minerals, LLC (the "Debtor") and files this its *11 U.S.C. § 1188(c) Status Report* (the "Report") and in support thereof with respect to show as follows, to-wit:

1. On May 15, 2023, the Debtor herein filed with this Court its Voluntary Petition for bankruptcy under Chapter 11 of the Bankruptcy Code (the "Petition"). The Honorable Robert A. Byrd has been appointed as the Subchapter V Trustee.

2. The Debtor has completed its Initial Debtor Interview and the § 341 Meeting of Creditors.

3. The history and background of the Debtor is complex, convoluted and uncertain. Geary Trigleth ("Mr. Trigleth") is a 45 year veteran of the oil and gas industry and has operated oil and gas wells during that period of time. He decided to retire several years ago, but learned of a project in Mississippi that brought him out of retirement. He formed the Debtor in 2019 to develop that oil and gas project in Mississippi (which never got underway). He also learned about an oil and gas opportunity in North Dakota.

4. He wanted to get some of the projects in North Dakota out of "mothballs." He was introduced to Greg Pollard ("Pollard"), and the two of them decided to work together on the North Dakota project. They were also introduced to Kenny Goh ("Goh") to form a working arrangement. Pollard and Goh ended up with minority equity security interests in the Debtor, while Mr. Trigleth was in control of operations for a period of time.

5. Mr. Trigleth obtained funding for most of the projects, he negotiated the purchase of a "drilling rig," upgraded and improved it, got permitted for drilling and began the process. He

**EXHIBIT "A"**

created EnTec Services, LLC ("EnTec") to serve as the entity owning the drilling rig. Somewhere along the way, Mr. Trigleth, on the one hand, and Pollard and Goh, on the other hand, could not agree on how to work together and they decided to go their separate ways. Counsel for Pollard and Goh drafted an agreement reflecting the "going their separate ways" oral discussions, submitted it, the parties agreed to it but it was never executed. However, the parties operated as if the agreement had been in effect and an entity called Sparrow Oil & Gas ("Sparrow") was created for continuing work on the North Dakota projects. Mr. Trigleth "turned over" all the funds he was holding in escrow to Pollard, Goh and Sparrow and they were to complete the remaining percentage of the projects that had not been completed.

6. As if that scenario was not cloudy enough, what happened next becomes even more convoluted. Apparently, Sparrow transformed what should have been a $500,000 task to complete the wells into one that ran into the millions of dollars. As a result, numerous providers of goods and services in North Dakota went unpaid, and began filing liens against the projects. In the meantime, the owner of the drilling rig undertook efforts to obtain possession of it from EnTec, contrary to the agreements of the parties. The situation in North Dakota had become chaotic - numerous lawsuits were filed against the Debtor (and against EnTec, its affiliate) and Mr. Trigleth; an injunction was even entered prohibiting further action on Mr. Trigleth's behalf when all he was trying to do is complete the projects and begin production of oil. All of that chaotic situation resulted in the filing of Chapter 11 petitions by the Debtor and EnTec, its affiliate.

7. The Debtor has a plan to "fix" the problem, raise the additional funds needed to complete the wells (which have not been completed) and to begin production, that will be detailed in the forthcoming plan of reorganization.

8. No meaningful negotiations have occurred with any interests except the unsecured suppliers of goods and services who seem to be receptive to a plan to finish the wells and begin production.

THIS, the ____ day of June, 2023.

Respectfully submitted,

BISON LAND & MINERALS, LLC

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\Pleadings\1188(c) Status Report 6-27-23.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Christopher J. Steiskal, Esq.
Office of the United States Trustee
christopher.j.steiskal@usdoj.gov

Robert A. Byrd, Esq.
Subchapter V Trustee
rab@byrdwiser.com

THIS, the ____ day of June, 2023.

