

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 28, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **BISON LAND & MINERALS, LLC**     CASE NO.    23-01140-JAW

          **DEBTOR(S)**     CHAPTER    11

**AGREED SCHEDULING ORDER**

THIS DAY THIS CAUSE came on for consideration of the ***joint ore tenus motion*** of the United States Trustee ("UST") and Debtor Bison Land & Minerals, LLC, for approval of the parties' Agreed Scheduling Order pursuant to 28 U.S.C. § 586(a)(7)(A)(iv), and the Court having duly considered the matter hereby finds that said ***ore tenus motion*** is well taken and should be granted; therefore,

**IT IS ORDERED** that the Debtor(s) shall maintain insurance customary and appropriate to the Debtor(s)' industry and/or as required by law. The UST shall be noted as a party of notice on all insurance policies maintained by the Debtor(s).

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely file all tax returns and other required government filings and timely pay all taxes entitled to administrative expense priority except those being diligently contested by appropriate proceedings.

1

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely file with the Court and submit to the UST monthly operating reports ("MOR") in accordance with the UST's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") until such time as the case is closed, or the case is converted, or the case is dismissed.

**IT IS FURTHER ORDERED** that the Debtor(s) shall on or before August 14, 2023, file a confirmable subchapter V plan as set forth in 11 U.S.C. § 1189, § 1190, and § 1191.

##END OF ORDER##

**AGREED TO AS TO FORM AND CONTENT:**

*/s/Craig M. Geno (with permission)*
DEBTOR BISON LAND & MINERALS, LLC
BY:  CRAIG M. GENO (MSB #4793)
ATTORNEY FOR DEBTOR
587 HIGHLAND COLONY PARKWAY
RIDGELAND, MISSISSIPPI  39157
TEL: (601) 427-0048
EMAIL:  cmgeno@cmgenolaw.com

*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL: (601) 965-5241
FAX: (601) 965-5226
EMAIL: christopher.j.steiskal@usdoj.gov