United States Bankruptcy Court
Southern District of Mississippi

In re:                                                           Case No. 23-01140-JAW
Bison Land & Minerals, LLC                        Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                  User: mssbad                                       Page 1 of 2
Date Rcvd: Jun 28, 2023                       Form ID: pdf012                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

**Recip ID**                **Recipient Name and Address**
dbpos                     +  Bison Land & Minerals, LLC, 240 Buckhead Drive, Madison, MS 39110-6616

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023                                Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov anita.f.benson@usdoj.gov |
| Christopher H Meredith | on behalf of Creditor Farden Construction Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher H Meredith | on behalf of Creditor Stevens Welding and Machine LLC cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher H Meredith | on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov sarita.dukes@usdoj.gov |

District/off: 0538-3     User: mssbad     Page 2 of 2
Date Rcvd: Jun 28, 2023     Form ID: pdf012     Total Noticed: 1

Craig M. Geno
   on behalf of Debtor In Possession Bison Land & Minerals LLC cmgeno@cmgenolaw.com, spurvis@cmgenolaw.com,kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com,cleal@cmgenolaw.com

Robert A. Byrd
   rab@byrdwiser.com rbyrd@ecf.axosfs.com

Robert Alan Byrd
   on behalf of Trustee Robert A. Byrd rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

United States Trustee
   USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 9



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 28, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        BISON LAND & MINERALS, LLC        CASE NO.    23-01140-JAW

              DEBTOR(S)                          CHAPTER     11

### AGREED SCHEDULING ORDER

THIS DAY THIS CAUSE came on for consideration of the *joint ore tenus motion* of the United States Trustee ("UST") and Debtor Bison Land & Minerals, LLC, for approval of the parties' Agreed Scheduling Order pursuant to 28 U.S.C. § 586(a)(7)(A)(iv), and the Court having duly considered the matter hereby finds that said *ore tenus motion* is well taken and should be granted; therefore,

**IT IS ORDERED** that the Debtor(s) shall maintain insurance customary and appropriate to the Debtor(s)' industry and/or as required by law. The UST shall be noted as a party of notice on all insurance policies maintained by the Debtor(s).

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely file all tax returns and other required government filings and timely pay all taxes entitled to administrative expense priority except those being diligently contested by appropriate proceedings.

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely file with the Court and submit to the UST monthly operating reports ("MOR") in accordance with the UST's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") until such time as the case is closed, or the case is converted, or the case is dismissed.

**IT IS FURTHER ORDERED** that the Debtor(s) shall on or before August 14, 2023, file a confirmable subchapter V plan as set forth in 11 U.S.C. § 1189, § 1190, and § 1191.

##END OF ORDER##

**AGREED TO AS TO FORM AND CONTENT:**

*/s/Craig M. Geno (with permission)*
DEBTOR BISON LAND & MINERALS, LLC
BY:  CRAIG M. GENO (MSB #4793)
ATTORNEY FOR DEBTOR
587 HIGHLAND COLONY PARKWAY
RIDGELAND, MISSISSIPPI  39157
TEL: (601) 427-0048
EMAIL:  cmgeno@cmgenolaw.com

*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL: (601) 965-5241
FAX: (601) 965-5226
EMAIL: christopher.j.steiskal@usdoj.gov