# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **BISON LAND & MINERALS, LLC**            **CHAPTER 11**
                Debtor                                               **CASE NO. 23-01140-JAW**

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that the current mailing address/contact information for the following in the above-referenced matter is as follows:

Mesa West Directional
6 1st Avenue W
Williston, ND 58801-5048

Kendi Brooks Williams, et ux.
391 Unatex Road
Eunice, LA 70535-7060

THIS, the _____ day of July, 2023.

                                       Respectfully submitted,

                                       BISON LAND & MINERALS, LLC

                                       By Its Attorneys,

                                       LAW OFFICES OF CRAIG M. GENO, PLLC

                                       By: _____
                                                 Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\Pleadings\Notice of Change of Address - Mesa West, K. Brooks Williams 7-3-23.wpd

**CERTIFICATE OF SERVICE**

    I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or electronic filing transmission, a true and correct copy of the above and foregoing pleading to the following:

| | |
|---|---|
| Christopher J. Steiskal, Esq. | Robert A. Byrd, Esq. |
| Office of the United States Trustee | Subchapter V Trustee |
| christopher.j.steiskal@usdoj.gov | rab@byrdwiser.com |

THIS, the 3rd day of July, 2023.

_____
Craig M. Geno