| Fill in this information to identify the case: | |
|---|---|
| Debtor Name  Bison Land & Minerals, LLC | |
| United States Bankruptcy Court for the: Southern District of Mississippi | |
| Case number: 23-01140-JAW | ☐ Check if this is an amended filing |

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: June 2023                                 Date report filed: 07/03/2023
                                                                   MM / DD / YYYY
Line of business: Oil Services                    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Geary Trigleth
Original signature of responsible party   /s/ Geary Trigleth, President
Printed name of responsible party     Geary Trigleth

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Bison Land & Minerals, LLC                                    Case number 23-01140-JAW

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 69.93

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 69.92

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

- $ 69.93

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -0.01

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 69.92

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**
(Exhibit E)

$ 0.00

Items 17, 18: checkmarks in middle column (No).

Debtor Name  Bison Land & Minerals, LLC                     Case number 23-01140-JAW

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                          $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                      _____0_____
27. What is the number of employees as of the date of this monthly report?                         _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00_____
30. How much have you paid this month in other professional fees?                                  $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                 $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected** | – | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | – | $ ____69.92____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | – | $ ____69.93____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | – | $ ____-0.01____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                              $ _____
36. Total projected cash disbursements for the next month:                                       – $ _____
37. Total projected net cash flow for the next month:                                            = $ _____

Official Form 425C            Monthly Operating Report for Small Business Under Chapter 11            page **3**

Debtor Name **Bison Land & Minerals, LLC**     Case number **23-01140-JAW**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



PO BOX 271
LUBBOCK TX 79408



**FINAL STATEMENT**

| | |
|---|---|
| Account Number | XXXXXX0401 |
| Statement Date | 06/30/2023 |
| Checks/Items Enclosed | 0 |
| Page | 1 of 2 |

00033362 TP10635S070123165647 01 000000000 1 003

BISON LAND & MINERALS, LLC
ESCROW ACCOUNT
240 BUCKHEAD DRIVE
MADISON, MS 39110-6616

## Customer Service Information

**Voice Banking**
1-866-762-7782

**Customer Service:**
1-866-762-8392

**Visit Us Online:**
www.plainscapital.com

## Protecting Your Account - Avoid Fraud Scams

*PlainsCapital Bank will NEVER ask for your user name, passwords, account number, debit card number, PINs, or security/pass codes through unsolicited emails, phone calls, text messages, or pop-up windows. If PlainsCapital Bank contacts you about actual fraud on your account, we will only ask for limited account information for verification purposes to ensure we are speaking to the correct person. Furthermore, do not rely on Caller ID to verify whether an incoming call is from PlainsCapital Bank. If you are suspicious about a request for personal information or the legitimacy of an inbound phone call, hang up, call your local branch or PlainsCapital Bank customer service at 866.762.8392, and ask to be transferred to the fraud department.*

## BUSINESS BASICS CHECKING ACCOUNT

**Account Number: XXXXXX0401**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 05/31/2023** | **$7.01** |
| + Deposits and Credits (0) | 0.00 |
| - Withdrawals and Debits (1) | 7.01 |
| **Ending Balance as of 06/30/2023** | **$0.00** |
| Low Balance | 0.00 |
| Average Balance | 5.93 |
| Average Available Balance | 5.00 |






# PlainsCapitalBank

PO BOX 271
LUBBOCK TX 79408

Account Number     XXXXXX0401
Statement Date     06/30/2023
Page     2 of 2

## Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| May 31 | BEGINNING BALANCE | | | 7.01 |
| Jun 12 | CASH MGMT TRSFR DR<br>REF 1621106L FUNDS TRANSFER TO DEP XXXXXX0401<br>FROM MOBILE TRANSFER | -7.01 | | 0.00 |
| Jun 30 | ENDING BALANCE | | | $0.00 |

## Overdraft and Returned Item Fees

| | Total For<br>This Period | Total<br>Year To Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |





# PlainsCapitalBank

PO BOX 271
LUBBOCK TX 79408

MEMBER FDIC

**FINAL STATEMENT**

| | |
|---|---|
| Account Number | XXXXXX5302 |
| Statement Date | 06/30/2023 |
| Checks/Items Enclosed | 1 |
| Page | 1 of 3 |

00049372 TP10635S070123170759 01 000000000 1 004

BISON LAND & MINERALS, LLC
REVENUE ACCOUNT
240 BUCKHEAD DRIVE
MADISON, MS 39110-6616

### Customer Service Information

**Voice Banking**
1-866-762-7782

**Customer Service:**
1-866-762-8392

**Visit Us Online:**
www.plainscapital.com

## Protecting Your Account - Avoid Fraud Scams

*PlainsCapital Bank will NEVER ask for your user name, passwords, account number, debit card number, PINs, or security/pass codes through unsolicited emails, phone calls, text messages, or pop-up windows. If PlainsCapital Bank contacts you about actual fraud on your account, we will only ask for limited account information for verification purposes to ensure we are speaking to the correct person. Furthermore, do not rely on Caller ID to verify whether an incoming call is from PlainsCapital Bank. If you are suspicious about a request for personal information or the legitimacy of an inbound phone call, hang up, call your local branch or PlainsCapital Bank customer service at 866.762.8392, and ask to be transferred to the fraud department.*

