## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   BISON LAND & MINERALS, LLC<br>DEBTOR | CASE NO. 23-01140-JAW<br>CHAPTER 11 |

### NOTICE OF APPEARANCE

Timothy J. Anzenberger enters his appearance on behalf of Sparrow Oil & Gas LLC, Greg Pollard, and Kiat Tze Goh, requesting that he be served with a copy of all notices given or required to be given in this case and all papers served or required to be served in this case.

Dated: July 11, 2023.

        **SPARROW OIL & GAS LLC,**
        **GREG POLLARD, AND**
        **KIAT TZE GOH**

By:  /s/ Timothy J. Anzenberger
      Timothy J. Anzenberger (MSB No. 103854)
      ADAMS AND REESE LLP
      1018 Highland Colony Parkway, Suite 800
      Ridgeland, MS 39157
      Telephone:   601.353.3234
      Facsimile:    601.355.9708
      tim.anzenberger@arlaw.com

### CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

Dated: July 11, 2023.

        /s/ Timothy J. Anzenberger
        Timothy J. Anzenberger