IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(JACKSON-3 DIVISIONAL OFFICE)

IN RE: §
 §
 § Case No. 23-01140-JAW
BISON LAND & MINERALS, LLC, § (Chapter 11)
 §
 §
Debtors. §

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **HALLIBURTON ENERGY SERVICES, INC.** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

Jeff Carruth

E-mail: jcarruth@wkpz.com

Dated: July 21, 2023

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _____
JEFF CARRUTH (TX SBN: 24001846)
11 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
HALLIBURTON ENERGY SERVICES, INC.

## CERTIFICATE OF SERVICE

On July 21, 2023, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon the Debtor, the SubV Trustee, and the U.S. Trustee by regular mail.

_____
JEFF CARRUTH



WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76015

Jeff Carruth
Attorney At Law
Direct dial: (713) 341-1158
jcarruth@wkpz.com

July 21, 2023

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

JUL 27 2023

Danny L. Miller, Clerk of Court
By: _____, Deputy Clerk

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
501 E. Court St., Suite 2.300
Jackson, MS 39201

Re: Case No. 23-01140-JAW; *In re Bison Land & Minerals, LLC*, pending in the United States Bankruptcy Court, Southern District of Mississippi

Dear Clerk:

Enclosed please find a Notice of Appearance for the above-referenced matter on behalf of **Halliburton Energy Services, Inc**. As directed by LR 9010-1(b)(2), a copy of this Notice will be served upon "the debtor, the trustee, the United States Trustee, and any entity having previously filed a notice or entry of appearance" using the attached and most recent matrix from the Court.

Regards,

Jeff Carruth

Enclosure