POSTAGE 062S0009360325
CLASS MAIL FLATS RATE FROM 75205

stamps
endicia
07/22/2023

CLASS MAIL®

Zuber P.C.

C006

BANKRUPTCY COURT
rict of Mississippi
T ST STE 2.300
S 39201-5036

$1.35
1 OZ FIRST-CL
RETAIL

USPS FIRST

Weycer Kaplan Pulaski
Attn. Jeff Carruth
2608 Hibernia St. Ste.1
Dallas TX 75204

SHIP TO:
CLERK, U.S
Southern Dis
501 E COUR
JACKSON M

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

JUL 27 2023

Danny L. Miller, Clerk of Court
By: _____, Deputy Clerk