Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                                    Location : -- Renville County   Help

# REGISTER OF ACTIONS
## CASE NO. 38-2023-CV-00007

Exhibit "5"

| | |
|---|---|
| Greg Pollard, Kiat Tze "Kenny" Goh, Sparrow Oil & Gas LLC vs. Geary Trigleth, Bison Land & Minerals LLC, EnTec Services LLC | Case Type: Other Civil<br>Date Filed: 02/22/2023<br>Location: -- Renville County<br>Judicial Officer: Hurly, Michael P. |

---

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Petitioner** | **Goh, Kiat Tze "Kenny"** | **Lawrence Bender**<br>*Retained*<br>701-221-8700 x0000(W) |
|  | Dallas, TX 75220 | Spencer Douglas Ptacek<br>*Retained*<br>701-221-8700 x0000(W) |
|  |  | Tanner J. Pearson<br>*Retained*<br>701-221-8700 x0000(W) |
| **Petitioner** | **Pollard, Greg** | **Lawrence Bender**<br>*Retained*<br>701-221-8700 x0000(W) |
|  | Sachse, TX 75048 | Spencer Douglas Ptacek<br>*Retained*<br>701-221-8700 x0000(W) |
|  |  | Tanner J. Pearson<br>*Retained*<br>701-221-8700 x0000(W) |
| **Petitioner** | **Sparrow Oil & Gas LLC** | **Lawrence Bender**<br>*Retained*<br>701-221-8700 x0000(W) |
|  | Dallas, TX 75220 | Spencer Douglas Ptacek<br>*Retained*<br>701-221-8700 x0000(W) |
|  |  | Tanner J. Pearson<br>*Retained*<br>701-221-8700 x0000(W) |
| **Respondent** | **Bison Land & Minerals LLC**<br>Madison, MS 39110 |  |
| **Respondent** | **EnTec Services LLC**<br>Madison, MS 39110 |  |
| **Respondent** | **Trigleth, Geary**<br>Madison, MS 39110 |  |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 02/22/2023 | **Notice**    Index # 1 | |
| | *Notice of Motion* | |
| 02/22/2023 | **Petition**    Index # 2 | |
| | *Motion for Temporary Restraining Order* | |

