Exhibit "7"

> will be my next task.

Mon, Jul 3 at 5:56 PM

> 🤔

> Your new address will be a bridge under the road somewhere!

Mon, Jul 10 at 4:45 PM

> You can run but you can't hide!!! The best is yet to come you fucking coward!!! 🖕🏽🖕🏿🖕💩💩💩🏴‍☠️🏴‍☠️🏴‍☠️ 🤓

> Who are you going to call, Ghostbusters? ya fucking moron

2:15

Geary

Who are you going to call, Ghostbusters? ya fucking moron

See ya soon in Mississippi!!!! Federal court where there is no bullshit kangaroo court!! Real people with real sense!!! Lies don't work there, they see thru your bullshit easily!!
I'm during you personally so get ready buckwheat!!!! Reality is headed your way!!!
Remember find a nice bridge to move under. I don't believe that Malaysian monkey piece of shit is going to pay your personal litigation.



Malaysian monkey piece of shit is going to pay your personal litigation.

That is what every vendor in North Dakota calls you is a fucking coward! Just take your fat ass up there and check it out dude 🖕🏽🖕🏽🖕🏽 💩💩💩

I promise you, you are not man enough to show your face in North Dakota! 💩💩💩🖕🏽🖕🏽🖕🏽

I will tune up that piece of shit you're in bed with. Just remember the number $5,000,000

What's the matter cat? Got your tongue or is that a Kenny's ass?