<u>Exhibit "8"</u>

| | |
|---|---|
| **From:** | Geary Trigleth <G.Trigleth@bisonexploration.com> |
| **Sent:** | Thursday, June 15, 2023 12:53 PM |
| **To:** | Ptacek, Spencer |
| **Subject:** | Bison has decided to P & A the well. |

**CAUTION: EXTERNAL E-MAIL**

Spencer,
No response and or ideas to pay your bills!! I am changing my proposal from completion to P & A. I'm am tired of trying to fix your incompetent clients idiotic debts and problems. Total Morons!!
gt

1

**From:** Geary Trigleth <G.Trigleth@bisonexploration.com>
**Sent:** Tuesday, June 20, 2023 4:20 PM
**To:** Ptacek, Spencer
**Subject:** National Gay month

**CAUTION: EXTERNAL E-MAIL**

I guess you and your gay friends are taking gay pride month off. Once you finish gay month celebrating give me a call.

**From:** Geary Trigleth <G.Trigleth@bisonexploration.com>
**Sent:** Tuesday, June 20, 2023 6:31 PM
**To:** Ptacek, Spencer
**Subject:** Name

**CAUTION: EXTERNAL E-MAIL**

Spencer, by the way, does seem like a very gay name!
gt

1

**From:** Geary Trigleth <G.Trigleth@bisonexploration.com>
**Sent:** Tuesday, June 13, 2023 3:11 PM
**To:** Ptacek, Spencer
**Subject:** Complete well

**CAUTION: EXTERNAL E-MAIL**

I am running out of ideas to get this well completed. I can go ahead and P & A the well now unless there is a plan to get funds and pay vendor's. I have run out of ideas. Need to do something soon.

| | |
|---|---|
| **From:** | Geary Trigleth <G.Trigleth@bisonexploration.com> |
| **Sent:** | Sunday, July 2, 2023 10:15 AM |
| **To:** | Ptacek, Spencer; Craig Geno; Katie Carter; Stacy Lovorn |
| **Subject:** | gat pride month |

**CAUTION: EXTERNAL E-MAIL**

spencer,
gay pride month is over so I anticipate you may be back at work after celebrating the entire month. I'm sure you and your partner need a break! Probably, you ran out of vaseline.
You can reach me through either one of my attorneys, I have three law firms representing me here in Federal court in Mississippi, two of these law firms I have spoken with about you and informed them to not give you the time of day, as you did me! But I guess you can always try.
I'm not sure you can even represent these two morons in MS Federal court, but would love to have you here and hand you your ass along with these other two morons. By the way, it is the Southeastern District of Federal court in Mississippi if you would like to check into it.
In my opinion, you personally represent the worst of the legal profession, which is very difficult to do, you filed total lies about this case and misrepresented so many actions and situations knowing it was untrue. I know you knew better but such is the legal system. We all know how the entire country feels about scum bag attorneys like you!! Most people trust drug dealers more than attorneys and it is obvious why!!
I'm counting on your unethical attitude in hopes that you have way over billed these two morons, actually pollard is to poor to pay any bills, as well as so stupid he can't pour piss out of a boot, so I will refer to the other moron. If I was you, I would try to get payments from these no paying, lying, cowardly morons as soon as possible, but really I don't care! You deserve to be stiffed just like they did everyone in the  entire state of ND.
Actually, I should have kept this all shorter and just stated, quot;See ya, wouldn't want to be ya!quot;

– Geary

**Geary Trigleth | President / CEO**
Direct: 214.762.7296
Email:  g.trigleth@bisonexploration.com
Web:    BisonExploration.com



**BISON LAND & MINERALS LLC**
"WORKING FOR AMERICA'S ENERGY INDEPENDENCE"

1