FRANK L. BROYLES
TX Bar 03230500
955 W. John Carpenter Freeway
Suite 100
Irving, TX 75039
Phone: (214) 207-4336
Email: frank.broyles@utexas.edu

US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED
2023 AUG 10 AM 11: 10
DANNY L. MILLER
CLERK
BY _____ DEPUTY

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BISON LAND & MINERALS, LLC | Case No: 23-01140-JAW |
| Debtor | (Chapter 11) |

### REQUEST FOR SERVICE OF PAPERS

Pursuant to local rules 5005-1(a)(2)(H), 9010-1(b)(2)(A), 9011-1(a)(i), Frank L. Broyles, an attorney in Irving Texas, files this Request for Service of Papers and requests that he be served with all papers filed in this Case *via* the Court's ECF system.

Signed: July 20, 2023.

Respectfully Submitted,

/s/ *Frank L. Broyles*
Frank L. Broyles
LAW OFFICE OF FRANK L. BROYLES
955 W. John Carpenter Freeway #100
Email: frank.broyles@utexas.edu
Phone: (214) 207-4336

1

## CERTIFICATE OF SERVICE

A copy of the above Request will be served on all parties receiving ECF service *via* the Court's ECF System.

Additionally, on July 20, 2023 a copy of this Request was served on counsel for Debtor, Craig M. Geno, *via* email at cmgeno@cmgenolaw.com and counsel for the Trustee at rab@byrdwiser.com.

/s/ *Frank L. Broyles*

2

Please file in Case # 23-01140-JAW

No return copy needed, I will download via ECF.

Thanks, Frank Broyles

501 E. Court St
Suite 2.300
Jackson MS 39201

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

AUG 10 2023

Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk