



**Retail**

**RDC 99**

U.S. POSTAGE PAID
FCM LG ENV
IRVING, TX 75038
JUL 21, 2023

R2303S104028-03

d States Bankruptcy Clerk

E. Court Street

2,300

son, MS 39201



F. Broyles
P.O. Box 168285
Irving, TX    75016

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

AUG 10 2023

Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk

Unit
5c
Sui
TA