**Fill in this information to identify the case:**

Debtor name **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **23-01140-JAW**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Plains Capital Bank** | **Checking** | **5302** | $12.35 |
| 3.2. | **Plains Capital Bank** | **Checking** | **9302** | $60.75 |
| 3.3. | **Plains Capital Bank** | **Escrow** | **0401** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $73.10 |

## Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:          Accounts receivable

10. **Does the debtor have any accounts receivable?**

# EXHIBIT "A"

Debtor **Bison Land & Minerals, LLC**
Name

Case number *(If known)* **23-01140-JAW**

- ■ No.  Go to Part 4.
- ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computer & Software** | $0.00 | | $3,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$3,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor   **Bison Land & Minerals, LLC**          Case number *(If known)*  **23-01140-JAW**
          Name

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **WDC 1-H Well located in Renville County, North Dakota - Incomplete** | **Operator 39% Working Interest** | **$0.00** | **Market** | **$400,000.00** |

56.   **Total of Part 9.**                                                    **$400,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Debtor | **Bison Land & Minerals, LLC** | Case number *(If known)* | **23-01140-JAW** |
|---|---|---|---|
| | Name | | |

| **NOLs** | | Tax year **2022** | **Unknown** |
|---|---|---|---|

| **NOLs** | | Tax year **2023** | **Unknown** |
|---|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claims against Sparrow Oil & Gas, Greg Pollard, Kenny Goh for breach of contract, tortious interference, etc.** **Unknown**
Nature of claim
Amount requested **$3,000,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**South Basile, Louisiana & Smith Employment North Dakota Leases - See Attachment** **$250,000.00**

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. **$250,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Bison Land & Minerals, LLC**    Case number *(If known)* **23-01140-JAW**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $73.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $250,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $253,573.10 | + 91b. $400,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $653,573.10 |

---

Schedule A/B Assets - Real and Personal Property

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Bison Land & Minerals, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF MISSISSIPPI</td></tr>
<tr><td>Case number (if known)</td><td><strong>23-01140-JAW</strong></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **23-01140-JAW**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Basin Service Company,**<br>**9926 Highway 83**<br>**Westhope, ND 58793**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $7,353.75 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Boudes Field Service,**<br>**5743 137th Avenue NW**<br>**Williston, ND 58801**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $400.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**C & C Welding, LLC**<br>**10246 County Road 49**<br>**Bottineau, ND 58318-7114**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $9,753.75 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Crazy Cowboy Trucking,**<br>**7330 35th Avenue NW**<br>**Berthold, ND 58718-9406**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,181.25 |

| Debtor | **Bison Land & Minerals, LLC** | Case number (if known) | **23-01140-JAW** |
|---|---|---|---|

Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,260.00** |
|---|---|---|---|

**Farden Construction, I**
**9035 County Road 17B**
**Maxbass, ND 58760-9736**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,303.07** |
|---|---|---|---|

**G-Style Transport, LLC**
**5033 Jackson Street**
**Williston, ND 58801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Halliburton Energy Ser**
**P.O. Box 2388**
**Williston, ND 58802-2388**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Halliburton Manufactur**
**c/o Capital Corporate**
**1213 NP Avenue, Suite**
**Fargo, ND 58102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,800.00** |
|---|---|---|---|

**Hefty Seed Company**
**47504 252nd Street**
**Baltic, SD 57003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,090.00** |
|---|---|---|---|

**Hunter Logistics**
**c/o Dalton Petersen**
**9215 55th Avenue NW**
**Kenmare, ND 58746-9653**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,654.05** |
|---|---|---|---|

**Knight Oil Tools**
**c/o VeriCore**
**10115 Kincey Avenue, S**
**Huntersville, NC 28078**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bison Land & Minerals, LLC** | Case number (if known) | **23-01140-JAW** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,725.00 |
|---|---|---|---|

**Mesa West Directional Corporate**
361 S Camino Del Rio #
Durango, CO 81303

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,839.47 |
|---|---|---|---|

**Mountain Mud of North**
1301 E Lincoln Street
Gillette, WY 82716-3017

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,501.75 |
|---|---|---|---|

**ND&T Services, Inc.**
302 Main Street E
Mohall, ND 58761-4079

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,150.00 |
|---|---|---|---|

**Neset Consulting Servi**
6844 Highway 40
Tioga, ND 58852-9403

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Neset Repair & Sales,**
15372 2nd Street NE
Mayville, ND 58257-0342

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,045.00 |
|---|---|---|---|

**North Country Oil Inc.**
7258 38th Street NW
Parshall, ND 58770-9406

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,313.53 |
|---|---|---|---|

**North Dakota Workforce**
1600 E. Century Avenue
Suite 1
Bismarck, ND 58503

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bison Land & Minerals, LLC** | Case number (if known) | **23-01140-JAW** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,300.21 |
|---|---|---|---|

**Northwell Rentals (Llo**
6401 - 63 Avenue
Lloydminster, AB T9V3A
CANADA

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155,224.83 |
|---|---|---|---|

**O-Keeffe Oil Company**
603 Main Street E
P.O. Box 130
Mohall, ND 58761

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,333.73 |
|---|---|---|---|

**Propane Services**
101 West Main Street
P.O. Box 339
Mohall, ND 58761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,580.00 |
|---|---|---|---|

**Recon Oilfield Service**
1803 Clara Drive
Conway, AR 72034

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,275.20 |
|---|---|---|---|

**Smith Bits**
200 - 125 9 Avenue SE
Calgary, AB T2E0P6
CANADA

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,314.00 |
|---|---|---|---|

**Stallion Oilfield Serv**
950 Corbindale Road
Suite 400
Houston, TX 77024-2849

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,228.09 |
|---|---|---|---|

**Stevens Welding and Ma**
502 County Road South
P.O. Box 8
Glenburn, ND 58740

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Bison Land & Minerals, LLC** | Case number (if known) | **23-01140-JAW** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,000.00 |
|---|---|---|---|

**Tuffy's Pump Shop and**
**P.O. Box 352**
**215 County Road 9**
**Mohall, ND 58761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,496.43 |
|---|---|---|---|

**Tuffy's Pump Shop and**
**P.O. Box 352**
**215 County Road 9**
**Mohall, ND 58761**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,643.51 |
|---|---|---|---|

**United Rentals, Inc.**
**c/o Corporation Servic**
**600 S 2nd Street, Suit**
**Bismarck, ND 58504**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,290.00 |
|---|---|---|---|

**Warren Transport, Inc.**
**c/o The Prentice-Hall**
**600 S 2nd Street, Suit**
**Bismarck, ND 58504**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,658.00 |
|---|---|---|---|

**Wyoming Casing Service**
**198 40th Street E**
**Dickinson, ND 58601**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + | | 1,090,714.62 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | | 5c. | $ | 1,090,714.62 |

| Debtor | Bison Land & Minerals, LLC | Case number (if known) | 23-01140-JAW |
|--------|----------------------------|------------------------|--------------|
|        | Name                       |                        |              |

