## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   BISON LAND & MINERALS LLC<br>DEBTOR | CASE NO. 23-01140-JAW<br>CHAPTER 11 |

### NOTICE OF SERVICE OF
### REQUESTS FOR PRODUCTION OF DOCUMENTS

Please take notice that, on this date, Sparrow Oil & Gas LLC, Greg Pollard, and Kiat Tze Goh served their Requests for Production of Documents on the Debtor.

Dated: August 15, 2023.

**SPARROW OIL & GAS LLC,**
**GREG POLLARD, AND**
**KIAT TZE GOH**

By:  /s/ Timothy J. Anzenberger
Timothy J. Anzenberger (MSB No. 103854)
ADAMS AND REESE LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Telephone:     601.353.3234
Facsimile:      601.355.9708
tim.anzenberger@arlaw.com

### CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

Dated: August 15, 2023.

/s/ Timothy J. Anzenberger
Timothy J. Anzenberger