**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   BISON LAND & MINERALS LLC<br>DEBTOR | CASE NO. 23-01140-JAW<br>CHAPTER 11 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGEABILITY AND/OR DISCHARGE**

Sparrow Oil & Gas LLC, Greg Pollard, and Kiat Tze Goh (together, the "Sparrow Creditors") file this Unopposed Motion for Extension of Time to Object to Dischargeability and/or Discharge (the "Motion"), as follows:

1. The deadline for creditors to file complaints under 11 U.S.C. §§ 523 and/or 727 is currently August 18, 2023 (the "Deadline").

2. The Sparrow Creditors are in the process of taking discovery.

3. The Debtor is agreeable to extending the Deadline for the Sparrow Creditors, and so the Sparrow Creditors hereby requests an extension of the Deadline to and including October 13, 2023.

4. The Debtor does, however, reserve the right to assert—and does assert—that discharge or dischargeability of a particular debt is not applicable in corporate chapter 11 cases, including subchapter V cases.

5. This request is made in good faith and not for purposes of delay.

**For these reasons**, the Sparrow Creditors request that the Court grant this Motion and enter an order extending the Deadline for the Sparrow Creditors to October 13, 2023.

Dated: August 17, 2023.

**SPARROW OIL & GAS LLC,**
**GREG POLLARD, AND**
**KIAT TZE GOH**

By: /s/ Timothy J. Anzenberger
Timothy J. Anzenberger (MSB No. 103854)
ADAMS AND REESE LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708
tim.anzenberger@arlaw.com

### CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

Dated: August 17, 2023.

/s/ Timothy J. Anzenberger
Timothy J. Anzenberger