United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-01140-JAW
Bison Land & Minerals, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Aug 15, 2023      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Bison Land & Minerals, LLC, 240 Buckhead Drive, Madison, MS 39110-6616 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov  anita.f.benson@usdoj.gov |
| Christopher H Meredith | on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher H Meredith | on behalf of Creditor Farden Construction Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher H Meredith | on behalf of Creditor Stevens Welding and Machine LLC cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov  sarita.dukes@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Aug 15, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Craig M. Geno
    on behalf of Debtor In Possession Bison Land & Minerals LLC cmgeno@cmgenolaw.com,
    spurvis@cmgenolaw.com,kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com,cleal@cmgenolaw.com

Robert A. Byrd
    rab@byrdwiser.com rbyrd@ecf.axosfs.com

Robert Alan Byrd
    on behalf of Trustee Robert A. Byrd rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Timothy J. Anzenberger
    on behalf of Creditor Kiat Tze Goh tim.anzenberger@arlaw.com amy.nichols@arlaw.com

Timothy J. Anzenberger
    on behalf of Creditor Greg Pollard tim.anzenberger@arlaw.com amy.nichols@arlaw.com

Timothy J. Anzenberger
    on behalf of Creditor Sparrow Oil & Gas LLC tim.anzenberger@arlaw.com amy.nichols@arlaw.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 12

___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 15, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BISON LAND & MINERALS, LLC,    CASE NO. 23-01140-JAW

DEBTOR.    CHAPTER 11

**ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS TO THE PLAN AND FIXING TIME FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON <u>CONFIRMATION OF THE PLAN</u>**

A Chapter 11 Plan of Reorganization under Subchapter V (the "Plan") (Dkt. #68) having been filed by the Debtor on August 14, 2023.

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

A. September 19, 2023 is fixed as the last day for filing written acceptances or rejections of the Plan.

B. Within 5 days after the entry of this order, the Debtor's attorney shall cause to be mailed to creditors, equity security holders, other parties in interest, and the United States trustee a copy of the following:

- This order;
- The Plan filed August 14, 2023;
- A ballot form for voting on the acceptance or rejection of the Plan, **which should be returned to the Debtor's attorney and not the Court.** The Debtor's attorney shall be served as follows: Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 587 Highland Colony Pkwy. Ridgeland, MS 39157.

C. After completion of the above mailing, the Debtor's attorney shall immediately file a Certificate of Service with the Court, listing the names and addresses of each party served.

D. October 3, 2023 at 10:00 a.m., in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, is fixed for the hearing on the confirmation of the Plan.

E. September 19, 2023 is fixed as the last day for filing and serving written objections to confirmation of the Plan. Attorneys and Registered Users of the Electronic Case Filing (ECF) System should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 E Court St., Ste 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the court.

##END OF ORDER##