United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-01140-JAW
Bison Land & Minerals, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Aug 15, 2023     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Bison Land & Minerals, LLC, 240 Buckhead Drive, Madison, MS 39110-6616 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov anita.f.benson@usdoj.gov |
| Christopher H Meredith | on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher H Meredith | on behalf of Creditor Farden Construction Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher H Meredith | on behalf of Creditor Stevens Welding and Machine LLC cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov sarita.dukes@usdoj.gov |

District/off: 0538-3     User: mssbad     Page 2 of 2
Date Rcvd: Aug 15, 2023     Form ID: pdf012     Total Noticed: 1

Craig M. Geno
on behalf of Debtor In Possession Bison Land & Minerals LLC cmgeno@cmgenolaw.com, spurvis@cmgenolaw.com,kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com,cleal@cmgenolaw.com

Robert A. Byrd
rab@byrdwiser.com rbyrd@ecf.axosfs.com

Robert Alan Byrd
on behalf of Trustee Robert A. Byrd rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Timothy J. Anzenberger
on behalf of Creditor Kiat Tze Goh tim.anzenberger@arlaw.com amy.nichols@arlaw.com

Timothy J. Anzenberger
on behalf of Creditor Greg Pollard tim.anzenberger@arlaw.com amy.nichols@arlaw.com

Timothy J. Anzenberger
on behalf of Creditor Sparrow Oil & Gas LLC tim.anzenberger@arlaw.com amy.nichols@arlaw.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 12



**United States Bankruptcy Court**
**Southern District of Mississippi**

**Danny L. Miller**
**Clerk**

**Jackson Office**
Thad Cochran U.S. Courthouse
501 E. Court Street, Ste. 2.300
Jackson, MS 39201
Telephone: 601-608-4600

**Gulfport Office**
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Ste. 244
Gulfport, MS 39501
Telephone: 228-563-1790

August 15, 2023

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Pkwy.
Ridgeland, MS 39157

Re:        Bison Land & Minerals, LLC
Case No.:  23-01140-JAW

Dear Mr. Geno,

The Bankruptcy Court entered an O*rder Fixing the Time for Filing Objections to the Plan and to the Confirmation of the Plan, Combined with Notice Thereof and of the Hearing on Confirmation of the Plan* (Dkt. #69), in the above captioned Chapter 11 case on August 15, 2023.

You must mail certain documents set out by the above referenced order. Additionally, you are required to file a Certificate of Mailing with the Court on or before August 21, 2023. The *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) is available on the U.S. Courts website at www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

At least three days prior to the confirmation hearing, you must prepare and file a *Ballot Summary and Certification* (Local Form MSSB-LR-3018-1) along with copies of all ballots (unless otherwise ordered by the Court). Miss. Bankr. L. R. 3018-1(b). The summary and certification must be filed on or before September 29, 2023. A *Ballot Summary and Certification* form is available on the Court's website at www.mssb.uscourts.gov.

If you have any questions, please do not hesitate to contact the Office of the Clerk.

Sincerely,
Danny L. Miller, Clerk of Court

/s/Beth Harkins
Case Administrator
601-608-4621