## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   BISON LAND & MINERALS LLC<br>DEBTOR | CASE NO. 23-01140-JAW<br>CHAPTER 11 |

### NOTICE OF SERVICE OF
### REQUESTS FOR ADMISSION

Please take notice that, on this date, Sparrow Oil & Gas LLC, Greg Pollard, and Kiat Tze Goh served their Requests for Admission on the Debtor.

Dated: August 18, 2023.

        **SPARROW OIL & GAS LLC,**
        **GREG POLLARD, AND**
        **KIAT TZE GOH**

By:  /s/ Timothy J. Anzenberger
      Timothy J. Anzenberger (MSB No. 103854)
      Adams and Reese LLP
      1018 Highland Colony Parkway, Suite 800
      Ridgeland, MS 39157
      Telephone:   601.353.3234
      Facsimile:    601.355.9708
      tim.anzenberger@arlaw.com

### CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

Dated: August 18, 2023.

        /s/ Timothy J. Anzenberger
        Timothy J. Anzenberger