## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   BISON LAND & MINERALS LLC<br>DEBTOR | CASE NO. 23-01140-JAW<br>CHAPTER 11 |

## NOTICE OF SERVICE OF
## REQUESTS FOR PRODUCTION OF DOCUMENTS

Please take notice that, on this date, Sparrow Oil & Gas LLC, Greg Pollard, and Kiat Tze Goh served their Second Set of Requests for Production of Documents on the Debtor.

Dated: August 18, 2023.

                                            **SPARROW OIL & GAS LLC,**
                                            **GREG POLLARD, AND**
                                            **KIAT TZE GOH**

By:  /s/ Timothy J. Anzenberger
      Timothy J. Anzenberger (MSB No. 103854)
      ADAMS AND REESE LLP
      1018 Highland Colony Parkway, Suite 800
      Ridgeland, MS 39157
      Telephone:    601.353.3234
      Facsimile:     601.355.9708
      tim.anzenberger@arlaw.com

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

Dated: August 18, 2023.

                                            /s/ Timothy J. Anzenberger
                                            Timothy J. Anzenberger