IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

BISON LAND & MINERALS, LLC          CASE NO. 23-01140 JAW

### JOINDER OF THE SUBCHAPTER V TRUSTEE IN DEBTOR'S MOTION TO CONTINUE/RESCHEDULE HEARINGS AND FOR RELATED RELIEF

Comes now Robert Alan Byrd, the Subchapter V Trustee, and files this his Joinder in the Debtor's Motion to Continue/Reschedule Hearings and for Related Relief (DK#73).

Respectfully submitted,

SUBCHAPTER V TRUSTEE

BY: BYRD & WISER

BY: _____
ROBERT ALAN BYRD, MSB#7651
EMAIL: rab@byrdwiser.com

### CERTIFICATE

I, ROBERT ALAN BYRD, the Subchapter V Trustee, do hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing Joinder in the Debtor's Motion to Continue/Reschedule Hearings and for Related Relief to the following:

Craig Geno, Attorney for Debtor, at cmgeno@cmgenolaw.com

Abigail M. Marbury, Office of the U.S. Trustee, at abigail.m.marbury@usdoj.gov

This the 21st day of August, 2023.

_____
ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029