___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 24, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**BISON LAND & MINERALS, LLC,**                               **CASE NO. 23-01140-JAW**

**DEBTOR.**                                                                                **CHAPTER 11**

### ORDER GRANTING MOTION TO
### CONTINUE HEARING AND RESETTING HEARING

There came on for consideration the Motion to Continue/Reschedule Hearings and for Related Relief (the "Motion to Continue") (Dkt. #73) filed by the debtor, Bison Land & Minerals, LLC (the "Debtor"); the Joinder in the Motion to Continue (the "Joinder") (Dkt. #80) filed by the Subchapter V Trustee, Robert Alan Byrd; and the Response to Motion to Continue/Reschedule Hearings and for Related Relief (the "Response") (Dkt. #81) filed by Sparrow Oil & Gas LLC, Greg Pollard, and Kiat Tze Goh (the "Sparrow Creditors") in the above-styled chapter 11 bankruptcy case. The Debtor moves the Court for an order continuing the hearings currently scheduled for: (a) September 12, 2023 on the Motion to Dismiss or, Alternatively, to Modify the Automatic Stay (the "Motion to Dismiss") (Dkt. #58) filed by the Sparrow Creditors and (b) October 3, 2023 on the confirmation of the Plan of Reorganization (Dkt. #68). The Debtor proposes that the hearings on these two contested matters be continued until after meaningful discovery can be conducted and counsel's schedule allows for the same date and time. (Dkt. #73). The Subchapter V

Trustee joins the Debtor's request. (Dkt. #80). In the Response, the Sparrow Creditors do not oppose the request for a continuance but object to a consolidation of the hearings. (Dkt. #81). They prefer that the Court hear and resolve the Motion to Dismiss before the confirmation hearing. They argue that a resolution of the Motion to Dismiss in their favor will render the confirmation hearing unnecessary.

The Court, having considered the facts herein, finds that the Motion to Continue should be granted and that the hearing on the Motion to Dismiss, currently set for September 12, 2023, as well as the hearing on the confirmation of the Plan, currently set for October 3, 2023, should be continued and reset for the same date and time. The Motion to Dismiss seeks dismissal of the Bankruptcy Case on two grounds and also seeks, in the alternative, relief from the automatic stay. Many of the issues raised in the Motion to Dismiss overlap with issues that will be addressed at the confirmation hearing. A consolidation of the hearings will avoid piece-meal litigation and promote both judicial and party economy. Accordingly, the Court finds that the hearing on the Motion to Dismiss should be reset for November 15, 2023, and continuing November 16-17, 2023, beginning each day at 10:00 a.m. The Order Fixing Time for Filing Acceptances or Rejections to the Plan and Fixing Time for Filing Objections to Confirmation of the Plan, Combined with Notice Thereof and of the Hearing on Confirmation of the Plan (Dkt. #69) will be amended by separate order to reset the confirmation hearing for the same date and time as the hearing on the Motion to Dismiss.

IT IS, THEREFORE, ORDERED that the Motion to Continue is hereby granted.

IT IS FURTHER ORDERED that the hearing on the Motion to Dismiss is hereby reset for November 15, 2023, and continuing November 16-17, 2023, beginning each day at 10:00 a.m., in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that any written response to the Motion to Dismiss shall be filed on or before November 1, 2023.

##END OF ORDER##