## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **BISON LAND & MINERALS, LLC**                **CHAPTER 11**
               **Debtor**                            **CASE NO. 23-01140-JAW**

### CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Amended Order Fixing Time for Filing Acceptances or Rejections to the Plan and Fixing Time for Filing Objections to Confirmation of the Plan, Combined with Notice Thereof and of the Hearing on Confirmation of the Plan* [**DK #83**], the *Subchapter V Plan of Reorganization* [**DK #68**] and the *Ballot* form (copies of which are attached hereto as collective Exhibit "A"), to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the ___ day of August, 2023.

Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\SubV Plan\COS - Order & Notice re SubV Plan, SubV Plan, Ballot 8-1-23.wpd



**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: August 24, 2023

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**BISON LAND & MINERALS, LLC**                    **CASE NO. 23-01140-JAW**

**DEBTOR.**                                        **CHAPTER 11**

## AMENDED ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS TO THE PLAN AND FIXING TIME FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON CONFIRMATION OF THE PLAN

A Chapter 11 Plan of Reorganization under Subchapter V (the "Plan") (Dkt. #68) having been filed by the Debtor on August 14, 2023.

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT:**

A. October 30, 2023 is fixed as the last day for filing written acceptances or rejections of the Plan.

B. Within 5 days after the entry of this order, the Debtor's attorney shall cause to be mailed to creditors, equity security holders, other parties in interest, and the United States trustee a copy of the following:

- This order;
- The Plan filed August 14, 2023;
- A ballot form for voting on the acceptance or rejection of the Plan, **which should be returned to the Debtor's attorney and not the Court.** The Debtor's attorney shall be served as follows: Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 587 Highland Colony Pkwy, Ridgeland, MS 39157.

**Page 1 of 2**

# EXHIBIT "A"

C. After completion of the above mailing, the Debtor's attorney shall immediately file a Certificate of Service with the Court, listing the names and addresses of each party served.

D. November 15, 2023, and continuing November 16-17, 2023, beginning each day at 10:00 AM, in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, is fixed for the hearing on the confirmation of the Plan.

E. October 30, 2023 is fixed as the last day for filing and serving written objections to confirmation of the Plan. Attorneys and Registered Users of the Electronic Case Filing (ECF) System should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 E Court St., Ste 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the court.

##END OF ORDER##

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **BISON LAND & MINERALS, LLC**                          **CHAPTER 11**
            Debtor                                          **CASE NO. 23-01140-JAW**

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Debtor herein has filed a Subchapter V Plan of Reorganization [DK #68] (the "Plan") in this case. The Plan provides information to assist you in deciding how to vote your ballot. A copy of the Plan is attached.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in the class shown in your copy of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Code. To have your vote count you must complete and return this ballot.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

(If holder of secured, priority or unsecured nonpriority claim)
**The undersigned, the holder of a Class [   ] claim against the Debtor in the principal amount of $_____.**

(If holder of a bond, debenture, or other debt security)
**The undersigned, the holder of a Class [   ] claim against the Debtor, consisting of the unpaid principal amount of $_____ of (describe bond, debenture, or other debt security) _____ of the above-named Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)**

(If equity security holder)
**The undersigned, the holder of Class [   ] equity interest in the Debtor, consisting of _____ shares or other interest of (describe type) _____ in the Debtor.**

(Check one box only)

[   ]   **ACCEPTS THE PLAN**

[   ]   **REJECTS THE PLAN**

The Plan for the reorganization of the above-named Debtor is proposed by the Law Offices of Craig M. Geno, PLLC, on behalf of Debtor.

Dated:_____

Print or type name:_____
Signed:_____
(If appropriate) By:_____
as:_____
Address:_____
_____

Return this ballot on or before **October 30, 2023,** to:      Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS39157

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:       **BISON LAND & MINERALS, LLC**          **CHAPTER 11**
              Debtor                                 **CASE NO. 23-01140-JAW**

---

## SUBCHAPTER V PLAN OF REORGANIZATION

---

**SUBMITTED BY:**

Craig M. Geno; MSB No. 4793
**LAW OFFICES OF CRAIG M. GENO, PLLC**
**587 Highland Colony Parkway**
**Ridgeland, MS 39157**
**601-427-0048 - Telephone**
**601-427-0050 - Facsimile**
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\SubV Plan\Revised SubV Plan 8-14-23.wpd

# TABLE OF CONTENTS

**ARTICLE I**

    **INTRODUCTION**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4**

        **A.**    **INTRODUCTION**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4**

        **B.**    **DEFINITIONS, CONSTRUCTION, AND INTERPRETATION** . . . . **4**

**ARTICLE II**

    **GENERAL INFORMATION, BACKGROUND AND LIQUIDATION ANALYSIS**
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7**

        **A.**    **DEBTOR'S STRUCTURE; ASSETS AND LIABILITIES** . . . . . . . . **7**

        **B.**    **BUSINESS HISTORY AND EVENTS PRECIPITATING CHAPTER 11 FILING** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8**

        **C.**    **LITIGATION AND ADMINISTRATIVE PROCEEDINGS**. . . . . . . **8**

        **D.**    **PROCEEDINGS IN THE BANKRUPTCY COURT** . . . . . . . . . . . . **8**

**ARTICLE III**

    **LIQUIDATION ANALYSIS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**

        **A.**    **FEASIBILITY OF THE PLAN**. . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**

        **B.**    **LIQUIDATION ANALYSIS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10**

        **C.**    **PLAN ALTERNATIVES**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10**

**ARTICLE IV**

    **CLASSIFICATION AND TREATMENT OF CLAIMS** . . . . . . . . . . . . . . . . **10**

        **A.**    **CLASSIFICATION OF CLAIMS AND INTERESTS** . . . . . . . . . . **10**

        **B.**    **TREATMENT OF CLAIMS AND INTERESTS** . . . . . . . . . . . . . . **11**

                **CLASS 1:**    **ADMINISTRATIVE CLAIMS** . . . . . . . . . . . . . . . . . . **11**

                **CLASS 2:**    **PRIORITY CLAIMS** . . . . . . . . . . . . . . . . . . . . . . . . . . **12**

CLASS 3:      GENERAL, UNSECURED CLAIMS . . . . . . . . . . . . . 12

CLASS 4:      EQUITY INTEREST . . . . . . . . . . . . . . . . . . . . . . . . . . 12

ARTICLE V

EXECUTORY CONTRACTS AND UNEXPIRED LEASES . . . . . . . . . . . . . . . . . 12

ARTICLE VI

CLOSING DATE & EFFECTIVE DATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

ARTICLE VII

MEANS FOR EXECUTION AND IMPLEMENTATION OF THE PLAN. . . . . . . 13

ARTICLE VIII

EFFECT OF REJECTION BY ONE OR MORE CLASSES OF CLAIMS. . . . . . . 13

ARTICLE IX

DISCHARGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

ARTICLE X

REVESTING OF PROPERTY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

ARTICLE XI

RETENTION OF JURISDICTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

ARTICLE XII

DEFAULT UNDER THE PLAN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

ARTICLE XIII

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:       **BISON LAND & MINERALS, LLC**                              **CHAPTER 11**
              **Debtor**                              **CASE NO. 23-01140-JAW**

## SUBCHAPTER V PLAN OF REORGANIZATION

### ARTICLE I
### INTRODUCTION

**A.       INTRODUCTION**

Bison Land & Minerals, LLC (the "Debtor" or the "Debtor-in-Possession") filed a Voluntary

Petition for reorganization pursuant to Chapter 11 of the United States Bankruptcy Code with the

United States Bankruptcy Court for the Southern District of Mississippi on May 15, 2023 (the

"Petition Date"). Robert A. Byrd has been appointed as Trustee.

**B.       DEFINITIONS, CONSTRUCTION, AND INTERPRETATION**

All capitalized terms used in this Plan not defined herein, but which are defined in the

Bankruptcy Code, shall have the respective meanings ascribed in the Bankruptcy Code. All

capitalized terms used but not defined in this Plan or in the Bankruptcy Code shall have the

respective meanings ascribed in the Bankruptcy Rules.

1.       **"Allowed Claim"** means, as against the Debtor:

    (a)       A Claim that has been allowed by Final Order of the Bankruptcy Court, or

    (b)       A Claim (i) scheduled as liquidated, undisputed and non-contingent by the

           Debtor in its Schedules as they may be restated, amended or supplemented,

           or (ii) timely filed with the Clerk of the Bankruptcy Court against which

           either there has been no objection made to the allowance thereof within the

           period of time fixed by the Bankruptcy Code, the Bankruptcy Rules or a

Final Order of the Bankruptcy Court, or which has been allowed in whole or in part by a Final Order of the Bankruptcy Court after either an objection to the Claim or an amendment of the Schedules.

2.      **"Allowed Secured Claim"** means the Allowed Claim of a Secured Creditor to the extent that it is secured by a lien on property in which the Debtor has an interest as provided in Sections 506(a) and (b) of the Bankruptcy Code.

3.      **"Bankruptcy Code"** or **"Code"** means Title 11 of the United States Code, as amended and effective in the Southern District of Mississippi on the Petition Date and includes, where applicable, the Bankruptcy Rules then in effect.

4.      **"Bankruptcy Court"** or **"Court"** means the United States Bankruptcy Court for the Southern District of Mississippi exercising jurisdiction over this Chapter 11 reorganization case and any and all proceedings therein.

5.      **"Claim"** is defined in Bankruptcy Code Section 101(5).

6.      **"Closing"** means the consummation of the transactions contemplated by the Plan.

7.      **"Confirmation"** means the date the Court enters an order confirming this Plan.

8.      **"Creditor"** is defined in Bankruptcy Code Section 101(10).

9.      **"Debtor"** or **"Debtor-in-Possession"** means Bison Land & Minerals, LLC.

10.      **"Effective Date of the Plan,"** or **"Effective Date,"** means sixty days after an order confirming the Plan of Reorganization entered in this Chapter 11 case becomes final and non-appealable.

11.      **"Final Order"** means any order of the Court which is no longer subject to appeal or review.

12.   **"Fully Secured Creditor"** means any Secured Creditor designated as such in the Plan whose Allowed Claim is less than the value of the collateral securing its Claim.

13.   **"Partially Secured Creditor"** means any Secured Creditor designated as such in this Plan whose Allowed Claim is greater than the value of the collateral securing its Claim.

14.   **"Petition Date"** means the date of the filing of the Debtor's Petition which was May 15, 2023.

15.   **"Plan"** means a plan of reorganization filed by the Debtor and as it may be modified, reinstated and amended from time to time.

16.   **"Pro-Rata"** means the same proportion that a Claim or an Allowed Claim in a particular class bears to the aggregate amount of all Claims or Allowed Claims in said class.

17.   **"Reorganized Debtor" or "Debtor-in-Possession"** means the Debtor and this Chapter 11 case after Confirmation and Closing.

18.   **"Schedules"** means the Statement of Financial Affairs and the Schedules of debts and assets filed by the Debtor with the Bankruptcy Court in this case, as amended, reinstated or supplemented from time to time.

19.   **"Secured Claim"** means an Allowed Claim for which property of the Debtor or the Debtor's estate serves as security or collateral.

20.   **"Secured Creditor"** means those Creditors which possess valid and perfected liens against any assets of the Debtor, including, but not limited to, fully Secured Creditors and Partially Secured Creditors.

21.   **"Unsecured Claim"** means an Allowed Claim for which no property of the Debtor or the Debtor's estate serves as security or collateral.

22.    **"Unsecured Creditor"** means a person, corporation, partnership or other entity that holds an Unsecured Claim against the Debtor.

