___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 15, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | **BISON LAND & MINERALS, LLC** | **CHAPTER 11** |
| | Debtor | **CASE NO. 23-01140-JAW** |

## ORDER

THIS CAUSE having come on for consideration on the *Motion for Extension of Time to Respond to Discovery Requests* (the "Motion") **[DK #90]** filed herein by Bison Land & Minerals, LLC (the "Debtor"), the Court having considered the Motion, finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motion is hereby granted, and the Debtor shall have an additional fourteen (14) days from the date of this Order in which to submit its responses to the Sparrow Creditors' discovery requests.

## END OF ORDER ##

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\Discovery\From Sparrow, Pollard, Goh\Order - Mot for Additional Time to Ans Discovery Requests 9-14-23.wpd