United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-01140-JAW
Bison Land & Minerals, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Sep 15, 2023      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

**Recip ID**      **Recipient Name and Address**
dbpos      + Bison Land & Minerals, LLC, 240 Buckhead Drive, Madison, MS 39110-6616

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:

**Name**      **Email Address**

Abigail M. Marbury
     on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov anita.f.benson@usdoj.gov

Christopher H Meredith
     on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher H Meredith
     on behalf of Creditor Farden Construction Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher H Meredith
     on behalf of Creditor Stevens Welding and Machine LLC cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher J. Steiskal, Sr.
     on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov sarita.dukes@usdoj.gov

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Sep 15, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Craig M. Geno
    on behalf of Debtor In Possession Bison Land & Minerals  LLC cmgeno@cmgenolaw.com, spurvis@cmgenolaw.com,kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com,cleal@cmgenolaw.com

Robert A. Byrd
    rab@byrdwiser.com rbyrd@ecf.axosfs.com

Robert Alan Byrd
    on behalf of Trustee Robert A. Byrd rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Timothy J. Anzenberger
    on behalf of Creditor Kiat Tze Goh tim.anzenberger@arlaw.com amy.nichols@arlaw.com

Timothy J. Anzenberger
    on behalf of Creditor Greg Pollard tim.anzenberger@arlaw.com amy.nichols@arlaw.com

Timothy J. Anzenberger
    on behalf of Creditor Sparrow Oil & Gas LLC tim.anzenberger@arlaw.com amy.nichols@arlaw.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 12

_____

SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 15, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | BISON LAND & MINERALS, LLC | CHAPTER 11 |
| | Debtor | CASE NO. 23-01140-JAW |

## ORDER

THIS CAUSE having come on for consideration on the *Motion for Extension of Time to Respond to Discovery Requests* (the "Motion") **[DK #90]** filed herein by Bison Land & Minerals, LLC (the "Debtor"), the Court having considered the Motion, finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motion is hereby granted, and the Debtor shall have an additional fourteen (14) days from the date of this Order in which to submit its responses to the Sparrow Creditors' discovery requests.

## END OF ORDER ##

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\Discovery\From Sparrow, Pollard, Goh\Order - Mot for Additional Time to Ans Discovery Requests 9-14-23.wpd