## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **BISON LAND & MINERALS, LLC**     **CHAPTER 11**
             Debtor     **CASE NO. 23-01140-JAW**

### MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR-IN-POSSESSION

COME NOW the Law Offices of Craig M. Geno, PLLC and Craig M. Geno (the "Movants"), and file this their *Motion to Withdraw as Counsel for the Debtor-in-Possession* (the "Motion"), and in support thereof, would respectfully show unto this Honorable Court as follows, to-wit:

1. This Honorable Court has jurisdiction of the subject matter herein and the parties hereto. This is a core proceeding.

2. Irreconcilable differences have arisen by, between and among the Movants and Geary Trigleth, current representative of the Debtor. Theses irreconcilable differences require, Movants respectfully submit, that Movants seek authority of the Court to withdraw as counsel for the Debtor-in-Possession.

3. In the event the Court grants the Motion, Movants will work closely with replacement counsel to transition the role of counsel in this case.

4. Other grounds to be assigned upon a hearing hereof if necessary.

WHEREFORE, PREMISES CONSIDERED, Movants respectfully pray that upon a hearing hereof this Honorable Court will enter its order allowing them to withdraw as counsel for the Debtor-in-Possession. Movants pray for general relief.

THIS, the 18th day of September, 2023.

Respectfully submitted,

LAW OFFICES OF CRAIG M. GENO, PLLC AND CRAIG M. GENO

By Their Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
    Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Bison Land & Minerals, LLC\Pleadings\Mot to Withdraw as Counsel 9-18-23.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Christopher J. Steiskal, Esq.
Office of the United States Trustee
christopher.j.steiskal@usdoj.gov

Mr. Geary Trigleth
g.trigleth@bisonexploration.com

Robert A. Byrd, Esq.
Subchapter V Trustee
rab@byrdwiser.com

THIS, the 18th day of September, 2023.

_____
Craig M. Geno