United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-01140-JAW |
| Bison Land & Minerals, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Sep 18, 2023 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2023:**

**Recip ID         Recipient Name and Address**
+ Geary Trigleth, 240 Buckhead Drive, Madison, MS 39110-6616

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason  Name and Address**
aty                          Law Offices of Craig M. Geno, PLLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2023                   Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2023 at the address(es) listed below:

**Name                        Email Address**

Abigail M. Marbury
                            on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov  anita.f.benson@usdoj.gov

Christopher H Meredith
                            on behalf of Creditor Stevens Welding and Machine LLC cmeredith@cctb.com
                            bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher H Meredith
                            on behalf of Attorney Copeland  Cook, Taylor & Bush, P.A. cmeredith@cctb.com,
                            bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher H Meredith
                            on behalf of Creditor Farden Construction  Inc. cmeredith@cctb.com,

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 18, 2023 | Form ID: pdf012 | Total Noticed: 1 |

bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher J. Steiskal, Sr.
    on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov sarita.dukes@usdoj.gov

Craig M. Geno
    on behalf of Debtor In Possession Bison Land & Minerals LLC cmgeno@cmgenolaw.com,
    spurvis@cmgenolaw.com,kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com,cleal@cmgenolaw.com

Robert A. Byrd
    rab@byrdwiser.com rbyrd@ecf.axosfs.com

Robert Alan Byrd
    on behalf of Trustee Robert A. Byrd rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Timothy J. Anzenberger
    on behalf of Creditor Kiat Tze Goh tim.anzenberger@arlaw.com amy.nichols@arlaw.com

Timothy J. Anzenberger
    on behalf of Creditor Greg Pollard tim.anzenberger@arlaw.com amy.nichols@arlaw.com

Timothy J. Anzenberger
    on behalf of Creditor Sparrow Oil & Gas LLC tim.anzenberger@arlaw.com amy.nichols@arlaw.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 12

Form hn002jaw (Rev. 07/21)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Bison Land & Minerals, LLC

CASE NO. 23−01140−JAW

**DEBTOR.**

CHAPTER 11

## NOTICE OF HEARING AND DEADLINES

The Law Offices of Craig M. Geno, PLLC and Craig M. Geno have filed a Motion to Withdraw as Counsel for the Debtor−in−Possession (the "Motion") (Dkt. #93) with the Court in the above−styled case.

**<u>Your rights may be affected</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)

The Court will hold an evidentiary hearing (the "Hearing") on October 19, 2023, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before October 10, 2023 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the Hearing date.

Dated: 9/18/23

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

Parties Noticed:

Bison Land & Minerals, LLC, Debtor

Craig M. Geno, Esq., Counsel for the DebtorInPossession

Geary Trigleth

Robert Alan Byrd, Trustee

United States Trustee

Abigail M. Marbury, Esq., Counsel for the United States Trustee

Christopher J. Steiskal, Sr., Esq., Counsel for the United States Trustee

All Parties Filing a Notice of Appearance