**Exhibit "A"**

**From:** 2147627296@mms.att.net
**Date:** September 18, 2023 at 5:36:34 PM CDT
**To:** ezgogo88@gmail.com

 Go back where you came from buckwheat!!! May be the best in the end, much safer! You morons left owing millions of dollars to people and when I don't get them paid a few of them have said they will definitely pay your ass a visit!! Just a little advice to a moron!!! You don't treat people that way and expect compassion or respect. You totally disrespected them and a few of these boys I don't think you want some of. I'll make sure to forward your home address to your constituents you stiffed! And fucked over!! The best is yet to come motherfucker, BET THAT!!!'nnnn

**From:** 2147627296@mms.att.net
**Date:** September 18, 2023 at 5:28:52 PM CDT
**To:** ezgogo88@gmail.com

 I think you may want to change country clubs soon ass hole!! Fuck you and I am enjoying sticking all this up your monkey looking ass!' You will regret ever meeting me and ducking with me you fucking punk ass bitch!! Like you're even going to say or do anything buckwheat. Who you gonna call Ghost Busters??? You are not going to like what happens next I promise. But you and shit for brains are the only reason I'm doing what I am doing!! You stupid WOKE ass punk!! Fuck you, your mother and entire family motherfucker!! What ya gonna do kenny? Maybe go suck pollards Dick? FUCK YOU PUNK ASS BITCH! Put that on the internet and file it if record. I don't give a fuck as it doesn't affect me for a minute. I'm running this project up your ass bitch! You just remember what happens when you fuck with me. I shit guys like you every morning!! What you gonna do kenny call your attorney. Obvious to me he hasn't accomplished jack shit!! And won't! Believe that!!!!

1

**From:** 2147627296@mms.att.net
**Date:** September 18, 2023 at 5:43:33 PM CDT
**To:** ezgogo88@gmail.com

 Recourse is about to start its way into reality! Let the games begin!!!!! I definitely wouldn't want to be you for many reasons but I know some of these rednecks you fucked over don't play that woke ass bullshit you represent and expect. See much of gigs country is not woke and there are men out there that takes matters at hand buckwheat!! Coming to your town soon!! I may even pay for their gas! They think that they can convince you to pay your bills. Not to sure how but that will be between you and them. Care if I send you a few of their phone numbers?

1

**From:** 2147627296@mms.att.net
**Date:** September 19, 2023 at 12:18:55 PM CDT
**To:** ezgogo88@gmail.com

Fuck you you fucking Malaysian piece of shit fuck you

1