Exhibit "B"



I just thought I would take a moment and check on you. Haha. Really sending this to make your day!! Fuck your fat ass fuck that whore wife of yours and that dick sucking punk ass bitch kid of yours! Have a nice day cock sucker!!!!!!
Remember the gig in Africa, that man knows Mark and he told him about your incapabilities on site and told him you were a total fucking moron!! And about the money you owe Mark. You had the job but we put a serious stop on that. You ever heard of black balled? You are with them.



a serious stop on that. You ever heard of black balled? You are with them. Interesting how shit works it way around to find justice end the end!! I am so proud of Mark and me for fucking you out of that opportunity!! You fat piece of shit. By the way I heard you gay son sucked Dick. Doesn't he call you twice a day telling you how much Kami swallowed. I never ever heard of a man in college calling his daddy 20 times a day the bitch about a fucking hangnail. What a fucking pussy! By the way did I say go fuck yourself lately? I also found it interesting you were packing a gun when we met in Dallas. That in itself





6:09

**GT**
Geary

about a fucking hangnail. What a fucking pussy! By the way did I say go fuck yourself lately?  I also found it interesting you were packing a gun when we met in Dallas. That in itself shows you're a  punk ass bitch and  your cowardliness.  Just like you did running from ND and hiding!! You are really something special greg!!! And that ugly fat bitch you're married to!!! Total LOSERS!

Cat got your tongue buckwheat??? No surprise from a fucking coward. It would make my day for you to even think about facing me face to face punk!!!







you definitely deserve what you are receiving in life. You shut on and fuck people over it hard to think good things are going to happen. You're a total fucking loser, you PROVED that. What are you gonna do you punk ass bitch call Kenny's attorney. That's what I thought. Just like that punk ass son of yours. Like father like son. Imagine that!!



Here is a little tid bit for you! 💩💩💩

I promise I've never met a bigger, cocksucker loser than you iin my fucking life and I've met a lot





**Geary**

I promise I've never met a bigger, cocksucker loser than you iin my fucking life and I've met a lot

Today 12:18 PM

I really didn't want to miss an opportunity of another day to go tell you to go fuck yourself you fat piece of fucking shit chickenshit coward motherfucker, fuck you fuck your mama your fucking daddy, your whole mother and a fucking whore wife are yours fuck you you fat chickenshit piece of fucking shit! Send it to your mama send it to your attorney put it on the Internet fuck you! NF, dick sucking son of yours





**Geary**

Today 7:32 AM

By the way fuck you in that whore you live with

You took the greatest opportunity of your life and totally shit on it and everybody else! Your total fucking moron and you can build a fucking 4 x 4' doghouse you stupid motherfucker

It's just totally amazing how in competent your fucking ass is and how fucking stupid! If you haven't been over there, sucking your little friends, dick every fucking day and paying attention to what's going on maybe you could've figured it out! Actually, I doubt that!





Yeah, that Riley motherfucker and by the way, when you talk to that dick sucker tell him, I said he can go fuck himself and his whore ass mother fuck both you cocksuckers chickenshit motherfuckers. I just wish that I had the opportunity to be standing in front of your punk ass! You coward motherfucker! Oh, by the way, fuck that whore wife and that fucking gay dick, sucking son of yours who you gonna call ghostbusters! Oh, by the way fuck your attorney send this to him and tell your attorney I said he needs to suck my dick fucking piece of shit all you motherfuckers.





your attorney I said he needs to suck my dick fucking piece of shit all you motherfuckers.

You're attorneys, just taking somebody's money here and will do a fucking thing to help you that ignorant motherfucker fuck all you cocksuckers. And by the way, give that piece of shit attorney, my fucking phone number and tell him he doesn't fucking like it give me a call! But he's probably a coward dick sucking piece of shit like you, I'm sure that won't happen because none these motherfuckers got fucking balls and coneys to do a motherfucking thing

