United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 23-01140-JAW
Bison Land & Minerals, LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 4
Date Rcvd: Sep 21, 2023     Form ID: pdf012     Total Noticed: 113

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Bison Land & Minerals, LLC, 240 Buckhead Drive, Madison, MS 39110-6616 |
| aty | + | Craig M. Geno, Law Offices of Craig M. Geno, PLLC, 587 Highland Colony Pkwy., Ridgeland, MS 39157-8784 |
| aty | + | Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, PC, 11 Greenway Plaza, Ste 1400, Houston, TX 77046-1130 |
| intp | + | Frank L. Broyles, Law Office of Frank L. Broyles, 955 W. John Carpenter Freeway, Suite 100, Irving, TX 75039-2502 |
| cr | + | Greg Pollard, c/o Timothy J. Anzenberger, Adams and Reese LLP, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| cr | + | Kiat Tze Goh, c/o Timothy J. Anzenberger, Adams and Reese LLP, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| cr | + | Sparrow Oil & Gas LLC, c/o Timothy J. Anzenberger, Adams and Reese LLP, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| 5242836 | + | Barb Besse, 1401 3rd Street NE, Apt. G, Devils Lake, ND 58301-3323 |
| 5242835 | + | Barbara Jane Mancuso, et vir., 11413 Ash Creek Drive, Houston, TX 77043-4608 |
| 5232471 | | Basin Service Company, Inc., 9926 Highway 83, Westhope, ND 58793 |
| 5256522 | + | Basin Service Company, Inc., P O Box 397, Westhope ND 58793-0397 |
| 5232472 | + | Boudes Field Service, LLC, 5743 137th Avenue NW, Williston, ND 58801-8911 |
| 5232473 | | Boudes Field Service, LLC, P.O. Box 10215, Williston, ND 58803-0006 |
| 5232474 | | C & C Welding, LLC, 10246 County Road 49, Bottineau, ND 58318-7114 |
| 5242837 | + | Chad Eric Lejeune, et ux., 135 Unatex Road, Eunice, LA 70535-7006 |
| 5240222 | | Christopher H. Meredith, Esq., Copeland, Cook, Taylor & Bush, P.A., Counsel for Farden Construction, Inc., P.O. Box 6020, Ridgeland, MS 39158-6020 |
| 5240223 | | Christopher H. Meredith, Esq., Copeland, Cook, Taylor & Bush, P.A., Counsel for Stevens Welding and Machine, P.O. Box 6020, Ridgeland, MS 39158-6020 |
| 5232475 | | Crazy Cowboy Trucking, Inc., 7330 35th Avenue NW, Berthold, ND 58718-9406 |
| 5242838 | + | Curtis Undlin, et ux., 8741 29th Avenue NW, Lansford, ND 58750-9507 |
| 5242839 | | Dale C. Whited, 8131 West Montana Street #14, Rathburn, ID 83815 |
| 5256525 | + | Dalton Petersen, 9215 55th Ave NW, Kenmare, ND 58746-9653 |
| 5242840 | + | Daniel Gribbon, et ux., 461 Hunters Trophy, New Braunfels, TX 78132-4776 |
| 5242841 | + | Darrel J. Duplechin, et al., 287 Buggy Road, Eunice, LA 70535-7023 |
| 5242842 | + | Dianne Lundgren Kron, 114 Mason Avenue, Gretna, LA 70053-7018 |
| 5242843 | + | Douglas R. Schwartz, P.O. Box 97, Mohall, ND 58761-0097 |
| 5242844 | + | EnTec Services, LLC, 240 Buckhead Drive, Madison, MS 39110-6616 |
| 5232476 | + | Farden Construction, Inc., Christopher H. Meredith, CCTB, PA, P O Box 6020, Ridgeland, MS 39158-6020 |
| 5242845 | + | Frank Dale Zaunbrecher, et ux., 207 Alaska Lane, Eunice, LA 70535-6825 |
| 5232477 | + | G-Style Transport, LLC, 5033 Jackson Street, Williston, ND 58801-4021 |
| 5232478 | | G-Style Transport, LLC, P.O. Box 2104, Willston, ND 58802-2104 |
| 5238454 | + | Geary Trigleth, 240 Buckhead Drive, Madison, MS 39110-6616 |
| 5238455 | + | Geir Rorstad, 182 Tummotley Drive, Loudon, TN 37774-2120 |
| 5238456 | + | Greg Pollard, 7700 Cody Lane, Apt. 2911, Sachse, TX 75048-6683 |
| 5242847 | + | Guy Perrodin, 3957 Basile Eunice Hwy, Basile, LA 70515-3204 |
| 5232480 | + | Halliburton Energy Services, Inc., c/o Capital Corporate Services, Inc., 1213 NP Avenue, Suite 301, Fargo, ND 58102-4798 |
| 5232479 | | Halliburton Energy Services, Inc., Jeff Carruth, Weycer, Kaplan, Pu8laski & Zuber, P.C., 2608 Hibernia, Ste 105, Dallas, TX 75204-2514 |
| 5232481 | + | Halliburton Manufacturing & Leasing Company, LLC, c/o Capital Corporate Services, Inc., 1213 NP Avenue, Suite 301, Fargo, ND 58102-4798 |
| 5232482 | + | Hefty Seed Company, 47504 252nd Street, Baltic, SD 57003-5961 |
| 5261710 | + | Hunter Drilling Services, Inc., 9215 55th Ave NW, Kenmare, ND 58746-9653 |
| 5232483 | | Hunter Logistics, c/o Dalton Petersen, 9215 55th Avenue NW, Kenmare, ND 58746-9653 |
| 5242848 | + | J. Earl Toups Farms, LLC, P.O. Box 396, Basile, LA 70515-0396 |

