Form ntcdsm (Rev. 12/15)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 23−01140−JAW
Chapter: 11

In re:
    Bison Land & Minerals, LLC
    240 Buckhead Drive
    Madison, MS 39110

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

Employer Tax Identification No(s). (if any):
    84−2840113

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on September 29, 2023.

Dated: 9/29/23                          Danny L. Miller, Clerk of Court
                                                         Thad Cochran U.S. Courthouse
                                                         501 E. Court Street
                                                         Suite 2.300
                                                         Jackson, MS 39201
                                                         601−608−4600