IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

BISON LAND & MINERALS, LLC   CASE NO. 23-01140 JAW

NOTICE

TO ALL CREDITORS AND PARTIES-IN-INTEREST:

 **NOTICE IS HEREBY GIVEN** that Robert Alan Byrd, the Subchapter V Trustee, in the above styled and numbered cause, has filed with this Court an Application for Allowance of Fees and Expenses in the amount of $4,823.25.

 Any response to said Application must be filed via ECF if you are registered with the Electronic Case Filing system, or in the alternative by mail to the Thad Cochran United States Courthouse, 501 E. Court Street, Suite 2.300, Jackson, MS 39201 no later than twenty one (21) days from the date of this Notice. A copy of any such Response shall also be served upon Robert Byrd, Subchapter V Trustee, at the address shown below.

 In the absence of responses, the Court will rule on theApplication, ex parte. Copies of said application may be obtained by written request to Robert Byrd, Subchapter V Trustee, upon payment of copying and mailing expenses. Said Application is also on file with the United States Bankruptcy Court and is available for review by creditors.

DATED: 10/11/2023

BY: /S/ROBERT ALAN BYRD
SUBCHAPTER V TRUSTEE
MSB#7651
BYRD & WISER
PO DRAWER 1939
BILOXI, MS 39533
(228) 432-8123
EMAIL: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

## CERTIFICATE

I, ROBERT ALAN BYRD, Subchapter V Trustee, do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

**ALL PARTIES LISTED ON THE SERVICE LIST ATTACHED HERETO**

U.S. Trustee via the Court's ECF system at **USTPRegion05.JA.ECF@usdoj.gov**

This the 11th day of October, 2023.

/S/Robert Alan Byrd
ROBERT ALAN BYRD#7651

Prepared by:
Robert Alan Byrd, MSB No. 7651
BYRD & WISER
Attorneys at Law
145 Main Street -39530
P O Box 1939
Biloxi MS 39533
Tel: 228.432.8123
Fax: 228.432.7029
Email: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

Label Matrix for local noticing
0538-3
Case 23-01140-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Wed Oct 11 14:44:26 CDT 2023

Bison Land & Minerals, LLC
240 Buckhead Drive
Madison, MS 39110-6616

Sparrow Oil & Gas LLC
c/o Timothy J. Anzenberger
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157-2057

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

Barb Besse
1401 3rd Street NE
Apt. G
Devils Lake, ND 58301-3323

Barbara Jane Mancuso, et vir.
11413 Ash Creek Drive
Houston, TX 77043-4608

Basin Service Company, Inc.
9926 Highway 83
Westhope, ND 58793

Basin Service Company, Inc.
P O Box 397
Westhope ND 58793-0397

Boudes Field Service, LLC
5743 137th Avenue NW
Williston, ND 58801-8911

Boudes Field Service, LLC
P.O. Box 10215
Williston, ND 58803-0006

C & C Welding, LLC
10246 County Road 49
Bottineau, ND 58318-7114

Chad Eric Lejeune, et ux.
135 Unatex Road
Eunice, LA 70535-7006

Christopher H. Meredith, Esq.
Copeland, Cook, Taylor & Bush, P.A.
Counsel for Farden Construction, Inc.
P.O. Box 6020
Ridgeland, MS 39158-6020

Christopher H. Meredith, Esq.
Copeland, Cook, Taylor & Bush, P.A.
Counsel for Stevens Welding and Machine
P.O. Box 6020
Ridgeland, MS 39158-6020

Crazy Cowboy Trucking, Inc.
7330 35th Avenue NW
Berthold, ND 58718-9406

Curtis Undlin, et ux.
8741 29th Avenue NW
Lansford, ND 58750-9507

Dale C. Whited
8131 West Montana Street #14
Rathburn, ID 83815

Dalton Petersen
9215 55th Ave NW
Kenmare, ND 58746-9653

Daniel Gribbon, et ux.
461 Hunters Trophy
New Braunfels, TX 78132-4776

Darrel J. Duplechin, et al.
287 Buggy Road
Eunice, LA 70535-7023

Department of Treasury -
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Dianne Lundgren Kron
114 Mason Avenue
Gretna, LA 70053-7018