_____
Craig M. Geno

-3-

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 23-01140-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Tue Jun 27 11:01:23 CDT 2023 | Barb Besse<br>1401 3rd Street NE<br>Apt. G<br>Devils Lake, ND 58301-3323 | Barbara Jane Mancuso, et vir.<br>11413 Ash Creek Drive<br>Houston, TX 77043-4608 |
| Basin Service Company, Inc.<br>9926 Highway 83<br>Westhope, ND 58793-9708 | Bison Land & Minerals, LLC<br>240 Buckhead Drive<br>Madison, MS 39110-6616 | Boudes Field Service, LLC<br>5743 137th Avenue NW<br>Williston, ND 58801-8911 |
| Boudes Field Service, LLC<br>P.O. Box 10215<br>Williston, ND 58803-0006 | Robert A. Byrd<br>Byrd & Wiser<br>P O Box 1939<br>Biloxi, MS 39533-1939 | Robert Alan Byrd<br>P.O. Box 1939<br>Biloxi, MS 39533-1939 |
| C & C Welding, LLC<br>10246 County Road 49<br>Bottineau, ND 58318-7114 | Chad Eric Lejeune, et ux.<br>135 Unatex Road<br>Eunice, LA 70535-7006 | Christopher H. Meredith, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>Counsel for Farden Construction, Inc.<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 |
| Christopher H. Meredith, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>Counsel for Stevens Welding and Machine<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | Crazy Cowboy Trucking, Inc.<br>7330 35th Avenue NW<br>Berthold, ND 58718-9406 | Curtis Undlin, et ux.<br>8741 29th Avenue NW<br>Lansford, ND 58750-9507 |
| Dale C. Whited<br>8131 West Montana Street #14<br>Rathburn, ID 83815 | Daniel Gribbon, et ux.<br>461 Hunters Trophy<br>New Braunfels, TX 78132-4776 | Darrel J. Duplechin, et al.<br>287 Buggy Road<br>Eunice, LA 70535-7023 |
| Department of Treasury -<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Dianne Lundgren Kron<br>114 Mason Avenue<br>Gretna, LA 70053-7018 | Douglas R. Schwartz<br>P.O. Box 97<br>Mohall, ND 58761-0097 |
| EnTec Services, LLC<br>240 Buckhead Drive<br>Madison, MS 39110-6616 | Farden Construction, Inc.<br>9035 County Road 17B<br>Maxbass, ND 58760-9736 | Frank Dale Zaunbrecher, et ux.<br>207 Alaska Lane<br>Eunice, LA 70535-6825 |
| G-Style Transport, LLC<br>5033 Jackson Street<br>Williston, ND 58801-4021 | G-Style Transport, LLC<br>P.O. Box 2104<br>Willston, ND 58802-2104 | Geary Trigleth<br>240 Buckhead Drive<br>Madison, MS 39110-6616 |
| Geir Rorstad<br>182 Tummotley Drive<br>Loudon, TN 37774-2120 | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Pkwy.<br>Ridgeland, MS 39157-8784 | Greg Pollard<br>7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048-6683 |

EXHIBIT "B"