## BUSINESS BASICS CHECKING ACCOUNT

**Account Number: XXXXXX5302**

### Balance Summary

| | |
|---|---|
| Beginning Balance as of 05/31/2023 | $12.17 |
| + Deposits and Credits    (0) | 0.00 |
| - Withdrawals and Debits  (1) | 12.17 |
| **Ending Balance as of 06/30/2023** | **$0.00** |
| Low Balance | 0.00 |
| Average Balance | 0.00 |
| Average Available Balance | 0.00 |

### Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| May 31 | BEGINNING BALANCE | | | 12.17 |
| Jun 14 | CLOSING W/D | -12.17 | | 0.00 |
| Jun 30 | ENDING BALANCE | | | $0.00 |






**PlainsCapital** Bank

PO BOX 271
LUBBOCK TX 79408

Account Number     XXXXXX5302
Statement Date     06/30/2023
Page     2 of 3

## Overdraft and Returned Item Fees

|  | Total For This Period | Total Year To Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |





PO BOX 271
LUBBOCK TX 79408

Account Number XXXXXX5302
Statement Date 06/30/2023
Page 3 of 3

**Account Number: XXXXXX5302**



06/14/23                  $12.17






PO BOX 271
LUBBOCK TX 79408

**FINAL STATEMENT**

| | |
|---|---|
| Account Number | XXXXXX9302 |
| Statement Date | 06/30/2023 |
| Checks/Items Enclosed | 1 |
| Page | 1 of 3 |

00057506 TP10635S070123171411 01 000000000 1 004

BISON LAND & MINERALS, LLC
OPERATING ACCOUNT
240 BUCKHEAD DR
MADISON MS 39110-6616

### Customer Service Information

**Voice Banking**
1-866-762-7782

**Customer Service:**
1-866-762-8392

**Visit Us Online:**
www.plainscapital.com

## Protecting Your Account - Avoid Fraud Scams

*PlainsCapital Bank will NEVER ask for your user name, passwords, account number, debit card number, PINs, or security/pass codes through unsolicited emails, phone calls, text messages, or pop-up windows. If PlainsCapital Bank contacts you about actual fraud on your account, we will only ask for limited account information for verification purposes to ensure we are speaking to the correct person. Furthermore, do not rely on Caller ID to verify whether an incoming call is from PlainsCapital Bank. If you are suspicious about a request for personal information or the legitimacy of an inbound phone call, hang up, call your local branch or PlainsCapital Bank customer service at 866.762.8392, and ask to be transferred to the fraud department.*

## BUSINESS BASICS CHECKING ACCOUNT        Account Number: XXXXXX9302

### Balance Summary

| | |
|---|---:|
| **Beginning Balance as of 05/31/2023** | **$50.75** |
| + Deposits and Credits    (0) | 0.00 |
| - Withdrawals and Debits  (1) | 50.75 |
| **Ending Balance as of 06/30/2023** | **$0.00** |
| Low Balance | 0.00 |
| Average Balance | 0.00 |
| Average Available Balance | 0.00 |

### Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| May 31 | BEGINNING BALANCE | | | 50.75 |
| Jun 14 | CLOSING W/D | -50.75 | | 0.00 |
| Jun 30 | ENDING BALANCE | | | $0.00 |






PO BOX 271
LUBBOCK TX 79408

Account Number XXXXXX9302
Statement Date 06/30/2023
Page 2 of 3

## Overdraft and Returned Item Fees

|  | Total For This Period | Total Year To Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |





**PlainsCapital** Bank

PO BOX 271
LUBBOCK TX 79408

Account Number   XXXXXX9302
Statement Date   06/30/2023
Page   3 of 3

**Account Number: XXXXXX9302**



06/14/23   $50.75





**Regions Bank**
Highland Colony
109 Webster Circle
Madison, MS 39110



0048617 01 AB 0.504 001
BISON LAND & MINERALS
DEBTOR IN POSSESSION
240 BUCKHEAD DR
MADISON MS 39110-6616

1

ACCOUNT # ████2146

| | |
|---|---|
| | 001 |
| Cycle | 15 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN BUSINESS CHECKING
June 21, 2023 through June 26, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Minimum Balance | $62 |
| Deposits & Credits | $62.92 + | Average Balance | $62 |
| Withdrawals | $0.00 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $62.92 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 06/21 | Deposit - Thank You | 62.92 |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 06/21 | 62.92 |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



**Thank You For Banking With Regions!**
2023 Regions Bank Member FDIC. All loans subject to credit approval.