| Date | Entry |
|---|---|
| 02/22/2023 | **Brief** Index # 3<br>*Brief in Support of Motion for Temporary Restraining Order* |
| 02/22/2023 | **Declaration** Index # 4<br>*Declaration of Greg Pollard (Exhibit 1 to Brief)* |
| 02/22/2023 | **Exhibit** Index # 5<br>*Exhibit 2 to Brief in Support of Motion for Temporary Restraining Order (Proposed Complaint)* |
| 02/22/2023 | **Exhibit** Index # 6<br>*Exhibit A to Declaration of Greg Pollard - Proposed Operating Agreement* |
| 02/22/2023 | **Exhibit** Index # 7<br>*Exhibit B to Declaration of Greg Pollard - Emails* |
| 02/22/2023 | **Exhibit** Index # 8<br>*Exhibit C to Declaration of Greg Pollard - emails* |
| 02/22/2023 | **Exhibit** Index # 9<br>*Exhibit D to Declaration of Greg Pollard - Emails* |
| 02/22/2023 | **Exhibit** Index # 10<br>*Exhibit E to Declaration of Greg Pollard - Emails* |
| 02/22/2023 | **Exhibit** Index # 11<br>*Exhibit F to Declaration of Greg Pollard - emails* |
| 02/22/2023 | **Exhibit** Index # 12<br>*Exhibit G to Declaration of Greg Pollard - Emails* |
| 02/22/2023 | **Exhibit** Index # 13<br>*Exhibit H to Declaration of Greg Pollard - Emails* |
| 02/22/2023 | **Exhibit** Index # 14<br>*Exhibit I to Declaration of Greg Pollard - Emails* |
| 02/22/2023 | **Exhibit** Index # 15<br>*Exhibit J to Declaration of Greg Pollard - Emails* |
| 02/22/2023 | **Exhibit** Index # 16<br>*Exhibit K to Declaration of Greg Pollard - Cease and Desist* |
| 02/22/2023 | **Exhibit** Index # 17<br>*Exhibit L to Declaration of Greg Pollard - Letter* |
| 02/22/2023 | **Exhibit** Index # 18<br>*Exhibit M to Declaration of Greg Pollard - Emails* |
| 02/22/2023 | **Exhibit** Index # 19<br>*Exhibit N to Declaration of Greg Pollard - Emails* |
| 02/22/2023 | **Exhibit** Index # 20<br>*Exhibit O to Declaration of Greg Pollard - Emails* |
| 02/22/2023 | **Exhibit** Index # 21<br>*Exhibit P to Declaration of Greg Pollard - Letter* |
| 02/22/2023 | **Exhibit** Index # 22<br>*Exhibit Q to Declaration of Greg Pollard* |
| 02/22/2023 | **Exhibit** Index # 23<br>*Exhibit R to Declaration of Greg Pollard - Emails* |
| 02/22/2023 | **Exhibit** Index # 24<br>*Exhibit S to Declaration of Greg Pollard - Text Screenshot* |
| 02/24/2023 | **Notice of Assignment and Case Number** Index # 25 |
| 02/24/2023 | **Demand for Change of Judge** Index # 26<br>*Plaintiff's Demand for Change of Judge* |
| 02/24/2023 | **Service Document** Index # 27<br>*Certificate of Service - Plaintiff's Demand for Change of Judge served on Defendants* |
| 03/02/2023 | **Order** Index # 28<br>*Assigning Case* |
| 03/03/2023 | **Order** Index # 29<br>*Correct Order Assigning Case - Judge Hurly* |
| 03/03/2023 | **Notice** Index # 30<br>*of Appearance - Plaintiff - Alexander T. Tsomaya* |
| 03/03/2023 | **Notice** Index # 31<br>*of Appearance - Plaintiff - Spencer Ptacek* |
| 03/03/2023 | **Declaration** Index # 32<br>*Declaration of Spencer Ptacek* |
| 03/03/2023 | **Proposed Order** Index # 33<br>*Order Granting Motion for Temporary Restraining Order (NOT USED)* |
| 03/07/2023 | **Order** Index # 34<br>*Granting Plaintiffs Motion for Temporary Restraining Order* |
| 03/13/2023 | **Summons** Index # 37<br>*Summons* |
| 03/13/2023 | **Complaint** Index # 38<br>*Complaint* |
| 03/13/2023 | **Notice** Index # 39<br>*Notice of Motion for Preliminary Injunction and Hearing* |
| 03/13/2023 | **Motion** Index # 40<br>*Motion for Preliminary Injunction* |
| 03/13/2023 | **Brief** Index # 41<br>*Brief in Support of Motion for Preliminary Injunction* |
| 03/13/2023 | **Exhibit** Index # 42<br>*Exhibit 1 to Brief - Email Regarding Restructure Settlement Agreement* |
| 03/13/2023 | **Exhibit** Index # 43<br>*Exhibit 2 to Brief - Email Regarding Agreement* |
| 03/13/2023 | **Civil Filing** Index # 44<br>*Statement of Good Cause Under Rule 65(B)(2)(A)* |
| 03/14/2023 | **Service of Motion** Index # 35<br>*Declaration of Service - Summons, Complaint and Motion for Preliminary Injunction - Served on Bison Land & Minerals, LLC* |
| 03/14/2023 | **Service of Motion** Index # 36<br>*Declaration of Service - Summons, Complaint and Motion for Preliminary Injunctions - served on EnTec Services, LLC* |
| 03/20/2023 | **Notice** Index # 45 |