**Fill in this information to identify the case:**

Debtor name  **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  **23-01140-JAW**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **South Basile, Louisiana & Smith Employment North Dakota Leases - See Attachment** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Leases** _____ |

| | | SMITH EMBAYMENT LEASE SUMMARY | | | | | |
|---|---|---|---|---|---|---|---|
| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
| 14000002919000 | 8/22/2022 | Barbara Jane Mancuso, et vir<br><br>11413 Ash Creek Drive<br>Houston, TX 77043 | 160.0000 | 60.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000 | 8/22/2022 | Daniel Gribbon, et ux<br><br>461 Hunters Trophy<br>New Braunfels, TX 78132 | 160.0000 | 20.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Nancy Jermundson-Buttke<br><br>3700 Lone Mountain Road<br>Hereford AZ, 85615 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Barb Besse<br><br>1401 3rd St NE, Apt G<br>Devils Lake, ND 58301 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Mary Carter<br><br>3209 Crimson St, NW<br>Mandan, ND 58554 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Kathy Keonig<br><br>805 S Dixie Drive#56<br>St. George, UT 84770 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Patricia Hrichena<br><br>1508 18th Ave SW<br>Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Priscilla May<br><br>830 3rd St. SW Apt D<br>Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/11/2022 | Douglas R. Schwartz<br><br>PO Box 97<br>Mohall, ND 58761 | 231.2400 | 57.8100000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002918000 | 9/22/2022 | Linda L. Robbins<br><br>187 Arroyo<br>Richland, WA 99352 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 9/30/2022 | Dale C. Whited<br><br>8131 West Montana Street #14<br>Rathburn, ID 83815 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 8/11/2022 | Curtis Undlin, et ux<br><br>8741 29th Ave. NW<br>Lansford, ND 58750 | 160.0000 | 80.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |

| SMITH EMBAYMENT LEASE SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
| 14000002921000<br>14000002920000 | | Red Crown Royalties, LLC<br><br>1490 W. Canal Court STE 3000<br>Littleton CO 80120 | 320.0000 | 80.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002921000<br>14000002920000 | 9/15/2022 | Stewart E. Bowers, Trustee of the 1989 Inter Vivos Trust dated June 23, 1989<br><br>3186 Lucas Circle, Lafayette, CA 94563 | 320.0000 | 48.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| | | | TOTAL | 483.6200 | | | |

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
|---|---|---|---|---|---|---|---|
| | | **SMITH EMBAYMENT LEASE SUMMARY** | | | | | |
| 14000002919000 | 8/22/2022 | Barbara Jane Mancuso, et vir<br>11413 Ash Creek Drive<br>Houston, TX 77043 | 160.0000 | 60.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000 | 8/22/2022 | Daniel Gribbon, et ux<br>461 Hunters Trophy<br>New Braunfels, TX 78132 | 160.0000 | 20.0000 | Renville | SE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Nancy Jermundson-Buttke<br>3700 Lone Mountain Road<br>Hereford AZ, 85615 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Barb Besse<br>1401 3rd St NE, Apt G<br>Devils Lake, ND 58301 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Mary Carter<br>3209 Crimson St, NW<br>Mandan, ND 58554 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Kathy Keonig<br>805 S Dixie Drive#56<br>St. George, UT 84770 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Patricia Hrichena<br>1508 18th Ave SW<br>Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/8/2022 | Priscilla May<br>830 3rd St. SW Apt D<br>Minot ND 58701 | 231.2400 | 9.6350000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002919000<br>15000003136000 | 8/11/2022 | Douglas R. Schwartz<br>PO Box 97<br>Mohall, ND 58761 | 231.2400 | 57.8100000 | Renville | SE/4 of Sec. 12-T160N-R85W & Lots 3 and 4 (W/2 of SW/4)-Sec. 7-T160N-R84W | 3 Yr. Paid Up |
| 14000002918000 | 9/22/2022 | Linda L. Robbins<br>187 Arroyo<br>Richland, WA 99352 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 9/30/2022 | Dale C. Whited<br>8131 West Montana Street #14<br>Rathburn, ID 83815 | 160.0000 | 40.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002918000 | 8/11/2022 | Curtis Undlin, et ux<br>8741 29th Ave. NW<br>Lansford, ND 58750 | 160.0000 | 80.0000000 | Renville | NE/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |

| | | | SMITH EMBAYMENT LEASE SUMMARY | | | | |
|---|---|---|---|---|---|---|---|
| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | County | Location | Terms |
| 14000002921000 14000002920000 | | Red Crown Royalties, LLC<br><br>1490 W. Canal Court STE 3000 Littleton CO 80120 | 320.0000 | 80.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| 14000002921000 14000002920000 | 9/15/2022 | Stewart E. Bowers, Trustee of the 1989 Inter Vivos Trust dated June 23, 1989<br><br>3186 Lucas Circle, Lafayette, CA 94563 | 320.0000 | 48.0000000 | Renville | NW/4 & SW/4 of Sec. 12-T160N-R85W | 3 Yr. Paid Up |
| | | | TOTAL | 483.6200 | | | |

## ACADIA/EVANGELINE PARISH LEASE SUMMARY

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | Parish | Location | Terms | Lease Status |
|---|---|---|---|---|---|---|---|---|
| 0200100250; 0200100400; 0200100200; 0200100500; 0200100530; 0200100350 | 6/9/2022 | John Austin Young | 555.3000 | 555.3000 | Evangeline | Sec. 35 & 36-T6S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700137200 | 5/22/2022 | RSD-MSS, LLC | 63.7600 | 63.7600 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700137200E | 5/22/2022 | Kendi Brooks Williams, et ux | 2.0100 | 2.0100 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700037100 0700137200B | 5/22/2022 | Rebecca Sonnier Duhon, et vir | 1.4500 | 1.4500 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700137200 (tract in SE corner of RSD-MSS - error on assessor map) 0700137200D | 5/22/2022 | Jerod Paul Doucet, et ux | 2.9500 | 2.9500 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700133020 | 5/22/2022 | Melissa Sonnier Seilhan | 1.0000 | 1.0000 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700435680A | 5/11/2022 | Larry Paul Lejeune, et ux | 20.0000 | 20.0000 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700436808 0700436800 | 5/18/2022 | Chad Eric Lejeune, et ux | 20.0000 | 20.0000 | Acadia | Sec. 1-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |

ACADIA/EVANGELINE PARISH LEASE SUMMARY

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | Parish | Location | Terms | Lease Status |
|---|---|---|---|---|---|---|---|---|
| 0700138810C 0700077050 | 10/13/2022 | Reginald J. Sonnier | 24.6100 | 24.6100 | Acadia | Sec. 1 and/or Sec. 2-T7S-R2W | 2 Yr. Paid Up | Recorded |
| 0700158800 | 9/9/2022 | Frank Dale Zaunbrecher, et ux | 11.1710 | 11.1710 | Acadia | Sec. 2-T7S-R2W | 1 Yr. Paid Up 4 Yr. Rentals | Recorded |
| 0700159450 0700159861 0700159481 | 9/9/2022 | Reginald W. Zaunbrecher, et al | 395.2600 | 395.2600 | Acadia | Sec. 2 and Sec. 3-T7S-R2W | 1 Yr. Paid Up 4 Yr. Rentals | Recorded |
| 0700160000 0700159900 | 9/9/2022 | Stephen C. Zaunbrecher | 90.0000 | 90.0000 | Acadia | Sec. 2 and Sec. 11-T7S-R2W | 1 Yr. Paid Up 4 Yr. Rentals | Recorded |
| 0700116630 | 6/13/2022 | Ortego Brother Farms, LLC | 101.4800 | 101.4800 | Acadia | Sec. 2 and Sec. 11-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700077250 0700119230E 0200053750 (E) | 9/16/2022 | K.C. Enterprises of Basile, Louisiana, Inc. | 417.4900 | 417.4900 | Acadia Evangeline | Sec.3-T7S-R2W Sec. 34-T6S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/5/2022 | J. Earl Toups Farms, LLC | 65.2600 | 32.6300 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/17/2022 | Stephen K. Perrodin | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/17/2022 | Mark Perrodin | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119200 | 10/17/2022 | Guy Perrodin | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |

## ACADIA/EVANGELINE PARISH LEASE SUMMARY

| Parcel No. | Lease Date | Lessor | Gross Acres | Net Acres | Parish | Location | Terms | Lease Status |
|---|---|---|---|---|---|---|---|---|
| 0700119200 | 10/17/2022 | Nadja Hays | 65.2600 | 8.1570 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119230F 0700119230I | 10/20/2022 | Thomas Jude Klumpp, et ux | 111.4000 | 111.4000 | Acadia | Sec. 3 and Sec. 4- T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119300 | 7/9/2022 | Noble Person, et al | 13.8000 | 13.8000 | Acadia | Sec. 3-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700080450 | 6/6/2022 | Dianne Lundgren Kron | 108.0000 | 108.0000 | Acadia | Sec. 3 and Sec. 4- T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700037468 | 9/17/2022 | Darrel J. Duplechin, et al | 68.7400 | 60.1450 | Acadia | Sec. 3 and Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119250 | 7/9/2022 | Jed Person, et ux | 39.6300 | 39.6300 | Acadia | Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700110160A | 9/16/2022 | Mark Sidney Denette, et ux | 13.3300 | 13.3300 | Acadia | Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700119250A | 7/12/2022 | Rhea Faye Person | 1.0100 | 1.0100 | Acadia | Sec. 10-T7S-R2W | 2 Yr. Paid Up 3 Yr. Rentals | Recorded |
| 0700117385A 0700156100 | 11/7/2022 | Lucinda Young Feucht | 96.6300 | 48.3150 | Acadia | Sec. 2-T7S-R2W | 2 Yr. Paid Up | Recorded |
| 0700117385A 0700156100 | 11/7/2022 | Lynette Young Feucht | 96.6300 | 48.3150 | Acadia | Sec. 2-T7S-R2W | 2 Yr. Paid Up | Recorded |
| | | **TOTAL** | | **2,215.6840** | | | | |

**Fill in this information to identify the case:**

Debtor name    **Bison Land & Minerals, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **23-01140-JAW**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **EnTec Services, LLC** | **240 Buckhead Drive Madison, MS 39110** | **Basin Service Company,** | ☐ D _____<br>☑ E/F   **3.1**<br>☐ G _____ |
| 2.2 | **EnTec Services, LLC** | **240 Buckhead Drive Madison, MS 39110** | **Boudes Field Service,** | ☐ D _____<br>☑ E/F   **3.2**<br>☐ G _____ |
| 2.3 | **EnTec Services, LLC** | **240 Buckhead Drive Madison, MS 39110** | **C & C Welding, LLC** | ☐ D _____<br>☑ E/F   **3.3**<br>☐ G _____ |
| 2.4 | **EnTec Services, LLC** | **240 Buckhead Drive Madison, MS 39110** | **Crazy Cowboy Trucking,** | ☐ D _____<br>☑ E/F   **3.4**<br>☐ G _____ |
| 2.5 | **EnTec Services, LLC** | **240 Buckhead Drive Madison, MS 39110** | **Farden Construction, I** | ☐ D _____<br>☑ E/F   **3.5**<br>☐ G _____ |

Debtor  **Bison Land & Minerals, LLC** _____    Case number *(if known)*  **23-01140-JAW**

---

█████  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | **G-Style Transport, LLC** | ☐ D ____ ■ E/F  **3.6** ☐ G ____ |
| 2.7  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | **Halliburton Energy Ser** | ☐ D ____ ■ E/F  **3.7** ☐ G ____ |
| 2.8  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | **Halliburton Manufactur** | ☐ D ____ ■ E/F  **3.8** ☐ G ____ |
| 2.9  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | **Hefty Seed Company** | ☐ D ____ ■ E/F  **3.9** ☐ G ____ |
| 2.10  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | **Hunter Logistics** | ☐ D ____ ■ E/F  **3.10** ☐ G ____ |
| 2.11  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | **Knight Oil Tools** | ☐ D ____ ■ E/F  **3.11** ☐ G ____ |
| 2.12  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | **Mesa West Directional** | ☐ D ____ ■ E/F  **3.12** ☐ G ____ |
| 2.13  EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | **Mountain Mud of North** | ☐ D ____ ■ E/F  **3.13** ☐ G ____ |

---

| Debtor | **Bison Land & Minerals, LLC** | Case number *(if known)* | **23-01140-JAW** |

---

| **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

---

2.14 **EnTec Services, LLC**    240 Buckhead Drive  
Madison, MS 39110

**ND&T Services, Inc.**

☐ D _____  
■ E/F __3.14__  
☐ G _____

---

2.15 **EnTec Services, LLC**    240 Buckhead Drive  
Madison, MS 39110

**Neset Consulting Servi**

☐ D _____  
■ E/F __3.15__  
☐ G _____

---

2.16 **EnTec Services, LLC**    240 Buckhead Drive  
Madison, MS 39110

**Neset Repair & Sales,**

☐ D _____  
■ E/F __3.16__  
☐ G _____

---

2.17 **EnTec Services, LLC**    240 Buckhead Drive  
Madison, MS 39110

**North Country Oil Inc.**

☐ D _____  
■ E/F __3.17__  
☐ G _____

---

2.18 **EnTec Services, LLC**    240 Buckhead Drive  
Madison, MS 39110

**North Dakota Workforce**

☐ D _____  
■ E/F __3.18__  
☐ G _____

---

2.19 **EnTec Services, LLC**    240 Buckhead Drive  
Madison, MS 39110

**Northwell Rentals (Llo**

☐ D _____  
■ E/F __3.19__  
☐ G _____

---

2.20 **EnTec Services, LLC**    240 Buckhead Drive  
Madison, MS 39110

**O-Keeffe Oil Company**

☐ D _____  
■ E/F __3.20__  
☐ G _____

---

2.21 **EnTec Services, LLC**    240 Buckhead Drive  
Madison, MS 39110

**Recon Oilfield Service**

☐ D _____  
■ E/F __3.22__  
☐ G _____

---

| Debtor | Bison Land & Minerals, LLC | Case number (if known) | 23-01140-JAW |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Smith Bits | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.23 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Stallion Oilfield Serv | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |
| 2.24 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Stevens Welding and Ma | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.25 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Tuffy's Pump Shop and | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.26 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | United Rentals, Inc. | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.27 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Warren Transport, Inc. | ☐ D _____ ■ E/F __3.29__ ☐ G _____ |
| 2.28 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Wyoming Casing Service | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.29 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Propane Services | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |

| Debtor | **Bison Land & Minerals, LLC** | Case number *(if known)* | **23-01140-JAW** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **Basin Service Company,** | ☐ D ____  ■ E/F __**3.1**__  ☐ G ____ |
| 2.31 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **Boudes Field Service,** | ☐ D ____  ■ E/F __**3.2**__  ☐ G ____ |
| 2.32 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **C & C Welding, LLC** | ☐ D ____  ■ E/F __**3.3**__  ☐ G ____ |
| 2.33 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **Crazy Cowboy Trucking,** | ☐ D ____  ■ E/F __**3.4**__  ☐ G ____ |
| 2.34 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **Farden Construction, I** | ☐ D ____  ■ E/F __**3.5**__  ☐ G ____ |
| 2.35 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **G-Style Transport, LLC** | ☐ D ____  ■ E/F __**3.6**__  ☐ G ____ |
| 2.36 | **Greg Pollard**  7700 Cody Lane  Apt. 2911  Sachse, TX 75048 | **Halliburton Energy Ser** | ☐ D ____  ■ E/F __**3.7**__  ☐ G ____ |

Debtor  **Bison Land & Minerals, LLC**                                  Case number *(if known)*  **23-01140-JAW**

---

| **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                          Column 2: **Creditor**

---

| 2.37 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Halliburton Manufactur** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |

---

| 2.38 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Hefty Seed Company** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |

---

| 2.39 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Hunter Logistics** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |

---

| 2.40 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Knight Oil Tools** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

---

| 2.41 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Mesa West Directional** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |

---

| 2.42 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Mountain Mud of North** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |

---

| 2.43 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **ND&T Services, Inc.** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |

---

| Debtor | **Bison Land & Minerals, LLC** | Case number (if known) | **23-01140-JAW** |

---

| | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.44 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Neset Consulting Servi** | □ D _____<br>■ E/F  **3.15**<br>□ G _____ |
| 2.45 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Neset Repair & Sales,** | □ D _____<br>■ E/F  **3.16**<br>□ G _____ |
| 2.46 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **North Country Oil Inc.** | □ D _____<br>■ E/F  **3.17**<br>□ G _____ |
| 2.47 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **North Dakota Workforce** | □ D _____<br>■ E/F  **3.18**<br>□ G _____ |
| 2.48 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Northwell Rentals (Llo** | □ D _____<br>■ E/F  **3.19**<br>□ G _____ |
| 2.49 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **O-Keeffe Oil Company** | □ D _____<br>■ E/F  **3.20**<br>□ G _____ |
| 2.50 | **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Propane Services** | □ D _____<br>■ E/F  **3.21**<br>□ G _____ |

| Debtor | Bison Land & Minerals, LLC | Case number *(if known)* | 23-01140-JAW |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.51 | **Greg Pollard** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Recon Oilfield Service** | ☐ D ____<br>■ E/F ____ **3.22**<br>☐ G ____ |
| 2.52 | **Greg Pollard** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Smith Bits** | ☐ D ____<br>■ E/F ____ **3.23**<br>☐ G ____ |
| 2.53 | **Greg Pollard** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Stallion Oilfield Serv** | ☐ D ____<br>■ E/F ____ **3.24**<br>☐ G ____ |
| 2.54 | **Greg Pollard** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Stevens Welding and Ma** | ☐ D ____<br>■ E/F ____ **3.25**<br>☐ G ____ |
| 2.55 | **Greg Pollard** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Tuffy's Pump Shop and** | ☐ D ____<br>■ E/F ____ **3.26**<br>☐ G ____ |
| 2.56 | **Greg Pollard** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Tuffy's Pump Shop and** | ☐ D ____<br>■ E/F ____ **3.27**<br>☐ G ____ |
| 2.57 | **Greg Pollard** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **United Rentals, Inc.** | ☐ D ____<br>■ E/F ____ **3.28**<br>☐ G ____ |

| Debtor | **Bison Land & Minerals, LLC** | Case number *(if known)* | **23-01140-JAW** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.58 **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Warren Transport, Inc.** | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |
| 2.59 **Greg Pollard** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Wyoming Casing Service** | ☐ D _____<br>■ E/F ___3.30___<br>☐ G _____ |
| 2.60 **Kiat Tze "Kenny" Goh** | 5549 Falls Road<br>Dallas, TX 75220 | **Basin Service Company,** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.61 **Kiat Tze "Kenny" Goh** | 5549 Falls Road<br>Dallas, TX 75220 | **Boudes Field Service,** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.62 **Kiat Tze "Kenny" Goh** | 5549 Falls Road<br>Dallas, TX 75220 | **C & C Welding, LLC** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.63 **Kiat Tze "Kenny" Goh** | 5549 Falls Road<br>Dallas, TX 75220 | **Crazy Cowboy Trucking,** | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.64 **Kiat Tze "Kenny" Goh** | 5549 Falls Road<br>Dallas, TX 75220 | **Farden Construction, I** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |

| Debtor | **Bison Land & Minerals, LLC** | Case number *(if known)* | **23-01140-JAW** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.65 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | G-Style Transport, LLC | ☐ D ____ ■ E/F __3.6__ ☐ G ____ |
| 2.66 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Halliburton Energy Ser | ☐ D ____ ■ E/F __3.7__ ☐ G ____ |
| 2.67 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Halliburton Manufactur | ☐ D ____ ■ E/F __3.8__ ☐ G ____ |
| 2.68 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Hefty Seed Company | ☐ D ____ ■ E/F __3.9__ ☐ G ____ |
| 2.69 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Hunter Logistics | ☐ D ____ ■ E/F __3.10__ ☐ G ____ |
| 2.70 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Knight Oil Tools | ☐ D ____ ■ E/F __3.11__ ☐ G ____ |
| 2.71 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Mesa West Directional | ☐ D ____ ■ E/F __3.12__ ☐ G ____ |
| 2.72 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Mountain Mud of North | ☐ D ____ ■ E/F __3.13__ ☐ G ____ |