## ARTICLE II
## GENERAL INFORMATION, BACKGROUND AND LIQUIDATION ANALYSIS

### A.    DEBTOR'S STRUCTURE; ASSETS AND LIABILITIES

The Debtor's assets and liabilities are listed in its Schedules; relevant copies are attached, incorporated by reference and marked as **Exhibit "A"**.  The Debtor owns Chapter 5 avoidance causes of action as well and it expressly reserves payments made in the ninety (90) days before filing, including Claims, to "clawback" those payments.  Specifically, a number of open account Creditors attempted to file materialman's/construction/related liens within the ninety (90) days prior to the filing of the Petition in this case, thereby allegedly (or possibly) elevating themselves from general, open account Unsecured Creditors to Secured Creditors.  Those efforts are preferential transfers and/or fraudulent conveyances, thereby rendering all efforts at those lien attempts in the ninety (90) days (for preferences) and the two (2) years (for fraudulent conveyances) voidable and of no effect.  The Debtor also reserves all Claims and causes of action described in its Schedules, including, but not limited to, Claims against Greg Pollard and Kenny Goh for breach of contract, breach of fiduciary duty, negligence and waste.  Debtor also reserves all affirmative defenses/counterclaims as to all of the litigation filed against it in North Dakota. Debtor (and EnTec Services, LLC ("EnTec")) also reserves all rights for the return of a rig, and resultant damages, wrongfully taken from the Debtor by Hunter Drilling Services, Inc. (and perhaps others).  As a result, the Debtor has no Secured Creditors and it will pursue avoidance Claims and causes of action post-confirmation.

The equity security holders are contained in the *List of Equity Security Holders* **[DK #30]**, and a copy of that document is attached, incorporated by reference and marked as **Exhibit "B"**.

### B.    BUSINESS HISTORY AND EVENTS PRECIPITATING CHAPTER 11 FILING

As was noted in the Debtor's *11 U.S.C. § 1188(c) Status Report* (the "Status Report") **[DK #47]**, and as will be noted here, the Debtor's pre-petition history is convoluted, complex, uncertain and now heavily contested (see, for example, the *Motion to Dismiss or, Alternatively, to Modify the Automatic Stay* **[DK #58]** filed by Sparrow Oil & Gas, LLC, Greg Pollard and Kiat "Kenny" Tze Goh). Accordingly, Debtor reiterates the history and background of this case as was set forth in the Status Report.

### C.    LITIGATION AND ADMINISTRATIVE PROCEEDINGS

The Debtor was involved in a significant amount of litigation, prior to the filing of the Petition. That litigation is described and listed in the Debtor's *Statement of Financial Affairs* **[DK #31]**.

The Debtor has participated in the Initial Debtor Interview with the Office of the United States Trustee (the "UST"), the 341 Meeting of Creditors, has filed its Status Report, participated in the hearing on the Status Report and has complied with the mandates of the Bankruptcy Code and the requirements of the UST.

Robert A. Byrd was appointed as the Subchapter V Trustee in this case.

### D.    PROCEEDINGS IN THE BANKRUPTCY COURT

As noted in the preceding section, the Debtor has complied with the requirements of the Bankruptcy Code and the requirements of the Office of the UST.

A copy of the docket report in this case obtained from PACER is attached hereto and incorporated herein by reference as **Exhibit "C"**.

As mentioned in Article II (B.), a *Motion to Dismiss or, Alternatively, to Modify the Automatic Stay* **[DK #58]** filed by Sparrow Oil & Gas, LLC, Greg Pollard and Kiat "Kenny" Tze Goh is pending before the Court.

**ARTICLE III**
**LIQUIDATION ANALYSIS**

**A.       FEASIBILITY OF THE PLAN**

The equity security interests in the Debtor are worthless in that the Debtor's liabilities exceed its assets. As a result, upon the Effective Date of the Plan, the equity security interests in the Debtor will be cancelled, and existing shareholders will have their equity security interests held for naught and voided.

Geary Trigleth ("Mr. Trigleth") will infuse at least $100,000 into the Debtor on or before the Effective Date, to complete the well in North Dakota and begin drilling operations. In exchange for the $100,000 capital contribution, all of the "new" equity security interests will be reissued to Mr. Trigleth as a result. Mr. Trigleth will be the sole shareholder of the Debtor or its successor.

Mr. Trigleth's vast experience in the oil and gas industry in general, and in drilling/production in particular, will be needed to allow him to resume operations of the Debtor, so that he will again be the driving force and decision maker behind the Debtor's post-confirmation efforts to complete the wells (which the Debtor's existing equity security holders were unable to finalize) and begin production. Although there are risks in every Chapter 11 plan, and there are certainly risks in every oil and gas venture, the Debtor believes that the infusion of funds, and,

especially, the experience and management capabilities of Mr. Trigleth will render the Plan feasible despite these risks that are inherent in this business.


**B.      LIQUIDATION ANALYSIS**

While it is difficult to place a liquidation value upon the existing operations of the Debtor (since its "hard" assets are worth little at liquidation), the Debtor estimates that it would recover no more than one half (1/2) of the scheduled asset values from a forced liquidation of its assets. Significantly, it would lose any revenue from the existing oil and gas projects because of the liquidation.  And, its interests in its leasehold interests would likely be worthless.

**C.      PLAN ALTERNATIVES**

In the North Dakota litigation (described in Debtor's Statement of Financial Affairs) that occurred pre-petition, the Debtor was unable to secure counsel in North Dakota to represent its interests in all of the litigation and it does not have the funds, currently, to secure, or pay, counsel in any of the North Dakota cases.  That is one of the reasons why the Debtor's equity security holders (Greg Pollard and Kenny Goh) are pushing to have this case dismissed or the automatic stay lifted to continue the pre-petition litigation - they know the Debtor stands little chance of prevailing on any issue in the state court system in North Dakota, due, at least in part, to the Debtor's inability to secure or pay counsel.  Thus, a return to the state court system in North Dakota, if this case were dismissed, or the automatic stay lifted (as the two Debtor's fiduciaries seek), there would be no recovery of any significance for the legitimate Unsecured Creditor body, leaving a reorganization here as the only viable alternative.

**ARTICLE IV**
**CLASSIFICATION OF CLAIMS AND TREATMENT OF CLAIMS**

A.      **CLASSIFICATION OF CLAIMS AND INTERESTS**

The Plan divides the Claims against and interests in the Debtor into various classes pursuant to Bankruptcy Code Section 1122. Set forth below is a description of the general classes of Claims against and interests in the Debtor and their treatment under the Plan. A Claim or interest is classified in a particular class only to the extent that the Claim or interest qualifies within the description of the class and is classified in a different class to the extent that the Claim or interest qualifies within the description of that different class.

**Class 1:**        **Administrative Claims**

**Class 2:**        **Priority Claims**

**Class 3:**        **General, Unsecured Claims**

**Class 4:**        **Equity Interest**

B.      **TREATMENT OF CLAIMS AND INTERESTS**

The Claims as classified in Article IV shall be satisfied as follows:

**Class 1:**        **Administrative Claims**

This class consists of the administrative expenses and Claims of professionals and of the United States Trustee under § 503(b) of the Bankruptcy Code and all fees and charges assessed against the Debtor under Title 28 of the United States Code. The compensation of professionals, such as attorneys and accountants, is subject to approval by the Court. The timing of payment to such professionals for compensation for services rendered and reimbursement of expenses will be made as authorized and allowed by the Court. The Court will review all requests for compensation and reimbursement of expenses.

All Class 1 expenses and Claims for fees will be paid as provided for in future Court orders, or as may be agreed upon.

In Subchapter V cases, debtors may pay post-petition administrative expense Claims throughout the life of the plan.  Accordingly, the fees and expenses that are approved of the Subchapter V Trustee and Debtor's counsel may be paid when approved and/or continuing throughout the three (3) year life of the Plan.

<strong>Class 2:        Priority Claims</strong>

Priority Claims, if any, will be paid within sixty (60) months from the date of the filing of the Petition herein, together with statutory interest thereon.

<strong>Class 3:        General, Unsecured Creditors</strong>

General, Unsecured Creditors will receive the Debtor's projected disposable income over the life of the Plan.  The Debtor's projected disposable income is projected in a statement that is attached, incorporated by reference and marked as <strong><u>Exhibit "D"</u></strong>.  Obviously, the "start date" of revenues will not occur in September or October of this year, so that the start date of revenues will be later, depending upon Plan Confirmation.  The "start date" of the projected disposable income analysis will be extended, consistent with Confirmation/Effective Date.

<strong>Class 4:        Equity Interest</strong>

As noted, the Debtor's equity security holders that currently exist will have their membership interests cancelled and held for naught, with new equity interests being issued only to Mr. Trigleth.

<strong>ARTICLE V<br>
<u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u></strong>

Upon entry of an order of Confirmation, each executory contract and/or unexpired lease in which the Debtor is a party that has not been assumed or rejected in conjunction with the Plan before the Confirmation with the approval of the Court shall be deemed rejected.  Currently, Debtor anticipates assuming all oil and gas leases listed in its *Amended Schedule G* **[DK #37]** and assuming

assignments of leases/executory contracts for EnTec. Claims created by the rejection of any executory contract or unexpired lease must be served on counsel for the Debtor and filed with the Court no later than sixty (60) days after the entry of a Final Order confirming the Plan. Any Claim not filed within such time will be forever barred as against the estate and the Debtor. All such Claims arising from the rejection of an executory contract or unexpired lease shall be treated under the Plan as General, Unsecured Claims (Class 3) under the Plan. All insurance policies under which the Debtor (or EnTec) is the insured party shall be deemed assumed as of the Confirmation date.

**ARTICLE VI**
**CLOSING DATE & EFFECTIVE DATE**

The Closing date shall be sixty (60) days after Confirmation of the Plan, or at such other date as the Plan or the order confirming the Plan provides. The Effective Date of the Plan shall be sixty (60) days after the order confirming the Plan becomes final and non-appealable.

**ARTICLE VII**
**MEANS FOR EXECUTION AND IMPLEMENTATION OF THE PLAN**

The Plan will be funded through an infusion of capital from Mr. Trigleth in the sum of $100,000, which will jumpstart the Debtor's efforts to complete the unfinished wells and to begin drilling. This infusion will produce revenue as set out in Exhibit "D".

**ARTICLE VIII**
**EFFECT OF REJECTION BY ONE OR MORE CLASSES OF CLAIMS**

Under Subchapter V, the so-called absolute priority rule no longer exists and, in addition, the Debtor is not required to gain acceptance of the Plan by at least one impaired class of Creditors. However, if the Plan is rejected by one or more classes of Claims, that means that, absent further order of the Court, the Subchapter V Trustee will remain "in place."