| District/off: 0538-3 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: pdf012 | Total Noticed: 113 |

| | | |
|---|---|---|
| 5242849 | + | Jed Person, et ux., 7020 Shadow Lane, Lake Charles, LA 70605-9055 |
| 5260199 | + | Jeff Carruth, Esq., Weycer, Kaplan, Pulaski & Zuber, PC, For Halliburton Energy Services, Inc., 11 Greenway Plaza, Ste 1400, Houston, TX 77046-1130 |
| 5242850 | + | Jerod Paul Doucett, et ux., 345 Unatex Road, Eunice, LA 70535-7060 |
| 5242851 | + | John Austin Young, P.O. Drawer 100, Basile, LA 70515-0100 |
| 5242852 | + | K.C. Enterprises of Basile, Louisiana, Inc., 180 Wings Lane, Basile, LA 70515-3334 |
| 5242853 | + | Kathy Keonig, 805 S Dixie Drive #56, St. George, UT 84770-6360 |
| 5242854 | | Kendi Brooks Williams, et ux., 391 Unatex Road, Eunice, LA 70535-7060 |
| 5238457 | + | Kiat Tze Kenny Goh, 5549 Falls Road, Dallas, TX 75220-2111 |
| 5232484 | + | Knight Oil Tools, c/o VeriCore, 10115 Kincey Avenue, Suite 100, Huntersville, NC 28078-6482 |
| 5257224 | | Knight Oil Tools, LLC, c/o Connor Smith, Dore Rothberg Law, PC, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 |
| 5242856 | + | Larry Paul Lejeune, et ux., 165 Unatex Road, Eunice, LA 70535-7006 |
| 5238458 | + | Linda Correll, 6927 Alpha Road, Dallas, TX 75240-3601 |
| 5242857 | + | Linda L. Robbins, 187 Arroyo, Richland, WA 99352-8488 |
| 5242858 | | Lucinda Young Feucht, 154 Feucht Lane, Eunice, LA 70535 |
| 5242859 | + | Lynette Young Feucht, 430 South Fifth Street, Eunice, LA 70535-5310 |
| 5242079 | + | MWD Technologies USA, LLC, dba Mesa West Directional, MWD Technologies USA, LLC, PO Box 454, Maker MT 59313-0454 |
| 5242860 | + | Mark Perrodin, 5000 Leon Drive, Lot #20, Lake Charles, LA 70605-6437 |
| 5242861 | + | Mark Sidney Denette, et ux., P.O. Box 538, Basile, LA 70515-0538 |
| 5242862 | + | Mary Carter, 3209 Crimson Street NW, Mandan, ND 58554-1369 |
| 5242863 | + | Melissa Sonnier Seilhan, 429 Unatex Road, Eunice, LA 70535-7009 |
| 5232485 | + | Mesa West Directional, Corporate, 361 S Camino Del Rio #164, Durango, CO 81303-7997 |
| 5250540 | + | Mesa West Directional, 6 1st Avenue W, Williston, ND 58801-6048 |
| 5232488 | + | Mountain Mud of North Dakota, LLC, c/o Legalinc Corporate Services, Inc., 1709 N 19th Street, Suite 3, Bismarck, ND 58501-2121 |
| 5232487 | | Mountain Mud of North Dakota, LLC, 1301 E Lincoln Street, Gillette, WY 82716-3017 |
| 5232489 | | ND&T Services, Inc., 302 Main Street E, Mohall, ND 58761-4079 |
| 5232490 | | ND&T Services, Inc., P.O. Box 335, Mohall, ND 58761-0335 |
| 5242864 | + | Nadja Hays, 428 Marina Oaks Drive, Mandeville, LA 70471-1566 |
| 5242865 | + | Nancy Jermundson-Buttke, 3700 Lone Mountain Road, Hereford, AZ 85615-9656 |
| 5232491 | | Neset Consulting Service, Inc., 6844 Highway 40, Tioga, ND 58852-9403 |
| 5256518 | + | Neset Consulting, Inc., Lawrence Bender, 1133 College Drive, Suite 1000, Bismarck, ND 58501-1242 |
| 5232492 | + | Neset Repair & Sales, Inc., 15372 2nd Street NE, Mayville, ND 58257-9041 |