Douglas R. Schwartz
P.O. Box 97
Mohall, ND 58761-0097

EnTec Services, LLC
240 Buckhead Drive
Madison, MS 39110-6616

Farden Construction, Inc.
Christopher H. Meredith, CCTB, PA
P O Box 6020
Ridgeland, MS 39158-6020

Frank Dale Zaunbrecher, et ux.
207 Alaska Lane
Eunice, LA 70535-6825

G-Style Transport, LLC
5033 Jackson Street
Williston, ND 58801-4021

G-Style Transport, LLC
P.O. Box 2104
Willston, ND 58802-2104

Geary Trigleth
240 Buckhead Drive
Madison, MS 39110-6616

Geir Rorstad
182 Tummotley Drive
Loudon, TN 37774-2120

| | | |
|---|---|---|
| Greg Pollard<br>7700 Cody Lane<br>Apt. 2911<br>Sachse, TX 75048-6683 | Guy Perrodin<br>3957 Basile Eunice Hwy<br>Basile, LA 70515-3204 | Halliburton Energy Services, Inc.<br>Jeff Carruth<br>Weycer, Kaplan, Pu8laski & Zuber, P.C.<br>2608 Hibernia, Ste 105<br>Dallas, TX 75204-2514 |
| Halliburton Energy Services, Inc.<br>c/o Capital Corporate Services, Inc.<br>1213 NP Avenue<br>Suite 301<br>Fargo, ND 58102-4798 | Halliburton Manufacturing & Leasing Company,<br>c/o Capital Corporate Services, Inc.<br>1213 NP Avenue<br>Suite 301<br>Fargo, ND 58102-4798 | Hefty Seed Company<br>47504 252nd Street<br>Baltic, SD 57003-5961 |
| Hunter Drilling Services, Inc.<br>9215 55th Ave NW<br>Kenmare, ND 58746-9653 | Hunter Logistics<br>c/o Dalton Petersen<br>9215 55th Avenue NW<br>Kenmare, ND 58746-9653 | Internal Revenue Service<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 |
| J. Earl Toups Farms, LLC<br>P.O. Box 396<br>Basile, LA 70515-0396 | Jed Person, et ux.<br>7020 Shadow Lane<br>Lake Charles, LA 70605-9055 | Jeff Carruth, Esq.<br>Weycer, Kaplan, Pulaski & Zuber, PC<br>For Halliburton Energy Services, Inc.<br>11 Greenway Plaza, Ste 1400<br>Houston, TX 77046-1130 |
| Jerod Paul Doucett, et ux.<br>345 Unatex Road<br>Eunice, LA 70535-7060 | John Austin Young<br>P.O. Drawer 100<br>Basile, LA 70515-0100 | K.C. Enterprises of Basile, Louisiana, Inc.<br>180 Wings Lane<br>Basile, LA 70515-3334 |
| Kathy Keonig<br>805 S Dixie Drive #56<br>St. George, UT 84770-6360 | Kendi Brooks Williams, et ux.<br>391 Unatex Road<br>Eunice, LA 70535-7060 | Kiat Tze Kenny Goh<br>5549 Falls Road<br>Dallas, TX 75220-2111 |
| Knight Oil Tools<br>c/o VeriCore<br>10115 Kincey Avenue<br>Suite 100<br>Huntersville, NC 28078-6482 | Knight Oil Tools, LLC<br>c/o Connor Smith, Dore Rothberg Law, PC<br>16225 Park Ten Place Dr., Suite 700<br>Houston, TX 77084 | Larry Paul Lejeune, et ux.<br>165 Unatex Road<br>Eunice, LA 70535-7006 |
| Linda Correll<br>6927 Alpha Road<br>Dallas, TX 75240-3601 | Linda L. Robbins<br>187 Arroyo<br>Richland, WA 99352-8488 | Lucinda Young Feucht<br>154 Feucht Lane<br>Eunice, LA 70535 |
| Lynette Young Feucht<br>430 South Fifth Street<br>Eunice, LA 70535-5310 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | MWD Technologies USA, LLC<br>dba Mesa West Directional<br>MWD Technologies USA, LLC<br>PO Box 454<br>Maker MT 59313-0454 |
| Mark Perrodin<br>5000 Leon Drive<br>Lot #20<br>Lake Charles, LA 70605-6437 | Mark Sidney Denette, et ux.<br>P.O. Box 538<br>Basile, LA 70515-0538 | Mary Carter<br>3209 Crimson Street NW<br>Mandan, ND 58554-1369 |