| | | |
|---|---|---|
| Guy Perrodin<br>3957 Basile Eunice Hwy<br>Basile, LA 70515-3204 | Halliburton Energy Services, Inc.<br>P.O. Box 2388<br>Williston, ND 58802-2388 | Halliburton Energy Services, Inc.<br>c/o Capital Corporate Services, Inc.<br>1213 NP Avenue<br>Suite 301<br>Fargo, ND 58102-4798 |
| Halliburton Manufacturing & Leasing Company,<br>c/o Capital Corporate Services, Inc.<br>1213 NP Avenue<br>Suite 301<br>Fargo, ND 58102-4798 | Hefty Seed Company<br>47504 252nd Street<br>Baltic, SD 57003-5961 | Hunter Logistics<br>c/o Dalton Petersen<br>9215 55th Avenue NW<br>Kenmare, ND 58746-9653 |
| Internal Revenue Service<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | J. Earl Toups Farms, LLC<br>P.O. Box 396<br>Basile, LA 70515-0396 | Jed Person, et ux.<br>7020 Shadow Lane<br>Lake Charles, LA 70605-9055 |
| Jerod Paul Doucett, et ux.<br>345 Unatex Road<br>Eunice, LA 70535-7060 | John Austin Young<br>P.O. Drawer 100<br>Basile, LA 70515-0100 | K.C. Enterprises of Basile, Louisiana, Inc.<br>180 Wings Lane<br>Basile, LA 70515-3334 |
| Kathy Keonig<br>805 S Dixie Drive #56<br>St. George, UT 84770-6360 | Kendi Brooks Williams, et ux.<br>4417 Kent Drive<br>Lake Charles, LA 70605-3968 | Kiat Tze Kenny Goh<br>5549 Falls Road<br>Dallas, TX 75220-2111 |
| Knight Oil Tools<br>c/o VeriCore<br>10115 Kincey Avenue<br>Suite 100<br>Huntersville, NC 28078-6482 | Larry Paul Lejeune, et ux.<br>165 Unatex Road<br>Eunice, LA 70535-7006 | Linda Correll<br>6927 Alpha Road<br>Dallas, TX 75240-3601 |
| Linda L. Robbins<br>187 Arroyo<br>Richland, WA 99352-8488 | Lucinda Young Feucht<br>154 Feucht Lane<br>Eunice, LA 70535 | Lynette Young Feucht<br>430 South Fifth Street<br>Eunice, LA 70535-5310 |
| (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | MWD Technologies USA, LLC<br>dba Mesa West Directional<br>MWD Technologies USA, LLC<br>PO Box 454<br>Maker MT 59313-0454 | Abigail M. Marbury<br>Office of the U.S. Trustee<br>501 E Court Street Suite 6-430<br>Jackson, MS 39201-5022 |
| Mark Perrodin<br>5000 Leon Drive<br>Lot #20<br>Lake Charles, LA 70605-6437 | Mark Sidney Denette, et ux.<br>P.O. Box 538<br>Basile, LA 70515-0538 | Mary Carter<br>3209 Crimson Street NW<br>Mandan, ND 58554-1369 |
| Melissa Sonnier Seilhan<br>429 Unatex Road<br>Eunice, LA 70535-7009 | Christopher H Meredith<br>Copeland Cook Taylor & Bush<br>PO Box 6020<br>Ridgeland, MS 39158-6020 | Mesa West Directional<br>Corporate<br>361 S Camino Del Rio #164<br>Durango, CO 81303-7997 |