| Date | Entry |
|---|---|
| | *Notice to Court of Plaintiffs Efforts to Serve Defendant Geary Trigleth* |
| 03/23/2023 | **Service of Motion      Index # 46** |
| | *Affidavit of Service on Defendant, Geary Trigleth - Summons, Complaint, Motion for Preliminary Injunction, Notice of Motion and Hearing, Brief in Support of Motion, Exhibits 1 & 2, and Order Granting Motion for Temporary Restraining Order* |
| 03/30/2023 | **Motion/Hearing**  (11:30 AM) (Judicial Officer Hurly, Michael P.) |
| | *for preliminary injunction* |
| | Result: Hearing Ended |
| 04/03/2023 | **Proposed Order      Index # 47** |
| | *Order Granting Plaintiff's Motion for Preliminary injunctions (NOT USED)* |
| 04/04/2023 | **Order      Index # 48** |
| | *Granting Plaintiffs Motion for Preliminary Injunction* |
| 04/06/2023 | **Notice      Index # 49** |
| | *of Plaintiff's Motion for Contempt Sanctions* |
| 04/06/2023 | **Motion      Index # 50** |
| | *Plaintiff's Motion for Contempt Sanctions* |
| 04/06/2023 | **Brief      Index # 51** |
| | *in Support of Plaintiff's Motion for Contempt Sanctions* |
| 04/06/2023 | **Declaration      Index # 52** |
| | *of Greg Pollard* |
| 04/06/2023 | **Exhibit      Index # 53** |
| | *Exhibit A to the Declaration of Greg Pollard - Photos of Operation* |
| 04/18/2023 | **Letter      Index # 54** |
| | *Voicemail from Geary Trigleth to Judge - (Emailed to all parties)* |
| 04/18/2023 | **Letter      Index # 55** |
| | *Email from Geary Trigleth to Clerk of Court (Emailed to all parties)* |
| 04/19/2023 | **Letter      Index # 56** |
| | *Email from Defendant to Clerk of Court (Emailed to all parties)* |
| 04/20/2023 | **Letter      Index # 57** |
| | *- Email from Defendant to Clerk of Court (Emailed to all parties)* |
| 04/20/2023 | **Letter      Index # 58** |
| | *Voicemail from Geary Triglet to Judge (Emailed to all parties)* |
| 04/20/2023 | **Notice      Index # 59** |
| | *of Substitution of Counsel (Alexander T. Tsomaya)* |
| 04/20/2023 | **Service Document      Index # 60** |
| | *Certificate of Service - Notice of Substitution of Counsel - Served on Defendants* |
| 04/20/2023 | **Statement      Index # 61** |
| | *Plaintiffs Supplemental Statement Re: Motion For Contempt Sanctions* |
| 04/20/2023 | **Exhibit      Index # 62** |
| | *Exhibit 1 - Trigleth Emails* |
| 04/20/2023 | **Exhibit      Index # 63** |
| | *Exhibit 2 - Trigleth Emails - Preliminary Injunction Order* |
| 04/20/2023 | **Exhibit      Index # 64** |
| | *Exhibit 3 - Trigleth Email - Additional Interest Available in WDC 1-H* |
| 04/20/2023 | **Exhibit      Index # 65** |
| | *Exhibit 4 - Geary Trigleth Litigation Matters* |
| 04/20/2023 | **Service Document      Index # 66** |
| | *Certificate of Service upon counsel of record* |
| 04/24/2023 | **Response      Index # 67** |
| | *Defendants Response to Plaintiffs Motion for Preliminary Injunction* |
| 04/24/2023 | **Response      Index # 68** |
| | *Defendants Response to Plaintiffs Motion for Contempt Sanctions* |
| 05/05/2023 | **Notice      Index # 69** |
| | *Notice of Motion for Default Judgment* |
| 05/05/2023 | **Motion      Index # 70** |
| | *Motion for Default Judgment* |
| 05/05/2023 | **Brief      Index # 71** |
| | *Brief in Support of Motion for Default Judgment* |
| 05/05/2023 | **Exhibit      Index # 72** |
| | *Exhibit 1 to Brief in Support of Motion for Default Judgment* |
| 05/05/2023 | **Exhibit      Index # 73** |
| | *Exhibit 2 to Brief in Support of Motion for Default Judgment* |
| 05/05/2023 | **Declaration      Index # 74** |
| | *Declaration of Greg Pollard in Support of Motion for Default Judgment* |
| 05/05/2023 | **Exhibit      Index # 75** |
| | *Exhibit A to Declaration of Greg Pollard in Support of Motion for Default Judgment* |
| 05/05/2023 | **Proposed Order      Index # 76** |
| | *Proposed Order Granting Plaintiffs Motion for Default Judgment* |
| 05/05/2023 | **Service of Motion      Index # 77** |
| | *Certificate of Service upon Geary Trigleth via U.S. Mail* |
| 05/10/2023 | **Notice of Hearing      Index # 78** |
| | *Notice of Hearing* |
| 05/10/2023 | **Service Document      Index # 79** |
| | *Certificate of Service upon Geary Trigleth via USPS, postage prepaid* |
| 05/19/2023 | **Notice      Index # 80** |
| | *Notice of Bankruptcy Filing* |
| 05/19/2023 | **Exhibit      Index # 81** |
| | *Exhibit A to the Notice of Bankruptcy Filing - Bison Petition* |
| 05/19/2023 | **Exhibit      Index # 82** |
| | *Exhibit B to Notice of Bankruptcy Filing - EnTec Petition* |
| 05/19/2023 | **Service Document      Index # 83** |
| | *Certificate of Service - Notice of Bankruptcy Filing and Supporting Documents served by mail to Geary Trigleth* |
| 06/01/2023 | **Notice      Index # 84** |
| | *to Appear 6/12/2023 @ 9:30 - Zoom hearing* |
| 06/12/2023 | **Status Conference**  (9:30 AM) (Judicial Officer Hurly, Michael P.) |