| Debtor | **Bison Land & Minerals, LLC** | Case number *(if known)* | **23-01140-JAW** |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.73 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | ND&T Services, Inc. | ☐ D _____ <br> ■ E/F __3.14__ <br> ☐ G _____ |
| 2.74 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Neset Consulting Servi | ☐ D _____ <br> ■ E/F __3.15__ <br> ☐ G _____ |
| 2.75 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Neset Repair & Sales, | ☐ D _____ <br> ■ E/F __3.16__ <br> ☐ G _____ |
| 2.76 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | North Country Oil Inc. | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.77 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | North Dakota Workforce | ☐ D _____ <br> ■ E/F __3.18__ <br> ☐ G _____ |
| 2.78 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Northwell Rentals (Llo | ☐ D _____ <br> ■ E/F __3.19__ <br> ☐ G _____ |
| 2.79 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | O-Keeffe Oil Company | ☐ D _____ <br> ■ E/F __3.20__ <br> ☐ G _____ |
| 2.80 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Propane Services | ☐ D _____ <br> ■ E/F __3.21__ <br> ☐ G _____ |

| Debtor | **Bison Land & Minerals, LLC** | Case number *(if known)* | **23-01140-JAW** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.81 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Recon Oilfield Service | ☐ D _____ ■ E/F __3.22__ ☐ G _____ | |
| 2.82 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Smith Bits | ☐ D _____ ■ E/F __3.23__ ☐ G _____ | |
| 2.83 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Stallion Oilfield Serv | ☐ D _____ ■ E/F __3.24__ ☐ G _____ | |
| 2.84 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Stevens Welding and Ma | ☐ D _____ ■ E/F __3.25__ ☐ G _____ | |
| 2.85 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Tuffy's Pump Shop and | ☐ D _____ ■ E/F __3.26__ ☐ G _____ | |
| 2.86 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Tuffy's Pump Shop and | ☐ D _____ ■ E/F __3.27__ ☐ G _____ | |
| 2.87 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | United Rentals, Inc. | ☐ D _____ ■ E/F __3.28__ ☐ G _____ | |
| 2.88 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Warren Transport, Inc. | ☐ D _____ ■ E/F __3.29__ ☐ G _____ | |

| Debtor | **Bison Land & Minerals, LLC** | Case number *(if known)* | **23-01140-JAW** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.89 **Kiat Tze "Kenny" Goh** | **5549 Falls Road**<br>**Dallas, TX 75220** | **Wyoming Casing Service** | ☐ D _____<br>■ E/F __**3.30**__<br>☐ G _____ |
| 2.90 **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Basin Service Company,** | ☐ D _____<br>■ E/F __**3.1**__<br>☐ G _____ |
| 2.91 **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Boudes Field Service,** | ☐ D _____<br>■ E/F __**3.2**__<br>☐ G _____ |
| 2.92 **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **C & C Welding, LLC** | ☐ D _____<br>■ E/F __**3.3**__<br>☐ G _____ |
| 2.93 **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Crazy Cowboy Trucking,** | ☐ D _____<br>■ E/F __**3.4**__<br>☐ G _____ |
| 2.94 **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **Farden Construction, I** | ☐ D _____<br>■ E/F __**3.5**__<br>☐ G _____ |
| 2.95 **Sparrow Oil & Gas** | **7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | **G-Style Transport, LLC** | ☐ D _____<br>■ E/F __**3.6**__<br>☐ G _____ |

| Debtor | **Bison Land & Minerals, LLC** | Case number *(if known)* | **23-01140-JAW** |

| | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**      Column 2: **Creditor**

| 2.96 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Halliburton Energy Ser | ☐ D _____ ☑ E/F __3.7__ ☐ G _____ |
| 2.97 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Halliburton Manufactur | ☐ D _____ ☑ E/F __3.8__ ☐ G _____ |
| 2.98 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Hefty Seed Company | ☐ D _____ ☑ E/F __3.9__ ☐ G _____ |
| 2.99 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Hunter Logistics | ☐ D _____ ☑ E/F __3.10__ ☐ G _____ |
| 2.100 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Knight Oil Tools | ☐ D _____ ☑ E/F __3.11__ ☐ G _____ |
| 2.101 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Mesa West Directional | ☐ D _____ ☑ E/F __3.12__ ☐ G _____ |
| 2.102 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Mountain Mud of North | ☐ D _____ ☑ E/F __3.13__ ☐ G _____ |

Debtor   **Bison Land & Minerals, LLC**                          Case number *(if known)*   **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                           Column 2: **Creditor**

| 2.103 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | ND&T Services, Inc. | ☐ D ____ ■ E/F __3.14__ ☐ G ____ |
| 2.104 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Neset Consulting Servi | ☐ D ____ ■ E/F __3.15__ ☐ G ____ |
| 2.105 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Neset Repair & Sales, | ☐ D ____ ■ E/F __3.16__ ☐ G ____ |
| 2.106 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | North Country Oil Inc. | ☐ D ____ ■ E/F __3.17__ ☐ G ____ |
| 2.107 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | North Dakota Workforce | ☐ D ____ ■ E/F __3.18__ ☐ G ____ |
| 2.108 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Northwell Rentals (Llo | ☐ D ____ ■ E/F __3.19__ ☐ G ____ |
| 2.109 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | O-Keeffe Oil Company | ☐ D ____ ■ E/F __3.20__ ☐ G ____ |

Debtor    **Bison Land & Minerals, LLC**      Case number *(if known)*   **23-01140-JAW**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Propane Services | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.111 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Recon Oilfield Service | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |
| 2.112 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Smith Bits | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.113 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Stallion Oilfield Serv | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |
| 2.114 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Stevens Welding and Ma | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.115 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Tuffy's Pump Shop and | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.116 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Tuffy's Pump Shop and | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |

| Debtor | **Bison Land & Minerals, LLC** | Case number *(if known)* | **23-01140-JAW** |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.11 7 | **Sparrow Oil & Gas** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **United Rentals, Inc.** | ☐ D _____<br>■ E/F ___3.28___<br>☐ G _____ |

---

| 2.11 8 | **Sparrow Oil & Gas** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Warren Transport, Inc.** | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |

---

| 2.11 9 | **Sparrow Oil & Gas** | 7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048 | **Wyoming Casing Service** | ☐ D _____<br>■ E/F ___3.30___<br>☐ G _____ |

---

## United States Bankruptcy Court
### Southern District of Mississippi

| | | |
|---|---|---|
| In re | **Bison Land & Minerals, LLC** | Case No.    **23-01140-JAW** |
| | Debtor(s) | Chapter    **11** |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Geary Trigleth**<br>**240 Buckhead Drive**<br>**Madison, MS 39110** | | **54.45%** | |
| **Geir Rorstad**<br>**182 Tummotley Drive**<br>**Loudon, TN 37774** | | **2%** | |
| **Greg Pollard**<br>**7700 Cody Lane**<br>**Apt. 2911**<br>**Sachse, TX 75048** | | **20.275%** | |
| **Kiat Tze "Kenny" Goh**<br>**5549 Falls Road**<br>**Dallas, TX 75220** | | **22.275%** | |
| **Linda Correll**<br>**6927 Alpha Road**<br>**Dallas, TX 75240** | | **1%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| Date   _May 25th 2023_ | Signature   _Geary Trigleth_ MM | |
| | **Geary Trigleth** | |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# EXHIBIT "B"