**ARTICLE IX**
**DISCHARGE**

All liens securing Claims which are not allowed pursuant to the provisions of the Plan or Bankruptcy Code Sections 502 and 506 shall be invalidated and deemed null and void and of no further force and effect.   The invalidation of liens mentioned in the preceding sentence shall not only include liens of Creditors who have filed proofs of claim or otherwise participated in this case, it shall also include Creditors who have not filed proofs of claim and/or have not otherwise "participated" in the case. The Debtor reserves for the future, the right, post-confirmation, to initiate adversary proceedings or contested matters specifically designed to implement the Plan, and in particular this Article IX, with respect to the invalidation of those liens and security interests not specifically addressed in the Plan.  The provisions of the confirmed Plan shall bind all Creditors and parties-in-interest, whether or not they accept the Plan and shall discharge the Debtor, if the Plan is consensual, and all persons, corporations or other entities who may be liable to any Creditor in this case for debts of the Debtor from all Claims that arose prior to Confirmation.  The holders of Secured Claims are authorized and directed to cooperate with the Debtor in order to properly reflect the liens, Claims, repayments and values of collateral securing those Claims once the Plan is confirmed.  The distributions provided under the Plan shall be in exchange for and in complete satisfaction, discharge and release of all Claims and interests regarding any of the Debtor's assets or properties, including Claims arising after the date of filing of the Petition and prior to Confirmation.  Unless otherwise specifically provided to the contrary herein or in the Confirmation order, on or after Confirmation, all holders of Claims or interests shall be precluded from asserting any Claim against the Debtor or its assets or properties, or against any other person, corporation or entity who may be liable to any Creditor in this case for debts of the Debtor.  If the Plan is confirmed as a non-consensual plan, the discharge will only be granted pursuant to 11 U.S.C. §§ 1191(b), 1192. The Debtor will make all disbursements under the Plan.

## ARTICLE X
## REVESTING OF PROPERTY

Except as otherwise provided herein, property of the Debtor shall revest in the Reorganized Debtor on the Effective Date. Subsequent to the Effective Date, the Reorganized Debtor may buy, use, acquire, and dispose of property, free of any restrictions contained in the Bankruptcy Code.

## ARTICLE XI
## RETENTION OF JURISDICTION

Subsequent to Confirmation of the Plan, the Court will retain jurisdiction to hear and determine all Claims against the Debtor and to hear and to enforce all causes of action which exist on behalf the Debtor, including, without limitation, all turnover and avoidance causes of action granted to the Debtor and that will be owned and possibly pursued by the Debtor, post-confirmation under the Bankruptcy Code. The Court will also retain jurisdiction to construe and apply the provisions of the Plan, including the administration and implementation of the Plan, to enter orders in aid of consummation of the Plan, to effectuate the abandonment of assets, if necessary, to issue any orders in connection with the Plan in these proceedings, to hear and decide applications for compensation and reimbursement of expenses, to resolve objections to Claims, adversary proceedings, and matters pending independently of the Plan and to close the Chapter 11 case.

The Court shall also retain jurisdiction until the Plan has been fully consummated including, but not limited to, the following purposes:

1.      Determination of all questions and disputes regarding title to the assets of the Debtor's estate and determination of all causes of action, objections to Claims and Debtor counterclaims, controversies, disputes and conflicts, whether or not subject to action pending as of

the Confirmation date, between the Debtor and any party, including, but not limited to, the right of the Debtor to recover assets pursuant to the provisions of Title 11 of the United States Code and, in particular, Chapter 5 Claims and causes of action in Title 11.

2.      The correction of any defect, curing of any omission, or reconciliation of any inconsistency in the Plan or the order of Confirmation as may be necessary to carry out the purpose and intent of the Plan.

3.      Enforcement, modification or interpretation of the terms and the conditions of the Plan to the extent of appropriate under the Bankruptcy Rules and Title 11 of the United States Code.

4.      Entry of any order, including injunctions, necessary to enforce the title, rights and powers as the Court may deem necessary. This shall include, but not be limited to, injunctions or other relief seeking to invalidate the alleged liens and/or security interests of purported Secured Creditors, who are not provided for as Secured Creditors under the Plan. Further, this retention and reservation of jurisdiction shall apply to any Claims, causes of action, adversary proceedings or contested matters which seeks, post-confirmation, to invalid liens and/or security interests of Creditors who have either participated in the case but declined to cancel their purported liens and/or security interests and/or to those Creditors who have deemed not to have "participated" in the case, and as to whom the purported liens and/or security interests they purportedly hold have not yet been cancelled of record.

5.      Entry of an order concluding and terminating this case upon completion of this provisions.

## ARTICLE XII
## <u>DEFAULT UNDER THE PLAN</u>

There are default provisions "built in" with respect to Claims of certain Secured Creditors and, as negotiations go forward, many of the Secured Creditors whose Claims are resolved will also have built in default or so-called "drop dead" provisions.

To the extent Claims of Secured Creditors are not negotiated or do not contain default provisions, the default provisions of Secured Creditors' Claims are: in the event the Debtor defaults upon payment of any Secured Creditor Claim that does not contain specific default provisions in either prior adequate protection orders or in the order confirming the Plan, the Secured Creditor shall provide notice to the Debtor and its counsel of the default. In the event the Debtor does not cure the existing default within twenty (20) days of the receipt of the electronic notice of default, the automatic stay provisions of 11 U.S.C. § 362 will be lifted and terminated, so as to allow the affected Secured Creditor to exercise its remedies under applicable state law and its loan and collateral documents.

With respect to the Claims of Unsecured Creditors, in the event Unsecured Creditors are not paid the Debtor's projected disposable income, on a Pro-Rata basis, upon the first, second and third anniversary dates of this three (3) year Plan, the affected Unsecured Creditor or Creditors shall provide notice to the Debtor and its counsel of the default for failure to pay the projected disposable income in years one, two or three of the Plan. In the event the Debtor does not cure the default within twenty (20) days of the receipt of notice of the default, and in the further event the Debtor does not obtain an order of the Court modifying the Plan and extending the automatic stay, then the automatic stay provisions of 11 U.S.C. § 362 will be lifted and terminated, so as to allow the

affected Unsecured Creditor to exercise its remedies under applicable state law and its Unsecured

Claims evidenced by whatever documents it may hold and that it relies upon to support its Claims.

## ARTICLE XIII
## CONCLUSION

The Debtor urges the Creditors to vote to adopt the Plan.

THIS, the 14th day of August, 2023.

Respectfully submitted,

BISON LAND & MINERALS, LLC

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: */s/ Craig M. Geno*
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\SubV Plan\Revised SubV Plan 8-14-23.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Christopher J. Steiskal, Esq.                    Robert A. Byrd, Esq.
Office of the United States Trustee              Subchapter V Trustee
christopher.j.steiskal@usdoj.gov                 rab@byrdwiser.com

THIS, the 14th day of August, 2023.

/s/ Craig M. Geno_____
Craig M. Geno

**Page 1**

Fill in this information to identify the case:

Debtor Name __Bison Land & Minerals, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF MISSISSIPPI__

Case number (If known) __23-01140-JAW__

☐ Check if this is an amended filing

## Official Form 206A/B
### Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents
1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Plains Capital Bank | Checking | 5302 | $12.35 |
| 3.2. Plains Capital Bank | Checking | 9302 | $60.75 |
| 3.3. Plains Capital Bank | Escrow | 0401 | $0.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1. | $73.10
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments
6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable
10. Does the debtor have any accounts receivable?

Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 1

**EXHIBIT "A"**

---

Debtor __Bison Land & Minerals, LLC__   Case number (If known) __23-01140-JAW__
 Name

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments
13. Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets
18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)
27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles
36. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software Computer & Software | $0.00 | | $3,500.00 |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. Total of Part 7. Add lines 39 through 42. Copy the total to line 86. | | | $3,500.00 |

44. Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles
46. Does the debtor own or lease any machinery, equipment, or vehicles?

Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2

---

Debtor __Bison Land & Minerals, LLC__   Case number (If known) __23-01140-JAW__
 Name

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property
54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. WDC 1-H Well located in Renville County, North Dakota - Incomplete | Operator 39% Working Interest | $0.00 | Market | $400,000.00 |

56. Total of Part 9. | | | | $400,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
☑ No
☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
☑ No
☐ Yes

### Part 10: Intangibles and intellectual property
59. Does the debtor have any interests in intangibles or intellectual property?

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets
70. Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. Notes receivable Description (include name of obligor) | |
| 72. Tax refunds and unused net operating losses (NOLs) Description (for example, federal, state, local) | |

Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 3

---

Debtor __Bison Land & Minerals, LLC__   Case number (If known) __23-01140-JAW__
 Name

| | | | |
|---|---|---|---|
| NOLs | Tax year | 2022 | Unknown |
| NOLs | Tax year | 2023 | Unknown |

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed) Claims against Sparrow Oil & Gas, Greg Pollard, Kenny Goff for breach of contract, tortious interference, etc. | | | Unknown
Nature of claim
Amount requested __$3,000,000.00__

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed Examples: Season tickets, country club membership South Basile, Louisiana & Smith Employment North Dakota Leases - See Attachment | | | $250,000.00

78. Total of Part 11. | | | $250,000.00
Add lines 71 through 77. Copy the total to line 90.

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
☑ No
☐ Yes

Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 4

**Top-left quadrant:**

Debtor   Bison Land & Minerals, LLC
Name

Case number (if known)   23-01140-JAW

| Part 12: | Summary | | |
|---|---|---|---|
| In Part 12 copy all of the totals from the earlier parts of the form | | Current value of personal property | Current value of real property |
| Type of property | | | |
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | | $73.10 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | | $0.00 | |
| 82. Accounts receivable. Copy line 12, Part 3 | | $0.00 | |
| 83. Investments. Copy line 17, Part 4 | | $0.00 | |
| 84. Inventory. Copy line 23, Part 5. | | $0.00 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | | $3,500.00 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | | $0.00 | |
| 88. Real property. Copy line 56, Part 9...... | > | | $400,000.00 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10 | | $0.00 | |
| 90. All other assets. Copy line 78, Part 11. | + | $250,000.00 | |
| 91. Total. Add lines 80 through 90 for each column | | $253,573.10 | + 91b. | $400,000.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b+92 | | | $653,573.10 |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 5

Fill in this information to identify the case:

Debtor   Bison Land & Minerals, LLC
Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   23-01140-JAW                    ☐ Check if this is an amended filing

Official Form 206D
**Schedule D: Creditors Who Have Claims Secured by Property**        12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 1

Fill in this information to identify the case:

Debtor name:   Bison Land & Minerals, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   23-01140-JAW                    ☐ Check if this is an amended filing

Official Form 206E/F
**Schedule E/F: Creditors Who Have Unsecured Claims**        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Amount of claim |
|---|---|---|---|
| 2.1 | Basin Service Company, 9526 Highway 62, Westhope, ND 58793 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $7,353.75 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |
| 2.2 | Boudes Field Service, 5743 137th Avenue NW, Williston, ND 58801 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $400.00 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |
| 2.3 | C & C Welding, LLC, 10246 County Road 49, Bottineau, ND 58318-7114 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $9,753.75 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |
| 2.4 | Crazy Cowboy Trucking, 7330 35th Avenue NW, Berthold, ND 58718-9406 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,181.25 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1 of 6

**Bottom-right quadrant:**

Debtor   Bison Land & Minerals, LLC        Case number (if known)   23-01140-JAW
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|---|
| 2.5 | Farden Construction, I, 9035 County Road 17B, Maxbass, ND 58760 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,260.00 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |
| 2.6 | G-Style Transport, LLC, 5033 Jackson Street, Williston, ND 58801 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $100,303.07 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |
| 2.7 | Halliburton Energy Ser, P.O. Box 2388, Williston, ND 58802-2388 | ☐ Contingent ☐ Unliquidated ☐ Disputed | Unknown |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |
| 2.8 | Halliburton Manufactur, c/o Capital Corporate, 1213 NP Avenue, Suite, Fargo, ND 58102 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $50,000.00 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |
| 2.9 | Hefty Seed Company, 47504 252nd Street, Baltic, SD 57003 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,800.00 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |
| 2.10 | Hunter Logistics, c/o Dalton Peterson, 9215 55th Avenue NW, Kenmare, ND 58746-9653 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $17,090.00 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |
| 2.11 | Knight Oil Tools, c/o VeriCore, 10115 Kincey Avenue, S, Huntersville, NC 28078 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $33,854.05 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 2 of 6