| 5242866 | + | Noble Person, et al., 1145 Clay Road, Basile, LA 70515-5022 |
| 5232493 | | North Country Oil Inc., 7258 38th Street NW, Parshall, ND 58770-9406 |
| 5232494 | + | North Dakota Workforce Safety & Insurance, 1600 E. Century Avenue, Suite 1, Bismarck, ND 58503-0649 |
| 5232495 | | Northwell Rentals (Lloydminster), Inc., 6401 - 63 Avenue, Lloydminster, AB T9V 3A4, Canada |
| 5249976 | | Northwell Rentals (Lloydminster), Inc., c/o Reynolds Mirth Richards & Farmer LLP, 3200 - 10180 101 Street, Canada, T5J 3W8, Edmonton, Alberta |
| 5232496 | + | O-Keeffe Oil Company, 603 Main Street E, P.O. Box 130, Mohall, ND 58761-0130 |
| 5242867 | + | Ortega Brother Farms, LLC, 1688 Tepetate Road, Basile, LA 70515-3506 |
| 5247858 | + | Pason Systems USA Corp, 8630 Fallbrook Drive, Ste 100, Houston, TX 77064-3223 |
| 5242868 | + | Patricia Hrichena, 1508 18th Avenue SW, Minot, ND 58701-6133 |
| 5242869 | + | Priscilla May, 830 3rd Street SW, Apt. D, Minot, ND 58701-4668 |
| 5232497 | + | Propane Services, 101 West Main Street, P.O. Box 339, Mohall, ND 58761-0339 |
| 5242875 | + | RSD-MSS, LLC, 469 Unatex Road, Eunice, LA 70535-7009 |
| 5242870 | + | Rebecca Sonnier Duhon, et vir., 469 Unatex Road, Eunice, LA 70535-7009 |
| 5232499 | | Recon Oilfield Services, Inc., P.O. Box 2101, Conway, AR 72033-2101 |
| 5232498 | + | Recon Oilfield Services, Inc., 1803 Clara Drive, Conway, AR 72034-7740 |
| 5242871 | + | Red Crown Royalties, LLC, 1490 W Canal Court, Suite 3000, Littleton, CO 80120-5648 |
| 5242872 | + | Reginald J. Sonnier, 4441 George Soileau Road, Eunice, LA 70535-1916 |
| 5242873 | + | Reginald W. Zaunbrecher, et al., 1330 Hazel Street, Eunice, LA 70535-2103 |
| 5242874 | | Rhea Faye Person, 645 Allie Young Lane, Eunice, LA 70535 |
| 5232500 | | Smith Bits, 200 - 125 9 Avenue SE, Calgary, AB T2E 0P6, Canada |
| 5255758 | + | Smith Bits A Schlumberger Company, Mehaffy Weber, P.C., c/o Holly C. Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| 5232501 | + | Smith International, P.O. Box 732136, Dallas, TX 75373-2136 |
| 5258941 | + | Sparrow Oil & Gas LLC, Greg Pollard, and, Kiat Tze Goh, c/o Timothy J. Anzenberger, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| 5257225 | | Stallion Oilfield Services LTD, c/o Connor Smith Dore Rothberg Law, PC, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 |
| 5232503 | + | Stallion Oilfield Services Ltd., d/b/a Stallion Oilfield Services LP, c/o Corporation Service Company, 600 S 2nd Street, Suite 155, Bismarck, ND 58504-5729 |
| 5232502 | | Stallion Oilfield Services Ltd., d/b/a Stallion Oilfield Services LP, 950 Corbindale Road, Suite 400, Houston, TX 77024-2849 |
| 5232504 | + | Stevens Welding and Machine LLC, Christopher H. Meredith, CCTB, P.A., P.O. Box 6020, Ridgeland, MS 39158-6020 |
| 5232505 | | Stevens Welding and Machine, LLC, 9035 County Road 17B, Maxbass, ND 58760-9736 |
| 5253450 | + | Timothy J. Anzenberger, Esq., Adams and Reese LLP, For Greg Pollard, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS |

| District/off: 0538-3 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: pdf012 | Total Noticed: 113 |

| | | |
|---|---|---|
| | | 39157-2057 |
| 5253451 | + | Timothy J. Anzenberger, Esq., Adams and Reese LLP, For Kiat Tze Goh, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| 5253449 | + | Timothy J. Anzenberger, Esq., Adams and Reese LLP, For Sparrow Oil & Gas LLC, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| 5232506 | + | Tuffy's Pump Shop and Repair, Inc., P.O. Box 352, 215 County Road 9, Mohall, ND 58761-4002 |
| 5232507 | + | United Rentals, Inc., c/o Corporation Service Company, 600 S 2nd Street, Suite 155, Bismarck, ND 58504-5729 |
| 5232508 | + | Warren Transport, Inc., c/o The Prentice-Hall Corporation System, 600 S 2nd Street, Suite 155, Bismarck, ND 58504-5729 |
| 5232509 | + | Wyoming Casing Service, Inc., 198 40th Street E, Dickinson, ND 58601-7818 |
| 5232510 | | Wyoming Casing Service, Inc., P.O. Box 1153, Dickinson, ND 58602-1153 |

TOTAL: 108

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5232622 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 21 2023 19:19:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5232624 + | Email/Text: ebone.woods@usdoj.gov | Sep 21 2023 19:19:00 | Internal Revenue Service, c/o United States Attorney, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5232623 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Sep 21 2023 19:19:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5232621 | Email/Text: atlreorg@sec.gov | Sep 21 2023 19:19:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 5232625 + | Email/Text: ebone.woods@usdoj.gov | Sep 21 2023 19:19:00 | U.S. Securities and Exchange Commission, c/o United States Attorney, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Copeland, Cook, Taylor & Bush, P.A. |
| aty | | Craig M. Geno |
| aty | | Law Offices of Craig M. Geno, PLLC |
| cr | | Farden Construction, Inc. |
| cr | | Halliburton Energy Services, Inc. |
| cr | | Stevens Welding and Machine LLC |
| 5242876 | | Sparrow Oil & Gas, 7700 Cody Lane, Apt. 2911 |
| 5242846 | *+ | Greg Pollard, 7700 Cody Lane, Apt. 2911, Sachse, TX 75048-6683 |
| 5242855 | *+ | Kiat Tze Kenny Goh, 5549 Falls Road, Dallas, TX 75220-2111 |
| 5258943 | *+ | Sparrow Oil & Gas LLC, Greg Pollard, and, Kiat Tze Goh, c/o Timothy J. Anzenberger, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| 5258944 | *+ | Sparrow Oil & Gas LLC, Greg Pollard, and, Kiat Tze Goh, c/o Timothy J. Anzenberger, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| 5232486 | ##+ | Mesa West Directional, Operations, 4925 Ridge Drive, Unit A, Williston, ND 58801-5047 |

TOTAL: 7 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf012 | Total Noticed: 113 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023　　　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

**Name**　　　　**Email Address**

Abigail M. Marbury
　　on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov  anita.f.benson@usdoj.gov

Christopher H Meredith
　　on behalf of Creditor Farden Construction  Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher H Meredith
　　on behalf of Creditor Stevens Welding and Machine LLC cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher H Meredith
　　on behalf of Attorney Copeland  Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher J. Steiskal, Sr.
　　on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov  sarita.dukes@usdoj.gov

Craig M. Geno
　　on behalf of Debtor In Possession Bison Land & Minerals  LLC cmgeno@cmgenolaw.com, spurvis@cmgenolaw.com,kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com,cleal@cmgenolaw.com

Robert A. Byrd
　　rab@byrdwiser.com  rbyrd@ecf.axosfs.com

Robert Alan Byrd
　　on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Timothy J. Anzenberger
　　on behalf of Creditor Sparrow Oil & Gas LLC tim.anzenberger@arlaw.com  amy.nichols@arlaw.com

Timothy J. Anzenberger
　　on behalf of Creditor Kiat Tze Goh tim.anzenberger@arlaw.com  amy.nichols@arlaw.com

Timothy J. Anzenberger
　　on behalf of Creditor Greg Pollard tim.anzenberger@arlaw.com  amy.nichols@arlaw.com

United States Trustee
　　USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 12

_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 21, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