Melissa Sonnier Seilhan
429 Unatex Road
Eunice, LA 70535-7009

Mesa West Directional
6 1st Avenue W
Williston, ND 58801-6048

Mesa West Directional
Corporate
361 S Camino Del Rio #164
Durango, CO 81303-7997

Mesa West Directional
Operations
4925 Ridge Drive, Unit A
Williston, ND 58801-5047

Mountain Mud of North Dakota, LLC
1301 E Lincoln Street
Gillette, WY 82716-3017

Mountain Mud of North Dakota, LLC
c/o Legalinc Corporate Services, Inc.
1709 N 19th Street
Suite 3
Bismarck, ND 58501-2121

ND&T Services, Inc.
302 Main Street E
Mohall, ND 58761-4079

ND&T Services, Inc.
P.O. Box 335
Mohall, ND 58761-0335

Nadja Hays
428 Marina Oaks Drive
Mandeville, LA 70471-1566

Nancy Jermundson-Buttke
3700 Lone Mountain Road
Hereford, AZ 85615-9656

Neset Consulting Service, Inc.
6844 Highway 40
Tioga, ND 58852-9403

Neset Consulting, Inc.
Lawrence Bender
1133 College Drive
Suite 1000
Bismarck, ND 58501-1242

Neset Repair & Sales, Inc.
15372 2nd Street NE
Mayville, ND 58257-9041

Noble Person, et al.
1145 Clay Road
Basile, LA 70515-5022

North Country Oil Inc.
7258 38th Street NW
Parshall, ND 58770-9406

North Dakota Workforce Safety & Insurance
1600 E. Century Avenue
Suite 1
Bismarck, ND 58503-0649

Northwell Rentals (Lloydminster), Inc.
6401 - 63 Avenue
Lloydminster, AB T9V 3A4
Canada

Northwell Rentals (Lloydminster), Inc.
c/o Reynolds Mirth Richards & Farmer LLP
3200 - 10180 101 Street, Canada, T5J 3W8
Edmonton, Alberta