| | | |
|---|---|---|
| Mesa West Directional Operations<br>4925 Ridge Drive, Unit A<br>Williston, ND 58801-5047 | Mountain Mud of North Dakota, LLC<br>1301 E Lincoln Street<br>Gillette, WY 82716-3017 | Mountain Mud of North Dakota, LLC<br>c/o Legalinc Corporate Services, Inc.<br>1709 N 19th Street<br>Suite 3<br>Bismarck, ND 58501-2121 |
| ND&T Services, Inc.<br>302 Main Street E<br>Mohall, ND 58761-4079 | ND&T Services, Inc.<br>P.O. Box 335<br>Mohall, ND 58761-0335 | Nadja Hays<br>428 Marina Oaks Drive<br>Mandeville, LA 70471-1566 |
| Nancy Jermundson-Buttke<br>3700 Lone Mountain Road<br>Hereford, AZ 85615-9656 | Neset Consulting Service, Inc.<br>6844 Highway 40<br>Tioga, ND 58852-9403 | Neset Repair & Sales, Inc.<br>15372 2nd Street NE<br>Mayville, ND 58257-9041 |
| Noble Person, et al.<br>1145 Clay Road<br>Basile, LA 70515-5022 | North Country Oil Inc.<br>7258 38th Street NW<br>Parshall, ND 58770-9406 | North Dakota Workforce Safety & Insurance<br>1600 E. Century Avenue<br>Suite 1<br>Bismarck, ND 58503-0649 |
| Northwell Rentals (Lloydminster), Inc.<br>6401 - 63 Avenue<br>Lloydminster, AB T9V 3A4<br>Canada | O-Keeffe Oil Company<br>603 Main Street E<br>P.O. Box 130<br>Mohall, ND 58761-0130 | Ortega Brother Farms, LLC<br>1688 Tepetate Road<br>Basile, LA 70515-3506 |
| Patricia Hrichena<br>1508 18th Avenue SW<br>Minot, ND 58701-6133 | Priscilla May<br>830 3rd Street SW<br>Apt. D<br>Minot, ND 58701-4668 | Propane Services<br>101 West Main Street<br>P.O. Box 339<br>Mohall, ND 58761-0339 |
| RSD-MSS, LLC<br>469 Unatex Road<br>Eunice, LA 70535-7009 | Rebecca Sonnier Duhon, et vir.<br>469 Unatex Road<br>Eunice, LA 70535-7009 | Recon Oilfield Services, Inc.<br>1803 Clara Drive<br>Conway, AR 72034-7740 |
| Recon Oilfield Services, Inc.<br>P.O. Box 2101<br>Conway, AR 72033-2101 | Red Crown Royalties, LLC<br>1490 W Canal Court<br>Suite 3000<br>Littleton, CO 80120-5648 | Reginald J. Sonnier<br>4441 George Soileau Road<br>Eunice, LA 70535-1916 |
| Reginald W. Zaunbrecher, et al.<br>1330 Hazel Street<br>Eunice, LA 70535-2103 | Rhea Faye Person<br>645 Allie Young Lane<br>Eunice, LA 70535 | Smith Bits<br>200 - 125 9 Avenue SE<br>Calgary, AB T2E 0P6<br>Canada |
| Smith International<br>P.O. Box 732136<br>Dallas, TX 75373-2136 | Stallion Oilfield Services Ltd.<br>d/b/a Stallion Oilfield Services LP<br>950 Corbindale Road<br>Suite 400<br>Houston, TX 77024-2849 | Stallion Oilfield Services Ltd.<br>d/b/a Stallion Oilfield Services LP<br>c/o Corporation Service Company<br>600 S 2nd Street, Suite 155<br>Bismarck, ND 58504-5729 |

| | | |
|---|---|---|
| Christopher J. Steiskal Sr.<br>United States Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 | Stevens Welding and Machine LLC<br>Christopher H. Meredith, CCTB, P.A.<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | Stevens Welding and Machine, LLC<br>9035 County Road 17B<br>Maxbass, ND 58760-9736 |
| Tuffy's Pump Shop and Repair, Inc.<br>P.O. Box 352<br>215 County Road 9<br>Mohall, ND 58761-4002 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Securities and Exchange Commission<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 |
| United Rentals, Inc.<br>c/o Corporation Service Company<br>600 S 2nd Street, Suite 155<br>Bismarck, ND 58504-5729 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Warren Transport, Inc.<br>c/o The Prentice-Hall Corporation System<br>600 S 2nd Street<br>Suite 155<br>Bismarck, ND 58504-5729 |
| Wyoming Casing Service, Inc.<br>198 40th Street E<br>Dickinson, ND 58601-7818 | Wyoming Casing Service, Inc.<br>P.O. Box 1153<br>Dickinson, ND 58602-1153 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Copeland, Cook, Taylor & Bush, P.A. | (u)Farden Construction, Inc. | (d)Kiat Tze Kenny Goh<br>5549 Falls Road<br>Dallas, TX 75220-2111 |
| (u)Sparrow Oil & Gas<br>7700 Cody Lane<br>Apt. 2911 | (u)Stevens Welding and Machine LLC | End of Label Matrix<br>Mailable recipients 100<br>Bypassed recipients 5<br>Total 105 |