| | | |
|---|---|---|
| | | *VIA ZOOM* |
| | | Result: Hearing Ended |
| 06/23/2023 | **Response** | **Index # 85** |
| | | *- Defendants Response* |
| 06/23/2023 | **Request** | **Index # 86** |
| | | *to appear telephonically - Emailed to Clerk* |
| 06/23/2023 | **Request** | **Index # 87** |
| | | *to Continue -Emailed to Clerk* |
| 06/26/2023 | **Motion/Hearing** (2:30 PM) (Judicial Officer Hurly, Michael P.) | |
| | | *to be held at Pierce County Courthouse* |
| | | Result: Hearing Ended |
| 06/26/2023 | **Notice** | **Index # 88** |
| | | *Notice of Appearance - T.Pearson for Plaintiffs* |
| 06/26/2023 | **Service Document** | **Index # 89** |
| | | *Certificate of Service - Notice of Appearance - T.Pearson for Plaintiffs - Served on Defendants* |
| 06/26/2023 | **Request** | **Index # 90** |
| | | *to appear via Zoom - Emailed to Clerk* |
| 06/29/2023 | **Order** | **Index # 91** |
| | | *to Stay* |
| 07/07/2023 | *CANCELED* **Pretrial Conference** (9:30 AM) (Judicial Officer Hurly, Michael P.) | |
| | | *Case Settled* |
| | | *Via Zoom* |
| 07/07/2023 | **Notice** | **Index # 92** |
| | | *Notice of Bankruptcy Filing* |
| 07/07/2023 | **Exhibit** | **Index # 93** |
| | | *Exhibit A - Notice of Bankruptcy Case Filing* |
| 07/07/2023 | **Service Document** | **Index # 94** |
| | | *Certificate of Service* |
| 07/19/2023 | *CANCELED* **Jury Trial** (9:00 AM) (Judicial Officer Hurly, Michael P.) | |
| | | *Case Settled* |

## Financial Information

**Petitioner** Pollard, Greg
Total Financial Assessment                                                                                                                80.00
Total Payments and Credits                                                                                                                 80.00
**Balance Due as of 08/04/2023**                                                                                                           **0.00**

| | | | | |
|---|---|---|---|---|
| 02/23/2023 | Transaction Assessment | | | 80.00 |
| 02/23/2023 | E-File Payment | Receipt # 38-2023-42 | Pollard, Greg | (80.00) |