# U.S. Bankruptcy Court
## Southern District of Mississippi (Jackson-3 Divisional Office)
## Bankruptcy Petition #: 23-01140-JAW

|  |  |
|---|---|
| *Assigned to:* Jamie A. Wilson | *Date filed:*  05/15/2023 |
| Chapter 11 | *341 meeting:*  06/19/2023 |
| Voluntary | *Deadline for filing claims:*  07/24/2023 |
| Asset | *Deadline for filing claims (govt.):*  11/13/2023 |
|  | *Section 523 Objection Deadline:*  08/18/2023 |

**Debtor In Possession**
**Bison Land & Minerals, LLC**
240 Buckhead Drive
Madison, MS 39110
MADISON-MS
Tax ID / EIN: 84-2840113

represented by **Craig M. Geno**
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Pkwy.
Ridgeland, MS 39157
601 427-0048
Fax : 601-427-0050
Email: cmgeno@cmgenolaw.com

**Trustee**
**Robert A. Byrd**
Byrd & Wiser
P O Box 1939
Biloxi, MS 39533-1939
228-432-8123

represented by **Robert Alan Byrd**
P.O. Box 1939
Biloxi, MS 39533
228 432-8123
Fax : 228 432-7029
Email: rab@byrdwiser.com

**U.S. Trustee**
**United States Trustee**
501 East Court Street
Suite 6-430
Jackson, MS 39201
(601) 965-5241

represented by **Abigail M. Marbury**
Office of the U.S. Trustee
501 E Court Street Suite 6-430
Jackson, MS 39201-5002
601-965-5245
Fax : 601-965-5226
Email: abigail.m.marbury@usdoj.gov

**Christopher J. Steiskal, Sr.**
United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201
601-965-5241
Fax : 601-965-5226
Email: christopher.j.steiskal@usdoj.gov

# EXHIBIT "C"

| Filing Date | # | Docket Text |
|---|---|---|
| 05/15/2023 | 1<br>(5 pgs) | Chapter 11 Voluntary Petition under Subchapter V (Non-Individual) Fee Amount $1738 Filed by Bison Land & Minerals, LLC. Corporate Ownership Statement due 5/18/23. Small Business Balance Sheet due by: 05/23/2023. Small Business Statement of Operations due 05/23/2023. Small Business Cash Flow Statement due 05/23/2023. Tax Return due 05/23/2023. Atty Disclosure Statement due 05/30/2023. List of Equity Security Holders due 05/30/2023. Schedule A/B due 05/30/2023. |

| | | |
|---|---|---|
| | | Schedule D due 05/30/2023. Schedule E/F due 05/30/2023. Schedule G due 05/30/2023. Schedule H due 05/30/2023. Statement of Financial Affairs due 05/30/2023. Summary of Assets and Liabilities Due 05/30/2023. Chapter 11 Plan Small Business Subchapter V Due by 08/14/2023. (Geno, Craig) Modified on 5/16/2023 to remove inapplicable deadlines and add additional deadlines. (Harkins, Beth). (Entered: 05/15/2023) |
| 05/15/2023 | 2 | Receipt of Voluntary Petition (Chapter 11)( 23-01140) [misc,volp11] (1738.00) Filing Fee. Receipt number A14511631. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 05/15/2023) |
| 05/15/2023 | 3 (6 pgs) | Matrix Filed by Debtor Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 05/15/2023) |
| 05/15/2023 | 4 (3 pgs) | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Debtor Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 05/15/2023) |
| 05/15/2023 | | Creditor Disk/Matrix Uploaded - 40 creditors added by Geno, Craig M. (admin) (Entered: 05/15/2023) |
| 05/16/2023 | | **Case Administrator assigned - Beth Harkins** (Moore, Keisha) (Entered: 05/16/2023) |
| 05/16/2023 | 6 (1 pg) | Notice of Deficiency- Corporate Ownership Statement. Compliance due date: 5/18/2023. (Harkins, Beth) (Entered: 05/16/2023) |
| 05/16/2023 | 7 (1 pg) | Notice of Deficiency - business documents. Compliance due date: 5/23/2023. (Harkins, Beth) (Entered: 05/16/2023) |
| 05/16/2023 | 8 (1 pg) | Notice of Deficiency - schedules and statements. Compliance due date: 5/30/2023. (Harkins, Beth) (Entered: 05/16/2023) |
| 05/16/2023 | 9 (2 pgs) | Order to Debtor Regarding Taxes (Ch. 11) . (Harkins, Beth) (Entered: 05/16/2023) |
| 05/16/2023 | 10 (3 pgs) | Notice of Appointment of Trustee *Subchapter V Trustee*. Robert A. Byrd added to the case. Filed by U.S. Trustee United States Trustee. (Steiskal, Christopher) (Entered: 05/16/2023) |
| 05/16/2023 | 11 (1 pg) | Notice of Status Conference Re: Chapter 11 Subchapter V Case. Status hearing to be held on 7/11/2023 at 02:00 PM at Courtroom 4C - Jackson. Pre-Status Report Due By 6/27/2023. (Harkins, Beth) (Entered: 05/16/2023) |
| 05/17/2023 | 12 (1 pg) | Corporate Ownership Statement pursuant to Rule 1007(a). Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 05/17/2023) |
| 05/17/2023 | 13 (1 pg) | Disclosure of Compensation of Attorney for Debtor Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Geno, Craig) (Entered: 05/17/2023) |
| 05/17/2023 | 14 (6 pgs) | Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney Filed by Debtor In Possession Bison Land & Minerals, LLC |

| | | |
|---|---|---|
| | | (Geno, Craig) Modified on 5/30/2023 SD mapping code removed. **Motion amended - see Dkt. #27**(Harkins, Beth). (Entered: 05/17/2023) |
| 05/17/2023 | [15](#)<br>(7 pgs) | Notice Allowing 21 Days to File Written Objection/Response. Date of Service: 5/17/2023 Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)[14](#) Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney Filed by Debtor In Possession Bison Land & Minerals, LLC). **Objections due 06/7/2023. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.** (Geno, Craig) (Entered: 05/17/2023) |
| 05/17/2023 | [16](#)<br>(10 pgs) | Certificate of Service Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)[14](#) Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney , [15](#) 21 Day Notice to File Written Objection or Response). (Geno, Craig) (Entered: 05/17/2023) |
| 05/18/2023 | [17](#)<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (Re: [6](#) Notice of Deficiency) Notice Date 05/18/2023. (Admin.) (Entered: 05/18/2023) |
| 05/18/2023 | [18](#)<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (Re: [7](#) Notice of Deficiency) Notice Date 05/18/2023. (Admin.) (Entered: 05/18/2023) |
| 05/18/2023 | [19](#)<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (Re: [8](#) Notice of Deficiency) Notice Date 05/18/2023. (Admin.) (Entered: 05/18/2023) |
| 05/18/2023 | [20](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (Re: [9](#) Order to Debtor Regarding Taxes (Ch. 11)) Notice Date 05/18/2023. (Admin.) (Entered: 05/18/2023) |
| 05/18/2023 | [21](#)<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (Re: [11](#) Notice of Status Conference (Ch 11 Subchapter V)) Notice Date 05/18/2023. (Admin.) (Entered: 05/18/2023) |
| 05/22/2023 | [22](#)<br>(3 pgs) | Meeting of Creditors Filed by U.S. Trustee United States Trustee. 341(a) meeting to be held on 6/19/2023 at 08:30 AM - - Telephonic 341 Meeting Ch 11 -. The Section 523 Objection deadline is: 8/18/2023. Proofs of Claims due by 7/24/2023. Government Proof of Claim due by 11/13/2023. (Marbury, Abigail) (Entered: 05/22/2023) |
| 05/22/2023 | [23](#)<br>(4 pgs; 2 docs) | Motion *to Require Escrowed Subchapter V Trustee Payments* Filed by Trustee Robert A. Byrd (Attachments: # [1](#) Proposed Order) (Byrd, Robert) (Entered: 05/22/2023) |
| 05/22/2023 | [24](#)<br>(4 pgs) | Notice Allowing 21 Days to File Written Objection/Response. Date of Service: 5/22/2023 Filed by Trustee Robert A. Byrd (RE: related document(s)[23](#) Motion *to Require Escrowed Subchapter V Trustee Payments* Filed by Trustee Robert A. Byrd (Attachments: # 1 Proposed Order)). **Objections due 06/12/2023. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.** (Byrd, Robert) (Entered: 05/22/2023) |
| 05/23/2023 | [25](#)<br>(4 pgs) | Affidavit Re: *Non-Compliance with Small Business Documents*, Balance Sheet Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: |