Debtor  **Bison Land & Minerals, LLC**    Case number (if known)  **23-01140-JAW**

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $192,725.00 |
|---|---|---|---|
| | Mesa West Directional Corporate | ☐ Contingent | |
| | 361 S Camino Del Rio # | ☐ Unliquidated | |
| | Durango, CO 81303 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $150,839.47 |
|---|---|---|---|
| | Mountain Mud of North | ■ Contingent | |
| | 1305 E Lincoln Street | ■ Unliquidated | |
| | Gillette, WY 82716-2017 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,501.75 |
|---|---|---|---|
| | NDAT Services, Inc. | ☐ Contingent | |
| | 302 Main Street E | ☐ Unliquidated | |
| | Mohall, ND 58761-4079 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $18,150.00 |
|---|---|---|---|
| | Nesel Consulting Serv | ☐ Contingent | |
| | 6844 Highway 40 | ☐ Unliquidated | |
| | Tioga, ND 58852-8403 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | Nesel Repair & Sales, | ■ Contingent | |
| | 15372 2nd Street NE | ■ Unliquidated | |
| | Mayville, ND 58257-0342 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $6,045.00 |
|---|---|---|---|
| | North Country Oil Inc. | ■ Contingent | |
| | 7258 38th Street NW | ■ Unliquidated | |
| | Parshall, ND 58770-9406 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $7,313.53 |
|---|---|---|---|
| | North Dakota Workforce | ■ Contingent | |
| | 1600 E. Century Avenue Suite 1 | ■ Unliquidated | |
| | Bismarck, ND 58503 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 3 of 6

Debtor  **Bison Land & Minerals, LLC**    Case number (if known)  **23-01140-JAW**

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $41,300.21 |
|---|---|---|---|
| | Northwell Rentals (Llo | ■ Contingent | |
| | 6401 - 63 Avenue | ■ Unliquidated | |
| | Lloydminster, AB T9V3A | ■ Disputed | |
| | CANADA | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $155,224.83 |
|---|---|---|---|
| | O-Keeffe Oil Company | ■ Contingent | |
| | 603 Main Street E | ■ Unliquidated | |
| | P.O. Box 130 | ■ Disputed | |
| | Mohall, ND 58761 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,333.73 |
|---|---|---|---|
| | Propane Services | ☐ Contingent | |
| | 101 West Main Street | ☐ Unliquidated | |
| | P.O. Box 339 | ☐ Disputed | |
| | Mohall, ND 58761 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $6,560.00 |
|---|---|---|---|
| | Recon Oilfield Service | ■ Contingent | |
| | 1803 Clara Drive | ■ Unliquidated | |
| | Conway, AR 72034 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $51,275.70 |
|---|---|---|---|
| | Smith Bits | ■ Contingent | |
| | 200 - 129 9 Avenue SE | ■ Unliquidated | |
| | Calgary, AB T2E0P6 | ■ Disputed | |
| | CANADA | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $39,314.00 |
|---|---|---|---|
| | Stallion Oilfield Serv | ■ Contingent | |
| | 950 Corbindale Road Suite 400 | ■ Unliquidated | |
| | Houston, TX 77024-2849 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $45,228.09 |
|---|---|---|---|
| | Stevens Welding and Ma | ■ Contingent | |
| | 902 County Road South | ■ Unliquidated | |
| | P.O. Box 8 | ■ Disputed | |
| | Glenburn, ND 58740 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 4 of 6

Debtor  **Bison Land & Minerals, LLC**    Case number (if known)  **23-01140-JAW**

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $53,000.00 |
|---|---|---|---|
| | Tuffy's Pump Shop and | ☐ Contingent | |
| | P.O. Box 352 | ☐ Unliquidated | |
| | 215 County Road 9 | ☐ Disputed | |
| | Mohall, ND 58761 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,496.43 |
|---|---|---|---|
| | Tuffy's Pump Shop and | ■ Contingent | |
| | P.O. Box 352 | ■ Unliquidated | |
| | 215 County Road 9 | ■ Disputed | |
| | Mohall, ND 58761 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $42,643.51 |
|---|---|---|---|
| | United Rentals, Inc. | ■ Contingent | |
| | c/o Corporation Servic | ■ Unliquidated | |
| | 600 S 2nd Street, Suit | ■ Disputed | |
| | Bismarck, ND 58504 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $6,290.00 |
|---|---|---|---|
| | Warren Transport, Inc. | ■ Contingent | |
| | c/o The Prentice-Hall | ■ Unliquidated | |
| | 600 S 2nd Street, Suit | ■ Disputed | |
| | Bismarck, ND 58504 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $31,658.00 |
|---|---|---|---|
| | Wyoming Casing Service | ■ Contingent | |
| | 195 40th Street E | ■ Unliquidated | |
| | Dickinson, ND 58601 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 2:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entries that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 | |
| 5b. Total claims from Part 2 | 5b. + $ | 1,090,714.62 | |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | 1,090,714.62 | |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 5 of 6

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 6 of 6

Fill in this information to identify the case:

Debtor name  Bison Land & Minerals, LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  23-01140-JAW

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. List all contracts and unexpired leases

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | South Basile, Louisiana & Smith Employment North Dakota Leases - See Attachment | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

State the term remaining

List the contract number of any government contract          Leases

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 1 of 1

SMITH EMPLOYMENT LEASE SUMMARY

SMITH EMPLOYMENT LEASE SUMMARY

SMITH EMPLOYMENT LEASE SUMMARY

SMITH EMBAYMENT LEASE SUMMARY

AVOYELLES/CONCORDIA PARISH LEASE SUMMARY

AVOYELLES/CONCORDIA PARISH LEASE SUMMARY

AVOYELLES/CONCORDIA PARISH LEASE SUMMARY

---

**Page 1 (top-left)**

Fill in this information to identify the case:

Debtor name __Bison Land & Minerals, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF MISSISSIPPI__

Case number (if known) __23-01140-JAW__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Basin Service Company, | ☐ D ☑ E/F __3.1__ ☐ G ____ |
| 2.2 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Boudes Field Service, | ☐ D ☑ E/F __3.2__ ☐ G ____ |
| 2.3 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | C & C Welding, LLC | ☐ D ☑ E/F __3.3__ ☐ G ____ |
| 2.4 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Crazy Cowboy Trucking, | ☐ D ☑ E/F __3.4__ ☐ G ____ |
| 2.5 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Farden Construction, I | ☐ D ☑ E/F __3.5__ ☐ G ____ |

Official Form 206H | Schedule H: Your Codebtors | Page 1 of 17

---

**Page 2 (top-right)**

Debtor __Bison Land & Minerals, LLC__    Case number (if known) __23-01140-JAW__

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.6 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | G-Style Transport, LLC | ☐ D ☑ E/F __3.6__ ☐ G ____ |
| 2.7 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Halliburton Energy Ser | ☐ D ☑ E/F __3.7__ ☐ G ____ |
| 2.8 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Halliburton Manufactur | ☐ D ☑ E/F __3.8__ ☐ G ____ |
| 2.9 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Hefty Seed Company | ☐ D ☑ E/F __3.9__ ☐ G ____ |
| 2.10 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Hunter Logistics | ☐ D ☑ E/F __3.10__ ☐ G ____ |
| 2.11 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Knight Oil Tools | ☐ D ☑ E/F __3.11__ ☐ G ____ |
| 2.12 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Mesa West Directional | ☐ D ☑ E/F __3.12__ ☐ G ____ |
| 2.13 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Mountain Mud of North | ☐ D ☑ E/F __3.13__ ☐ G ____ |

Official Form 206H | Schedule H: Your Codebtors | Page 2 of 17

---

**Page 3 (bottom-left)**

Debtor __Bison Land & Minerals, LLC__    Case number (if known) __23-01140-JAW__

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.14 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | ND&T Services, Inc. | ☐ D ☑ E/F __3.14__ ☐ G ____ |
| 2.15 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Neset Consulting Servi | ☐ D ☑ E/F __3.15__ ☐ G ____ |
| 2.16 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Neset Repair & Sales, | ☐ D ☑ E/F __3.16__ ☐ G ____ |
| 2.17 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | North Country Oil Inc. | ☐ D ☑ E/F __3.17__ ☐ G ____ |
| 2.18 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | North Dakota Workforce | ☐ D ☑ E/F __3.18__ ☐ G ____ |
| 2.19 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Northwell Rentals (Lio | ☐ D ☑ E/F __3.19__ ☐ G ____ |
| 2.20 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | O-Keefe Oil Company | ☐ D ☑ E/F __3.20__ ☐ G ____ |
| 2.21 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Recon Oilfield Service | ☐ D ☑ E/F __3.22__ ☐ G ____ |

Official Form 206H | Schedule H: Your Codebtors | Page 3 of 17

---

**Page 4 (bottom-right)**

Debtor __Bison Land & Minerals, LLC__    Case number (if known) __23-01140-JAW__

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.22 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Smith Bits | ☐ D ☑ E/F __3.23__ ☐ G ____ |
| 2.23 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Stallion Oilfield Serv | ☐ D ☑ E/F __3.24__ ☐ G ____ |
| 2.24 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Stevens Welding and Ma | ☐ D ☑ E/F __3.25__ ☐ G ____ |
| 2.25 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Tuffy's Pump Shop and | ☐ D ☑ E/F __3.27__ ☐ G ____ |
| 2.26 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | United Rentals, Inc. | ☐ D ☑ E/F __3.28__ ☐ G ____ |
| 2.27 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Warren Transport, Inc. | ☐ D ☑ E/F __3.29__ ☐ G ____ |
| 2.28 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Wyoming Casing Service | ☐ D ☑ E/F __3.30__ ☐ G ____ |
| 2.29 | EnTec Services, LLC | 240 Buckhead Drive Madison, MS 39110 | Propane Services | ☐ D ☑ E/F __3.21__ ☐ G ____ |

Official Form 206H | Schedule H: Your Codebtors | Page 4 of 17

## Panel 1

Debtor  **Bison Land & Minerals, LLC**    Case number *(if known)*  **23-01140-JAW**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor | Column 2: Creditor

| No. | Codebtor | Address | Creditor | Check |
|---|---|---|---|---|
| 2.30 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Basin Service Company | ☐ D ____ ☑ E/F 3.1 ☐ G ____ |
| 2.31 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Boudes Field Service, | ☐ D ____ ☑ E/F 3.2 ☐ G ____ |
| 2.32 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | C & C Welding, LLC | ☐ D ____ ☑ E/F 3.3 ☐ G ____ |
| 2.33 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Crazy Cowboy Trucking, | ☐ D ____ ☑ E/F 3.4 ☐ G ____ |
| 2.34 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Farden Construction, I | ☐ D ____ ☑ E/F 3.5 ☐ G ____ |
| 2.35 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | G-Style Transport, LLC | ☐ D ____ ☑ E/F 3.6 ☐ G ____ |
| 2.36 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Halliburton Energy Ser | ☐ D ____ ☑ E/F 3.7 ☐ G ____ |