BISON LAND & MINERALS, LLC,                                    CASE NO. 23-01140-JAW

DEBTOR.                                                                           CHAPTER 11

**ORDER GRANTING MOTION TO WITHDRAW**
**AS COUNSEL FOR THE DEBTOR-IN-POSSESSION**

This matter came before the Court on the Motion to Withdraw as Counsel for the Debtor-in-Possession (the "Motion to Withdraw") (Dkt. #93) filed by the Law Offices of Craig M. Geno, PLLC and Craig M. Geno (collectively, "Geno") in the above-styled bankruptcy case (the "Bankruptcy Case"). Geno seeks this Court's permission, pursuant to Rule 9010-1(b)(5)(B) of the Uniform Local Rules of the U.S. Bankruptcy Courts for the Northern and Southern Districts of Mississippi ("Local Rule 9010-1(b)(5)"), to withdraw as counsel for the debtor, EnTec Services, LLC (the "Debtor"), in this Bankruptcy Case on the ground that "[i]rreconcilable differences have arisen by, between and among [Geno] and Geary Trigleth, current representative of the Debtor." (Dkt. #93). In the Motion to Withdraw, Geno does not elaborate on the nature of these irreconcilable differences. They become apparent, however, from the allegations contained in the Motion to Withdraw Motion for Authority to Sell Equipment Outside the Ordinary Course of Business Free and Clear of Liens, Claims and Interests (the "Motion to Withdraw Sale Motion") filed in the

bankruptcy case of an affiliated debtor, EnTec Services, LLC, Case No. 23-01141-JAW, Dkt. #97. In the Motion to Withdraw Sale Motion, Geno alleges that "[w]hen [he] advised Mr. Trigleth that he was still to continue in his role as Debtor's counsel until such time as he was relieved of that role, Mr. Trigleth sent one email, as part of a barrage of profane, vulgar and insulting emails, advising counsel not to expect anything from him and not to contact him." (Case No. 23-01141-JAW, Dkt. #97). The emails attached to the Motion to Withdraw Sale Motion establish that irreconcilable differences have arisen justifying Geno's withdraw as Debtor's counsel.[1]

Based on the allegations in the Motion to Withdraw and the Motion to Withdraw Sale Motion, the Court finds that the Motion to Withdraw satisfies the requirements of Local Rule 9010-1(b)(5), that Geno has shown good cause for withdrawing from this Bankruptcy Case, and that the Debtor has had sufficient notice of the withdrawal of his representation. *See In re Wynn*, 889 F.2d 644, 646 (5th Cir. 1989). The Court will grant the Debtor thirty (30) days from the date of this Order to obtain substitute counsel.

The Court finds it appropriate to state its expectations regarding the future administration of the Bankruptcy Case. A hearing on the Motion to Dismiss or, Alternatively, to Modify the Automatic Stay (Dkt. #58) and on confirmation of the Debtor's Subchapter V Plan of Reorganization (Dkt. #68) is scheduled for November 15-17, 2023 (the "Hearing"). (Dkt. #82, #83). Although the Court is granting the Debtor thirty (30) days to obtain substitute counsel, new counsel should be retained well in advance of that Hearing. In that regard, "the long standing and consistent court interpretation of [28 U.S.C.] § 1654 is that [a corporation] must be represented by licensed

---

[1] The Court notes that motions to withdraw have also been filed by bankruptcy counsel in: (1) the chapter 11 case of the Debtor's affiliate, EnTec Services, LLC, Case No. 23-01141-JAW, where Geary Trigleth also serves as the debtor's representative, and (2) Geary Trigleth's individual chapter 11 case, Case No. 23-01504-JAW.

counsel." *Sw. Express Co. v. Interstate Commerce Comm'n*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only though licensed counsel."). Thus, Geary Trigleth, who is not a licensed attorney, may not represent the Debtor at the Hearing, file pleadings, or otherwise appear on behalf of the Debtor in this Bankruptcy Case. Moreover, the failure of the Debtor to obtain substitute counsel may result in the dismissal of the Bankruptcy Case without further notice or hearing.

IT IS, THEREFORE, ORDERED that the Motion to Withdraw is hereby granted and Geno is hereby authorized to withdraw as counsel for the Debtor. Geno shall immediately provide a copy of this Order to the Debtor and shall notify the Clerk's Office of the Debtor's current email and mailing address.

IT IS FURTHER ORDERED that the Debtor shall have thirty (30) days from the date of this Order to obtain substitute counsel. **The Debtor's failure to retain legal counsel within thirty (30) days from the date of this Order may result in the dismissal of the Bankruptcy Case without further notice or hearing.**

##END OF ORDER##