O-Keeffe Oil Company
603 Main Street E
P.O. Box 130
Mohall, ND 58761-0130

Ortega Brother Farms, LLC
1688 Tepetate Road
Basile, LA 70515-3506

Pason Systems USA Corp
8630 Fallbrook Drive, Ste 100
Houston, TX 77064-3223

Patricia Hrichena
1508 18th Avenue SW
Minot, ND 58701-6133

Priscilla May
830 3rd Street SW
Apt. D
Minot, ND 58701-4668

Propane Services
101 West Main Street
P.O. Box 339
Mohall, ND 58761-0339

RSD-MSS, LLC
469 Unatex Road
Eunice, LA 70535-7009

Rebecca Sonnier Duhon, et vir.
469 Unatex Road
Eunice, LA 70535-7009

Recon Oilfield Services, Inc.
1803 Clara Drive
Conway, AR 72034-7740

Recon Oilfield Services, Inc.
P.O. Box 2101
Conway, AR 72033-2101

Red Crown Royalties, LLC
1490 W Canal Court
Suite 3000
Littleton, CO 80120-5648

Reginald J. Sonnier
4441 George Soileau Road
Eunice, LA 70535-1916

| | | |
|---|---|---|
| Reginald W. Zaunbrecher, et al.<br>1330 Hazel Street<br>Eunice, LA 70535-2103 | Rhea Faye Person<br>645 Allie Young Lane<br>Eunice, LA 70535 | Smith Bits<br>200 - 125 9 Avenue SE<br>Calgary, AB T2E 0P6<br>Canada |
| Smith Bits A Schlumberger Company<br>Mehaffy Weber, P.C.<br>c/o Holly C. Hamm<br>P.O. Box 16<br>Beaumont, TX 77704-0016 | Smith International<br>P.O. Box 732136<br>Dallas, TX 75373-2136 | Sparrow Oil & Gas LLC, Greg Pollard, and<br>Kiat Tze Goh<br>c/o Timothy J. Anzenberger<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 |
| Stallion Oilfield Services LTD<br>c/o Connor Smith Dore Rothberg Law, PC<br>16225 Park Ten Place Dr., Suite 700<br>Houston, TX 77084 | Stallion Oilfield Services Ltd.<br>d/b/a Stallion Oilfield Services LP<br>950 Corbindale Road<br>Suite 400<br>Houston, TX 77024-2849 | Stallion Oilfield Services Ltd.<br>d/b/a Stallion Oilfield Services LP<br>c/o Corporation Service Company<br>600 S 2nd Street, Suite 155<br>Bismarck, ND 58504-5729 |
| Stevens Welding and Machine LLC<br>Christopher H. Meredith, CCTB, P.A.<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | Stevens Welding and Machine, LLC<br>9035 County Road 17B<br>Maxbass, ND 58760-9736 | Timothy J. Anzenberger, Esq.<br>Adams and Reese LLP<br>For Greg Pollard<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 |
| Timothy J. Anzenberger, Esq.<br>Adams and Reese LLP<br>For Kiat Tze Goh<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 | Timothy J. Anzenberger, Esq.<br>Adams and Reese LLP<br>For Sparrow Oil & Gas LLC<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 | Tuffy's Pump Shop and Repair, Inc.<br>P.O. Box 352<br>215 County Road 9<br>Mohall, ND 58761-4002 |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Securities and Exchange Commission<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | United Rentals, Inc.<br>c/o Corporation Service Company<br>600 S 2nd Street, Suite 155<br>Bismarck, ND 58504-5729 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Warren Transport, Inc.<br>c/o The Prentice-Hall Corporation System<br>600 S 2nd Street<br>Suite 155<br>Bismarck, ND 58504-5729 | Wyoming Casing Service, Inc.<br>198 40th Street E<br>Dickinson, ND 58601-7818 |
| Wyoming Casing Service, Inc.<br>P.O. Box 1153<br>Dickinson, ND 58602-1153 | Frank L. Broyles<br>Law Office of Frank L. Broyles<br>955 W. John Carpenter Freeway<br>Suite 100<br>Irving, TX 75039-2502 | Greg Pollard<br>c/o Timothy J. Anzenberger<br>Adams and Reese LLP<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 |
| Kiat Tze Goh<br>c/o Timothy J. Anzenberger<br>Adams and Reese LLP<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 | Robert A. Byrd<br>Byrd & Wiser<br>P O Box 1939<br>Biloxi, MS 39533-1939 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Copeland, Cook, Taylor & Bush, P.A.            (u)Farden Construction, Inc.            (u)Halliburton Energy Services, Inc.

(u)Law Offices of Craig M. Geno, PLLC             (u)Stevens Welding and Machine LLC       (d)Kiat Tze Kenny Goh
                                                                                           5549 Falls Road
                                                                                           Dallas, TX 75220-2111

(u)Sparrow Oil & Gas                              (u)Craig M. Geno                         (d)Geary Trigleth
7700 Cody Lane                                                                             240 Buckhead Drive
Apt. 2911                                                                                  Madison, MS 39110-6616

End of Label Matrix
Mailable recipients    115
Bypassed recipients      9
Total                  124