| | | |
|---|---|---|
| | | related document(s)1 Voluntary Petition (Chapter 11)). (Geno, Craig) (Entered: 05/23/2023) |
| 05/24/2023 | 26<br>(6 pgs) | BNC Certificate of Notice - Meeting of Creditors. (Re: 22 Meeting of Creditors Chapter 11 filed by U.S. Trustee United States Trustee) Notice Date 05/24/2023. (Admin.) (Entered: 05/24/2023) |
| 05/30/2023 | 27<br>(6 pgs) | Amended Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney Filed by Debtor In Possession Bison Land & Minerals, LLC (Geno, Craig). Related document(s) 14 Application to Employ filed by Debtor In Possession Bison Land & Minerals, LLC. Modified on 5/30/2023 to relate to Dkt. #14 (the original pleading) (Harkins, Beth). (Entered: 05/30/2023) |
| 05/30/2023 | 28<br>(7 pgs) | Notice Allowing 21 Days to File Written Objection/Response. Date of Service: 5/30/2023 Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)27 Amended Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney Filed by Debtor In Possession Bison Land & Minerals, LLC). **Objections due 06/20/2023. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.** (Geno, Craig) (Entered: 05/30/2023) |
| 05/30/2023 | 29<br>(10 pgs) | Certificate of Service Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)27 Amended Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney , 28 21 Day Notice to File Written Objection or Response). (Geno, Craig) (Entered: 05/30/2023) |
| 05/30/2023 | 30<br>(1 pg) | Equity Security Holders Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Geno, Craig) (Entered: 05/30/2023) |
| 05/30/2023 | 31<br>(7 pgs) | Statement of Financial Affairs for Non-Individual Filing For Bankruptcy Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Geno, Craig) (Entered: 05/30/2023) |
| 05/30/2023 | 32<br>(37 pgs) | Declaration Under Penalty of Perjury for Non-individual Debtors , Summary of Assets and Liabilities for Non-Individual , Schedule A/B: Property Non-Individual , Schedule D: Non-Individual- Creditors Having Claims Secured by Property ., Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual ., Schedule G: Non-Individual-Executory Contracts and Unexpired Leases , Schedule H: Non-Individual- Codebtors Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Geno, Craig) (Entered: 05/30/2023) |
| 06/01/2023 | 33<br>(1 pg) | Notice of Deficiency - *Schedule G and *Schedule H* - Compliance due date: 6/15/2023. (Re: 3 Matrix filed by Debtor In Possession Bison Land & Minerals, LLC, 32 Declaration Under Penalty of Perjury - Non-Individual (Form 202) filed by Debtor In Possession Bison Land & Minerals, LLC, Summary of Assets and Liabilities, Schedule A/B - Property, Schedule D - Creditors Having Claims Secured by Property, Schedule E/F - Creditors Who Have Unsecured Claims, Schedule G - Executory Contracts and Unexpired Leases, Schedule H - Codebtors) |

| | | (Moore, Keisha) Modified on 6/1/2023 to add *Schedule H(Moore, Keisha). (Entered: 06/01/2023) |
|---|---|---|
| 06/06/2023 | 34 (2 pgs) | Notice of Appearance and Request for Notice by Christopher H Meredith Filed by Creditor Farden Construction, Inc.. (Meredith, Christopher) (Entered: 06/06/2023) |
| 06/06/2023 | 35 (2 pgs) | Notice of Appearance and Request for Notice by Christopher H Meredith Filed by Creditor Stevens Welding and Machine LLC. (Meredith, Christopher) (Entered: 06/06/2023) |
| 06/06/2023 | 36 (3 pgs) | Statement *of Multiple Representation* Filed by Attorney Copeland, Cook, Taylor & Bush, P.A.. (Meredith, Christopher) (Entered: 06/06/2023) |
| 06/14/2023 | 37 (10 pgs) | Declaration Under Penalty of Perjury for Non-individual Debtors , Summary of Assets and Liabilities for Non-Individual , Amended Schedules: G Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 06/14/2023) |
| 06/14/2023 | 38 (14 pgs) | Notice *of Amendment to Schedule G* Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)37 Declaration Under Penalty of Perjury for Non-individual Debtors , Summary of Assets and Liabilities for Non-Individual , Amended Schedules: G Filed by Debtor In Possession Bison Land & Minerals, LLC.). (Geno, Craig) (Entered: 06/14/2023) |
| 06/14/2023 | 39 (6 pgs) | Amendment to List of Creditors. Fee Amount $32 Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 06/14/2023) |
| 06/14/2023 | 40 | Receipt of Amended List of Creditors (Fee)( 23-01140-JAW) [misc,amdcm] ( 32.00) Filing Fee. Receipt number A14568876. Fee amount 32.00. (re: Doc# 39) (U.S. Treasury) (Entered: 06/14/2023) |
| 06/14/2023 | 41 (13 pgs) | Notice to Creditors Added by Amendment Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)39 Amendment to List of Creditors. Fee Amount $32 Filed by Debtor In Possession Bison Land & Minerals, LLC.). (Geno, Craig) (Entered: 06/14/2023) |
| 06/15/2023 | 42 (1 pg) | Document *Resolution* Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 06/15/2023) |
| 06/16/2023 | 43 (2 pgs) | Order Granting Motion to Require Escrowed Subchapter V Trustee Payments (Related Doc # 23) (Lucas, Chasity) (Entered: 06/16/2023) |
| 06/18/2023 | 44 (4 pgs) | BNC Certificate of Notice - PDF Document. (Re: 43 Order on Generic Motion) Notice Date 06/18/2023. (Admin.) (Entered: 06/18/2023) |
| 06/20/2023 | 45 (3 pgs) | Meeting of Creditors Held *06/19/2023* Filed by U.S. Trustee United States Trustee (RE: related document(s)22 Meeting of Creditors Chapter 11 filed by U.S. Trustee United States Trustee). (Steiskal, Christopher) (Entered: 06/20/2023) |
| 06/26/2023 | 46 (2 pgs) | Order Granting Application to Employ the Law Offices of Craig M. Geno, PLLC as attorney for the debtor (Related Doc # 27) (Harkins, |