## Panel 2

Debtor  **Bison Land & Minerals, LLC**    Case number *(if known)*  **23-01140-JAW**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor | Column 2: Creditor

| No. | Codebtor | Address | Creditor | Check |
|---|---|---|---|---|
| 2.37 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Halliburton Manufactur | ☐ D ____ ☑ E/F 3.8 ☐ G ____ |
| 2.38 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Hefty Seed Company | ☐ D ____ ☑ E/F 3.9 ☐ G ____ |
| 2.39 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Hunter Logistics | ☐ D ____ ☑ E/F 3.10 ☐ G ____ |
| 2.40 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Knight Oil Tools | ☐ D ____ ☑ E/F 3.11 ☐ G ____ |
| 2.41 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Mesa West Directional | ☐ D ____ ☑ E/F 3.12 ☐ G ____ |
| 2.42 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Mountain Mud of North | ☐ D ____ ☑ E/F 3.13 ☐ G ____ |
| 2.43 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | ND&T Services, Inc. | ☐ D ____ ☑ E/F 3.14 ☐ G ____ |

## Panel 3

Debtor  **Bison Land & Minerals, LLC**    Case number *(if known)*  **23-01140-JAW**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor | Column 2: Creditor

| No. | Codebtor | Address | Creditor | Check |
|---|---|---|---|---|
| 2.44 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Neset Consulting Servi | ☐ D ____ ☑ E/F 3.15 ☐ G ____ |
| 2.45 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Neset Repair & Sales, | ☐ D ____ ☑ E/F 3.16 ☐ G ____ |
| 2.46 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | North Country Oil Inc. | ☐ D ____ ☑ E/F 3.17 ☐ G ____ |
| 2.47 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | North Dakota Workforce | ☐ D ____ ☑ E/F 3.18 ☐ G ____ |
| 2.48 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Northwell Rentals (Llo | ☐ D ____ ☑ E/F 3.19 ☐ G ____ |
| 2.49 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | O-Keeffe Oil Company | ☐ D ____ ☑ E/F 3.20 ☐ G ____ |
| 2.50 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Propane Services | ☐ D ____ ☑ E/F 3.21 ☐ G ____ |

## Panel 4

Debtor  **Bison Land & Minerals, LLC**    Case number *(if known)*  **23-01140-JAW**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor | Column 2: Creditor

| No. | Codebtor | Address | Creditor | Check |
|---|---|---|---|---|
| 2.51 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Recon Oilfield Service | ☐ D ____ ☑ E/F 3.22 ☐ G ____ |
| 2.52 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Smith Bits | ☐ D ____ ☑ E/F 3.23 ☐ G ____ |
| 2.53 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Stallion Oilfield Serv | ☐ D ____ ☑ E/F 3.24 ☐ G ____ |
| 2.54 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Stevens Welding and Ma | ☐ D ____ ☑ E/F 3.25 ☐ G ____ |
| 2.55 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Tuffy's Pump Shop and | ☐ D ____ ☑ E/F 3.26 ☐ G ____ |
| 2.56 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Tuffy's Pump Shop and | ☐ D ____ ☑ E/F 3.27 ☐ G ____ |
| 2.57 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | United Rentals, Inc. | ☐ D ____ ☑ E/F 3.28 ☐ G ____ |

## Panel 1 (Page 9 of 17)

Debtor **Bison Land & Minerals, LLC**   Case number (if known) **23-01140-JAW**

■ **Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.58 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Warren Transport, Inc. | ☐ D ☐<br>■ E/F __3.29__<br>☐ G __ |
| 2.59 | Greg Pollard | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Wyoming Casing Service | ☐ D ☐<br>■ E/F __3.30__<br>☐ G __ |
| 2.60 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Basin Service Company, | ☐ D ☐<br>■ E/F __3.1__<br>☐ G __ |
| 2.61 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Boudes Field Service, | ☐ D ☐<br>■ E/F __3.2__<br>☐ G __ |
| 2.62 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | C & C Welding, LLC | ☐ D ☐<br>■ E/F __3.3__<br>☐ G __ |
| 2.63 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Crazy Cowboy Trucking, | ☐ D ☐<br>■ E/F __3.4__<br>☐ G __ |
| 2.64 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Farden Construction, I | ☐ D ☐<br>■ E/F __3.5__<br>☐ G __ |

Official Form 206H          Schedule H: Your Codebtors          Page 9 of 17

## Panel 2 (Page 10 of 17)

Debtor **Bison Land & Minerals, LLC**   Case number (if known) **23-01140-JAW**

■ **Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.65 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | G-Style Transport, LLC | ☐ D ☐<br>■ E/F __3.6__<br>☐ G __ |
| 2.66 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Halliburton Energy Ser | ☐ D ☐<br>■ E/F __3.7__<br>☐ G __ |
| 2.67 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Halliburton Manufactur | ☐ D ☐<br>■ E/F __3.8__<br>☐ G __ |
| 2.68 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Hefty Seed Company | ☐ D ☐<br>■ E/F __3.9__<br>☐ G __ |
| 2.69 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Hunter Logistics | ☐ D ☐<br>■ E/F __3.10__<br>☐ G __ |
| 2.70 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Knight Oil Tools | ☐ D ☐<br>■ E/F __3.11__<br>☐ G __ |
| 2.71 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Mesa West Directional | ☐ D ☐<br>■ E/F __3.12__<br>☐ G __ |
| 2.72 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Mountain Mud of North | ☐ D ☐<br>■ E/F __3.13__<br>☐ G __ |

Official Form 206H          Schedule H: Your Codebtors          Page 10 of 17

## Panel 3 (Page 11 of 17)

Debtor **Bison Land & Minerals, LLC**   Case number (if known) **23-01140-JAW**

■ **Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.73 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | ND&T Services, Inc. | ☐ D ☐<br>■ E/F __3.14__<br>☐ G __ |
| 2.74 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Neset Consulting Servi | ☐ D ☐<br>■ E/F __3.15__<br>☐ G __ |
| 2.75 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Neset Repair & Sales, | ☐ D ☐<br>■ E/F __3.16__<br>☐ G __ |
| 2.76 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | North Country Oil Inc. | ☐ D ☐<br>■ E/F __3.17__<br>☐ G __ |
| 2.77 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | North Dakota Workforce | ☐ D ☐<br>■ E/F __3.18__<br>☐ G __ |
| 2.78 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Northwell Rentals (Llc | ☐ D ☐<br>■ E/F __3.19__<br>☐ G __ |
| 2.79 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | O-Keefe Oil Company | ☐ D ☐<br>■ E/F __3.20__<br>☐ G __ |
| 2.80 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Propane Services | ☐ D ☐<br>■ E/F __3.21__<br>☐ G __ |

Official Form 206H          Schedule H: Your Codebtors          Page 11 of 17

## Panel 4 (Page 12 of 17)

Debtor **Bison Land & Minerals, LLC**   Case number (if known) **23-01140-JAW**

■ **Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.81 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Recon Oilfield Service | ☐ D ☐<br>■ E/F __3.22__<br>☐ G __ |
| 2.82 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Smith Bits | ☐ D ☐<br>■ E/F __3.23__<br>☐ G __ |
| 2.83 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Stallion Oilfield Serv | ☐ D ☐<br>■ E/F __3.24__<br>☐ G __ |
| 2.84 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Stevens Welding and Ma | ☐ D ☐<br>■ E/F __3.25__<br>☐ G __ |
| 2.85 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Tuffy's Pump Shop and | ☐ D ☐<br>■ E/F __3.26__<br>☐ G __ |
| 2.86 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Tuffy's Pump Shop and | ☐ D ☐<br>■ E/F __3.27__<br>☐ G __ |
| 2.87 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | United Rentals, Inc. | ☐ D ☐<br>■ E/F __3.28__<br>☐ G __ |
| 2.88 | Kiat Tze "Kenny" Goh | 5549 Falls Road Dallas, TX 75220 | Warren Transport, Inc. | ☐ D ☐<br>■ E/F __3.29__<br>☐ G __ |

Official Form 206H          Schedule H: Your Codebtors          Page 12 of 17

## Page 13 of 17 (top-left)

Debtor **Bison Land & Minerals, LLC**  Case number (if known) **23-01140-JAW**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.89 | Klat Tze "Kenny" Goh | 5549 Falls Road, Dallas, TX 75220 | Wyoming Casing Service | ☐ D  ☒ E/F 3.30  ☐ G |
| 2.90 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Basin Service Company, | ☐ D  ☒ E/F 3.1  ☐ G |
| 2.91 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Boudes Field Service, | ☐ D  ☒ E/F 3.2  ☐ G |
| 2.92 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | C & C Welding, LLC | ☐ D  ☒ E/F 3.3  ☐ G |
| 2.93 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Crazy Cowboy Trucking, | ☐ D  ☒ E/F 3.4  ☐ G |
| 2.94 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Farden Construction, I | ☐ D  ☒ E/F 3.5  ☐ G |
| 2.95 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | G-Style Transport, LLC | ☐ D  ☒ E/F 3.6  ☐ G |

## Page 14 of 17 (top-right)

Debtor **Bison Land & Minerals, LLC**  Case number (if known) **23-01140-JAW**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.96 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Halliburton Energy Ser | ☐ D  ☒ E/F 3.7  ☐ G |
| 2.97 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Halliburton Manufactur | ☐ D  ☒ E/F 3.8  ☐ G |
| 2.98 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Hefty Seed Company | ☐ D  ☒ E/F 3.9  ☐ G |
| 2.99 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Hunter Logistics | ☐ D  ☒ E/F 3.10  ☐ G |
| 2.100 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Knight Oil Tools | ☐ D  ☒ E/F 3.11  ☐ G |
| 2.101 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Mesa West Directional | ☐ D  ☒ E/F 3.12  ☐ G |
| 2.102 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Mountain Mud of North | ☐ D  ☒ E/F 3.13  ☐ G |

## Page 15 of 17 (bottom-left)

Debtor **Bison Land & Minerals, LLC**  Case number (if known) **23-01140-JAW**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.103 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | ND&T Services, Inc. | ☐ D  ☒ E/F 3.14  ☐ G |
| 2.104 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Neset Consulting Servi | ☐ D  ☒ E/F 3.15  ☐ G |
| 2.105 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Neset Repair & Sales, | ☐ D  ☒ E/F 3.16  ☐ G |
| 2.106 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | North Country Oil Inc. | ☐ D  ☒ E/F 3.17  ☐ G |
| 2.107 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | North Dakota Workforce | ☐ D  ☒ E/F 3.18  ☐ G |
| 2.108 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Northwell Rentals (Llo | ☐ D  ☒ E/F 3.19  ☐ G |
| 2.109 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | O-Keefe Oil Company | ☐ D  ☒ E/F 3.20  ☐ G |

## Page 16 of 17 (bottom-right)

Debtor **Bison Land & Minerals, LLC**  Case number (if known) **23-01140-JAW**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.110 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Propane Services | ☐ D  ☒ E/F 3.21  ☐ G |
| 2.111 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Recon Oilfield Service | ☐ D  ☒ E/F 3.22  ☐ G |
| 2.112 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Smith Bits | ☐ D  ☒ E/F 3.23  ☐ G |
| 2.113 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Stallion Oilfield Serv | ☐ D  ☒ E/F 3.24  ☐ G |
| 2.114 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Stevens Welding and Ma | ☐ D  ☒ E/F 3.25  ☐ G |
| 2.115 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Tuffy's Pump Shop and | ☐ D  ☒ E/F 3.26  ☐ G |
| 2.116 | Sparrow Oil & Gas | 7700 Cody Lane, Apt. 2911, Sachse, TX 75048 | Tuffy's Pump Shop and | ☐ D  ☒ E/F 3.27  ☐ G |

## Top Left

| Debtor | Bison Land & Minerals, LLC | | Case number (if known) | 23-01140-JAW |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | Column 2: Creditor | | |
|---|---|---|---|
| 2.11 7 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | United Rentals, Inc. | ☐ D ☐ E/F   5.28 ☐ G |
| 2.11 8 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Warren Transport, Inc. | ☐ D ☐ E/F   3.29 ☐ G |
| 2.11 9 | Sparrow Oil & Gas | 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | Wyoming Casing Service | ☐ D ☐ E/F   3.30 ☐ G |