| | | Beth) (Entered: 06/26/2023) |
|---|---|---|
| 06/27/2023 | 47<br>(3 pgs) | Chapter 11 Subchapter V Pre-Status Conference Report. Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)11 Notice of Status Conference (Ch 11 Subchapter V)). (Geno, Craig) (Entered: 06/27/2023) |
| 06/27/2023 | 48<br>(8 pgs) | Certificate of Service Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)47 Chapter 11 Subchapter V Pre-Status Conference Report). (Geno, Craig) (Entered: 06/27/2023) |
| 06/28/2023 | 49<br>(2 pgs) | Agreed Scheduling Order. (Harkins, Beth) (Entered: 06/28/2023) |
| 06/28/2023 | 50<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (Re: 46 Order on Application to Employ) Notice Date 06/28/2023. (Admin.) (Entered: 06/28/2023) |
| 06/30/2023 | 51<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (Re: 49 Agreed Order (ore tenus)) Notice Date 06/30/2023. (Admin.) (Entered: 06/30/2023) |
| 07/03/2023 | 52<br>(2 pgs) | Notice of Change of Address *of Mesa West Direction, Kendi Brooks Williams, et ux.* Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 07/03/2023) |
| 07/05/2023 | 53<br>(10 pgs) | Small Business Monthly Operating Report for Filing Period May 2023 Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 07/05/2023) |
| 07/05/2023 | 54<br>(13 pgs) | Small Business Monthly Operating Report for Filing Period June 2023 Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 07/05/2023) |
| 07/11/2023 | 55<br>(1 pg) | Notice of Appearance and Request for Notice by Timothy J. Anzenberger Filed by Creditors Kiat Tze Goh, Greg Pollard, Sparrow Oil & Gas LLC. (Anzenberger, Timothy) (Entered: 07/11/2023) |
| 07/27/2023 | 57<br>(4 pgs; 2 docs) | Notice of Appearance and Request for Notice by Jeff Carruth Filed by Creditor Halliburton Energy Services, Inc. . (Attachments: # 1 envelope) (Harkins, Beth) (Entered: 07/27/2023) |
| 08/10/2023 | 58<br>(218 pgs; 9 docs) | Motion to Dismiss Debtor , or in the alternative Motion for Relief from Stay as to *Litigation*. . Fee Amount $188, Filed by Creditors Kiat Tze Goh, Greg Pollard, Sparrow Oil & Gas LLC (Attachments: # 1 Exhibit "1" - Preliminary Injunction # 2 Exhibit "2" - Pollard Declaration and Exhibits # 3 Exhibit "3" - TRO # 4 Exhibit "4" - N.D. Complaint # 5 Exhibit "5" - N.D. Docket # 6 Exhibit "6" - Contempt Filings # 7 Exhibit "7" - Text Messages to Pollard # 8 Exhibit "8" - Emails to N.D. Counsel) (Anzenberger, Timothy) (Entered: 08/10/2023) |
| 08/10/2023 | 59<br>(5 pgs) | Small Business Monthly Operating Report for Filing Period July 2023 Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 08/10/2023) |
| 08/10/2023 | 60<br>(1 pg) | Order Extending the Automatic Stay (RE: related document(s)58 Motion to Dismiss Debtor filed by Creditor Sparrow Oil & Gas LLC, Creditor |

| | | |
|---|---|---|
| | | Greg Pollard, Creditor Kiat Tze Goh, Motion for Relief From Stay). (Harkins, Beth) (Entered: 08/10/2023) |
| 08/10/2023 | 61 (1 pg) | Order Setting Hearing Out of Time (RE: related document(s)58 Motion to Dismiss Debtor filed by Creditor Sparrow Oil & Gas LLC, Creditor Greg Pollard, Creditor Kiat Tze Goh, Motion for Relief From Stay). (Harkins, Beth) (Entered: 08/10/2023) |
| 08/10/2023 | 62 (5 pgs; 2 docs) | Creditor Request for Notices Filed by Interested Party Frank L. Broyles . (Attachments: # 1 envelope) (Harkins, Beth) (Entered: 08/10/2023) |
| 08/10/2023 | 63 (2 pgs) | Notice of Hearing. Hearing to be held on 9/12/2023 at 11:00 AM Courtroom 4C - Jackson for 58, Responses due by 8/31/2023. (Re: 58 Motion to Dismiss Debtor, or Alternatively, Modify the Automatic Stay filed by Creditor Sparrow Oil & Gas LLC, Creditor Greg Pollard, Creditor Kiat Tze Goh) (Harkins, Beth) (Entered: 08/10/2023) |
| 08/11/2023 | 64 | Receipt of Motion for Relief From Stay( 23-01140-JAW) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A14680620. Fee amount 188.00. (re: Doc# 58) (U.S. Treasury) (Entered: 08/11/2023) |
| 08/12/2023 | 65 (6 pgs) | BNC Certificate of Notice - Notice of Hearing. (Re: 63 Hearing Set) Notice Date 08/12/2023. (Admin.) (Entered: 08/12/2023) |
| 08/12/2023 | 66 (3 pgs) | BNC Certificate of Notice - PDF Document. (Re: 60 Order Extending the Automatic Stay) Notice Date 08/12/2023. (Admin.) (Entered: 08/12/2023) |
| 08/12/2023 | 67 (3 pgs) | BNC Certificate of Notice - PDF Document. (Re: 61 Order Setting Hearing Out of Time) Notice Date 08/12/2023. (Admin.) (Entered: 08/12/2023) |

| Bison Land & Minerals LLC | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-Jul-23 | | | | | | | | | | | | |
| *Cash flow projections for WDC 1-H well* | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Estimated daily production  **25 bopd** | | | | | | | | | | | | |
| 75% NRI | | | | | | | | | | | | |
| Estimated **$60 per barrel** | | | | | | | | | | | | |
| 12.5% State taxes | | | | | | | | | | | | |
| 25 x .75 x .875 x $60 x 30 = $29,531 | | | | | | | | | | | | |
| $29,531 - $3,000 mth Opex/net   **$26,531 per mth** | | | | | | | | | | | | |
| **26,531** | | | | | | | | | | | | |
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual Rev |
| 2023 Projected Revenue | | | | | | | | | 26,531 | 26,531 | 26,531 | 26,531 | 106,124 |
| 2024 Projected Revenue | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 318,372 |
| 2025 Projected Revenue | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 318,372 |
| 2026 Projected Revenue | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 26,531 | 318,372 |
| Total Revenue 40 months | | | | | | | | | | | | | 1,061,240 |

# EXHIBIT "D"