Official Form 206H    Schedule H: Your Codebtors    Page 17 of 17

## Top Right

**United States Bankruptcy Court**
**Southern District of Mississippi**

| In re | Bison Land & Minerals, LLC | Case No. | 23-01140-JAW |
|---|---|---|---|
| | Debtor(s) | Chapter | 11 |

**LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Geary Trigleth 240 Buckhead Drive Madison, MS 39110 | | 54.45% | |
| Geir Rorstad 182 Turnvolley Drive Loudon, TN 37774 | | 2% | |
| Greg Pollard 7700 Cody Lane Apt. 2911 Sachse, TX 75048 | | 20.275% | |
| Kiat Tze "Kenny" Goh 5549 Falls Road Dallas, TX 75220 | | 22.275% | |
| Linda Correll 6927 Alpha Road Dallas, TX 75240 | | 1% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  May 25th 2023    Signature  Geary Trigleth /s/
                                           Geary Trigleth

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**EXHIBIT "B"**

## Bottom Left

Subchapter_V, SmBus, PlnDue

**U.S. Bankruptcy Court**
**Southern District of Mississippi (Jackson-3 Divisional Office)**
**Bankruptcy Petition #: 23-01140-JAW**

*Assigned to:* Jamie A. Wilson
Chapter 11
Voluntary
Asset

|  | |
|---|---|
| *Date filed:* | 05/15/2023 |
| *341 meeting:* | 06/19/2023 |
| *Deadline for filing claims:* | 07/24/2023 |
| *Deadline for filing claims (govt.):* | 11/13/2023 |
| *Section 523 Objection Deadline:* | 08/18/2023 |

*Debtor In Possession*
**Bison Land & Minerals, LLC**
240 Buckhead Drive
Madison, MS 39110
MADISON-MS
Tax ID / EIN: 84-2840113

represented by Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Pkwy.
Ridgeland, MS 39157
601-427-0048
Fax : 601-427-0050
Email: cmgeno@cmgenolaw.com

*Trustee*
**Robert A. Byrd**
Byrd & Wiser
P O Box 1939
Biloxi, MS 39533-1939
228-432-8123

represented by Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533
228-432-8123
Fax : 228 432-7029
Email: rab@byrdwiser.com

*U.S. Trustee*
**United States Trustee**
501 East Court Street
Suite 6-430
Jackson, MS 39201
(601) 965-5241

represented by Abigail M. Marbury
Office of the U.S. Trustee
501 E Court Street, Suite 6-430
Jackson, MS 39201-5002
601-965-5245
Fax : 601-965-5226
Email: abigail.m.marbury@usdoj.gov

**Christopher J. Steiskal, Sr.**
United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201
601-965-5241
Fax : 601-965-5226
Email: christopher.j.steiskal@usdoj.gov

**EXHIBIT "C"**

| Filing Date | # | Docket Text |
|---|---|---|
| 05/15/2023 | 1 (5 pgs) | Chapter 11 Voluntary Petition under Subchapter V (Non-Individual) Fee Amount $1738 Filed by Bison Land & Minerals, LLC. Corporate Ownership Statement due 5/18/23. Small Business Balance Sheet due by: 05/23/2023. Small Business Statement of Operations due 05/23/2023. Small Business Cash Flow Statement due 05/23/2023. Tax Return due 05/23/2023 Atty Disclosure Statement due 05/23/2023. List of Equity Security Holders due 05/30/2023. Schedule A/B due 05/30/2023 |

## Bottom Right

| | | |
|---|---|---|
| | | Schedule D due 05/30/2023. Schedule E/F due 05/30/2023. Schedule G due 05/30/2023. Schedule H due 05/30/2023. Statement of Financial Affairs due 05/30/2023. Summary of Assets and Liabilities Due 05/30/2023. Chapter 11 Plan Small Business Subchapter V Due by 08/14/2023. (Geno, Craig) Modified on 5/16/2023 to remove inapplicable deadlines and add additional deadlines. (Harkins, Beth). (Entered: 05/15/2023) |
| 05/15/2023 | 2 | Receipt of Voluntary Petition (Chapter 11)( 23-01140) [misc,volp11] ( 1738.00) Filing Fee. Receipt number A14511631. Fee amount 1738.00. (re: Doc# 1 (U.S. Treasury) (Entered: 05/15/2023) |
| 05/15/2023 | 3 (6 pgs) | Matrix Filed by Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 05/15/2023) |
| 05/15/2023 | 4 (3 pgs) | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Debtor Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 05/15/2023) |
| 05/15/2023 | | Creditor Disk/Matrix Uploaded - 40 creditors added by Geno, Craig M. (admin) (Entered: 05/15/2023) |
| 05/16/2023 | | Case Administrator assigned - Beth Harkins (Moore, Keisha) (Entered: 05/16/2023) |
| 05/16/2023 | 6 (1 pg) | Notice of Deficiency - Corporate Ownership Statement. Compliance due date: 5/18/2023. (Harkins, Beth) (Entered: 05/16/2023) |
| 05/16/2023 | 7 (1 pg) | Notice of Deficiency - business documents. Compliance due date 5/23/2023. (Harkins, Beth) (Entered: 05/16/2023) |
| 05/16/2023 | 8 (1 pg) | Notice of Deficiency - schedules and statements. Compliance due date: 5/30/2023. (Harkins, Beth) (Entered: 05/16/2023) |
| 05/16/2023 | 9 (2 pgs) | Order to Debtor Regarding Taxes (Ch. 11). (Harkins, Beth) (Entered: 05/16/2023) |
| 05/16/2023 | 10 (3 pgs) | Notice of Appointment of Trustee Subchapter V Trustee. Robert A. Byrd added to the case. Filed by U.S. Trustee United States Trustee. (Steiskal, Christopher) (Entered: 05/16/2023) |
| 05/16/2023 | 11 (1 pg) | Notice of Status Conference Re: Chapter 11 Subchapter V Case. Status hearing to be held on 7/11/2023 at 02:00 PM at Courtroom 4C - Jackson. Pre-Status Report Due by 6/27/2023. (Harkins, Beth) (Entered: 05/16/2023) |
| 05/17/2023 | 12 (1 pg) | Corporate Ownership Statement pursuant to Rule 1007(a). Filed by Debtor Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 05/17/2023) |
| 05/17/2023 | 13 (1 pg) | Disclosure of Compensation of Attorney for Debtor Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document[s]1 Voluntary Petition (Chapter 11)). (Geno, Craig) (Entered: 05/17/2023) |
| 05/17/2023 | 14 (4 pgs) | Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney Filed by Debtor In Possession Bison Land & Minerals, LLC |

| | | |
|---|---|---|
| | | (Geno, Craig) Modified on 5/30/2023 SD mapping code removed. **Motion amended - see Dkt #27**(Harkins, Beth). (Entered: 05/17/2023) |
| 05/17/2023 | 15 (7 pgs) | Notice Allowing 21 Days to File Written Objection/Response. Date of Service: 5/17/2023 Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)14 Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney for Debtor In Possession Bison Land & Minerals, LLC). **Objections due 06/7/2023. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.** (Geno, Craig) (Entered: 05/17/2023) |
| 05/17/2023 | 16 (10 pgs) | Certificate of Service Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)14 Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney , 15 21 Day Notice to File Written Objection or Response). (Geno, Craig) (Entered: 05/17/2023) |
| 05/18/2023 | 17 (2 pgs) | BNC Certificate of Notice - PDF Document. (Re: 6 Notice of Deficiency) Notice Date 05/18/2023. (Admin.) (Entered: 05/18/2023) |
| 05/18/2023 | 18 (2 pgs) | BNC Certificate of Notice - PDF Document. (Re: 7 Notice of Deficiency) Notice Date 05/18/2023. (Admin.) (Entered: 05/18/2023) |
| 05/18/2023 | 19 (2 pgs) | BNC Certificate of Notice - PDF Document. (Re: 8 Notice of Deficiency) Notice Date 05/18/2023. (Admin.) (Entered: 05/18/2023) |
| 05/18/2023 | 20 (4 pgs) | BNC Certificate of Notice - PDF Document. (Re: 9 Order to Debtor Regarding Taxes (Ch. 11)) Notice Date 05/18/2023. (Admin.) (Entered: 05/18/2023) |
| 05/18/2023 | 21 (2 pgs) | BNC Certificate of Notice - PDF Document. (Re: 11 Notice of Status Conference (Ch 11 Subchapter V)) Notice Date 05/18/2023. (Admin.) (Entered: 05/18/2023) |
| 05/22/2023 | 22 (3 pgs) | Meeting of Creditors Filed by U.S. Trustee United States Trustee. 341(a) meeting to be held on 6/19/2023 at 08:30 AM - - Telephonic 341 Meeting Ch 11 - The Section 523 Objection deadline is 8/18/2023. Proof of Claims due by 7/24/2023. Government Proof of Claim due by 11/13/2023. (Marbury, Abigail) (Entered: 05/22/2023) |
| 05/22/2023 | 23 (4 pgs, 2 docs) | Motion to Require Escrow of Subchapter V Trustee Payments Filed by Trustee Robert A. Byrd (Attachments: # 1 Proposed Order) (Byrd, Robert) (Entered: 05/22/2023) |
| 05/22/2023 | 24 | Notice Allowing 21 Days to File Written Objection/Response. Date of Service: 5/22/2023 Filed by Trustee Robert A. Byrd (RE: related document(s)23 Motion to Require Escrow of Subchapter V Trustee Payments Filed by Trustee Robert A. Byrd (Attachments: # 1 Proposed Order)). **Objections due 06/12/2023. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.** (Byrd, Robert) (Entered: 05/22/2023) |
| 05/23/2023 | 25 (4 pgs) | Affidavit Re: Non-Compliance with Small Business Documents, Balance Sheet Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: |

| | | |
|---|---|---|
| | | related document(s)1 Voluntary Petition (Chapter 11)). (Geno, Craig) (Entered: 05/23/2023) |
| 05/24/2023 | 26 (6 pgs) | BNC Certificate of Notice - Meeting of Creditors. (Re: 22 Meeting of Creditors Chapter 11 filed by U.S. Trustee United States Trustee) Notice Date 05/24/2023. (Admin.) (Entered: 05/24/2023) |
| 05/30/2023 | 27 (6 pgs) | Amended Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney Filed by Debtor In Possession Bison Land & Minerals, LLC (Geno, Craig). Related document(s)14 Application to Employ filed by Debtor In Possession Bison Land & Minerals, LLC. Modified on 5/30/2023 to relate to Dkt. #14 (the original pleading) (Harkins, Beth). (Entered: 05/30/2023) |
| 05/30/2023 | 28 (6 pgs) | Notice Allowing 21 Days to File Written Objection/Response. Date of Service: 5/30/2023 Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)27 Amended Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney Filed by Debtor In Possession Bison Land & Minerals, LLC). **Objections due 06/20/2023. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.** (Geno, Craig) (Entered: 05/30/2023) |
| 05/30/2023 | 29 (10 pgs) | Certificate of Service Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)27 Amended Application to Employ Law Offices of Craig M. Geno, PLLC as Debtor's Attorney , 28 21 Day Notice to File Written Objection or Response). (Geno, Craig) (Entered: 05/30/2023) |
| 05/30/2023 | 30 (1 pg) | Equity Security Holders Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Geno, Craig) (Entered: 05/30/2023) |
| 05/30/2023 | 31 (1 pg) | Statement of Financial Affairs for Non-Individual Filing For Bankruptcy Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Geno, Craig) (Entered: 05/30/2023) |
| 05/30/2023 | 32 (37 pgs) | Declaration Under Penalty of Perjury for Non-individual Debtors , Summary of Assets and Liabilities for Non-Individual , Schedule A/B Property Non-Individual , Schedule D: Non-Individual- Creditors Having Claims Secured by Property , Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Schedule G: Non-Individual- Executory Contracts and Unexpired Leases , Schedule H: Non-Individual- Codebtors Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Geno, Craig) (Entered: 05/30/2023) |
| 06/01/2023 | 33 (1 pg) | Notice of Deficiency - *Schedule G and *Schedule H - Compliance due date: 6/15/2023 . (Re: ) Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)32 Declaration Under Penalty of Perjury - Non-Individual (Form 202) filed by Debtor In Possession Bison Land & Minerals, LLC, Summary of Assets and Liabilities , Schedule A/B: Property, Schedule D - Creditors Having Claims Secured by Property, Schedule E/F - Creditors Who Have Unsecured Claims, Schedule G - Executory Contracts and Unexpired Leases, Schedule H - Codebtors |

| | | |
|---|---|---|
| | | (Moore, Keisha) Modified on 6/1/2023 to add *Schedule H(Moore, Keisha). (Entered: 06/01/2023) |
| 06/06/2023 | 34 (2 pgs) | Notice of Appearance and Request for Notice by Christopher H Meredith Filed by Creditor Farden Construction, Inc. (Meredith, Christopher) (Entered: 06/06/2023) |
| 06/06/2023 | 35 (2 pgs) | Notice of Appearance and Request for Notice by Christopher H Meredith Filed by Creditor Stevens Welding and Machine LLC. (Meredith, Christopher) (Entered: 06/06/2023) |
| 06/06/2023 | 36 (3 pgs) | Statement of Multiple Representation Filed by Attorney Copeland, Cook, Taylor & Bush, P.A. (Meredith, Christopher) (Entered: 06/06/2023) |
| 06/14/2023 | 37 (10 pgs) | Declaration Under Penalty of Perjury for Non-individual Debtors , Summary of Assets and Liabilities for Non-Individual , Amended Schedules: G Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 06/14/2023) |
| 06/14/2023 | 38 (11 pgs) | Notice of Amendment to Schedule G Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)37 Declaration Under Penalty of Perjury for Non-individual Debtors , Summary of Assets and Liabilities for Non-Individual , Amended Schedules: G Filed by Debtor In Possession Bison Land & Minerals, LLC ). (Geno, Craig) (Entered: 06/14/2023) |
| 06/14/2023 | 39 (6 pgs) | Amendment to List of Creditors. Fee Amount $32 Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 06/14/2023) |
| 06/14/2023 | 40 | Receipt of Amended List of Creditors (Fee)( 23-01140-JAW) [misc,amdcm] ( 32.00) Filing Fee. Receipt number A11568876. Fee amount 32.00. (re: Doc# 39) (U.S. Treasury) (Entered: 06/14/2023) |
| 06/14/2023 | 41 (13 pgs) | Notice to Creditors Added by Amendment Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)39 Amendment to List of Creditors. Fee Amount $32 filed by Debtor In Possession Bison Land & Minerals, LLC). (Geno, Craig) (Entered: 06/14/2023) |
| 06/15/2023 | 42 (1 pg) | Document Resolution Held 06/14/2023 Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 06/15/2023) |
| 06/16/2023 | 43 (2 pgs) | Order Granting Motion to Require Escrowed Subchapter V Trustee Payments (Related Doc # 23) (Lucas, Chasity) (Entered: 06/16/2023) |
| 06/18/2023 | 44 (2 pgs) | BNC Certificate of Notice - PDF Document. (Re: 43 Order on Generic Motion) Notice Date 06/18/2023. (Admin.) (Entered: 06/18/2023) |
| 06/20/2023 | 45 (3 pgs) | Meeting of Creditors Held 06/19/2023 Filed by U.S. Trustee United States Trustee (RE: related document(s)22 Meeting of Creditors Chapter 11 filed by U.S. Trustee United States Trustee). (Hinzie, Christine) (Entered: 06/20/2023) |
| 06/26/2023 | 46 (2 pgs) | Order Granting Motion to Employ the Law Offices of Craig M. Geno, PLLC as attorney for the debtor (Related Doc # 27) (Harkins, |

| | | |
|---|---|---|
| | | Beth) (Entered: 06/26/2023) |
| 06/27/2023 | 47 (3 pgs) | Chapter 11 Subchapter V Pre-Status Conference Report. Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)11 Notice of Status Conference (Ch 11 Subchapter V)). (Geno, Craig) (Entered: 06/27/2023) |
| 06/27/2023 | 48 (8 pgs) | Certificate of Service Filed by Debtor In Possession Bison Land & Minerals, LLC (RE: related document(s)47 Chapter 11 Subchapter V Pre-Status Conference Report). (Geno, Craig) (Entered: 06/27/2023) |
| 06/28/2023 | 49 (2 pgs) | Agreed Scheduling Order (Harkins, Beth) (Entered: 06/28/2023) |
| 06/28/2023 | 50 (4 pgs) | BNC Certificate of Notice - PDF Document. (Re: 46 Order on Application to Employ) Notice Date 06/28/2023. (Admin.) (Entered: 06/28/2023) |
| 06/30/2023 | 51 (4 pgs) | BNC Certificate of Notice - PDF Document. (Re: 49 Agreed Order (ore tenus)) Notice Date 06/30/2023. (Admin.) (Entered: 06/30/2023) |
| 07/03/2023 | 52 (2 pgs) | Notice of Change of Address of Meta West Direction, Kendi Brooks Williams, et ux. Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 07/03/2023) |
| 07/05/2023 | 53 (10 pgs) | Small Business Monthly Operating Report for Filing Period May 2023 Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 07/05/2023) |
| 07/05/2023 | 54 (13 pgs) | Small Business Monthly Operating Report for Filing Period June 2023 Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 07/05/2023) |
| 07/11/2023 | 55 (1 pg) | Notice of Appearance and Request for Notice by Timothy J. Anzenberger Filed by Creditors Kiat Tze Goh, Greg Pollard, Sparrow Oil & Gas LLC. (Anzenberger, Timothy) (Entered: 07/11/2023) |
| 07/27/2023 | 57 (4 pgs, 2 docs) | Notice of Appearance and Request for Notice by Jeff Carruth Filed by Creditor Halliburton Energy Services, Inc. (Attachments: # 1 envelope) (Carruth, Jeff) (Entered: 07/27/2023) |
| 08/10/2023 | 58 (218 pgs, 9 docs) | Motion to Dismiss Debtor , or in the alternative Motion for Relief from Stay as to Litigation . Fee Amount $188, Filed by Creditors Kiat Tze Goh, Greg Pollard, Sparrow Oil & Gas LLC (Attachments: # 1 Exhibit "1" - Preliminary Injunction # 2 Exhibit "2" - Polland Declaration and Exhibits # 3 Exhibit "3" - TRO # 4 Exhibit "4" - N.D. Complaint # 5 Exhibit "5" - M.D. Complaint # 6 Exhibit "6" - Contempt Filings # 7 Exhibit "7" - Text Messages to Pollard # 8 Exhibit "8" - Emails to N.D. Counsel) (Anzenberger, Timothy) (Entered: 08/10/2023) |
| 08/10/2023 | 59 (5 pgs) | Small Business Monthly Operating Report for Filing Period July 2023 Filed by Debtor In Possession Bison Land & Minerals, LLC. (Geno, Craig) (Entered: 08/10/2023) |
| 08/10/2023 | 60 (1 pg) | Order Extending the Automatic Stay (RE: related document(s)58 Motion to Dismiss Debtor filed by Creditor Sparrow Oil & Gas, Creditor |

| | | |
|---|---|---|
| | | Greg Pollard, Creditor Kiat Tze Goh, Motion for Relief From Stay) (Harkins, Beth) (Entered: 08/10/2023) |
| 08/10/2023 | 61 (1 pg) | Order Setting Hearing Out of Time (RE: related document(s)58 Motion to Dismiss Debtor filed by Creditor Sparrow Oil & Gas LLC, Creditor Greg Pollard, Creditor Kiat Tze Goh, Motion for Relief From Stay) (Harkins, Beth) (Entered: 08/10/2023) |
| 08/10/2023 | 62 (5 pgs, 2 docs) | Creditor Request for Notices Filed by Interested Party Frank L. Broyles (Attachments: # 1 envelope) (Harkins, Beth) (Entered: 08/10/2023) |
| 08/10/2023 | 63 (2 pgs) | Notice of Hearing. Hearing to be held on 9/12/2023 at 11:00 AM Courtroom 4C - Jackson for 58, Responses due by 8/31/2023. (Re: 58 Motion to Dismiss Debtor, or Alternatively, Modify the Automatic Stay filed by Creditor Sparrow Oil & Gas LLC, Creditor Greg Pollard, Creditor Kiat Tze Goh) (Harkins, Beth) (Entered: 08/10/2023) |
| 08/11/2023 | 64 | Receipt of Motion for Relief From Stay( 23-01140-JAW) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A14680620 Fee amount 188.00. (re: Doc# 58) (U.S. Treasury) (Entered: 08/11/2023) |
| 08/12/2023 | 65 (6 pgs) | BNC Certificate of Notice - Notice of Hearing. (Re: 63 Hearing Set) Notice Date 08/12/2023. (Admin.) (Entered: 08/12/2023) |
| 08/12/2023 | 66 (3 pgs) | BNC Certificate of Notice - PDF Document. (Re: 60 Order Extending the Automatic Stay) Notice Date 08/12/2023. (Admin.) (Entered: 08/12/2023) |
| 08/12/2023 | 67 (3 pgs) | BNC Certificate of Notice - PDF Document. (Re: 61 Order Setting Hearing Out of Time) Notice Date 08/12/2023. (Admin.) (Entered: 08/12/2023) |

**EXHIBIT "D"**

Label Matrix for local noticing
0538-3
Case 23-01140-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Fri Aug 25 12:06:46 CDT 2023

Timothy J. Anzenberger
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Barb Besse
1401 3rd Street NE
Apt. G
Devils Lake, ND 58301-3323

Barbara Jane Mancuso, et vir.
11413 Ash Creek Drive
Houston, TX 77043-4608

Basin Service Company, Inc.
9926 Highway 83
Westhope, ND 58793

Basin Service Company, Inc.
P O Box 397
Westhope ND 58793-0397

Bison Land & Minerals, LLC
240 Buckhead Drive
Madison, MS 39110-6616

Boudes Field Service, LLC
5743 137th Avenue NW
Williston, ND 58801-8911

Boudes Field Service, LLC
P.O. Box 10215
Williston, ND 58803-0006

Frank L. Broyles
Law Office of Frank L. Broyles
955 W. John Carpenter Freeway
Suite 100
Irving, TX 75039-2502

Robert A. Byrd
Byrd & Wiser
P O Box 1939
Biloxi, MS 39533-1939

Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533-1939

C & C Welding, LLC
10246 County Road 49
Bottineau, ND 58318-7114

Jeff Carruth
Weycer, Kaplan, Pulaski & Zuber, PC
11 Greenway Plaza, Ste 1400
Houston, TX 77046-1130

Chad Eric Lejeune, et ux.
135 Unatex Road
Eunice, LA 70535-7006

Christopher H. Meredith, Esq.
Copeland, Cook, Taylor & Bush, P.A.
Counsel for Farden Construction, Inc.
P.O. Box 6020
Ridgeland, MS 39158-6020

Christopher H. Meredith, Esq.
Copeland, Cook, Taylor & Bush, P.A.
Counsel for Stevens Welding and Machine
P.O. Box 6020
Ridgeland, MS 39158-6020

Crazy Cowboy Trucking, Inc.
7330 35th Avenue NW
Berthold, ND 58718-9406

Curtis Undlin, et ux.
8741 29th Avenue NW
Lansford, ND 58750-9507

Dale C. Whited
8131 West Montana Street #14
Rathburn, ID 83815

Dalton Petersen
9215 55th Ave NW
Kenmare, ND 58746-9653

Daniel Gribbon, et ux.
461 Hunters Trophy
New Braunfels, TX 78132-4776

Darrel J. Duplechin, et al.
287 Buggy Road
Eunice, LA 70535-7023

Department of Treasury -
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Dianne Lundgren Kron
114 Mason Avenue
Gretna, LA 70053-7018

Douglas R. Schwartz
P.O. Box 97
Mohall, ND 58761-0097

EnTec Services, LLC
240 Buckhead Drive
Madison, MS 39110-6616

Farden Construction, Inc.
Christopher H. Meredith, CCTB, PA
P O Box 6020
Ridgeland, MS 39158-6020

Frank Dale Zaunbrecher, et ux.
207 Alaska Lane
Eunice, LA 70535-6825

G-Style Transport, LLC
5033 Jackson Street
Williston, ND 58801-4021

## EXHIBIT "B"

G-Style Transport, LLC
P.O. Box 2104
Williston, ND 58802-2104

Geary Trigleth
240 Buckhead Drive
Madison, MS 39110-6616

Geir Rorstad
182 Tummotley Drive
Loudon, TN 37774-2120

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Pkwy.
Ridgeland, MS 39157-8784

Kiat Tze Goh
c/o Timothy J. Anzenberger
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Greg Pollard
7700 Cody Lane
Apt. 2911
Sachse, TX 75048-6683

Guy Perrodin
3957 Basile Eunice Hwy
Basile, LA 70515-3204

Halliburton Energy Services, Inc.
Jeff Carruth
Weycer, Kaplan, Pu8laski & Zuber, P.C.
2608 Hibernia, Ste 105
Dallas, TX 75204-2514

Halliburton Energy Services, Inc.
c/o Capital Corporate Services, Inc.
1213 NP Avenue
Suite 301
Fargo, ND 58102-4798

Halliburton Manufacturing & Leasing Company,
c/o Capital Corporate Services, Inc.
1213 NP Avenue
Suite 301
Fargo, ND 58102-4798

Hefty Seed Company
47504 252nd Street
Baltic, SD 57003-5961

Hunter Drilling Services, Inc.
9215 55th Ave NW
Kenmare, ND 58746-9653

Hunter Logistics
c/o Dalton Petersen
9215 55th Avenue NW
Kenmare, ND 58746-9653

Internal Revenue Service
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

J. Earl Toups Farms, LLC
P.O. Box 396
Basile, LA 70515-0396

Jed Person, et ux.
7020 Shadow Lane
Lake Charles, LA 70605-9055

Jeff Carruth, Esq.
Weycer, Kaplan, Pulaski & Zuber, PC
For Halliburton Energy Services, Inc.
11 Greenway Plaza, Ste 1400
Houston, TX 77046-1130

Jerod Paul Doucett, et ux.
345 Unatex Road
Eunice, LA 70535-7060

John Austin Young
P.O. Drawer 100
Basile, LA 70515-0100

K.C. Enterprises of Basile, Louisiana, Inc.
180 Wings Lane
Basile, LA 70515-3334

Kathy Keonig
805 S Dixie Drive #56
St. George, UT 84770-6360

Kendi Brooks Williams, et ux.
391 Unatex Road
Eunice, LA 70535-7060

Kiat Tze Kenny Goh
5549 Falls Road
Dallas, TX 75220-2111

Knight Oil Tools
c/o VeriCore
10115 Kincey Avenue
Suite 100
Huntersville, NC 28078-6482

Knight Oil Tools, LLC
c/o Connor Smith, Dore Rothberg Law, PC
16225 Park Ten Place Dr., Suite 700
Houston, TX 77084

Larry Paul Lejeune, et ux.
165 Unatex Road
Eunice, LA 70535-7006

Linda Correll
6927 Alpha Road
Dallas, TX 75240-3601

Linda L. Robbins
187 Arroyo
Richland, WA 99352-8488

Lucinda Young Feucht
154 Feucht Lane
Eunice, LA 70535

Lynette Young Feucht
430 South Fifth Street
Eunice, LA 70535-5310

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

MWD Technologies USA, LLC
dba Mesa West Directional
MWD Technologies USA, LLC
PO Box 454
Maker MT 59313-0454

Abigail M. Marbury
Office of the U.S. Trustee
501 E Court Street Suite 6-430
Jackson, MS 39201-5022

Mark Perrodin
5000 Leon Drive
Lot #20
Lake Charles, LA 70605-6437

Mark Sidney Denette, et ux.
P.O. Box 538
Basile, LA 70515-0538

Mary Carter
3209 Crimson Street NW
Mandan, ND 58554-1369

Melissa Sonnier Seilhan
429 Unatex Road
Eunice, LA 70535-7009

Christopher H Meredith
Copeland Cook Taylor & Bush
PO Box 6020
Ridgeland, MS 39158-6020

Mesa West Directional
6 1st Avenue W
Williston, ND 58801-6048

Mesa West Directional
Corporate
361 S Camino Del Rio #164
Durango, CO 81303-7997

Mesa West Directional
Operations
4925 Ridge Drive, Unit A
Williston, ND 58801-5047

Mountain Mud of North Dakota, LLC
1301 E Lincoln Street
Gillette, WY 82716-3017

Mountain Mud of North Dakota, LLC
c/o Legalinc Corporate Services, Inc.
1709 N 19th Street
Suite 3
Bismarck, ND 58501-2121

ND&T Services, Inc.
302 Main Street E
Mohall, ND 58761-4079

ND&T Services, Inc.
P.O. Box 335
Mohall, ND 58761-0335

Nadja Hays
428 Marina Oaks Drive
Mandeville, LA 70471-1566

Nancy Jermundson-Buttke
3700 Lone Mountain Road
Hereford, AZ 85615-9656

Neset Consulting Service, Inc.
6844 Highway 40
Tioga, ND 58852-9403

Neset Consulting, Inc.
Lawrence Bender
1133 College Drive
Suite 1000
Bismarck, ND 58501-1242

Neset Repair & Sales, Inc.
15372 2nd Street NE
Mayville, ND 58257-9041

Noble Person, et al.
1145 Clay Road
Basile, LA 70515-5022

North Country Oil Inc.
7258 38th Street NW
Parshall, ND 58770-9406

North Dakota Workforce Safety & Insurance
1600 E. Century Avenue
Suite 1
Bismarck, ND 58503-0649

Northwell Rentals (Lloydminster), Inc.
6401 - 63 Avenue
Lloydminster, AB T9V 3A4
Canada

Northwell Rentals (Lloydminster), Inc.
c/o Reynolds Mirth Richards & Farmer LLP
3200 - 10180 101 Street, Canada, T5J 3W8
Edmonton, Alberta

O-Keeffe Oil Company
603 Main Street E
P.O. Box 130
Mohall, ND 58761-0130

Ortega Brother Farms, LLC
1688 Tepetate Road
Basile, LA 70515-3506

Pason Systems USA Corp
8630 Fallbrook Drive, Ste 100
Houston, TX 77064-3223

Patricia Hrichena
1508 18th Avenue SW
Minot, ND 58701-6133

Greg Pollard
c/o Timothy J. Anzenberger
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Priscilla May
830 3rd Street SW
Apt. D
Minot, ND 58701-4668

Propane Services
101 West Main Street
P.O. Box 339
Mohall, ND 58761-0339

RSD-MSS, LLC
469 Unatex Road
Eunice, LA 70535-7009

Rebecca Sonnier Duhon, et vir.
469 Unatex Road
Eunice, LA 70535-7009

Recon Oilfield Services, Inc.
1803 Clara Drive
Conway, AR 72034-7740

Recon Oilfield Services, Inc.
P.O. Box 2101
Conway, AR 72033-2101

Red Crown Royalties, LLC
1490 W Canal Court
Suite 3000
Littleton, CO 80120-5648

Reginald J. Sonnier
4441 George Soileau Road
Eunice, LA 70535-1916

Reginald W. Zaunbrecher, et al.
1330 Hazel Street
Eunice, LA 70535-2103

Rhea Faye Person
645 Allie Young Lane
Eunice, LA 70535

Smith Bits
200 - 125 9 Avenue SE
Calgary, AB T2E 0P6
Canada

Smith Bits A Schlumberger Company
Mehaffy Weber, P.C.
c/o Holly C. Hamm
P.O. Box 16
Beaumont, TX 77704-0016

Smith International
P.O. Box 732136
Dallas, TX 75373-2136

Sparrow Oil & Gas LLC
c/o Timothy J. Anzenberger
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Sparrow Oil & Gas LLC, Greg Pollard, and
Kiat Tze Goh
c/o Timothy J. Anzenberger
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Stallion Oilfield Services LTD
c/o Connor Smith Dore Rothberg Law, PC
16225 Park Ten Place Dr., Suite 700
Houston, TX 77084

Stallion Oilfield Services Ltd.
d/b/a Stallion Oilfield Services LP
950 Corbindale Road
Suite 400
Houston, TX 77024-2849

Stallion Oilfield Services Ltd.
d/b/a Stallion Oilfield Services LP
c/o Corporation Service Company
600 S 2nd Street, Suite 155
Bismarck, ND 58504-5729

Christopher J. Steiskal Sr.
United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

Stevens Welding and Machine LLC
Christopher H. Meredith, CCTB, P.A.
P.O. Box 6020
Ridgeland, MS 39158-6020

Stevens Welding and Machine, LLC
9035 County Road 17B
Maxbass, ND 58760-9736

Timothy J. Anzenberger, Esq.
Adams and Reese LLP
For Greg Pollard
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Timothy J. Anzenberger, Esq.
Adams and Reese LLP
For Kiat Tze Goh
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Timothy J. Anzenberger, Esq.
Adams and Reese LLP
For Sparrow Oil & Gas LLC
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

Tuffy's Pump Shop and Repair, Inc.
P.O. Box 352
215 County Road 9
Mohall, ND 58761-4002

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

U.S. Securities and Exchange Commission
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

United Rentals, Inc.
c/o Corporation Service Company
600 S 2nd Street, Suite 155
Bismarck, ND 58504-5729

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Warren Transport, Inc.
c/o The Prentice-Hall Corporation System
600 S 2nd Street
Suite 155
Bismarck, ND 58504-5729

Wyoming Casing Service, Inc.
198 40th Street E
Dickinson, ND 58601-7818

Wyoming Casing Service, Inc.
P.O. Box 1153
Dickinson, ND 58602-1153

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Copeland, Cook, Taylor & Bush, P.A.

(u)Farden Construction, Inc.

(u)Halliburton Energy Services, Inc.

(d)Kiat Tze Kenny Goh
5549 Falls Road
Dallas, TX 75220-2111

(u)Sparrow Oil & Gas
7700 Cody Lane
Apt. 2911

(u)Stevens Welding and Machine LLC

End of Label Matrix
Mailable recipients    121
Bypassed recipients      6
Total                  127